UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et. al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et. al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

## **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED 20- PAGE LIMIT**

Plaintiffs respectfully request that they be allowed to file a memorandum of law in support of their Motion for Preliminary Injunctive Relief that exceeds the Local Rule 7.1(b)(4) page limit of twenty pages.

Due to the complexity of the case and the multiple proposed grounds for preliminary injunctive relief, Plaintiffs require additional pages to fully brief the issues relevant to their motion. Plaintiffs' counsel conferred with counsel who will be representing the Defendants, and they indicated that Defendants will not oppose a motion for an additional 10 pages.

Therefore, Plaintiffs respectfully request leave to file a memorandum of law in support of their Motion for Preliminary Injunctive Relief of up to 30 pages.

Respectfully submitted,

[*signature blocks on next page*]

| | |
|---|---|
| February 11, 2025 | /s/ *Jessie J. Rossman* <br> Jessie J. Rossman (BBO # 670685) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, INC. <br> One Center Plaza, Suite 850 <br> Boston, MA 02108 <br> Telephone: 617-482-3170 <br> jrossman@aclum.org <br><br> Jon W. Davidson* <br>    (admitted only in California) <br> Li Nowlin-Sohl* <br>    (admitted only in Washington) <br> Sruti J. Swaminathan* <br> Malita V. Picasso* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Telephone: 212-549-2500 <br> Facsimile: 212-549-2650 <br> jondavidson@aclu.org <br> lnowlin-sohl@aclu.org <br> sswaminathan@aclu.org <br> mpicasso@aclu.org <br><br> Aditi Fruitwala* <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 915 15th St. NW <br> Washington, DC 20005 <br> afruitwala@aclu.org <br><br> Isaac D. Chaput* <br> William P. Kasper* <br> COVINGTON & BURLING LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, California 94105 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br> ichaput@cov.com <br> wkasper@cov.com |

Ansel F. Carpenter*
Gavin W. Jackson*
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson*
Sean M. Bender*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jthompson@cov.com
sbender@cov.com

Yuval Mor*
Alyssa L. Curcio*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
ymor@cov.com
acurcio@cov.com

*Pro Hac Vice Application Forthcoming

Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Although counsel for Defendants have not yet formally entered an appearance in this case, I, Jessie J. Rossman, hereby certify that in accordance with Local Rule 7.1(a)(2), I communicated via email on February 10, 2025, with counsel at the Department of Justice, John J. Robinson and Benjamin Takemoto, who indicated that they would be counsel for Defendants in this matter and further indicated that Defendants would not oppose this motion.

*/s/ Jessie J. Rossman*
Jessie J. Rossman

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the Cm/ECF system, which will then send a notification of such filing (NEF). I further certify that on this same date I will send an electronic copy via email to John J. Robinson and Benjamin Takemoto.

*/s/ Jessie J. Rossman*
Jessie J. Rossman