# EXHIBIT A

## CERTIFICATE OF JON W. DAVIDSON IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

Jon W. Davidson certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of California.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdiction in which I have been admitted to practice is the State of California. I have also been admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Fourth, Seventh, Ninth, and Tenth Circuits; and the United States District Courts for the Central and Northern Districts of California. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

February 10, 2025

Respectfully submitted,

*/s/ Jon W. Davidson*
Jon W. Davidson
(admitted only in California)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org

*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated*