# EXHIBIT A

## CERTIFICATE OF LI NOWLIN-SOHL IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

Li Nowlin-Sohl certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of Washington.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdiction in which I have been admitted to practice is the State of Washington. I have also been admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Eastern District of Washington, and the United States District Court for the Western District of Washington. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

-2-

February 10, 2025                              Respectfully submitted,

*/s/ Li Nowlin-Sohl*
Li Nowlin-Sohl
(admitted only in Washington)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org

*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated*