# EXHIBIT A

## CERTIFICATE OF SRUTI J. SWAMINATHAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Sruti J. Swaminathan certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of New York.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdiction in which I have been admitted to practice is the State of New York. I have also been admitted to practice before the United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, and United States District Court for the Southern District of New York. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

-2-

February 10, 2025                    Respectfully submitted,

                                     */s/ Sruti J. Swaminathan*
                                     Sruti J. Swaminathan
                                     AMERICAN CIVIL LIBERTIES
                                     UNION FOUNDATION
                                     125 Broad Street, 18th Floor
                                     New York, NY 10004
                                     Telephone: 212-549-2500
                                     Facsimile: 212-549-2650
                                     sswaminathan@aclu.org


                                     *Attorneys for Plaintiffs Ashton Orr, Zaya*
                                     *Perysian, Sawyer Soe, Chastain Anderson, Drew*
                                     *Hall, Bella Boe, and Reid Soloman-Lane, on behalf*
                                     *of themselves and others similarly situated*

-2-