# EXHIBIT A

## CERTIFICATE OF MALITA V. PICASSO IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

Malita V. Picasso certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of California.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the State of New York and the State of California. I have also been admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit and Sixth Circuit, and the United States District Court for the Central District of Illinois. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

-2-

| | |
|---|---|
| February 10, 2025 | <u>*/s/ Malita V. Picasso*</u><br>Malita V. Picasso<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: 212-549-2500<br>Facsimile: 212-549-2650<br>mpicasso@aclu.org<br><br>*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated* |