UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No.  1:25-cv-10313-JEK |

## MOTION FOR ADMISSION PRO HAC VICE OF ADITI FRUITWALA

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs, by their undersigned attorneys, hereby move for admission *pro hac vice* of their counsel Aditi Fruitwala. As grounds, Plaintiffs state:

1.  Aditi Fruitwala is an attorney practicing with American Civil Liberties Union Foundation (ACLU). Aditi Fruitwala is a member in good standing of the Bar of the State of California and the Bar of the District of Columbia. Aditi Fruitwala has also been admitted to practice before the United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fourth Circuit, United State Courts of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, the United States District Court of Colorado, and the United States District Court of the Central District of California.

1

2.      In further support of their motion, Plaintiffs submit **Exhibit A**, the Certificate of Aditi Fruitwala, stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of attorney Aditi Fruitwala *pro hac vice* to the Bar of this Court.

February 11, 2025

Respectfully submitted,

*/s/ Jessie J. Rossman*
Jessie J. Rossman (BBO # 670685)
American Civil Liberties Union
  Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
Tel.: (617) 482-3170
jrossman@aclum.org

Jon W. Davidson*
(admitted only in California)
Li Nowlin-Sohl*
(admitted only in Washington)
Sruti J. Swaminathan*
Malita V. Picasso*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org

Aditi Fruitwala*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com

Ansel F. Carpenter*
Gavin W. Jackson*
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Sean M. Bender*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5643
Facsimile: 202-778-5643
sbender@cov.com

Alyssa L. Curcio*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
acurcio@cov.com

**Pro Hac Vice* Application Forthcoming

*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Although counsel for Defendants have not yet formally entered an appearance in this case, I, Jessie J. Rossman, hereby certify that in accordance with Local Rule 7.1(a)(2), Plaintiffs' counsel conferred with counsel who will be representing Defendants via email on February 10, 2025, and they indicated that Defendants will not oppose this motion for pro hac vice.

*/s/ Jessie J. Rossman*
Jessie J. Rossman

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the Cm/ECF system, which will then send a notification of such filing (NEF).

*/s/ Jessie J. Rossman*
Jessie J. Rossman