# EXHIBIT A

## CERTIFICATE OF ADITI FRUITWALA IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

Aditi Fruitwala certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of Washington, D.C.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the State of California and the District of Columbia. I have also been admitted to practice before United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fourth Circuit, United State Courts of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, the United States District Court of Colorado, and the United States District Court of the Central District of California. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

-2-

| | |
|---|---|
| February 10, 2025 | Respectfully submitted,<br><br>*/s/ Aditi Fruitwala*<br>Aditi Fruitwala<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>915 15th St. NW<br>Washington, DC 20005<br>afruitwala@aclu.org<br><br>*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated* |