# EXHIBIT A

# CERTIFICATION OF ISAAC D. CHAPUT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Isaac D. Chaput certifies and says:

1. I am a partner of Covington & Burling LLP and one of the counsel for Plaintiffs in this matter.

2. My business address is 415 Mission Street, Suite 5400, San Francisco, CA 94105. My business telephone number is 415-591-6000.

3. I have been admitted to practice in the State of California and the State of New York. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have also been admitted to practice before the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California; the United States District Courts for the Eastern and Southern Districts of New York; the United States District Court for the Eastern District of Wisconsin; and the United States Courts of Appeals for the Ninth, Tenth, and Eleventh Circuits. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2025                */s/ Isaac D. Chaput*
                                             Isaac D. Chaput