# EXHIBIT A

# CERTIFICATE OF WILLIAM P. KASPER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

William P. Kasper certifies and says:

1. I am an attorney at Covington & Burling LLP and one of the counsel for Plaintiffs in this matter.

2. My business address is 415 Mission Street, Suite 5400, San Francisco, CA 94105. My business telephone number is 415-591-6000.

3. I have been admitted to practice in the State of California. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 7th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

February 7, 2025

Respectfully submitted,

/s/ *William P. Kasper*
William P. Kasper
(*Pro Hac Vice* Forthcoming)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: 415-591-6081
wkasper@cov.com