# EXHIBIT A

# CERTIFICATE OF ANSEL F. CARPENTER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Ansel F. Carpenter certifies and says:

1. I am an attorney at Covington & Burling LLP, resident in its Los Angeles office. I am one of the counsel for Plaintiffs in this matter.

2. My business address is 1999 Avenue of the Stars, Los Angeles, CA 90067-4643. My business telephone number is (424) 332-4758.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California and before the United States District Court for the Northern District of California and the United States District Court for the Central District of California. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 8th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

February 8, 2025                                     Respectfully submitted,

/s/ *Ansel F. Carpenter*
Ansel F. Carpenter
(*Pro Hac Vice* Forthcoming)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com

*Attorney for Plaintiffs*

1