# EXHIBIT A

# CERTIFICATE OF JONATHAN THOMPSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jonathan Thompson certifies and says:

1. I am an attorney at Covington & Burling LLP and one of the counsel for Plaintiffs in this matter.

2. My business address is 850 10th St NW, Washington, DC 20001. My business telephone number is (202) 662-5891.

3. I have been admitted to practice in the District of Columbia. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have also been admitted to practice before the United States District Courts for the District of Columbia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 7th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

Executed on February 7, 2025                    */s/ Jonathan Thompson*
                                                 Jonathan Thompson