## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, ZAYA PERYSIAN,
SAWYER SOE, CHASTAIN ANDERSON,
DREW HALL, BELLA BOE, and REID
SOLOMON-LANE, on behalf of themselves
and others similarly situated,

*Plaintiffs*,

v.

Civil Action No.  1:25-cv-10313-JEK

DONALD J. TRUMP, in his official capacity
as President of the United States; U.S.
DEPARTMENT OF STATE; MARCO
RUBIO, in his official capacity as Secretary
of State; and UNITED STATES OF
AMERICA,

*Defendants*.

## MOTION FOR ADMISSION PRO HAC VICE OF SEAN M. BENDER

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for

the District of Massachusetts, Plaintiffs, by their undersigned attorney, hereby move for

admission *pro hac vice* of their counsel Sean M. Bender.  As grounds, Plaintiffs state:

1.      Sean M. Bender is an attorney practicing with the law firm Covington & Burling

LLP, and is a member in good standing of the Bars of the District of Columbia and the

Commonwealth of Virginia.  Mr. Bender has also been admitted to practice before the United

States District Court for the Eastern Districts of Virginia.

2.      In further support of their motion, Plaintiffs submit **Exhibit A**, the Certificate of

Sean M. Bender, stating that he is a member in good standing of the Bar in every jurisdiction in

which he has been admitted to practice; that there are no disciplinary proceedings against him in

any jurisdiction; and that he is familiar with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of attorney Sean M. Bender *pro hac vice* to the Bar of this Court.


February 11, 2025                                    Respectfully submitted,


                                                    */s/ Jessie J. Rossman*
                                                    Jessie J. Rossman (BBO # 670685)
                                                    American Civil Liberties Union
                                                       Foundation of Massachusetts, Inc.
                                                    One Center Plaza, Suite 850
                                                    Boston, MA 02108
                                                    Tel.: (617) 482-3170
                                                    jrossman@aclum.org

                                                    Jon W. Davidson*
                                                    (admitted only in California)
                                                    Li Nowlin-Sohl*
                                                    (admitted only in Washington)
                                                    Sruti J. Swaminathan*
                                                    Malita V. Picasso*
                                                    AMERICAN CIVIL LIBERTIES UNION
                                                    FOUNDATION
                                                    125 Broad Street, 18th Floor
                                                    New York, NY 10004
                                                    Telephone: 212-549-2500
                                                    Facsimile: 212-549-2650
                                                    jondavidson@aclu.org
                                                    lnowlin-sohl@aclu.org
                                                    sswaminathan@aclu.org
                                                    mpicasso@aclu.org

                                                    Aditi Fruitwala*
                                                    AMERICAN CIVIL LIBERTIES UNION
                                                    FOUNDATION
                                                    915 15th St. NW
                                                    Washington, DC 20005
                                                    afruitwala@aclu.org

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com

Ansel F. Carpenter*
Gavin W. Jackson*
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Sean M. Bender*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5643
Facsimile: 202-778-5643
sbender@cov.com

Alyssa L. Curcio*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
acurcio@cov.com

*Pro Hac Vice Application Forthcoming

Attorneys for Plaintiffs Ashton Orr, Zaya
Perysian, Sawyer Soe, Chastain Anderson, Drew
Hall, Bella Boe, and Reid Soloman-Lane, on behalf
of themselves and others similarly situated

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Although counsel for Defendants have not yet formally entered an appearance in this case, I, Jessie J. Rossman, hereby certify that in accordance with Local Rule 7.1(a)(2), Plaintiffs' counsel conferred with counsel who will be representing Defendants via email on February 10, 2025, and they indicated that Defendants will not oppose this motion for pro hac vice.

*/s/ Jessie J. Rossman*
Jessie J. Rossman

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the Cm/ECF system, which will then send a notification of such filing (NEF).

*/s/ Jessie J. Rossman*
Jessie J. Rossman