# EXHIBIT A

**CERTIFICATE OF SEAN M. BENDER IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*__**

Sean M. Bender certifies and says:

1.  I am an attorney at Covington & Burling LLP, resident in its Washington, D.C. office, and one of the counsel for Plaintiffs in this matter.

2.  My business address is 850 Tenth Street NW, Washington, D.C., 20001-4956. My business telephone number is (202) 662-5643.

3.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the District of Columbia and the Commonwealth of Virginia. I have also been admitted to practice before the United States District Court for the Eastern District of Virginia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 7th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

1

Dated: February 10, 2025                    Respectfully submitted,

/s/ *Sean M. Bender*

Sean M. Bender
(*Pro Hac Vice* Forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5643
sbender@cov.com

*Attorney for Plaintiffs*