# EXHIBIT A

### CERTIFICATE OF YUVAL MOR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Yuval Mor certifies and says:

1. I am an attorney at Covington & Burling LLP, resident in its New York office, and one of the counsel for Plaintiffs in this matter.

2. My business address is 620 Eighth Avenue, New York, New York 10018. My business telephone number is (212) 379-8912.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the District of Columbia and the State of New York. I have also been admitted to practice before the United States District Court for the District of Columbia. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 10th day of February, 2025, under penalties of perjury that the foregoing is true and correct.

Dated: February 10, 2025                                     Respectfully submitted,

                                                             */s/ Yuval Mor*
                                                             Yuval Mor