# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

ASHTON ORR, ZAYA PERYSIAN,
SAWYER SOE, CHASTAIN ANDERSON,
DREW HALL, BELLA BOE, and REID
SOLOMON-LANE, on behalf of themselves
and others similarly situated,

*Plaintiffs*,

 v.

DONALD J. TRUMP, in his official capacity
as President of the United States; U.S.
DEPARTMENT OF STATE; MARCO
RUBIO, in his official capacity as Secretary
of State; and UNITED STATES OF
AMERICA,

*Defendants.*

Civil Action No.  1:25-cv-10313-JEK

## MOTION FOR ADMISSION PRO HAC VICE OF JON W. DAVIDSON

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for

the District of Massachusetts, Plaintiffs, by their undersigned attorneys, hereby move for

admission *pro hac vice* of their counsel Jon W. Davidson.  As grounds, Plaintiffs state:

1.      Jon W. Davidson is an attorney practicing with American Civil Liberties Union

Foundation (ACLU). Jon W. Davidson is a member in good standing of the Bar of the State of

California.  Jon W. Davidson has also been admitted to practice before the United States

Supreme Court; the United States Courts of Appeals for the Fourth, Seventh, Ninth, and Tenth

Circuits; and the United States District Courts for the Central and Northern Districts of

California.

2.      In further support of their motion, Plaintiffs submit **Exhibit A**, the Certificate of

Jon W. Davidson, stating that he is a member in good standing of the Bar in every jurisdiction in