## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Please enter the appearance of Ansel F. Carpenter, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: February 14, 2025					Respectfully submitted,

					By:  /s/ *Ansel F. Carpenter*
					      Ansel F. Carpenter
					      COVINGTON & BURLING LLP
					      1999 Avenue of the Stars
					      Los Angeles, CA 90067
					      Telephone: 424-332-4758
					      Facsimile: 424-332-4749
					      acarpenter@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 14, 2025                    /s/ *Ansel F. Carpenter*
                                      Ansel F. Carpenter