# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Please enter the appearance of Sean M. Bender, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: February 14, 2025

Respectfully submitted,

By: /s/ *Sean M. Bender*
Sean M. Bender
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
sbender@cov.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 14, 2025                               /s/ *Sean M. Bender*
                                                           Sean M. Bender