# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>     *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>     *Defendants*. | Case No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

 Please enter the appearance of William P. Kasper, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: February 14, 2025        Respectfully submitted,

                By: /s/ *William P. Kasper*
                   William P. Kasper
                   COVINGTON & BURLING LLP
                   Salesforce Tower
                   415 Mission Street, Suite 5400
                   San Francisco, CA 94105
                   Telephone: 415-591-6000
                   Facsimile: 415-591-6091
                   wkasper@cov.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 14, 2025                     /s/ *William P. Kasper*
                                                                    William P. Kasper