UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>     *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>     *Defendants*. | Case No. 1:25-CV-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Li Nowlin-Sohl as counsel for Plaintiffs in the above-captioned matter.

Dated: February 18, 2025        Respectfully submitted,

                By: /s/ *Li Nowlin-Sohl*
                  Li Nowlin-Sohl (WA Bar Number 51512)
                  AMERICAN CIVIL LIBERTIES UNION
                   FOUNDATION
                  125 Broad Street, 18th Floor
                  New York, New York, 10004
                  Telephone : 212-549-2500
                  Fascimile : 212-549-2650
                  lnowlin-sohl@aclu.org

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 18, 2025	/s/ Li Nowlin-Sohl
	Li Nowlin-Sohl