UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Jon W. Davidson as counsel for Plaintiffs in the above-captioned matter.

Dated: February 18, 2025            Respectfully submitted,

By: /s/ *Jon W. Davidson*
   Jon W. Davidson (CA Bar Number 89301)
      (admitted only in California)
   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
   125 Broad Street, 18th Floor
   New York, New York, 10004
   (212) 549-2500
   jondavidson@aclu.org

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 18, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| February 18, 2025 | */s/ Jon W. Davidson* <br> Jon W. Davidson |

2