UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Sruti J. Swaminathan as counsel for Plaintiffs in the above-captioned matter.

Dated: February 18, 2025          Respectfully submitted,

By: <u>/s/ *Sruti J. Swaminathan*</u>
Sruti J. Swaminathan (NY Bar number 5598792)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone : 212-549-2500
Fascimile : 212-549-2650
sswaminathan@aclu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 18, 2025                          */s/ Sruti J. Swaminathan*
                                           Sruti J. Swaminathan