# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

## DECLARATION OF ASHTON ORR

I, Ashton Orr, hereby declare and state as follows:

1.      My name is Ashton Orr. I am a plaintiff in the above-captioned action and submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2.      I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3.      I am a United States Citizen and resident of Morgantown, West Virginia.  I have lived in West Virginia my entire life, and I am now thirty-five years old.  I use "he" or "they" pronouns.

4.      I am the Press Relations Manager for a national LGBTQ+ organization, advocating for transgender rights and equality.

5.      I am a transgender man.  My sex assigned at birth was female, but I have a male gender identity.

6.      I was diagnosed with gender dysphoria in 2015, when I was twenty-five years old.

7.      I have lived as a male in all aspects of my life since 2020.  I am known only as a man to my family, my workplace, and in my community in West Virginia.  It has not always been easy to be myself in public spaces, and I have experienced a lot of discrimination and harassment as a result of being open about my transgender identity.  Having accurate identification documents helps me navigate this world safely, as I am perceived as male by those who see me, and a male sex designation affirms my gender identity.

8.      I am glad that I was able to update my West Virginia driver's license in 2023 and my Social Security Administration record in 2024 to reflect an accurate name and male sex designation.  I typically travel by plane with multiple forms of identification just to ensure that I have identification should I misplace or lose either my passport or my driver's license. However, this has presented problems as the information on my passport does not match my updated and accurate driver's license.

9.      For example, approximately two years ago, I traveled to Iceland and upon arrival I went to pick up a rental car I had reserved. I was required to provide the car rental employee with my passport, which lists my sex as female, and my driver's license, which lists my sex as male. The employee noted the difference in the sex designations and told me I would not be able to rent the vehicle because of the inconsistency. I eventually asked my spouse to send me a copy of my marriage certificate in order to further confirm my identity. After nearly two hours. I was finally able to obtain the vehicle, but the entire incident was humiliating, and I was afraid that, without a rental car, I would have to return to the U.S.

10.      My passport's inconsistency with my other identity documents has also caused problems here in the U.S.  Just a few weeks ago during the first week of January 2025, I was

flying from West Virginia to NYC. Given that my REAL ID has a male sex designation, and my passport had a female sex designation, I was flagged by TSA and accused of presenting a fake identification document. When TSA screened my REAL ID, they claimed it didn't match the documents they had on record. I offered my passport to confirm my identity, but because my sex designation didn't match, they accused me of presenting a fake identity document. They repeatedly scanned my ID and took my photo multiple times before pulling me aside for further questioning. It wasn't until I was forced to explain in great detail that I'm a transgender man that they finally allowed me through.

11.    I had never experienced this before, and it prompted me to take steps to update my passport as well.

12.    On January 16, 2025, I sent my passport, application, birth certificate, and marriage license to be updated with an accurate, male sex designation and paid for expedited shipping and servicing given that I had imminent travel plans. I was informed that my application arrived on January 18, and began processing on January 22. The passport that I sent with my application had a female sex designation, and my application requested an updated name and sex designation. After the Complaint was filed in this case on Friday, February 7, 2025, I received a phone call on Tuesday, February 11 from an individual working at a passport agency in San Francisco, where my passport is being processed. He said that due to the Executive Order, the agency needed to "investigate my sex assigned at birth," and given that my sex assigned at birth is female, they can only issue my passport with an "F" Marker. They also gave me the option to withdraw my passport application and have the passport I sent in (also with an "F" marker) returned. That phone call was followed up by an email from the State

Department stating that my "application is now on hold and is no longer 'In Process,'" and that my "processing times may be delayed." That communication is attached hereto as Exhibit A.

13.     Most urgently, I have a flight to Ireland scheduled for departure on March 13, 2025. I am traveling for a medical purpose, and I am terrified that I will not be able to keep my appointment without an accurate passport, which could delay my ability to access medically indicated care.

14.     I am terrified that having an inaccurate sex designation on my passport will cause: TSA agents, border officials, or airline staff to single me out for invasive questioning, scrutiny, or mistreatment. My past experiences of having my identity challenged, my passport refused, and being subjected to additional security screenings has led to extremely uncomfortable circumstances, and could potentially even cause travel delays, missed flights, or even denial of entry to certain countries. Being forced to explain discrepancies in my documentation could out me as transgender in unsafe situations, as transgender people are disproportionately targeted for violence, and an incongruent passport could escalate tensions with international government officials, placing me in danger.

15.     I am devastated that my country is trying to erase me and remove my ability to access accurate identification documents. Without an accurate passport, I will not be able to travel outside of the United States for any reason, let alone to make my medical appointment in March. The constant fear and anxiety of potential confrontations or being denied my basic rights are emotionally exhausting and traumatic. I do not feel safe carrying inaccurate documents when I walk the world as the man that I am as I am afraid it will expose me to even more harassment than I have had to endure as an openly transgender person in West Virginia.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on __2/17__, 2025
Ashton Orr

EXHIBIT A

| | |
|---|---|
| **From:** | Malita Picasso |
| **To:** | Malita Picasso |
| **Subject:** | FW: Passport Application Status |
| **Date:** | Tuesday, February 18, 2025 9:59:35 AM |

---------- Forwarded message ---------

From: <DoNotReply@state.gov>

Date: Tue, Feb 11, 2025 at 7:07 PM

Subject: Passport Application Status

To: ███████████████████

# Application Status: Additional Information Needed

**We sent you a letter and/or email on 02/11/2025 requesting you provide additional information to complete your passport application. Your application is now on hold and is no longer "In Process." Please note that your processing times may be delayed.**

**Please respond as soon as possible so we can continue processing your application. You must respond to the letter or email within 90 days of the date we sent it.**

**Follow the instructions in the letter and email. If we asked you to provide a physical document, mail the document to the mailing address on the letter. We have tips and reminders on our How to Respond to a Letter or Email webpage.**

**When we start reviewing the information you return to us, your application status update will change to "Additional Information Received, In Process Again". Please note it may take several days for us to receive information when you mail it.**

**Contacting Us:**
**If you did not receive the letter and/or email within one week of 02/11/2025, you may contact us at 1-877-487-2778 and reference your application locator number which is ███████.**

**Check the junk or spam folder of your email account before contacting us. When you contact us, we can send a request to the agency processing your application and ask them to resend the letter and email to you.**