UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>           *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>           *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF BELLA BOE**

I, Bella Boe, herby declare and state as follows:

    1.    My name is Bella Boe.[1] I am a plaintiff in the above-captioned action and submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

    2.    I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

    3.    I am a United States citizen and a current resident of Cambridge, Massachusetts. I have lived in Cambridge since 2024, when I moved here from New Jersey. I am 18 years old, and I use "she" and "her" pronouns.

    4.    I am a freshman in college studying government.

    5.    I am a transgender woman.

---

[1] Bella Boe is a pseudonym. I am proceeding under pseudonym to protect my right to privacy and to be free from discrimination, harassment, and violence, as well as retaliation for seeking to protect my rights.

1

6. I was diagnosed with gender dysphoria in 2017.

7. I have lived as female in all aspects of my life since I was eleven years old, and today, I feel fully myself. I am known only as female to my family, to staff and peers at my school, and in my communities in New Jersey and Cambridge. I have also amended the sex designation to female on my New Jersey driver's license and birth certificate.

8. Early in my transition, I experienced significant distress when others discovered that I am transgender, including my classmates in high school, and it led to several years of uncomfortable interactions with those around me. I am thankful that I was able to get support from a therapist during that time, and I am grateful that today I do not have that same worry of being outed as I am perceived as female by those around me, and I rarely am required to disclose that I am transgender. This is especially important given the rise in anti-transgender violence and sentiment in this country today, and I am only comfortable raising claims in this lawsuit due to my pseudonymous identity because I fear that it would otherwise disrupt my ability to focus on school.

9. I am an active student on campus. I am passionate about theater and the arts, and my school offers many opportunities for students like me to take part in international programs and theater productions. I am the stage manager for my theater group at school, which means I manage and run entire productions. I love being a stage manager because it provides me with an opportunity to build leadership skills, and it allows me to be fully immersed in an art that I have loved and engaged in since I was six years old. My theater group travels around the world to put on shows for a range of audiences. For example, my theatrical association has a production in Bermuda the week of March 16th that I am so excited to serve as stage manager for. I currently

have a flight booked to participate in this trip, and I would absolutely attend if I am able to obtain a passport with an "F" sex designation.

10. I similarly hope to study abroad while obtaining my undergraduate degree, and I would really like to do so in England.

11. I am only able to partake in these opportunities because I have travel documents, like my passport, that accurately reflect who I am. That safety allows me to fulfill my educational dreams and goals.

12. When I travel and interface with government officials, they perceive me as a female. This is not only affirming for me, but it keeps me safe.

13. My most recent passport, which I received in 2021, has a female sex designation. I sent my passport in for renewal on January 23, 2025 to ensure that my current passport would remain usable for as long as possible. On February 13, 2025, I received an email notice from the State Department communicating that my application has been processed and that my passport has been shipped to me. That notice is attached hereto as Exhibit A. Having a female sex designation on my passport affords me safety and comfort while traveling. With the new policy adopted by the United States, I am extremely terrified that I will no longer have that safety.

14. I would feel very uncomfortable traveling with a passport that inaccurately stated a male sex designation. Not only would it erase who I am, it would be confusing for government officials who would otherwise identify me as female based on my gender expression and invite additional, stressful scrutiny. I do not want my passport to out me as transgender every time I use it, especially when traveling outside of the United States in countries that are less accepting of transgender people.

advance my own passions, education, and future career. Without an accurate passport, I am fearful that I will not be able to leave the United States in a safe and comfortable manner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2025

Bella Boe

# EXHIBIT A

| | |
|---|---|
| **From:** | Malita Picasso |
| **To:** | Malita Picasso |
| **Subject:** | FW: Passport Application Status |
| **Date:** | Monday, February 17, 2025 1:06:43 PM |

---------- Forwarded message ---------

From: <DoNotReply@state.gov>

Date: Thu, Feb 13, 2025 at 1:18 AM

Subject: Passport Application Status

To: ███████████████████

## Application Status: Shipped

The U.S. Department of State has shipped your passport book on 02/12/2025.

We sent your passport book to you using USPS Express Mail.

**Your tracking number is** ███████████████████████████████. **Click the tracking number to check delivery status. You should receive your passport on or around 02/15/2025. ** Save or write down this tracking number now. Future status updates will not display your tracking number.**

Your new passport and supporting documents are mailed in separate packages at different times. You should expect two separate mailings: one with your new passport and one with your supporting documents. We will provide another status update on the date we mail your supporting documents. This update will not include the tracking number for your passport.

**Your application locator number is** ████████.

Please allow two weeks for your U.S. passport to arrive at the mailing address you provided on your application. If you have not received your passport after two weeks, contact the National Passport Information Center at 1-877-487-2778 (or TDD/TTY 1-888-874-7793) with your application locator number. We will return your supporting documents (such as your birth certificate, previous passport, or naturalization certificate) in a separate mailing that may not arrive for four weeks. You have 120 days from the date the passport was issued to report that you never received your passport. If you do not tell us within 120 days, you will have to reapply and pay the full passport fee.

**If you submitted your passport at a U.S. embassy or consulate, the mailing date in this status update is the date we mailed your passport to the embassy or consulate not the date we mailed the passport to you. Your passport may take two weeks to arrive at the embassy or consulate. Mailing times are different for each country. Once the embassy or consulate receives the passport, they will deliver it to you based on local procedures.