UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF DREW HALL**

I, Drew Hall, hereby declare and state as follows:

1. My name is Drew Hall. I am a plaintiff in the above-captioned action and submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States Citizen and a permanent resident of Wisconsin. I am twenty-five years old and I use "they" and "them" pronouns.

4. I am currently a PhD student in Botany at the University of British Columbia ("UBC"), and thus currently reside in Vancouver, British Columbia in Canada. I have lived in Vancouver since August 2022 when my program began, and I will live here for another two to three years (approximately 2027-2028) until my program concludes. In addition to studying at UBC, I work as a Research Assistant and Teaching Assistant at my university.

1

5. My sex assigned at birth was male, but I do not have a male gender identity.

6. I was diagnosed with gender dysphoria in August of 2024.

7. I am a nonbinary femme person, which means that even though my sex assigned at birth was male, I do not live as or identify as male and instead express myself in a feminine manner.

8. I have lived as a nonbinary person in all aspects of my life since 2024, but I have known that my gender identity was different than my sex assigned at birth since 2022. I am known as a non-binary person to my family, to my fellow classmates and professors, and in my community. I finally feel like myself, and I finally feel like those around me see me for who I am.

9. I am frequently required to travel internationally given that I have been studying and living full time in Canada for over two years and will be here for another few years. My family continues to reside in Wisconsin, and I travel back to the United States at least four to five times a year. Two to three of those visits are typically to see my family in Wisconsin, and the other visits are to see close friends in Washington and Oregon given my proximity to those two states. For example, this May, I need to travel to Wisconsin for a family wedding, and I will be returning to Wisconsin for a Botany conference in July of this year.

10. I legally changed my name by court order in Wisconsin in December of 2024, and have updated my social security card and driver's license, which now both accurately reflect my name and an "F" for my sex designation. My birth certificate has my name updated but not my sex designation, as Wisconsin requires a proof of sex change, and at this time, I cannot provide that.

11. When I interface with government officials, they do not perceive me as male. Instead, I am perceived as a femme person. This is not only affirming for me, but it keeps me safe.

12. My United States passport (which is my only passport), however, still reflects an inaccurate name and a male sex designation. I mailed it to the Department of State's national processing center on January 9, 2025, and I was notified by e-mail that it arrived at the center on January 17. After the Complaint was filed in this case on Friday, February 7, 2025, I received an email from the State Department on February 11 stating that my application was approved for my passport book and that I should receive it in the mail around February 17, 2025. That email notice is attached hereto as Exhibit A. I do not know whether the agency will accurately issue my passport to match my other identity documents. I currently do not have access to my passport, and I am unable to leave Canada.

13. I rely on my passport frequently to travel back to the U.S. to see my family and friends. However, there are many other reasons I utilize my passport while living in Canada. To open a bank account in Vancouver, I am required to present my U.S. passport. My employer (UBC) requires my passport to employ me at the university. Any time I interact with the Canadian government, I need to present my U.S. passport, as it is the only form of identification that Canada recognizes as a non-citizen and non-permanent resident. Without my passport, I am facing many struggles in residing in Vancouver.

14. I am deeply concerned that having a male sex designation on my passport will lead to extremely uncomfortable interactions with border agents and TSA. Given that my other identity documents have been updated, I am also worried that carrying a passport with a name and sex designation that does not match my other identity documents will cause even more

confusion and distress each time I must present my passport. I currently am able to be in Canada as I have a study permit, but that permit needs to match the identification number associated with my passport. Any time I update my passport, I will be required to reapply for the study permit and pay the associated fee. Additionally, non-matching documents may present administrative challenges for me, including with respect to my temporary status documents in Canada, and when I visit places where multiple forms of identification are required.

15. If I were to carry a passport with a male sex designation, I am afraid I will encounter additional, invasive scrutiny and harassment every time I use it. I am not read as male given my feminine expression, and I would not feel safe while traveling, especially internationally, with documentation that inaccurately indicated a male sex designation. Given my presentation and the way that I am perceived by other people, a male sex designation would immediately indicate to any person who looks at my ID that I am transgender, which opens the door to further anti-transgender sentiment. This gives me a lot of anxiety, especially given the recent increase in ant-transgender rhetoric and violence.

16. Today, I am so much more myself, and a large part of that is due to having documents that reflect who I am and how others see me. I am so lucky to be supported and affirmed by so many wonderful people who accept me for who I am, and I am disappointed that my own federal government is not one of them.

17. It feels alienating to know that the U.S. government does not want to recognize me for who I am. It makes me not want to return, knowing that I will confront suspicious looks when I present my passport solely based on the fact that I am nonbinary and do not live in accordance with my sex assigned at birth. I am devastated that my country has implemented a policy that interferes with my ability to have an accurate and usable passport.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2025
Drew Hall

# EXHIBIT A

| | |
|---|---|
| **From:** | Malita Picasso |
| **To:** | Malita Picasso |
| **Subject:** | FW: Passport Application Status |
| **Date:** | Monday, February 17, 2025 5:55:01 PM |

**From:** DoNotReply@state.gov
**Date:** February 12, 2025 at 08:05:21 PST
**To:** ▇▇▇▇▇▇▇▇▇
**Subject: Passport Application Status**

## Application Status: Mailed

The U.S. Department of State has mailed your passport book on 02/12/2025.

We sent your passport book to you using First Class Mail.

Your new passport and supporting documents are mailed in separate packages at different times. You should expect two separate mailings: one with your new passport and one with your supporting documents. We will provide another status update on the date we mail your supporting documents. This update will not include the tracking number for your passport.

Your application locator number is ▇▇▇▇▇▇▇.

Please allow two weeks for your U.S. passport to arrive at the mailing address you provided on your application. If you have not received your passport after two weeks, contact the National Passport Information Center at 1-877-487-2778 (or TDD/TTY 1-888-874-7793) with your application locator number. We will return your supporting documents (such as your birth certificate, previous passport, or naturalization certificate) in a separate mailing that may not arrive for four weeks.

You have 120 days from the date the passport was issued to report that you never received your passport. If you do not tell us within 120 days, you will have to reapply and pay the full passport fee.

**If you submitted your passport at a U.S. embassy or consulate, the mailing date in this status update is the date we mailed your passport to the embassy or consulate not the date we mailed the passport to you. Your

passport may take two weeks to arrive at the embassy or consulate. Mailing times are different for each country. Once the embassy or consulate receives the passport, they will deliver it to you based on local procedures.