UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF REID SOLOMON-LANE**

I, Reid Solomon-Lane, hereby declare and state as follows:

1. My name is Reid Solomon-Lane. I am a plaintiff in the above-captioned action and submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am United States Citizen and resident of North Adams, Massachusetts. I am thirty-six years old and use "he" and "him" pronouns. I have lived in Massachusetts since July of 2022, when I moved here from Austin, Texas. I live here with my wife and three young children.

4. I was a flight attendant for more than eight years and now serve as a flight coordinator for a volunteer pilot organization.

1

5. I am a transgender man. My sex assigned at birth was female, but I have a male gender identity.

6. I was diagnosed with gender dysphoria in 2007.

7. I have lived as a man in all aspects of my life since 2007.  I am known only as male to my family, my workplace, and in my community in Massachusetts, and I am only perceived as male by people who see me.  This allows me to feel safe in interactions with new people and prevents me from having to come out as transgender with each encounter.

8. This safety is especially essential when I am traveling.

9. I am frequently required to travel internationally because my mother-in-law purchased a home in Ireland three years ago and spends a lot of her time there.  In order for her to be able to see her grandchildren, my family and I travel to Ireland for vacations.  We also visited Montreal in 2022 and have plans to return to Montreal with friends in the next year given that we are just across the border from Canada.

10. I am grateful that I have been able to obtain identity documents that accurately reflect who I am.  I legally changed my name in 2007 via court order in Texas.  My social security card and driver's license both accurately reflect my name and male sex designation.

11. My United States passport, which is the only passport I possess, also reflects an accurate name and male sex designation, and expires in 2028.  Having an accurate passport provides me comfort, especially when traveling with three small children outside of the United States.  If I did not have a passport that reflects who I am, it would dramatically impact the way I travel.  I would feel much less secure leaving the country with my children, as having a sex designation that so flagrantly does not match my outward gender expression would potentially put me and my children at risk. Because my passport serves as an identity and citizenship

document that accurately reflects my gender identity and presentation, it is my preferred method of identification and citizenship verification in administrative situations. Removing access to an accurate passport will cause me repeated stress in having to out myself unnecessarily in routine bureaucratic situations.

12. I thought I was at the point in my life where I could live my life with safety and ease, as an adult, as a husband, and as a parent. If my passport were to reflect a sex designation that is inconsistent with who I am, that safety and ease will be taken away from me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2025

Reid Solomon-Lane