UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1-25-cv-10313-JEK |

**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF PLAINTIFFS'
MOTION TO STAY AGENCY ACTION AND FOR A PRELIMINARY INJUNCTION**

I, Isaac D. Chaput, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Solomon-Lane. I am admitted *pro hac vice* in the above-captioned matter. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy, as of February 18, 2025, of a report from NBC News on a January 22, 2025 U.S. State Department wide cable, available at: https://perma.cc/HGF6-S2UA.

3. Attached hereto as **Exhibit B** is a true and correct copy, as of February 18, 2025, of The National Center of Transgender Equality's 2015 U.S. Transgender Survey, available at: https://perma.cc/4YN6-8HD9.

4. Attached hereto as **Exhibit C** is a true and correct copy, as of February 1, 2025, of the Human Rights Campaign Foundation's 2024 report entitled "*The Epidemic of Violence Against the Transgender & Gender Expansive Community in the U.S.*," available at: https://perma.cc/2M88-3LEE.

5. Attached hereto as **Exhibit D** is a true and correct copy, as of February 18, 2025, of Skylar Davidson's 2016 article in Cogent Social Sciences entitled "*Gender inequality: Nonbinary transgender people in the workplace*," available at: https://www.tandfonline.com/doi/pdf/10.1080/23311886.2016.1236511.

6. Attached hereto as **Exhibit E** is a true and correct copy, as of February 18, 2025, of The Trevor Project's 2021 report titled "*The Mental Health and Well-being of LGBTQ Youth who are Intersex*," available at: https://www.thetrevorproject.org/research-briefs/the-mental-health-and-well-being-of-lgbtq-youth-who-are-intersex-dec-2021/.

7. Attached hereto as **Exhibit F** is a true and correct copy, as of February 18, 2025, of ILGA-Europe's and OII Europe's 2023 joint analysis titled "*Diving Into the FRA LGBT II Survey Data: Intersex Briefing*," available at: https://perma.cc/2G9S-8EQN.

8. Attached hereto as **Exhibit G** is a true and correct copy of the "Passport Help" page on the U.S. State Department website dated February 7, 2025, as archived by the Wayback Machine, available at: https://web.archive.org/web/20250207194231/https://travel.state.gov/content/travel/en/passports/passport-help.html.

9. Attached hereto as **Exhibit H** is a true and correct copy of the "Passport Help" page on the U.S. State Department's website as of February 18, 2025, available at: https://perma.cc/S5ML-7TXB.

10. Attached hereto as **Exhibit I** is a true and correct copy, as of February 18, 2025, of journalist's Ken Klippenstein's reporting regarding the U.S. State Department's February 8, 2025 directive about passport issuance, available at: https://substack.com/@kenklippenstein/note/c-92455307.

11. Attached hereto as **Exhibit J** is a true and correct copy, as of February 18, 2025, of Jamie Wareham's November 13, 2023 article in Forbes titled "*Beaten, Stabbed And Shot: 320 Trans People Killed In 2023 – New Monitoring Report*," available at: https://perma.cc/MM2B-MU7C.

12. Attached hereto as **Exhibit K** is a true and correct copy, as of February 18, 2025, of ILGA World's database tracking legal gender recognition, available at: https://perma.cc/VYU5-J3HP.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Title 8, Section 403.3 of the U.S. State Department's Foreign Affairs Manual dated May 31, 2019, as archived by the Wayback Machine, available at: https://web.archive.org/web/20190531001616/https://fam.state.gov/FAM/08FAM/08FAM040303.html.

14. Attached hereto as **Exhibit M** is a true and correct copy of the U.S. State Department's Form DS-11 for U.S. Passport Applications as shown on the U.S. State Department's website on December 27, 2024.

15. Attached hereto as **Exhibit N** is a true and correct copy of the U.S. State Department's Form DS-82 for U.S. Passport Renewal Applications as shown on the U.S. State Department's website on December 27, 2024.

16. Attached hereto as **Exhibit O** is a true and correct copy of the U.S. State Department's Form DS-5504 for U.S. Passport Correction and Replacement Applications as shown on the U.S. State Department's website on December 27, 2024.

17. Attached hereto as **Exhibit P** is a true and correct copy of the U.S. State Department's Form DS-11 for U.S. Passport Applications as shown on the U.S. State Department's website as of February 18, 2025.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the U.S. State Department's Form DS-82 for U.S. Passport Renewal Applications as shown on the U.S. State Department's website as of February 18, 2025.

19. Attached hereto as **Exhibit R** is a true and correct copy of the U.S. State Department's Form DS-5504 for U.S. Passport Correction and Replacement Applications as shown on the U.S. State Department's website as of February 18, 2025.

20. Attached hereto as **Exhibit S** is a true and correct copy, as of February 18, 2025, of Ernesto Lodono's February 7, 2025 article in the New York Times titled "*Transgender Americans Challenge Trump's Passport Policy in Court*," available at: https://www.nytimes.com/2025/02/07/us/transgender-americans-lawsuit-trump-passports.html.

21. Attached hereto as **Exhibit T** is a true and correct copy, as of February 18, 2025, of Lisa Mottet's 2013 article in the Michigan Journal of Gender and Law titled "*Modernizing State Vital Statistics Statutes and Policies to Ensure Accurate Gender Markers on Birth Certificates: A*

4

*Good Government Approach to Recognizing the Lives of Transgender People,*" available at: https://perma.cc/Y3DJ-ERDL.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 18, 2024                      *s/ Isaac D. Chaput*

                                                         Isaac D. Chaput