# EXHIBIT C

# The Epidemic of Violence Against the Transgender & Gender-Expansive Community in the U.S.

The 2024 Report

*Human Rights Campaign Foundation, November 2024*



# From Kelley Robinson

The epidemic of violence against transgender and gender-expansive people is a national tragedy. Each life stolen from us in this way is the result of a society that demeans and devalues anyone who dares challenge the gender binary. This year, we've seen an explosion of violent and hateful rhetoric aimed at the LGBTQ+ community—words that make both physical violence and discriminatory legislation more palatable for those in need of a scapegoat. This is one of many reasons why, last year, HRC declared a State of Emergency for LGBTQ+ people for the first time in our over 40-year history.

Over the past year , we have continued to see bills signed into law in statehouses across the nation which ban gender-affirming healthcare, make schools less safe for LGBTQ+ youth and, in some cases, ban transgender and non-binary people from public bathrooms that match their gender identities Simultaneously, we have witnessed the resurgence of vile anti-LGBTQ+ stereotypes, amplified by social media algorithms and weaponized by political campaigns pouring millions into anti-trans attack ads. Compounding this harm, many media outlets have irresponsibly framed trans rights as a "debate," further legitimizing stigma and fueling division. Together, these forces create an environment of fear and hostility that puts transgender and gender-expansive lives in grave danger.

As we pause to honor those lost to fatal violence, we must also celebrate the fullness and beauty of their lives—lives filled with love, laughter, and dreams that were unjustly cut short. Let their memories ignite our determination to build a future where transgender and gender-expansive people are not merely surviving but thriving as free, equal, and valued members of society. We must reject the hate, dismantle the systems that

perpetuate violence, and create a world where authenticity is met with dignity and respect.

**KELLEY ROBINSON (SHE/HER)**
President
Human Rights Campaign Foundation

---



# From Tori Cooper

In the 12 months since Transgender Day of Remembrance 2023 (November 20, 2023), we've learned of 36 transgender and gender-expansive people killed in an epidemic of violence threatening our community.

These victims had families and friends, hopes and dreams. None of them deserved to have their lives stolen by horrific violence.

50% of victims were Black trans women—a tragedy that reflects an appalling trend of violence fueled by racism, misogyny, transphobia and the politicization of our lives.

17% were experiencing homelessness, reflecting the ways that transphobia at every level of society can limit economic opportunity and decrease safety and security.

We need everyone to join us in empowering transgender leaders, building safer, stronger communities and reducing stigma. We cannot rest until all transgender and gender-expansive people can live our lives safely as our full selves.

**TORI COOPER (SHE/HER)**
Director of Community Engagement for the Transgender Justice Initiative

# CONTENT WARNING

This report discusses the homicides and violent deaths of transgender and gender-expansive people, in addition to discussing other potentially sensitive topics such as bullying, gun violence, family rejection, sexual violence, misgendering and deadnaming, transphobia, and intimate partner violence. While graphic details are not provided, some of the "in memoriam" entries linked in this report may also provide more extensive details of the circumstances of these deaths.

Please take care of yourself while and after reviewing this report.  If you or anyone else you know experiences a mental health crisis, or is in need for help, please reach out to any of the resources listed at this resource page from HRC Foundation: Mental Health Resources in the LGBTQ+ Community

# Introduction

**Since the day after the last Transgender Day of Remembrance on November 20, 2023, at least 36 transgender and gender-**

# expansive people have been killed in the U.S.



We say "at least" because the stories detailed in this report very likely undercount the number of transgender and gender-expansive people who were killed.

Although advocates, bloggers and media groups have elevated the epidemic of violence against trans and gender-expansive people in the past several decades, **data collection is often incomplete or unreliable when it comes to violent and fatal crimes against the trans community**. Some victims' deaths may go unreported or misreported, while other victims may not initially be identified as trans or gender-expansive.

In this report, we shed light on the epidemic of violence taking the lives of trans and gender-expansive people. We remember the individuals who were taken from us in the past year and provide an analysis of data we have collected since 2013 — the year the Federal Bureau of Investigation began reporting on hate crimes motivated by anti-transgender bias. Based on these statistics, we provide action items that can help end the violence.

In life, each of the individuals memorialized in this report went to extraordinary lengths to live authentically. In death, we must honor their truth and bravery with action.

# The National State of Emergency Facing the Transgender Community in the United States

This report comes amidst an overwhelming wave of anti-transgender legislation. **In 2023, for the first time in their 40+ year history, the Human Rights Campaign declared a National State of Emergency for LGBTQ+ Americans,** in response to the over **550 anti-LGBTQ+ bills introduced** into state houses across the country**, more than 85** of which were passed into law. This trend continued into 2024, where **over 500 additional** anti-LGBTQ+ bills were introduced, and over 40 passed into law **across 14 states**.

The vast majority of the bills introduced since 2023 have specifically targeted transgender people in an attempt to take away the transgender community's basic freedoms. Included in this are attempts to ban access to safe, effective, age-appropriate gender-affirming medical care; limit the community's access to school sports, school restrooms and locker rooms; and remove inclusive books and references to LGBTQ+ identities and experiences from school curricula (often referred to as "Don't Say LGBTQ" or "Don't Say Gay" laws).

Against this backdrop of discriminatory legislation, attacks on the transgender and

2023 also saw the **highest number of anti-LGB and anti-trans and** gender-expansive hate crimes **reported by the FBI to date**. Over **2,800 hate crimes** were recorded against LGBTQ+ people in 2023, accounting for **almost one in four (22.8%)** of all hate crimes recorded that year. A total of **542** of these incidents were gender identity-motivated hate crimes committed against transgender (n=393) and gender-expansive (n=149) people, accounting **for over 4%** of all hate crimes recorded in that year. This number is an undercount, given that FBI data reporting does not capture all hate crimes, as not all jurisdictions track anti-trans hate crimes, nor do all jurisdictions report hate crimes to FBI databases.

These attacks are occurring against a community which is already vulnerable and marginalized. As detailed in the recently updated HRC report "*Dismantling a Culture of Violence*," transgender and gender-expansive Americans exist in a society where they risk encountering transphobia and anti-trans stigma from multiple sources, from macro/societal level state and federal policies and discriminatory institutional practices in schools, workplaces, and doctors' offices in their communities, to rejection, abuse, and violence in their interpersonal relationships.

gender-expansive community, as well as the LGBTQ+ community and its allies, are on the rise. Proponents of anti-trans legislation in state houses and Congress have often relied on hate-filled rhetoric that demonizes transgender people and their allies, perpetuates misinformation, and legitimizes anti-trans stigma, violence, and hate. The 2024 election saw the U.S. Republican party spending over $82 million on anti-trans political ads that furthered transphobic messaging while attacking pro-equality candidates for their support of transgender people. Right-wing influencers have weaponized this rhetoric to further attack corporations and businesses for their workplace inclusion programming, with the express goal of having them abandon efforts to support their LGBTQ+ employees and customers.

Anti-LGBTQ+ rhetoric and legislative attacks are translating to anti-LGBTQ+ violence. Since the start of 2022, GLAAD (Gay & Lesbian Alliance Against Defamation, an LGBTQ+ media advocacy org) has recorded over **1,850 incidents of anti-LGBTQ+ violence,** including bomb threats to gender-affirming healthcare providers and children's hospitals; property damage and arson to LGBTQ+ centers, businesses, and bars; anti-LGBTQ+ protests and gatherings against venues that host drag events or school libraries offering gender-inclusive, age-appropriate readings; assaults against LGBTQ+ people and allies, and more.

These multiple forms of sigma result in lower access to status, opportunity, and resources, higher risk of poverty and homelessness/housing insecurity, social isolation, and worse physical and mental health outcomes—all of which results in increased risk for violence.

This stigma, bias and discrimination compounds for transgender and gender-expansive people who hold multiple marginalized identities. Transgender women and transgender people of color are at elevated risk of fatal violence, and the risk is compounded for Black transgender women, who comprise the vast majority of victims of fatal violence against trans and gender-expansive people.

# About This Report

## Expanding our terminology — defining "transgender or gender-expansive"

As with any language that attempts to succinctly capture the human experience, the usage of these terms and sense of identity among the trans and gender non-conforming community varies widely.

Throughout the report, we use the phrase **"transgender [or trans] and gender-expansive"** to describe a collective community of individuals whose gender identities, gender presentations and expressions, and/or lived experiences differ from those typically associated with the sex they were assigned at birth.

This represents a shift for our reporting, as in all years prior, we referred to this group as "transgender and gender non-conforming."

While, for many people, gender-expansive is not an explicit identity in and of itself, we use "gender-expansive" in this report to ensure inclusion of the full range transgender and non-binary people who explicitly identify as non-cisgender but use different labels to describe their identity, as well as those who may have been killed as a result of being gender non-conforming in their gender expression or presentation in some way— including those who may be cisgender.

We refer to the community this way to be as broad, accurate, and inclusive as possible when describing the community, while also acknowledging that many of the people whose stories we tell in this report may identify their gender using different terms (e.g.

non-binary, genderqueer, etc.). In addition, many cultures may have their own terminology and differing concepts of gender, which also are not directly named in this report.

Below is a series of select definitions that are critical to know as you read this report; many more definitions are available at our **Glossary of Terms.**

**GENDER IDENTITY:** One's innermost concept of self as male, female, a blend of both or neither; essentially: how individuals perceive and think about themselves, and what they call or label themselves. One's gender identity can be the same or different from their sex assigned at birth.

**GENDER EXPRESSION:** External appearance of one's gender identity, usually expressed through behavior, clothing, body characteristics or voice, and which may or may not conform to socially defined behaviors and characteristics typically associated with being either masculine or feminine; essentially, how a person presents themselves to the world. A person may be consistent in their gender expression, or may present themselves differently in different contexts or at different times in their life.

**TRANSGENDER:** An umbrella term for people whose gender identity and/or expression is different from cultural expectations based on the sex they were assigned at birth.

**CISGENDER:** Someone whose gender identity is aligned with the sex they were assigned at birth is called cisgender.

**TRANSGENDER MAN:** Someone who was assigned female at birth and identifies as a man.

**TRANSGENDER WOMAN:** Someone who was assigned male at birth and identifies as a woman.

**NON-BINARY:** An adjective describing a person who does not identify exclusively as a man or a woman—as well as a gender identity (label) some may use to identify and/or describe themselves. A non-binary person may identify as being both a man and a woman, somewhere in between, or as falling completely outside these categories. While many non-binary people also identify as transgender, not all do. Non-binary can also be used as an umbrella term encompassing identities such as agender, bigender, genderqueer or gender-fluid.

**GENDER-EXPANSIVE:** A broad term referring to people who do not behave in a way that conforms to the traditional expectations of their gender, or whose gender expression does not fit neatly into a category. For some people, "gender-expansive" may also be the gender identity they most identify with, and/or the gender identity label they use to describe themselves to others.

**TWO-SPIRIT:** A pan-Indigenous term that encompasses the umbrella of specific terms used by individual tribes, largely among North American Indigenous tribes. While sometimes described as referring to people who possess both male/masculine and female/feminine traits, two-spirit people encompass a spectrum of genders, sexual orientations, gender expressions and gender roles. Some Indigenous LGBTQ+ people may describe themselves as 'two-spirit,' while others may describe themselves using other LGBTQ+ identities.

# Victim Identification

## Identification of cases

We typically identify victims through daily monitoring of local news and social media; in some cases, loved ones of the victims will also reach out to HRC directly to report a new case. In order to determine a case's eligibility for inclusion in our reporting, we gather additional information by identifying the victim's online presence, identifying (and often contacting) those memorializing the victim, and reaching out to activists in their local community.

We do not include every death of a transgender, gender-nonconforming, or non-binary person. To be included:

- The death must have occurred in the United States, including Puerto Rico and Outlying American territories.
  - Deaths that occur in other countries, even if the victims are Americans, are not included.

- The death must have been committed by another person, either directly or through contributions to the circumstances that resulted in the death.
  - This means that suicides and death from illness and substance use are not included.

- The cause of death must be confirmed by authorities to be a homicide and/or caused by another person.
  - "Authorities" includes official statements (or press reports of official statements) from law enforcement and/or lawyers and advocates involved in the case.

- Violence, including structural violence, must also be a component of the circumstances, even if the perpetrator did not set out to kill the victim.

- Thus, deaths due to robbery/burglary, hit-and-run and vehicular homicide, and deaths which occur at the hands of the police/while in police or law enforcement custody, are included, in addition to deaths from homicide and manslaughter.

## ADDITIONAL CONCERNING DEATHS

Despite best efforts, in some instances, there is insufficient evidence available on the circumstances of a case to determine inclusion of the victim in our formal reporting. This can occur in a variety of scenarios, such as if cause of death is unclear, or official reports from authorities are unavailable.

In these cases, we include the victim, along with a brief write-up of what is known about their death—and their life—in our page, "**Additional Concerning Deaths of Transgender and Gender-expansive Individuals**."

We then continue to monitor these cases, while working with loved ones, advocates, and authorities to call for further investigations.

## In/Exclusion criteria for victims

We include victims who identify as transgender, non-binary, gender-expansive, or some other non-cisgender identity at the time of their death, or who were gender-expansive in their gender presentation, or who were cisgender but presumed to be trans.

Throughout the report, we take every effort to ensure our memorials reflect the most accurate depiction of each individual's identity, based on their own words, the accounts of loved ones, and the ways in which they presented themselves and interacted with the world.

When there are conflicting reports about the name, pronouns, and/or gender identity of a

## Reporting time period

HRC has been tracking fatal violence against the trans community since the start of 2013. Throughout this report, trends are discussed for two time periods:

1. "The past year" covers the 12-month period that spans from the day following 2023 Transgender Day of Remembrance (TDOR) 2023 (November 21, 2023) through TDOR of this year (November 20, 2024).

2. "All years" / "Since tracking began" covers the almost 12 years since HRC began tracking fatal violence in 2013

## Data collection

victim, we use those which were utilized by the victim themselves on social media or in their daily lives; in the absence of this information, we use the pronouns and names utilized by those closest to them. As a result, names and gender in our reporting may not always match those in official reports and/or legal documentation, particularly for those who were unable to obtain legal recognition and updated identification documents that matched their identity at the time of their death.

## Expanding our inclusion criteria – inclusion of non-trans victims

As noted above,this year's report now includes people who are cisgender and gender non-conforming in their gender expression/presentation, as well as those who were presumed to be trans and whose presentation or the presumption thereof was a motivating factor in their death. The decision to expand our inclusion criteria was made in acknowledgement that these victims lost their lives to the same transphobic forces, and thus should be memorialized and included in discussions of the epidemic of anti-trans violence.

The information presented in this report reflects the most recently available data on all included cases, as identified to the best of our ability.

Data on each case are gathered daily through review of news reports, police reports, case records, and discussions with local advocates and loved ones of the victims.

All information is then recorded in an internal database and reviewed on a quarterly basis to confirm accuracy and update with emergent information as available.

Because new details may emerge as cases work their way through the justice system, and as law enforcement agencies release new information, data in this report may not always reflect what was noted in original reporting, or what may emerge in the future.

## Hate crimes vs. Anti-trans hate

Between January 2013 and October 2024, the FBI recorded **16** fatal hate crimes committed

A case does not have to be categorized as a hate crime to be included in our reporting. Rather, we

against trans and gender-expansive people, including bias-motivated deaths categorized as murder, manslaughter, or negligent manslaughter, far fewer than the 372 deaths recorded by HRC.

The discrepancy is due to the fact that 'hate crime' carries a legal definition—albeit one which differs between jurisdictions and across state and federal regulations. In addition, not all jurisdictions collect and report hate crimes data to the FBI, meaning that the FBI's database is not exhaustive.

include those cases where bias, hate, and structural violence and stigma played a role in the killing of individuals, including indirectly through fostering the conditions in which the death occurred (e.g. if a person was killed while engaging in survival sex work, after being pushed out of the formal economy).

# In Memoriam

In commemoration of Transgender Day of Remembrance (TDOR), HRC remembers the lives and mourns the loss of transgender and gender-expansive people in the 12-month period between TDOR 2023 and TDOR 2024.



Below we honor each of the **36 lives** lost in this time period, including the **30 people** lost in calendar year 2024, and the **6 people** lost in 2023 after TDOR 2023 and the publication of our report, "*The Epidemic of Violence Against the Transgender and Gender-expansive Community in the United States: The 2023 Report.*"

To read more about each of these people and the lives they lived, see our memorials for them here: "Fatal Violence Against the Transgender and Gender-expansive Community in 2023" and

"Fatal Violence Against the Transgender and Gender-expansive Community in 2024."

# Deaths that occurred in 2023



**Amiri Reid**

Toledo, OH



**Kejuan Richardson**

Toledo, OH



**Jean Butchart**

Van Buren Township, MI



**Savannah Ryan Williams**

Minneapolis, MN



**Meghan Riley Lewis**

Bel Air, MD



**Amber Minor**

Rayton, MO

# Deaths that occurred in 2024



**Kitty Monroe**

Phoenix, AZ



**Righteous "TK" Chevy Hill**

East Point, GA



**Diamond Brigman**

Houston, TX



**Alex Franco**

Taylorsville, UT



**Meraxes Medina**

Los Angeles, CA



**Africa Parrilla Garcia**

San Juan, PR



**Tee "Lagend Billions" Arnold**



**River Nevaeh Goddard**

Stow, MA



**Andrea Doria Dos Passos**

Hallandale Beach, FL

Miami, FL



**Sasha Williams**

Las Vegas, NV



**Starr Brown**

Memphis, TN



**Kita Bee**

Kansas City, MO



**Reyna Hernandez**

Renton, WA



**Brandon "Tayy Dior" Thomas**

Mobile, AL



**Michelle Henry**

San Francisco, CA



**Yella (Robert) Clark Jr.**

Angola Prison, LA



**Jazlynn Johnson**

Las Vegas, NV



**Liara Tsai**

Minneapolis, MN



**Pauly Likens**

Sharon, PA



**Shannon Boswell**

Atlanta, GA



**Kenji Z. Spurgeon**

Seattle, WA



**Monique Brooks**

Orlando, FL



**Dylan Gurley**

Denton, TX



**Tai'Vion Latham**

Baltimore, MD



**Vanity Williams**

Houston, TX




**Redd (Barbie)**

Chicago, IL



**Kassim Omar**

Columbus, OH



**Honee Daniels**





Rochester, NY

**Santonio "San" Coleman**

Athens, GA

**Quanesha Shantel ("Cocoa")**

Greensboro, NC



## Amiri Reid

According to friends and family, 21-year-old **Amiri Reid**, a Black trans woman, was the "life of the party. She had an infectious sense of humor. Amiri was fatally shot on Nov. 14, 2023, in Toledo, Ohio, while driving around her hometown with her friend Kejaun Richardson, a gender-expansive gay Black man.



## Kejuan Richardson

**Kejuan Richardson**, a 21-year-old gender-expansive Black man, loved to sing and is remembered for their deep love of music by friends and family. On November 14, 2023, Kejuan, was shot and killed in Toledo, Ohio, while driving around their hometown with their friend, Amiri Reid, a Black transgender Black woman.



## Jean Butchart

**Jean Butchart**, a 26-year-old white transgender man, loved "camping, foraging, gardening, and mushroom-hunting," according to his obituary, which earned him the nickname "Nature Boy." He was the youngest of three siblings. Having earned himself a Bachelor of Science degree, he was working toward becoming a teacher, hoping to teach middle and high schoolers about the environment. Jean was fatally shot in Belleville, Michigan in a mobile home park during a series of violent incidents on August 4, 2023.



## Savannah Ryan Williams

**Savannah Ryan Williams,** a 38-year-old Cuban and Native transgender woman, was described by her partner as a "loving, caring person." Amber Muhm with The Aliveness Project described Savannah as "...fierce, full of life. She had a big personality and an even bigger heart" during an interview with the Minnesota Public Radio. Savannah was violently killed in Minneapolis, Minnesota on November 29. On December 7, 2023, the Minnesota State Capitol echoed in remembrance as Savannah's partner, friends, chosen family, and even legislators and public officials gathered for a vigil in her honor.



## Meghan Riley Lewis

**Meghan Riley Lewis**, a transgender woman and a mother of two, was a staple in her community for transgender activism. She devoted her life to feeding hungry and unhoused queer people. On December 27, 2023, reports shared that Lewis was shot and killed by a food delivery person following a verbal altercation that turned physical in Bel Air, Maryland. Despite attempts to save Lewis by emergency responders, she ultimately passed away after being taken to the hospital.



## Amber Minor

**Amber Minor**, a 40-year-old Black trans woman, was killed in Raytown, Missouri on December 24th, 2023. She was described as a "warrior" with a strong will and spirit. Amber was also a previous survivor of violence, recovering from gunshot wounds and having been hit by a car.



## Kitty Monroe

**Kitty Monroe**, who also went by their birth name Marcos Lugo, was a 43-year-old Latine transgender person who was known for painting, singing, and having a great sense of humor. In April 2023, Kitty spoke about her experiences as a transgender person in a powerful interview for the YouTube channel Tales from the Streets. Tragically, Kitty was killed in Phoenix, Arizona on January 1, 2024.



## Righteous TK "Chevy" Hill

**Righteous TK "Chevy" Hill**, a 35-year-old Black transman known to his friends and family as TK and Chevy, pushed for Black LGBTQ+ inclusion throughout his community. Chevy opened 'Evollusion,' a full-service hair salon dedicated to serving the LGBTQIA+ community in Atlanta, to help Black queer people feel comfortable in a traditional Black barbershop setting.

Chevy was tragically shot and killed in East Point, Georgia on February 28, 2024, in the front yard of his home.



## Diamond Brigman

**Diamond Brigman** was a Black 26-year-old trans woman. She was described by her friend as "larger than life." She was killed during a drive-by shooting while standing on a street in Houston. Her death, and those of other trans people in Texas, underscore the need for significant and immediate legislative changes.



## Alex Taylor Franco

**Alex Taylor Franco**, a 21-year-old transgender man, was shot and killed in Taylorsville, Utah on March 17, 2024. At a vigil held in his honor, Alex's loved ones described him as "an athletic, cheerful man with a big heart," who was "so much more than just Alex."



## Meraxes Medina

**Meraxes** Medina, a 24-year-old Latina transgender woman, was called a "sister" by her friend Alisha Veneno on a GoFoundMe page, saying Meraxes "was more than just my friend." According to her own Instagram account and a blog post by Pgh Lesbian Correspondents, Meraxes was a makeup artist who also worked at Universal Studios Hollywood, enjoyed shopping and watching the Jurassic Park movie series, and admired Shakira and Karol G.



## África (Emma) Parrilla García

**África Parrilla García** a 25-year-old transgender woman also referred to sometimes as Emma Garcia, was shot and killed in the Santurce area of San Juan, Puerto Rico on February 2, 2024. Details about Africa's life have been slow to emerge, as she was initially misgendered and deadnamed in news reports and police records. However, friends have begun to speak out about Africa's life and death, noting she was loved, and like "a sister" to them.



## Tee "Lagend Billions" Arnold

**Tee "Lagend Billions" Arnold,** a 36-year-old Black transgender man, was shot and killed in Hallandale Beach, Florida on April 3, 2024. Tee was known among friends and family for his love of travel, his nieces and nephews, and for "always offering words of encouragement" to loved ones in need.



## River Nevaeh Goddard

According to their obituary, **River Nevaeh Goddard** "had an amazing, outgoing personality. She was very creative and artistic, she loved to write her own music. Her cuddly nature was only matched by her quick wit, and goofiness." River, who used she/they pronouns, also went by Phoenixx and their birth name Neveah. On April 5, 2024, Stow, Massachusetts police responded to a call for a wellness check. Police were able to make their way inside the home after two hours and found River had been killed by stabbing.



## Andrea Doria Dos Passos

**Andrea Doria Dos Passos** was killed outside of the Miami City Ballet in Miami, Florida on April 23, 2024. She was experiencing homelessness at the time of her death and had been dealing with housing insecurity for some time, as reported by her family.

On April 25, a vigil for Andrea was held in Miami Beach's Old City Hall, organized by Pridelines, a local LGBTQ+ community center with which Andrea was connected. Andrea's mom, who was in attendance, expressed gratitude for the community and life Andrea had been able to build before her death, noting "I feel a bit lighter knowing that she had this group of people who loved her and accepted her."

---



## Sasha Williams

**Sasha Williams**, a 36-year-old multiracial transgender woman, was described as a "selfless artist" who had a "heart of gold", and as someone who had earned their GED despite struggling with her mental health, according to media reports. In an interview with the Las Vegas Review-Journal, Williams's aunt Tina Thornton said that she dreamed of being a performer in Las Vegas.

Sasha was stabbed and killed in Las Vegas,

Nevada. Though her death occurred on January 26, 2024, HRC learned of her passing in late March.



## Starr Brown

**Starr Brown**, a Black trans woman, was show and killed in Memphis, Tennessee on April 19, 2024. Across social media posts, the love her community felt for her was clear, with loved ones describing her as someone who was "TRULY loved," "always had uplifting words," "one of the sweetest," and a "beautiful soul." A balloon release was held in her honor at the site of her passing on Friday April 26th, and a memorial service was held on May 4th.



## Kita Bee

**Kita Bee** was described as "her authentic self through and through" by her friend of almost two decades, Kris Wade, executive director of The Justice Project, who also said that Kita was "very well loved in the streets," meaning the LGBTQ+ community. Kita, a 46-year-old transgender Black woman, was killed in a hit-and-run incident in Kansas City, Missouri, on May 3, 2024.



## Reyna Hernandez

**Reyna Hernandez**, a 54-year-old Latina transgender woman, was born in Mexico, and moved to the United States when she was 19. She owned Reyna's Hair Salon in Renton, the fulfillment of a childhood dream. She was described by friends and family as a "happy, loving person," and a "dreamer" who was "hard-working and kind." Reyna was shot and killed in Renton, Washington on February 26, 2024.



## Brandon "Tayy Dior" Thomas

**Brandon "**Tayy Dior" Thomas, a 17-year-old Black transgender girl in Mobile, Alabama, was beloved by her friends and family. Speaking with HRC, her grandmother described Tayy as someone who "always had a huge smile on her face showing her dimples," and that she loved doing her hair and "would help anyone." She was further described as "shy but so fearless" with "natural leadership ability." Tragically, she was shot and killed on May 7, 2024; her alleged killer, who has been arrested, was her romantic partner.

---



## Michelle Henry

**Michelle Henry,** a 25-year-old Black transgender woman, lived in San Francisco, where she had been a lifelong active member of the LGBTQ+ community, including attending the SF LGBT Center youth program. She was referred to as a "ray of light" by the center's Executive Director Rebecca Rolfe, who further described Michelle as "kind, deeply caring, courageous, and fearless."

Sadly, on May 15, 2024, she was stabbed and killed at a private residence. While her alleged killer has been detained, the SF Police Department put out a statement this is an "open and active investigation," and has requested

anyone with information call the SFPD Tip Line (1-415-575-4444) or Text a Tip to TIP411 and begin the text message with SFPD.

---



## Yella (Robert) Clark Jr.

**Yella (Robert) Clark Jr.**, a 45-year-old Black transgender person, who was serving a life sentence at Angola prison in Louisiana, was killed in a fight with several other inmates on April 2, 2024. With Yella, misreporting and misgendering in initial reports led to delays in HRC's own reporting. Most articles referred to them with their birth name and sex assigned at birth, though evidence suggests Clark may have used both Yella and Robert (their birth name) in prison. They identified as transgender, had been diagnosed with gender dysphoria, and had begun taking female hormones to physically transition while incarcerated.



## Jazlynn Johnson

**Jazlynn Johnson**, an 18-year-old transgender teenager, was killed on May 6, 2024, in Las Vegas, Nevada. According to police reports, The Las Vegas Metropolitan Police Department found Johnson inside a vehicle on the morning of May 6 near Maryland Parkway in Las Vegas. Jazlynn was pronounced dead at the scene. Soon after, the Clarke County coroner's office ruled her death a homicide.



## Liara Tsai

**Liara Tsai**, a 35-year-old white transgender woman, was found dead in a vehicle after the car crashed in Iowa on Saturday June 22nd; evidence from the scene confirms she was killed prior to the car crash. Liara, who was described by friends and loved ones as an activist and an artist, had moved to Minneapolis just 6 weeks prior to her death, in order to better pursue her career as a DJ, in a city with a large trans community.



## Pauly Likens

**Pauly Likens**, a 14-year-old transgender girl, was "a bright and loving individual, cherished by all who knew them," according to a GoFundMe page. In Pauly's obituary, it is said that she "lit up every room she entered, always making people smile and passing around her contagious laughter." She loved music, Fortnite and Roblox.

Pauly was found dead in Sharon, Pennsylvania on June 25, 2024. She was last seen on June 23 at the Budd Street Public Park in Morristown, NJ. Two days later, on June 25, Pauly was reported missing. That same day, Pauly's dismembered body was found in the Shenango River Lake, a reservoir in western Pennsylvania, as confirmed by the Mercer County Coroner's Office and Pennsylvania State Police.



## Shannon Boswell

**Shannon Boswell**, a 30-year-old Black transgender woman, is remembered as "one of a kind" and a "sweet soul" according to her obituary. Shannon was killed on July 2, 2024, in Atlanta. Her life was honored on July 13th, with a service filled with loved ones and friends sharing fond memories of Shannon. Shannon was someone who "loved people" and enjoyed hobbies of "watching movies and living life to the

fullest." A friend described Shannon as their "best friend" and "dear friend" who was always there when you needed her.



## Kenji Spurgeon

**Kenji Spurgeon**, a 23-year-old Black transgender woman, was described by her family as being a "bright light in our lives" on a GoFundMe page. They go on to say that Kenji was known for having "an infectious smile and quick wit" and had an "extraordinary ability to uplift everyone around with laughter, a joke, a song, or a dance. Kenji inspired us all to seek joy and be cheerleaders for one another."

Tragically, Kenji was shot and killed in the early morning hours of July 1, 2024 in Seattle, Washington.



## Monique Brooks

**Monique Brooks**' sibling Lecia described her as fun-loving and smart. Others remember Monique as an amazing hair stylist. Every year on her birthday, Monique centered causes that people should support, including for LGBTQ+ rights.

On Friday, July 19, 2024, Monique, a 49-year-old Black transgender woman, was found shot in Orlando, Florida near the Florida Mall. She later died after being transported to the hospital, according to Orange County deputies.



## Dylan Gurley

20-year-old **Dylan Gurley**, a transgender woman from Little Elm, Texas, was killed in Denton, Texas on July 23, 2024. She was found unconscious with multiple stab wounds by police and was subsequently declared dead at a local hospital less than an hour later.



## Tai'Vion Lathan

**Tai'Vion** Lathan, a 24-year-old Black transgender woman who also went by Tai, was tragically found dead in a neighborhood in East Baltimore, Maryland on Sunday, August 4th. Tai's aunt, when speaking with reporters, said "She was just who she was, a very outgoing person, a sweetheart." Page Boyd, reported to be Tai's best friend, said "There's so many hearts breaking open out here. How can you wake up every day knowing what you did? It's terrible. Tai didn't deserve to be in no alley."



## Vanity Williams

**Vanity Williams**, a 34-year-old Black transgender woman was an Air Force veteran who had recently begun nursing school, with the goal of opening a med spa. Tragically, before she was able to realize this dream, she was shot and killed in Houston, Texas on August 3, 2024.



## Redd, also known as Barbie

**Redd,** also known as **Barbie,** was a 25-year-old Black transgender woman who loved Nicki Minaj, hair, and makeup, and dreamed of opening her own beauty business. On September 8, 2024, she was shot and killed in Chicago, Illinois.



## Kassim Omar

Kassim Omar was a 29-year-old Black trans woman who fled to the United States in 2015 as a refugee from Somalia (by way of Kenya) to escape anti-LGBTQ+ harassment and violence. Settling in Columbus, Ohio, she was tragically shot in 2022 by two teenagers who lived in her apartment complex, and had been harassing her due to her gender identity and sexuality. Though she survived the shooting, she was paralyzed and confined to a nursing home as a result, ultimately succumbing to her injuries and passing away on September 6, 2024.



## Honee Daniels

Honee Daniels, a 37-year-old Black trans woman, was killed in a fatal hit-and-run in Rochester, NY on October 2, 2024. She was known for her charming personality, love of superhero movies, and skill with makeup and hair, with one friend describing her as someone who "could make anyone look like a movie star with a little time and the right makeup palette."



## Santonio "San" Coleman

Santonio "San" Coleman, a 48-year-old Black gender non-conforming person who largely went by "San," was found critically injured on a running trial in Athens, Georgia on the morning of October 19, 2024, and later died from their injuries at a nearby hospital. San —who was referred to both as a trans person, and as a cis gay person who used he/him pronouns—was known for being the life of the party who attended "every cookout, party, and family function."



## Quanesha Shantel ("Cocoa")

Quanesha Shantel, who also went by "Cocoa," a 26-year-old Black trans woman, was shot and killed by her ex-boyfriend in Greensboro, North Carolina on November 15, 2024. Quanesha had broken up with him four months prior to her death, though he had continued to pursue and contact her in hopes of getting back together. A well-known staple of the drag scene in the Southeast, Quanesha was deeply loved by her family, friends, and community, who had been accepting of her gender identity since she first began transitioning at age 11.

## Updates to Cases

### Dime Doe

Dime Doe, a 24-year-old Black transgender woman, was shot and killed in South Carolina on August 4, 2019. At the time of her death, minimal details were available, and reporting was delayed due to Dime initially being misgendered in early reports. However, five years later, some justice has been served: On February 24, 2024 her killer, Daqua Lameek Ritter was found guilty of her murder

### Sophie Vasquez

Sophie Vasquez, a 36-year-old Latina transgender woman, was shot and killed in Georgia on May 4, 2021. As with Dime Doe, minimal details were available at the time of her death, including a lack of suspects. However, in August 2021, authorities arrested Pedro Silva-Renteria in connection with her death. Throughout the trial, which was held in 2024, Silva-Renteria's

### Skylar Gilmore

Skylar Gilmore, a 25-year-old transgender woman, was killed in Stone Mountain, Georgia in June 2021. However, HRC only learned of her death in October of 2024, when her killers were convicted of her murder by a DeKalb County jury. As reported by The Advocate, Skylar was killed by Davonte Fore and JaQuan Brooks, two gang members who were ordered to kill her by another

by a jury, becoming the first person convicted by a jury of an anti-trans hate crime under the Matthew Shepard & James Byrd Jr. Hate Crimes Law; Ritter was sentenced to life in prison in October 2024 on "hate crimes, firearms, and obstruction charges."

attorneys attempted to argue a so-called 'trans panic defense,' claiming that he had met up with Sophie for a romantic or sexual encounter and then killed her out of fear, upon realizing she was transgender. After evidence showed that Sophie had clearly communicated her trans identity, this was rejected, and in October 2024, a jury in DeKalb County Georgia convicted for her death, finding him guilty of "malice murder, felony murder, aggravated assault, and possession of a firearm."

member of the gang, due to that person's sexual relationship with Skylar. Though Brooks was present in court and taken into custody following his conviction, her other killer, Davonte Fore, is currently a fugitive from the law, having fled the state before the trial after being released on bail in 2022.

# THE EPIDEMIC BY THE NUMBERS

**Since January 2013, HRC and other advocates have identified 372 transgender and gender-expansive individuals who were victims of fatal violence in the United States.**

As of this report's release on November 19, 2024, we have recorded **36 fatalities** since the last Transgender Day of Remembrance, including **30 deaths** to-date in the calendar year of 2024.

Fatal violence impacts transgender and gender-expansive people of all ages, races, gender, gender identities, and from rural and urban areas. However, people living at the intersections of multiple marginalized identities have been disproportionately impacted relative to others. Specifically, Black transgender women, who face multiple layers of violence due to their gender identity, gender, and race, comprise **61% of all victims** of fatal violence against transgender and gender-expansive people.

Below, we present a summary of trends that have emerged in our 12 years of tracking fatal violence against transgender and gender-expansive people, focusing on trends from all years, as well as in the last 12 months. Unfortunately, even as the numbers change, many of the patterns remain the same, year over year.

In doing so, this data provides us with one of many useful tools in fighting for justice for transgender and gender-expansive people across the U.S. and combatting violence against them, while ensuring their memories are kept alive.

**372**

trans and gender-expansive people have lost their lives to fatal violence since 2013

**36**

trans and gender-expansive people have lost their lives to fatal violence in the last 12 months

**To review toplines from the following section, please visit HERE.**

## Since 2013...

**84%**

Of trans and gender-expansive victims of fatal violence were people of color

**83%**

were transgender women

**61%**

were Black trans women

## MOST VICTIMS ARE PEOPLE OF COLOR

**Fatal violence against transgender and gender-expansive people disproportionately affects people of color.**

Since 2013, over **84% of victims were people of color (n=314)**, defined as identifying as any race/ethnicity other than exclusively white.

**More than two-thirds** (68.6%) of victims identified as Black (n=255), either exclusively or in combination with other racial/ethnic identities.

- **14.5%** of victims were Hispanic/Latine (n=54).

## MOST VICTIMS ARE WOMEN

**Transgender women account for the vast majority of fatal violence victims.**

Since 2013, at least **308** transgender women have lost their lives to fatal violence—**over four in five (82.8%)** of all cases identified.

In addition, **33 (8.9%)** were transgender men, and **31 (8.3%)** were people who do not exclusively identify as men or women, which includes the following identities:

- Cross-dresser

- Femandrogyne

- Genderfluid

- **13.2%** of victims were white (n=49).

In the 12-month period between TDOR 2023 and TDOR 2024, people **of color accounted for three-quarters of victims with a known race/ethnicity (75%; n=27)**, with Black people specifically accounting **for more than 6 in 10 victims (61.1%; n=22)**.

An additional **fifth of all victims in the last 12-months were white**, reflecting the fact that **calendar year 2024 saw the second highest percentage of victims who were white** out of all years since HRC began tracking in 2013, with **16.7%** of all victims since January 1, 2024 identifying as white (a total of 5 people).

- Gender non-conforming

- Non-binary

- Queer

- Questioning

- Transgender person

- Two-spirit / 2S

- Transgender men and transgender women who also identified with another or more gender identities

**At least 28 transgender women** have been killed since TDOR 2023—more than **three-quarters (77.8%)** of the victims in this twelve-month period.

- **More than one-in-ten (11.1%; n=4)** victims identified in this period were transgender men.

- And the remaining **11.1% (n=4)** identified as some other non-cisgender identity.



As those living at the intersection of multiple marginalized racial/ethnic and gender identities, transgender women of color—Black trans women in particular—are disproportionately affected by the epidemic of violence against trans people.

**Three-quarters (73.7%) of all victims** identified since 2013 were transgender women of color—**a total of 274 people**.

**This includes 226 Black trans women**, who account for **more than six in ten (60.8%)** of all known victims.

In the last 12 months, trans women of color accounted for **6 in 10 victims (61.1%; n=22)**, with Black trans women accounting for **half (50%; n=18)** of all known victims in this period.

Since 2013, at least

**274**

trans women of color
have been killed

In the last 12 months

**61%**

of all victims were
trans women of color

Since 2013, at least

**226**

Black trans women
have been killed

In the last 12 months

**50%**

of all victims were
Black trans women

## MOST VICTIMS ARE YOUNGER

Age was known for 98.9% of all victims since 2013 (n=368) and **ranged from 14 to 66 years** at the time of their death, with an average age of approximately **30 years old.**

Among those with known age, **three–quarters (74.7%; n=275) victims were under the age of 35**, including a little under **one in ten (9.5%; n=35) who were under the age of 21**. Fourteen of them were minors under the age of 18.

**Since 2013…**







Among the victims identified in the last year (all of whom had a known age), **the average age of victims at the time of their death was 31.7 years.**

**Over half of all victims in the last year were under the age of 35** (54.3%; n=19), including four victims who were 18 or younger.

One victim, Pauly Likens, was **14 — the youngest victim ever recorded to date**.

# FATAL VIOLENCE IMPACTS CITIES AND STATES NATIONWIDE

To date, cases have been recorded in **199 cities and towns, across 41 states**, territories and the District of Columbia. Fatal violence is found in blue states and red states, in cities and rural areas. It is also concentrated in some pockets of the country, including both those with larger transgender populations (and larger populations overall), and more restrictive anti-transgender legislative environments.

**Almost two-thirds (62.6%)** of all victims identified to date were killed **in just ten states:** Texas, Florida, California, Georgia, Louisiana, Ohio, Pennsylvania, Illinois, Maryland, and North Carolina.

Texas and Florida, two states with some of the most extensive slates of anti-LGBTQ+ bills in place, are home to the highest number of fatalities, with **37 reported in Texas, and 33 reported in Florida** since 2013.

At the same time, California, which has non-discrimination protections on the basis of gender identity, and which has declared itself a sanctuary state for transgender youth seeking medical care, is home to the third highest number of fatalities, **with 25 fatalities, since 2013.**

When looking at specific cities, **10 or more victims have been reported in six cities**: Chicago (n=16), Houston (n=13), Atlanta (n=10),



Since 2013, victims have been identified in

# 199

cities and

# 41

states

Baltimore (n=10), Miami (n=10), and Philadelphia (n=10).



In the last 12 months

**3 states**

Have reported their first victims of fatal violence since tracking began

Fatalities in the last 12 months have been reported across 32 cities and towns in **22 states**. This includes **three states where fatalities were recorded for the first time**: Minnesota, Utah, and Nevada.

Florida, Georgia, Ohio, and Texas were each home to **three fatalities** in the last 12 months, and California, Maryland, Minnesota, Missouri, Nevada, and Washington State were close behind with **two fatalities** recorded in each. Alabama, Arizona, Illinois, Louisiana, Massachusetts, Michigan, North Carolina, New York, Pennsylvania, Puerto Rico, Tennessee, and Utah each reported **one death**.

## MANY CASES REMAIN UNSOLVED OR UNPROSECUTED—THOUGH IMPROVEMENTS ARE BEING SEEN

Arrests or convictions do not necessarily deliver justice, but for many families, friends and loved ones of victims, arrests may provide a moment of closure. Unfortunately, for many transgender and gender-expansive victims of fatal violence, their cases remain unsolved, or not prosecuted.

In almost **4 out of 10 cases** (38.2%; n=142) since 2013, no arrest has been made and the killer remains unknown (36.3%; n=135), or a named suspect remains at large (1.9%; n=7).

**To date, there has been an arrest in more than half of all cases (58.1%; n=216).**

- **Among almost one in ten (8.3%; n=18)** of these cases, charges have been dropped or the accused killer(s) have been acquitted.

- In **almost half of these cases (48.1%; n=104)** the killer(s) have been convicted of murder, manslaughter, or another crime— either through conviction by a jury, a guilty plea, or entering into a plea deal, —and have, or are currently, serving jail time.



In
# 38%
of cases since 2013,
the killer is unknown or at large

An arrest has been made in
# 58%
of all cases from the last
12 months

**In the last 12 months, there have been arrests in over half (55.6%; n=19) of all cases.**

---

## INTERPERSONAL VIOLENCE—INCLUDING DATING/INTIMATE PARTNER VIOLENCE— IS A SIGNIFICANT CAUSE OF FATAL VIOLENCE

**In one-third of all cases the killer is unknown (33.9%: n=126).**

In cases where the killer(s) have been identified**, half of all victims knew their killer prior to their death** (55.3%; n=136). This includes:

- **26% (n=64)** of victims who were killed by an intimate (e.g., sexual, dating, or romantic) partner.

- **9.3% (n=23)** killed by a friend or family member.

- **16.3% (n=40)** killed by an acquaintance.

However, random acts of violence occurred as well.

- **One-quarter (23.2%: n=57)** were killed by someone with whom they had no known relationship.

- **One-tenth (11.8%; n=29)** were killed by a sex work client.

**Since 2013, among victims with a known killer**





**In the last 12 months, over 30% of the 23 victims with a known killer were killed by an intimate partner (21.7%; n=5), friend, or family member (8.7%; n=2).**

---

## FATAL VIOLENCE AT THE HANDS OF THE POLICE, LAW ENFORCEMENT, OR WHILE IN CUSTODY

**Since 2013, a total of 18 people have died either at the hands of, or while in custody of, law enforcement or other security forces.**

This includes **11 people** who were killed by the police—all of whom were killed by officer-involved shooting. **Seven people** died while in police custody, either in jail or ICE detention facilities, including Yella (Robert) Clark Jr. who was killed in the last year.



## GUNS INVOLVED IN MOST FATALITIES

Gun violence is a major contributing factor to the number of fatalities against transgender and gender-expansive people.

Since 2013, **at least 258** trans and gender-expansive people have been killed with a gun — approximately **seven in ten (69.3%)** of all identified fatalities.

Guns were used in **all police** involved killings, **three-quarters (73.9%)** of killings by a friend or family member, and almost **two-thirds (62.5%)** of all killings by an intimate partner.

In the last 12 months alone, two-thirds **of all fatalities, or 24 out of 36**, involved a firearm/gun violence.

**258**

Trans and gender-expansive people have been killed with a gun since 2013

**Two-thirds**

Of trans and gender-expansive people killed in the last 12 months were killed with a gun (67.7%; n=24).

## Since 2013, guns were involved in

**100%**
Of all killings by police

**74%**
Of all killings by a friend or family member

**63%**
Of all killings by an intimate partner

## HOMELESSNESS AND HOUSING INSECURITY

Transgender people disproportionately experience homelessness and housing insecurity, placing them at increased risk for fatal violence. Homelessness can start early in life; many trans youth experience family rejection of their gender identity and subsequence violence or abuse, causing them to run away or be kicked out of their home by parents and guardians. Homelessness can also occur throughout adulthood, as a result of economic insecurity and poverty that stems from limited economic opportunities. Workplace discrimination and stigma, can place transgender and gender-expansive people at risk of being underpaid, or under/unemployed. Additionally, lack of affordable housing, and lack access to trans-inclusive shelters can force transgender and gender-expansive people onto the streets, or force them to rely on the underground economy to survive, which includes sex work, drug sales and other currently criminalized work. Involvement in these systems increases the risk of violence, including intimate partner violence (IPV), sexual assault, health disparities, police harassment and fatal violence.

Since 2013, **over 13%** of all victims of fatal violence were currently or recently experiencing homelessness or housing insecurity at the time of their death—a total of **49 people**.

In the past year, **six victims** were experiencing homelessness at the time of their death—or



**49**

Of victims were experiencing (or had recently been) homeless at the time of their death

**one-in-six** (16.7%) of all transgender people killed in the last 12 months.

## MISGENDERING OF VICTIMS IS PREVALENT, THOUGH IMPROVEMENTS ARE EMERGING

When reporting on transgender and gender-expansive victims, it is incredibly important to refer to them with the correct pronouns and name. Not only does this afford them dignity and respect, and honor their identity and autonomy, it also aids in accurate reporting and victim identification. Unfortunately, far too many transgender and gender-expansive victims are misgendered after death.

Since 2013, **two-thirds (64.3%: n=239)** of fatalities were initially misgendered by the media, police, and/or the criminal justice system.

In recent years, however, misgendering has been decreasing, as a result of advocates pushing for the press and law enforcement to adopt better practices around deadnaming and misgendering. And the press and law enforcement beginning to listen—even as much work remains to be done.

To date, calendar year 2024 has seen the lowest annual rate of misgendering /deadnaming recorded since HRC began tracking fatal violence—yet, **four in ten victims (40%: n=12)** were still deadnamed or misgendered by the media and/or the police. This is second only to

**WHAT IS MISGENDERING AND DEADNAMING?**

**MISGENDERING:** Misgendering occurs when someone is referred to using a pronoun or title that is inconsistent with their gender identity. Being misgendered can be hurtful, angering and even distracting — especially for transgender and gender non-conforming people.

**DEADNAMING:** Deadnaming means calling a transgender or gender non-conforming person by their "deadname," the name assigned to them at birth, instead of by the name they currently use. Being deadnamed is a harmful and distressing experience for many transgender and gender non-conforming people. Deadnaming by police and media can result in many transgender and gender non-conforming fatalities being unreported or reported inaccurately.

2023—when **still half (50%; n=16)** of all victims experienced this.



**Percentage of victims who were misgendered or deadnamed, by calendar year**



## What Can We Do?

Several factors contribute to the high risk for violence experienced by trans and GNC people. Ending this epidemic requires addressing and

eliminating anti-transgender stigma and discrimination across all facets of society and embracing people of all genders for who they are.

Read the following sections to learn how you can take action to help end the violence.

# Legal Protections

There are few existing legal protections expressly inclusive of transgender people at the federal and state levels. This epidemic of violence cannot be stemmed until transgender and gender-expansive people have full lived and legal equality and our systems are reformed to address the epidemic and its root causes.

## Pass the Equality Act & State Non-Discrimination Laws

Despite significant steps forward in ensuring our civil rights laws are enforced to be fully inclusive of sexual orientation and gender identity discrimination, LGBTQ+ Americans lack basic, explicit non-discrimination protections in many states across the country. The U.S. Supreme Court's 2020 decision in *Bostock v. Clayton County* made clear that discrimination against gay and transgender employees violates existing protections against sex discrimination in the workplace, and this decision has been used to affirm similar protections under state and federal civil rights laws in other contexts like housing and

## Decriminalization of Sex Work

The criminalization of consensual sex work poses a serious threat to public health and increases violence in LGBTQ+ communities. Laws criminalizing sex work disproportionately punish the poor, Black and Brown women, transgender women, and those living at the intersection of multiple marginalized identities. States and the federal government should repeal laws that make consensual sex work illegal and should instead focus on providing critical harm reduction services and protections for those who engage in transactional sex work as a means of survival.

## Increase LGBTQ+ Data Collection at the Federal and State Level

Because gender identity is not included in most government data collection efforts, transgender and gender-expansive individuals remain largely invisible to the local, state and federal officials charged with ensuring their health, safety and wellbeing. Currently, no state or the federal

education. But, the patchwork nature of current laws with express non-discrimination protections leaves millions of LGBTQ+ people subject to uncertainty and a potential heightened risk of discrimination that impacts their safety, their families and their day-to-day lives. And while the *Bostock* decision affirms vital protections for LGBTQ+ people in employment and has been used to do the same in other contexts, an anti-equality administration could seek to limit its enforcement regarding issues in workplaces left unaddressed by the Court, as well as in areas beyond employment. The Equality Act would update existing civil rights laws to provide consistent and explicit non-discrimination protections for LGBTQ+ people across key areas of life, including employment, housing, credit, education, public spaces and services, federally funded programs and jury service.

## Prohibit the LGBTQ+ and Transgender "Panic Defense"

Currently, 30 states allow perpetrators of violent crimes to assert the victim's sexual orientation or gender identity as justification for their actions under a so-called "panic defense." The "panic defense" allows a criminal defendant to argue that their discovery of the victim's sexual orientation or gender identity caused the defendant's violent reaction, potentially leading to a reduced charge or sentence, or even an acquittal.

Thankfully, in recent years 20 states and Washington, D.C. have enacted bans that

government has a comprehensive law that requires all government data collection efforts to include gender identity data alongside other demographic data. Congress should pass legislation such as the LGBTQI+ Data Inclusion Act, which would help ensure that transgender and gender-expansive people are counted when vital funding, policy and programmatic decisions are made using federal data.

## Increase Access to Name and Gender Marker Updates on Identification Documents – and resist attempts to roll back access wherever possible

Lack of proper identification can create and exacerbate numerous challenges faced by transgender and gender-expansive people, ranging from mundane issues with making a purchase, to life-altering ones like an inability to sign up for health insurance or pass a background check for a new job.

Currently at the federal level, gender markers can be updated on passports (including to allow for a third "X" gender marker); but, a patchwork of laws govern permissible changes to birth certificates and driver's licenses across the states.

Currently, for instance, 25 states will issue revised birth certificates without requiring any sort of court order or proof of surgery, but only 15 states and D.C. allow for birth certificates to be amended to include a third "X" gender marker. 12 states will only do so if the person can provide

preclude defendants from raising these defenses in court.

Going forward, the states without such bans in place must enact equivalent legislation, enshrining into law policies which clearly state that neither non-violent sexual advances by LGBTQ+ individuals, nor the discovery of a person's LGBTQ+ identity (or even their presumed identity), can be deemed as adequate provocation or justification for acts of violence or harassment. The passage of such legislation would help end the legitimization of violence against transgender and gender-expansive people and ensure that LGBTQ+ survivors of violent crimes and their families can obtain equal justice.

## Addressing the Policing Crisis

Congress and state legislative bodies should adopt legislative reforms that address the over-policing, police brutality, misconduct and harassment that disproportionately affects Black people throughout the nation. These reforms should, at the very least, include implementing a strong use of force standard; banning chokeholds and similar excessive force maneuvers; prohibiting racial profiling and requiring robust data collection on police-community encounters; banning federal programs that militarize law enforcement; eliminating no-knock warrants; amending existing laws to empower prosecutors to successfully hold law enforcement accountable for the deprivation of civil rights and civil liberties; developing a national public database of officers

proof that they have undergone some form of gender-affirming surgery, and six states have guidance that is unclear on this issue. Seven states, on the other hand, fully prohibit birth certificates from being amended to update one's gender markers. There are also a wide range of state regulations which govern who, and when, can amend gender markers or names on driver's licenses and other forms of identity.

To achieve full legal equality for transgender people, all states should ensure that their process for updating names and gender markers on both driver's licenses and birth certificates is free of unnecessary and restrictive requirements. Moreover, state-issued identification documents should consistently include a non-binary gender marker designation.

who engage in misconduct; and ending qualified immunity, which prevents police from being held legally accountable when they break the law.

# Steps you can take in your daily life

## USE THE CORRECT NAMES AND PRONOUNS FOR TRANSGENDER AND GENDER-EXPANSIVE PEOPLE, IN LIFE AND DEATH.

Using a transgender or gender-expansive person's chosen name and pronouns is a sign of respect and inclusion. It signals that their identity is valid, even after death. When police and media reports use the correct names and pronouns of the deceased, it also helps with recording important demographic data and shedding light on the issue of violence against transgender and gender-expansive people.

## SUPPORT LAWS AND POLICIES THAT PROHIBIT DISCRIMINATION BASED ON GENDER IDENTITY.

Too often, transgender and gender-expansive people lack explicit protections from discrimination. By including gender identity in non-discrimination policies, we can ensure transgender and gender-expansive people feel safe in their jobs, in public accommodations and in their daily lives.

# SPEAK OUT AND FIGHT BACK AGAINST ANTI-LGBTQ+ LEGISLATION

The 2023 state legislative session was the worst year on record for LGBTQ+ rights, with more than 80 anti-LGBTQ+ bills signed into law across more than 20 states. Over 550 anti-LGBTQ+ bills were introduced across 41 states. The 2024 legislative session saw the passage of more than 40 additional bills, driven by a coordinated effort from right-wing organizations to ban transgender youth from playing school sports or using restrooms/locker rooms in accordance with their gender identity, to ban teachers and schools from affirming chosen names and pronouns, and to block or severely restrict access to gender-affirming care for transgender youth (and, in some states, even transgender adults). Such bills ingrain discrimination and hate into law, perpetuate stigma and marginalization of transgender people, and harm the health and well-being of transgender youth (while also denying them

## KNOW YOUR LAWS: ANTI-LGBTQ+ LEGISLATION 101

Due to coordinated efforts from right-wing organizations, anti-LGBTQ+ and anti-transgender legislation has largely fallen into a few categories, described below. To learn more about these laws, their impact on LGBTQ+ people, and ways you can navigate them in your daily life, see HRC's Guidebook for Action.  As we head into 2025 and the second Trump administration, HRC has also begun putting together resources and FAQs for what LGBTQ+ people and their families and loved ones can do today to protect themselves.

- **Gender-affirming healthcare bans.** These laws aim to ban, or severely regulate access to, best practice, age-appropriate health care for transgender people—largely focused on transgender youth. Several of these bans also forbid state employers and state health plans (including Medicaid) from being able to offer gender-affirming care as covered healthcare – denying transgender youth and adults from being able to access medically necessary health care simply because they are transgender

- **Bathroom bans.** These bills prohibit transgender people from using the restroom consistent with their gender identity. Largely these bills are tied to schools – meaning that transgender students and adult school employees, parents, or others are most impacted. However, Florida adopted a bill more in the style of NC's reviled HB2, banning transgender people from using the restroom consistent with their gender identity in any government-operated facility, including airports, publicly funded convention centers, government buildings and public schools.

- **Transgender sports participation bans.** Laws prohibiting transgender students from playing sports alongside peers sharing their gender identity, often effectively denying them the ability to participate in school sports at all.

- **LGBTQ+ Erasure Law.** Laws adopting a discriminatory definition of sex that, in reducing people to their reproductive abilities, eliminates a broad array of protections for LGBTQ+ people and women embedded throughout state law.

- **"Don't Say LGBTQ+" Law.** Laws that censor curriculum by prohibiting and/or effectively prohibiting the acknowledgement of LGBTQ+ identity, history, curriculum, or people in the classroom, impacting students, parents, staff, and the ability of students to learn.

- **Pronoun Refusal Laws.** Laws that allow or require school personnel to deadname or refuse to refer to a student using their correct pronouns.

- **Forced Outing of Students Laws.** Bills that would require school personnel – including teachers, coaches, school nurses, guidance counselors, and others - to "out" students to their parents, regardless of whether that would put a student at risk at home.

- **Anti-Drag Laws.** These bills would classify drag performance as inherently obscene, and limit the performance of drag to adult-only spaces regardless of the content of the performance.

access to supportive
resources).

Trans and gender-expansive people face many forms of stigma, including lack of acceptance by friends and family, a hostile political climate and negative stereotypes or lack of representation in pop culture and the media. All of these factors lead to their dehumanization and increase their risk of experiencing violence.

However, these dire outcomes are not an inevitability. We all have a responsibility to combat them by building inclusive environments in education, the workforce, healthcare and all aspects of society. We need to ensure our communities have access to training and support to create environments where transgender and gender non-conforming people experience a community of belonging. We need to recruit allies by rejecting transphobic language and having conversations with those around us who may need to learn more.

**Together, we can create a brighter, safer future for trans and gender-expansive people**

# RESOURCES

**Dismantling a Culture of Violence: This report, updated in 2024, outlines the determinants of the epidemic of fatal**

## violence, and offers actionable steps to take to help prevent its continuation







### Coming Out: Living Authentically as Transgender or Non-Binary

This resource, one in a series of Coming Out guides, is meant to help anyone and everyone whose gender identity does not align with the sex they were assigned at birth navigate the coming out process.

Read Our Guide

### Facing the Future Together: FAQs, Guidance, and Resources:

This resource offers guidance for LGBTQ+ people, their families, and allies, on how to protect themselves and their loved ones as we head into the second Trump administration in 2025.

Read More

### Trans and Non-Binary People FAQ

This FAQ provides answers to some of the key questions often asked about transgender and non-binary people

Read Our Guide



## Other Transgender Resources

See other work HRC has produced on the transgender community, and the ways to best ensure their acceptance, affirmation, health, safety, and well-being.

Read More

# Love conquers hate.

Donate Today

# Wear your pride this year.

100% of every HRC merchandise purchase fuels the fight for equality.

**Shop Now**