# EXHIBIT G



https://travel.state.gov/content/travel/en/passports/passport-help.html   Go

118 captures
14 Nov 2019 - 12 Feb 2025

DEC **FEB** MAR
**07**
2024 **2025** 2026

Home | Travel Advisories | Newsroom | About Us | Contact Us | Careers | MyTravelGov | Find U.S. Embassies & Consulates

# Travel.State.Gov
### U.S. DEPARTMENT of STATE — BUREAU of CONSULAR AFFAIRS

Search

| U.S. Passports | International Travel | U.S. Visas | Intercountry Adoption | International Parental Child Abduction | Replace or Certify Documents |

Get a Passport | Renew or Replace a Passport | Get My Passport Fast | Prepare to Apply | Passport Help | Legal Matters

Travel.State.Gov > U.S. Passports > Passport Help

Share this page:    

Frequently Asked Questions

Passport Resources

Next Generation Passport

Passport Videos

After You Get Your New Passport

## Passport Help

### Contacting Us If You Have Urgent Travel

Check your application status online and sign up for updates via email. How our contact center can help you depends on your travel date, and if you have applied or not yet applied...

[READ MORE]

Find answers to your questions about U.S. passports, watch short videos on how to apply, and download handouts and resources about applying for a passport.


**INFORMACIÓN EN ESPAÑOL**


**CONTACT US**



Find Answers to your Questions

FAQ

Watch our Passport Videos



Travel.State.Gov

Travel.State.Gov
U.S. Passports
International Travel
U.S. Visas
Intercountry Adoption
International Parental Child Abduction

Popular Links

Home
Travel Advisories
Newsroom
About Us
Contact Us
Careers

Stay Connected

Legal Resources

Records and Authentications

MyTravelGov
Find U.S. Embassies & Consulates

Legal Information
Info for U.S. Law Enforcement

Privacy | Accessibility | Copyright & Disclaimer | FOIA | GSA[cf] | No FEAR Act Data | Office of the Inspector General | USA.gov | USA.gov/espanol[cf] |

This site is managed by the U.S. Department of State. External links to other Internet sites and listings of private entities on this page are provided as a convenience and should not be construed as the U.S. Department of State or U.S. government endorsement of the entity, its views, the products or services it provides, or the accuracy of information contained therein. The order in which names appear has no significance, and the listings or links may be removed at any time at the discretion of the Department.