# EXHIBIT H

# Sex Marker in Passports

The White House issued Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20, 2025.

Under the executive order, we will no longer issue U.S. passports or Consular Reports of Birth Abroad (CRBAs) with an X marker. We will only issue passports with an M or F sex marker that match the customer's biological sex at birth.

If you submit a passport application requesting an X marker or requesting a sex marker that differs from the sex marker at your birth, you may experience delays getting your passport. You may receive a letter or email requesting more information. We will issue you a new passport that matches your biological sex at birth, based on your supporting documents and our records about your previous passports.

- All passports - including those with an X marker or those listing a sex different from your sex at birth - will remain valid for travel until their expiration date, under International Civil Aviation Organization (ICAO) policy.
- Use our online form filler to fill out and print a passport form which lists "Sex." You may use all forms available on our site, including ones that expired before 2025. We are currently working to update our forms and will post the new versions as soon as they are available.

ALL +/−

**Frequently asked questions**

Is my passport still valid if I have an X marker on it, or if it lists a sex other than my sex at birth?

Can I travel outside of the United States using a passport with an X marker, or using a passport that lists a sex other than my sex at birth?

How do I replace my passport?

My birth documentation does not have any information about sex on it. What should I do?

I have urgent travel. How do I get a passport?

You printed the wrong sex on my passport by mistake. What should I do?

Last Updated: February 11, 2025

This site is managed by the U.S. Department of State. External links to other Internet sites and listings of private entities on this page are provided as a convenience and should not be construed as the U.S. Department of State or U.S. government endorsement of the entity, its views, the products or services it provides, or the accuracy of information contained therein. The order in which names appear has no significance, and the listings or links may be removed at any time at the discretion of the Department.

