# EXHIBIT J

MORE FROM FORBES


Feb 18, 2025, 03:29pm EST
**8 Steps To Prevent Perfectionism From Short-Circuiting Your Career**


Feb 18, 2025, 03:18pm EST
**10 Things To Do In Online Presentations That Prove You Are A Leader**


Feb 18, 2025, 02:09pm
How David Gut
Years Of Serva

ADVERTISEMENT

LEADERSHIP  >  CAREERS

# Beaten, Stabbed And Shot: 320 Trans People Killed In 2023 - New Monitoring Report

By **Jamie Wareham**, Contributor. Jamie Wareham is the founder of QueerAF, he... ⌄     Follow Author

Nov 13, 2023, 03:00am EST

Subscribe     Sign In

    Save Article     💬 Comment  1


GLASGOW, SCOTLAND - FEBRUARY 16: A sign reading Rest In Peace Brianna is seen among candles at a ... [+]   GETTY IMAGES

Three hundred twenty trans and gender-diverse people were killed this year, says a new report.

The Trans Murder Monitoring report tracks murders reported in the media each year, this year's report includes deaths between Oct 1 2022 and September 30 2023.

The vast majority of those killed (94%) were trans women or trans-feminine people.

Most were Black, and many were sex workers too. 80% of those killed were of trans people affected by racism, an increase of 15% from last year.

Many of the victims were young. The age group with the most victims was 19 to 25 years old. Overall, those between 19 and 40 years old made up three-quarters (77%) of those reported killed.

Almost three-quarters (73%) of those tracked happened in Latin America and the Caribbean, with the epicentre of the problem being in Brazil, where nearly one-third (31%) occurred.



A global map of all murders tracked by the project since 2008, with heat signatures showing where ... [+]   TGEU'S TRANS MURDER MONITORING

There were also murders in Armenia, Belgium, and Slovakia reported for the first time.

In the U.K., the high-profile murder of young 16-year-old teenager Brianna Ghey is included. She would have turned 17 last week.

---

MORE FROM FORBES ADVISOR

 **Best High-Yield Savings Accounts Of 2024**
By Kevin Payne, Contributor

 **Best 5% Interest Savings Accounts of 2024**
By Cassidy Horton, Contributor

---

This year, the number of deaths is down from 2021's peak of 375 murders.

However, the report's authors say their analysis of the data continues to indicate concerning trends prevalent in previous years too. This is particularly acute when trans people live and are attacked because of the intersections of misogyny, racism, xenophobia, and whorephobia.

**CEO: C-suite news, analysis, and advice for top decision makers right to your inbox.**

| Email address | Sign Up |

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration), and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

Reading the data and name list, the violence against the victims is stark. Though almost half (46%) of victims were shot, many were beaten, stabbed and burned after.

The annual report released to mark the International Trans Day of Remembrance held annually on November 20, is compiled by Transrespect versus Transphobia Worldwide. Its release today marks the beginning of Trans Awareness Week.



Read More

00:00                                                                                                                               03:12



LIVERPOOL, UNITED KINGDOM – FEBRUARY 14: People attend a candlelit vigil in memory of 16-year-old ... [+] GETTY IMAGES

## The report tracks how many trans people get murdered each year

The Trans Murder Monitoring report has been released every year since 2008. Since the project began 15 years ago, they have recorded more than 4600 deaths.

The report monitors homicides that happen every year between the dates of between October 1 and September 30.

However, it is only able to track those reported in the media, meaning the figures likely represent only a tiny glimpse into the reality on the ground.

Many hate crimes and murders go unreported or, crucially, misreported in the media – meaning the actual number of deaths could be far higher.

The list is compiled by Transrespect versus Transphobia Worldwide (TvT), a TGEU project, by sourcing local and national news stories covering the deaths and murders.

The violence, horror and murders are catalogued by TvT, which has a complete list of all those killed this year.



Members of the transgender and LGBTQ community hold candles as they take part in the vigil of the ... [+]   AFP VIA GETTY IMAGES

## Transgender Day of Remembrance 2023: The report is released annually to mark the event

Trans Day Of Remembrance (TDoR) is a day that remembers those trans and gender-diverse people who have been victims of homicide.

It was started in 1999 by transgender advocate Gwendolyn Ann Smith as a vigil to honor the memory of Rita Hester, a transgender woman who was killed in 1998.

The vigil commemorated all the transgender people lost to violence since Rita Hester's death and *began the annual tradition*.

Though the event began in the US, TDoR now happens in many parts of the world.

The International Transgender Day Of Remembrance is held on November 20, 2023.

*Want to understand what the ever-changing LGBTQIA+ world means for your work or business? You're not alone. Join 2200+ people who skip the doomscrolling but keep across the latest queer headlines, content and perspectives with my newsletter* **QueerAF** *– try it now*

*Follow me on* Twitter *or* LinkedIn. *Check out my* website.

Editorial Standards          Forbes Accolades

# Join The Conversation

**Comments** 1

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines here.

See All Comments (1)

ADVERTISEMENT

SEARCH FOR

SEARCH FOR

# Forbes

© 2025 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Do Not Sell or Share My Personal Information    Limit the Use of My Sensitive Personal Information
Privacy Preferences    Digital Terms of Sale    Terms of Service    Contact Us    Send Us Feedback    Report a Security Issue    Jobs At Forbes
Reprints & Permissions    Forbes Press Room    Advertise