# EXHIBIT K

EN | ES





AREA 1
**Legal Frameworks** | Legal Gender Recognition

Requirements          Age Restrictions          NB Gender Marker



Self-ID                                    Varies

Unclear                                    Other reqs. (+)

Non-surgical medical                       Surgery and/or
reqs.                                      sterilisation req.

Not possible

## Legal gender recognition
UN MEMBER STATES

## 24
LGR Based on Self-ID


## 18
where non-binary gender markers are avaliable


AT LEAST
## 18
where surgery or sterilisation is required

AT LEAST
## 21
where a diagnosis is required

### About this section

This section tracks laws and regulations that provide for legal procedures to amend a person's name and gender marker in identity documents. These two procedures grant trans and gender diverse people the ability to hold IDs that match their identity and expression, which in turn assists them to access other rights and services in their everyday lives.

Name change processes are especially relevant for countries where gender marker change is not possible or is otherwise onerous, medicalised, pathologised and, therefore, restrictive.

The chart for gender marker change disaggregates the requirements imposed by local legal frameworks on people who wish to have their gender markers amended, including gender affirming surgery, forced sterilisation, diagnosis, hormone treatment, real life test, expert testimony, witnesses, forced divorce or having no children.

Additionally, information is provided where jurisdictions provide for gender marker change for children and the possibility of opting for a non-binary gender marker.

Methodology

Latest Updates ⓘ

### 🇬🇪 Georgia

The Bill on Family Values and Protection of Minors, which bans legal gender recognition, has been adopted by Parliament after the President refused to sign it into law.

October 2024

### 🇷🇴 Romania

The Court of Justice of the European Union ruled in a case involving Romania that the refusal of a EU Member State to recognise the change of name and gender legally acquired by a EU citizen in a different EU Member state is contrary to EU Law.

October 2024

More



AREA1

## Legal Frameworks | Legal Gender Recognition

## 18 A. Name Change

Fullscreen

| JURISDICTION | NAME CHANGE | MECHANISM | EXPLANATION |
|---|---|---|---|
| Afghanistan | No data | | |
| Albania | Not Possible | | |
| Algeria | Not Possible | | While any person over the age [of] a local Superior Court or subm[it a] request to the Ministry of Jus[tice for a name] change, it is unknown whether [the court would] grant requests on the basis of [a trans] or gender-diverse status given [the] documented targeting of pers[ons with diverse] gender expressions in the cou[ntry]. |
| American Samoa (USA) | Nominally Possible | Judicial | Based on the case Mase CA N[o. ...] name changes are allowed wh[en ... has] been made. Although America[n Samoa does not] have legislative provisions for [name changes for] trans people, this judicial case [has been] interpreted in a way that gran[ts name changes to] trans petitioners. |
| Andorra | Possible | Legislative | Previously, Article 68 of the C[ivil Code] (2016) established that the na[me could be] changed by an administrative [...] |
| | | | Section 78 of the Código do R[egisto Civil] does not allow alterations of d[...] |

239 results ⓘ          Display SUBJUR as independent entries ⓘ          UN Members Only

## 18 B. Gender Marker Change

Fullscreen

| JURISDICTION | GENDER MARKER CHANGE | ESTABLISHED PROCEDURE | CRITICAL DATE | MECHANISM | |
|---|---|---|---|---|---|
| Afghanistan | No data | | - | | |
| Albania | Not Possible | No | - | | A local orga... with other... presented t... |
| Algeria | Not Possible | No | - | | |
| American Samoa (USA) | Nominally Possible | No | - | | The Nation... changed or... established... |
| Andorra | Possible | Yes | 2018 | Judicial | Previously,... reflected "a... indicated th... |
| Angola | Nominally Possible | No | - | | Section 78... in the regis... including "c... status of th... |
| Anguilla (UK) | No data | | - | | |

239 results ⓘ        UN Members Only        Display requirements

Display SUBJUR as independent entries 

**AREAS**

Area 1 | Legal Frameworks

Area 2 | International Human Rights Treaties

Area 3 | UN Treaty Bodies

Area 4 | UN Special Procedures

Area 5 | Universal Periodic Review (UPR)

**JURISDICTIONS**

Search by jurisdiction

**TOOLS**

Compare tool

Advanced search

**LATEST UPDATES**                    **UPCOMING DEADLINES**                    **CONTACT US**

ILGA World Website

ILGA World Monitor

Credits

© Copyright 2017-2025    ILGA World - The International Lesbian, Gay, Bisexual, Trans and Intersex Association