# EXHIBIT Q



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

For information or questions, visit the official Department of State website at travel.state.gov or contact the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## CAN I USE THIS FORM?

- ☐ Yes  ☐ No    I can submit my most recent U.S. passport book and/or card with this application.
- ☐ Yes  ☐ No    I was at least 16 years old when my most recent U.S. passport book and/or card was issued.
- ☐ Yes  ☐ No    I was issued my most recent U.S passport book and/or card less than 15 years ago.
- ☐ Yes  ☐ No    The U.S. passport book and/or card that I am renewing **has not** been mutilated, damaged, or reported lost or stolen.
- ☐ Yes  ☐ No    My U.S. passport was not limited to less than the normal ten-year validity period due to passport damage/mutilation, multiple passport thefts/losses, or non-compliance with 22 C.F.R. 51.41.
  (Refer to the last page of your U.S. passport book for endorsement information.)
- ☐ Yes  ☐ No    My name has not changed since my most recent U.S. passport book and/or card was issued.
  --OR--
  My name has changed by marriage or court order, and I can submit proper certified documentation to reflect my name change.

**If you answered no to any of the statements above, STOP. You cannot use this form.**

**You must apply on form DS-11, Application for a U.S. Passport by making a personal appearance before an acceptance agent authorized to accept passport applications. Visit travel.state.gov to find your nearest acceptance facility.**

### NOTICE TO APPLICANTS RESIDING ABROAD

United States citizens residing outside the U.S. and Canada **cannot** submit this form to the domestic addresses listed below. Such applicants should visit usembassy.gov to find the nearest U.S. embassy or consulate for procedures for applying outside the United States.

### WHERE DO I MAIL THIS APPLICATION?

The Department recommends using trackable mailing service when submitting your application.

**FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY, or TX):
National Passport Processing Center
PO Box 640155
Irving, TX 75064-0155

**FOR ROUTINE SERVICE** (If you live in any other state or Canada):
National Passport Processing Center
PO Box 90155
Philadelphia, PA 19190-0155

**FOR EXPEDITED SERVICE** (Additional Fee, from any state or Canada):
National Passport Processing Center
PO Box 90955
Philadelphia, PA 19190-0955

**Expedited Service**: Available for an additional fee. Our website travel.state.gov contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada. Please include the appropriate fee with your payment. Please write "Expedite" on the outer envelope when mailing.

**1-2 Day Delivery**: Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.

NOTE: To ensure minimal processing time for expedited applications, the Department recommends using 1-2 day delivery service to submit the application and to include the appropriate postage fee for 1-2 day return delivery for the newly issued passport book. Please visit travel.state.gov for updated information regarding fees, processing times, or to check the status of your passport application online.

If you choose to provide your email address in item #6 on page 1 of this application, the Department may use that address to contact you in the event there is a problem with your application or if you need to provide additional information.

# WHAT TO SUBMIT WITH THIS APPLICATION

**Please print page one and page two of your application on separate pieces of paper.
You do not need to submit instruction pages.**

- Your most recently issued U.S. passport book and/or card;
- A certified marriage certificate or court order <u>if your name has changed</u>;
- Fees; and
- A new color photograph (taken within the last six months).

## 1. YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD

Submit your **most recently issued** U.S. passport book and/or card. When submitting a U.S. passport book and/or card with this form, please verify that the document was issued at age 16 or older in your current name (or see item #2 below) and issued within the past 15 years.

You are also eligible to use this form if you currently have a U.S. passport book or card that meets requirements listed on the top of instruction page 1, and would like to get the other type of passport product (U.S. passport book or card) **for the first time**. Please submit any valid passport product you have with this application. If your U.S. passport book and/or card has been mutilated, damaged or reported lost or stolen, you must apply on form DS-11, Application for a U.S. Passport. (Please see instruction page 3.)

## 2. A CERTIFIED MARRIAGE CERTIFICATE OR COURT ORDER

If the name you are currently using is different from the name on your most recent U.S. passport, you must submit a copy of your certified marriage certificate, divorce decree, or original court order showing the change of name. Please make sure all documents are clear and legible. All original documents will be returned to you by mail. If you are unable to document your name change in this manner, you must apply on form DS-11, Application for a U.S. Passport.

## 3. FEES  - Visit travel.state.gov/passportfees

Enclose the fee in the form of a personal check or money order.  You do not need to pay the acceptance fee with this form.

**MAKE CHECKS PAYABLE TO "U.S. DEPARTMENT OF STATE." The full name and date of birth of the applicant must be typed or printed on the front of the check.  Do not send cash.**

The Department of State cannot be responsible for cash sent through the mail.  By law, the fees are non-refundable.

Please visit travel.state.gov/passportfees for current fees.  Newly issued passport cards are delivered via first class mail only.

## 4. A NEW COLOR PHOTOGRAPH

Submit one new color photograph, 2x2 inches in size. Photographs must meet the following requirements:

- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- High resolution photo that is not blurry, grainy, or pixelated
- Taken less than six months ago
- No glasses or hat/head covering*
- Use a plain white or off-white background
- Head must face the camera directly with full face in view
- Printed on matte or glossy photo quality paper

(See the full list on travel.state.gov/photos)

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery).

USE CAUTION WHEN STAPLING YOUR PHOTO:
Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo.

**Separate mailings**: You may receive your newly issued U.S. passport book and/or card and your citizenship evidence/original documents in two separate mailings. If you are applying for both a U.S. passport book and card, you may receive three separate mailings: one with your returned citizenship evidence/original documents; one with your newly issued U.S. passport book; and one with your newly issued U.S. passport card. Photocopies will not be returned.

**Passport number**: Each newly issued passport book and/or card will have a different passport number than your previous one.

**"In care of"**: If you do not live at the address listed in the "mailing address" section of this application, put the name of the person who does live at that address and write "In Care Of" in item #8 on page 1 of 2.

**Moved?** If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

NOTE: The U.S. Department of State will not mail a U.S. passport to a private address outside of the United States or Canada.

## WHAT IS THE DIFFERENCE BETWEEN A PASSPORT BOOK AND A PASSPORT CARD?

**The U.S. passport card is not valid for international air travel.** Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 on page 1 of 2.

Both the passport book and card are U.S. passports. They reflect the bearer's identity and nationality, and they are subject to existing passport laws and regulations. U.S. passports are only issued to U.S. citizens or non-citizen U.S. nationals.

## HOW FEES ARE ESTABLISHED AND PROCESSED

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service.

If we fail to receive full payment of the applicable fees (for example, if your check is returned for any reason or you dispute a passport fee charge to your credit card), the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34 and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, we will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by the U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages, and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, Social Security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time, non-refundable fee of $25, which we will also collect by EFT.

## NOTICE TO APPLICANTS FOR NO-FEE REGULAR, SERVICE, OFFICIAL OR DIPLOMATIC PASSPORTS

You may use this application if you meet all of the provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR PASSPORT LOST OR STOLEN

A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or U.S. passport card cannot be presented with a new application, you must submit form DS-64, Statement Regarding a Lost or Stolen U.S. Passport. Your statement must detail why the previous U.S. passport book or card cannot be presented.

The information you provide regarding your lost or stolen U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, report it as found, and submit it for cancellation. It has been invalidated. You may not use that passport book or card for travel.**

For more information about how to report a lost or stolen U.S. passport book or card, please call the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or visit travel.state.gov/loststolen.

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C. 2714a(f) require you to provide your Social Security number (SSN), if you have one, when you apply for or renew a U.S. passport. If you have never been issued an SSN, enter zeros in item #5 on page 1 of 2. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the Internal Revenue Service (IRS). All questions on this matter should be referred to the nearest IRS office.

Your Social Security number will be provided to the U.S. Department of Treasury and may be used in connection with debt collection and checked against lists of persons inelligble or potentially ineligible to receive a U.S. passport, among other authorized uses.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statue, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE**: Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documentation required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 199, Sterling, Virginia 20166-1199.



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

Use **black ink** only. If you make an error, complete a new form. Do not correct.

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 03-31-2023
ESTIMATED BURDEN: 40 MIN

**Select document(s) for which you are applying:**
☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
The U.S. passport card is **not** valid for international air travel. (See instruction page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)
The large book is for frequent international travelers who need more visa pages.

☐ D    ☐ O    ☐ DP    DOTS Code _____
End. # _____    Exp. _____

**1. Name** Last *(Your name must match previous passport or name change document)*

First

Middle

**2. Date of Birth** *(mm/dd/yyyy)*

**3. Sex**  M  F

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known)*

**5. Social Security Number**

**6. Email** *(See application status at passportstatus.state.gov)*    @

**7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, In Care Of or Attention if applicable.)*

City    State    Zip Code    Country *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*
A.
B.

STAPLE  2" x 2"  STAPLE
FROM 1" TO 1 3/8"
2" x 2"
STAPLE    STAPLE
Attach a color photograph taken within the last six months

**10. Passport Information**
Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number    Book Issue date *(mm/dd/yyyy)*

Most recent U.S. passport card number    Card Issue date *(mm/dd/yyyy)*

**11. Name Change Information** *Complete if name is different than last U.S. passport book or passport card*
☐ Changed by Marriage    Place of Name Change *(City/State)*    Date *(mm/dd/yyyy)*
☐ Changed by Court Order
Please submit a certified copy.

➡ **CONTINUE TO PAGE 2**

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**
I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x _____
**Applicant's Legal Signature**    **Date**

**FOR ISSUING OFFICE ONLY**    ☐ PPT BK C/R  ☐ PPT BK S/R  ☐ PPT CD C/R  ☐ PPT CD S/R

☐ Marriage Certificate    Date of Marriage/Place Issued:

☐ Court Order    Date Filed/Court:

From _____

To: _____

☐ Other:

☐ Attached:

For Issuing Office Only ➡ Bk Fee_____  Cd Fee_____  EF_____  Postage_____  Other_____

* DS 82 C 03 2020 1 *

**Name of Applicant** *(Last, First & Middle)* | **Date of Birth** *(mm/dd/yyyy)*

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School *(if applicable)* |

**17. Additional Contact Phone Numbers**
☐ Home ☐ Cell ☐ Work | ☐ Home ☐ Cell ☐ Work

**18. Permanent Address:** *(Complete if PO Box is listed in Mailing Address <u>or</u> if residence is different from Mailing Address. **Do not list a PO Box**.)*
Street/RFD # or URB | Apartment/Unit
City | State | Zip Code

**19. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*
Name | Address: Street/RFD # or PO Box | Apartment/Unit
City | State | Zip Code | Phone Number | Relationship to Applicant

**20. Travel Plans** *(If no travel plans, please write "none")*
Departure Date *(mm/dd/yyyy)* | Return Date *(mm/dd/yyyy)* | Countries to be visited

# STOP!

# PLEASE BE SURE TO:

### 1. Print form on two separate pages

### 2. Sign and date on page one

### 3. Submit both pages (see instruction page 1)

\* DS 82 C 03 2020 2 \*