UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>     *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>     *Defendants*. | Case No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Aditi Fruitwala as counsel for Plaintiffs in the above-captioned matter.


Dated: February 19, 2025        Respectfully submitted,


                 By: /s/ *Aditi Fruitwala*
                 Aditi Fruitwala (Bar number Washington, DC 90011916)
                 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                 915 15th St. NW
                 Washington, DC 20005
                 Telephone : 212-549-2500
                 Fascimile : 212-549-2650
                 afruitwala@aclu.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 19, 2025                              */s/ Aditi Fruitwala*
                                                             Aditi Fruitwala