UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-CV-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Malita Picasso as counsel for Plaintiffs in the above-captioned matter.

Dated: February 19, 2025                    Respectfully submitted,

                                            By: /s/ *Malita Picasso*
                                                Malita Picasso (NY Bar Number 5750013)
                                                AMERICAN CIVIL LIBERTIES UNION
                                                 FOUNDATION
                                                125 Broad Street, 18th Floor
                                                New York, New York, 10004
                                                Telephone : 212-549-2500
                                                Fascimile : 212-549-2650
                                                mpicasso@aclu.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 19, 2025                    */s/ Malita Picasso*
                                     Malita Picasso