UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-CV-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Zoe Kreitenberg as counsel for Plaintiffs in the above-captioned matter.

Dated: February 19, 2025          Respectfully submitted,

By: /s/ *Zoe Kreitenberg*
Zoe Kreitenberg (BBO #715356)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
zkreitenberg@aclum.org

## CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

February 19, 2025                  */s/ Zoe Kreitenberg*
                                         Zoe Kreitenberg