UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Alyssa Curcio, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: February 19, 2025                        Respectfully submitted,


                                                By:  /s/ *Alyssa Curcio*
                                                     Alyssa L. Curcio
                                                     COVINGTON & BURLING LLP
                                                     The New York Times Building
                                                     620 Eighth Avenue
                                                     New York, NY 10018-1405
                                                     Telephone: 212-841-1000
                                                     Facsimile: 212-841-1010
                                                     acurcio@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

Dated: February 19, 2025  /s/ *Alyssa Curcio*
Alyssa L. Curcio