UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan Thompson, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: February 19, 2025        Respectfully submitted,

                    By: /s/ *Jonathan Thompson*
                      Jonathan Thompson
                      COVINGTON & BURLING LLP
                      One CityCenter
                      850 Tenth Street, NW
                      Washington, DC 20001-4956
                      Telephone: 202-662-5891
                      Facsimile: 202-778-5891
                      jthompson@cov.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

Dated: February 19, 2025                    /s/ *Jonathan Thompson*
                                            Jonathan Thompson

2