IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

**DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants respectfully move for a one week extension to respond to Plaintiffs' Motion for a Preliminary Injunction (i.e., until March 12, 2025), which was served on them yesterday late afternoon. At present, Defendants' response is due on March 5, 2025.

There are several reasons for this modest extension request. Counsel for Defendants have diverse and substantial obligations over the next two weeks, including next week another response to a preliminary injunction motion, two supplemental briefs, a sur-reply, and two court-ordered meetings at the Department of Education; and the following week a preliminary injunction hearing and another court-ordered meeting at the Department of Education. Counsel also expect to file an additional response to a temporary restraining order/preliminary injunction motion and a motion to dissolve an injunction during that time. And, counsel has a hearing in San Francisco the day before the scheduled hearing in this case.

By contrast, any prejudice to Plaintiffs is minimal. Plaintiffs have indicated that they are either in the process of applying for passports or have received them. *See, e.g.*, Compl. ¶ 125 (indicating that Zaya's "passport was returned to her through the mail"), ECF No. 1. Only one

1

Plaintiff has expressed an intent to travel in the next month (March 13), Orr Decl. ¶ 13, ECF No. 30-4, and his passport application only began processing on January 22, *id.* ¶ 12 (stating also that the application is on hold and that processing times may be delayed). *See also* Soe Decl. ¶ 10 (stating that they "will be required to travel internationally within the next three months"), ECF No. 30-9. Extending Defendants' response deadline by one week will accordingly have minimal impact on Plaintiffs. And, it will give Defendants' counsel sufficient time to consult with their clients and prepare an opposition that would be useful for the Court.

    Defendants' counsel consulted with Plaintiffs' counsel, who indicated that Plaintiffs do not consent to this extension request.

Dated: February 20, 2025                      Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Principal Deputy Assistant Attorney General

                                              JEAN LIN
                                              Special Litigation Counsel

                                              */s/ Benjamin Takemoto*
                                              BENJAMIN T. TAKEMOTO
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              P.O. Box No. 883, Ben Franklin Station
                                              Washington, DC 20044
                                              Phone: (202) 532-4252
                                              Fax: (202) 616-8470
                                              E-mail: benjamin.takemoto@usdoj.gov

                                              *Attorneys for Defendants*