# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1-25-cv-10313-JEK |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, copies of Plaintiffs' Motion to Stay Agency Action and for Preliminary Injunction (ECF No. 29), Memorandum of Law in Support of Plaintiffs' Motion (ECF No. 30), and all supporting declarations and exhibits (ECF Nos. 31–33) were hand delivered to the person listed below, who stated that he represented Defendants in this action and would accept service for them.

>Benjamin T. Takemoto, Esq.
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, DC 20005

|  |  |
|---|---|
|  | Respectfully submitted, |
| February 21, 2025 | */s/ Sean M. Bender* <br> Sean M. Bender (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, DC 20001-4956 <br> Telephone: 202-662-5643 <br> Facsimile: 202-778-5643 <br> sbender@cov.com <br><br> *Attorney for Plaintiffs* |