UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et. al.*,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et. al.*,<br><br>                      *Defendants.* | Case No. 1:25-cv-10313-JEK |

**ATTORNEY JESSIE J. ROSSMAN AFFIDAVIT OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(l)(1)**

I, Jessie J. Rossman declare as follows:

1. I am an attorney with the American Civil Liberties Union Foundation of Massachusetts (ACLUM) and co-counsel for Plaintiffs, Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Solomon-Lane, in the above-captioned matter.

2. I hereby affirm that in accordance with Fed. R. Civ. P. 4(i), I properly served the named Defendants and the United States with process in the following manner:

   a. For the purpose of serving President Donald J. Trump, in his official capacity, by sending a copy of the Complaint and related Summons by U.S.P.S. Certified Mail, Return Receipt Requested, on February 11, 2025, to President Donald J. Trump, in his official capacity as President of the United States, The White House, 1600 Pennsylvania Avenue NW, Washington, D.C. 20500, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and

electronic delivery confirmation acknowledging acceptance on February 25, 2025 is attached as <u>Exhibit A</u>;

b. For the purpose of serving the U.S. Department of State, by sending a copy of the Complaint and related Summons by U.S.P.S. Certified Mail, Return Receipt Requested, on February 11, 2025, to the U.S. Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C. 20522, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on February 20, 2025, is attached as <u>Exhibit B</u>;

c. For the purpose of serving the Secretary of State, by sending a copy of the Complaint and related Summons by U.S.P.S. Certified Mail, Return Receipt Requested, on February 11, 2025, to Secretary Marco Rubio, in his Official Capacity, the U.S. Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C. 20522, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on February 20, 2025 is attached as <u>Exhibit C</u>;

d. For the purpose of serving the United States, by sending a copy of the Complaint and related Summons by U.S.P.S. Certified Mail, Return Receipt Requested, on February 11, 2025, to the Attorney General of the United States, 950 Pennsylvania Ave NW, Washington DC 20530, and to the U.S. Attorney's Office for the District of Massachusetts, 1 Courthouse Way Suite 9200, Boston, MA 02210, which complies with Rule 4(i)(1)(A)(ii) and (B). A copy of the Certified Mail Receipt and electronic delivery confirmation

      acknowledging acceptance by the Attorney General on February 20, 2025, is attached as <u>Exhibit D</u>. A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance by the U.S. Attorney for the District of Massachusetts on February 12, 2025, is attached as <u>Exhibit E</u>.

e.   I hereby declare under penalties of perjury that the foregoing is true and accurate.

Dated: February 26, 2025                           /s/ *Jessie J. Rossman*
                                                         Jessie J. Rossman (BBO # 670685)

CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

                                              /s/ Jessie J. Rossman
                                              Jessie J. Rossman

4