# EXHIBIT A



# USPS Tracking®

FAQs

**Tracking Number:**

## 9589071052701889963216

Copy    Add to Informed Delivery

Remove

### Latest Update

Your item was picked up at a postal facility at 4:11 am on February 25, 2025 in WASHINGTON, DC 20500.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20500
February 25, 2025, 4:11 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
February 19, 2025, 4:14 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
February 19, 2025, 8:11 am

**In Transit to Next Facility**
February 15, 2025

**Departed Post Office**
BOSTON, MA 02114
February 11, 2025, 6:29 pm

**USPS in possession of item**
BOSTON, MA 02114
February 11, 2025, 3:59 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**