# EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20522

Certified Mail Fee   $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $
Postage   $4.91

Total Postage and Fees
$

02/11/2025

Sent To  U.S. Department of State
Street and Apt. No., or PO Box No.  600 19th St NW, Suite S.600
City, State, ZIP+4®  Washington DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Tracking Number:**                                    Remove ✕

## 9589071052701889963247

 Copy     🏃 Add to Informed Delivery

---

### Latest Update

Your item was picked up at a postal facility at 5:55 am on February 20, 2025 in WASHINGTON, DC 20521.

---

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

---

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20521
February 20, 2025, 5:55 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20521
February 19, 2025, 11:28 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 19, 2025, 9:10 am

**In Transit to Next Facility**
February 15, 2025

**Departed Post Office**
BOSTON, MA 02114
February 11, 2025, 6:29 pm

**USPS in possession of item**
BOSTON, MA 02114
February 11, 2025, 4:00 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**