# EXHIBIT D



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $4.85 | 0114 |
| $ | | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $0.00

Postmark Here

| Postage | $4.91 |

**Total Postage and Fees**
$13.86

Sent To  USA Attorney General Pamela Bondi
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave NW
City, State, ZIP+4®  Washington DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

JOHN F KENNEDY STA
BOSTON MA 02114 2/11/2025

## USPS Tracking®

FAQs ⟩

**Tracking Number:**

Remove ⟩

## 958907105270188963209

 Copy      ⚡ Add to Informed Delivery

### Latest Update

Your item was picked up at a postal facility at 5:27 am on February 20, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 20, 2025, 5:27 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
February 19, 2025, 2:01 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
February 19, 2025, 12:28 pm

**In Transit to Next Facility**
February 15, 2025

**Departed Post Office**
BOSTON, MA 02114
February 11, 2025, 6:29 pm

**USPS in possession of item**
BOSTON, MA 02114
February 11, 2025, 4:01 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?