# EXHIBIT E



# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052701889963230

 Copy     Add to Informed Delivery

---

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:42 am on February 12, 2025 in BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

---

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BOSTON, MA 02210
February 12, 2025, 11:42 am

**Out for Delivery**
BOSTON, MA 02210
February 12, 2025, 9:33 am

**Departed Post Office**
BOSTON, MA 02114
February 11, 2025, 6:29 pm

**USPS in possession of item**
BOSTON, MA 02114
February 11, 2025, 4:02 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**