# EXHIBIT A

## CERTIFICATE OF JAMES D. ESSEKS IN SUPPORT
## OF MOTION FOR ADMISSION *PRO HAC VICE*

James D. Esseks certifies and says:

1. I am an attorney at the American Civil Liberties Union Foundation (ACLU) and one of the counsel for Plaintiffs in this matter. I am a resident of New York State.

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the State of California and the State of New York. I have also been admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the Second, Fourth, Sixth, Seventh, Ninth, and Eleventh Circuits; and the United States District Courts for the Central and Northern Districts of California, for the Southern and Eastern Districts of New York, for the Eastern and Western Districts of Arkansas, for the District of Columbia, for the Northern District of Texas, and for the Eastern District of Michigan. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 3rd day of March 2025, under penalties of perjury that the foregoing is true and correct.

1

March 3, 2025                                    Respectfully submitted,

*/s/ James D. Esseks*
James D. Esseks
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jesseks@aclu.org

*Attorneys for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, and Reid Soloman-Lane, on behalf of themselves and others similarly situated*

2