IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED 20-PAGE LIMIT**

Defendants respectfully request that they be allowed to file a memorandum of law in support of their Opposition to Plaintiffs' Motion to Stay Agency Action and for a Preliminary Injunction exceeding the 20-page set by Local Rule 7.1(b)(4). Defendants seek the Court's leave to file a memorandum of law up to 30 pages. The Court previously granted an unopposed request by Plaintiffs to do the same. *See* ECF No. 5. Good cause exists for the request because Defendants require additional pages to respond to the arguments made by Plaintiffs in their oversized memorandum of law and the page extension would assist the Court in resolving the pending Motion.

Defendants' counsel have conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose this request.

Dated: March 11, 2025                    Respectfully submitted,

                                         YAKOOV ROTH
                                         Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*

ELIZABETH B. LAYENDECKER
BENJAMIN T. TAKEMOTO
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-5046
Fax: (202) 616-8470
E-mail: elizabeth.b.layendecker@usdoj.gov

*Attorneys for Defendants*