IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned trial attorney in the above-captioned case as counsel for the Defendants.

Dated: March 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

/s/ John Robinson
JOHN ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Phone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing.

Dated: March 17, 2025                                                                 /s/ John Robinson