UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et. al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et. al.,*<br><br>*Defendants.* | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED 10-PAGE LIMIT**

Plaintiffs respectfully request that they be allowed to file a reply brief in support of their Motion to Stay Agency Action and for Preliminary Injunction that exceeds the 10-page limit previously set by the Court.  *See* ECF 40.

Due to the complexity of the case, the multiple claims and requested grounds for relief, and the issues newly raised in Defendants' Opposition (such as the scope of appropriate relief and purported bars to judicial review), Plaintiffs require up to five additional pages to fully address the issues in ways likely to be of assistance to the Court.  The Court previously granted both Parties' requests to exceed page limits for Plaintiffs' memorandum and Defendants' Opposition by ten pages to 30 pages each.  Plaintiffs' counsel conferred with Defendants' counsel, who indicated that Defendants do not oppose the request for an additional five pages for Plaintiffs' reply brief.

Therefore, Plaintiffs respectfully request leave to file a reply in support of their Motion to Stay Agency Action and for Preliminary Injunction of up to 15 pages.

[*signature blocks on next page*]

1

Respectfully submitted,

March 17, 2025

*/s/ Isaac D. Chaput*
Isaac D. Chaput (*pro hac vice*)
William P. Kasper *(pro hac vice)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org

Jon W. Davidson (*pro hac vice*)
   (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
   (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on March 16 and 17, 2025, with counsel at the Department of Justice, Benjamin Takemoto, who indicated that Defendants would not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Isaac D. Chaput*
Isaac D. Chaput