IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

**JOINT MOTION FOR PROPOSED AGREED PROTECTIVE ORDER REGARDING PLAINTIFF PSEUDONYMS**

The Parties hereby submit this Joint Motion for Proposed Agreed Protective Order Regarding Plaintiff Pseudonyms.

On February 19, 2025, Plaintiffs filed a Motion for Leave to Proceed Pseudonymously (ECF 46) ("the Pseudonym Motion"). Defendants do not oppose the Pseudonym Motion.

As stated in the Pseudonym Motion, Plaintiffs have no objection to providing Defendants with the non-pseudonymous names of Plaintiffs Bella Boe and Sawyer Soe (the "Pseudonym Plaintiffs") under an appropriate protective order. To facilitate Defendants' counsel receiving the non-pseudonymous names of the Pseudonym Plaintiffs prior to the Court ruling on the Pseudonym Motion, and to provide protections should the Court grant the Pseudonym Motion, the Parties have agreed to the accompanying Proposed Agreed Protective Order Regarding Pseudonyms.

1

The Parties therefore respectfully request that the Court enter the Proposed Agreed Protective Order Regarding Pseudonyms.

Respectfully submitted,

March 17, 2025

/s/ Isaac D. Chaput
Isaac D. Chaput (*pro hac vice*)
William P. Kasper *(pro hac vice)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org

Jon W. Davidson (*pro hac vice*)
   (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
   (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso  (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
jesseks@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*


Yaakov M. Roth
Acting Assistant Attorney General

Jean Lin
Special Litigation Counsel

/s/ John Robinson
BENJAMIN T. TAKEMOTO
JOHN ROBINSON
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Phone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on February 28, March 6, March 11, and March 17, 2025, with counsel at the Department of Justice, Benjamin Takemoto and John Robinson, who indicated that Defendants joined this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Isaac D. Chaput*
Isaac D. Chaput