## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Please enter the appearance of Yuval Mor, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: March 19, 2025                              Respectfully submitted,

                                                                By: /s/ *Yuval Mor*
                                                                Yuval Mor
                                                                COVINGTON & BURLING LLP
                                                                The New York Times Building
                                                                620 Eighth Avenue
                                                                New York, NY 10018-1405
                                                                Telephone: 212-841-1000
                                                                Facsimile: 212-841-1010
                                                                ymor@cov.com

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 19, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| March 19, 2025 | /s/ *Yuval Mor* <br> Yuval Mor |