UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>*Defendants*. | Case No. 1:25-CV-10313-JEK |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, James D. Esseks files this notice of appearance as counsel for Plaintiffs in the above-captioned matter.

Dated: March 21, 2025              Respectfully submitted,

                              By: /s/ *James D. Esseks*
                                  James D. Esseks (NY Bar Number 2643807)
                                  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                  125 Broad Street, 18th Floor
                                  New York, New York, 10004
                                  Telephone: 212-549-2623
                                  Fascimile: 212-549-2650
                                  jesseks@aclu.org

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on March 21, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

March 21, 2025                         <u>*/s/ James D. Esseks*</u>
                                             James D. Esseks