UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et. al.,*<br><br>                 *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et. al.,*<br><br>                 *Defendants.* | Case No. 1:25-cv-10313-JEK |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE 2-PAGE SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF MOTION TO STAY AGENCY ACTION AND FOR A PRELIMINARY INJUNCTION

Plaintiffs respectfully request that they be permitted to file a short memorandum of law in further support of their Motion to Stay Agency Action and for a Preliminary Injunction to address the narrow issue of the Court's authority under 5 U.S.C. § 705. *See Emseal Joint Sys., Ltd. v. MM Sys. Corp.*, 2015 WL 13694480, at *1 (D. Mass. June 18, 2015) (permitting a party to file a two-page supplemental briefing in further support of its motion for a stay). A copy of the proposed memorandum is attached to this filing as Exhibit A.

Respectfully submitted,

March 28, 2025

*/s/ Isaac D. Chaput*
Isaac D. Chaput (*pro hac vice*)
William P. Kasper *(pro hac vice)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org

Jon W. Davidson (*pro hac vice*)
    (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
    (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso  (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
 jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)

COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on March 27 and 28, 2025, with counsel for Defendants, Benjamin Takemoto, who requested that Plaintiffs include the following statement: "Defendants defer to the Court on whether supplemental briefing is warranted. If the Court grants Plaintiffs leave to file a supplemental brief, Defendants would like an opportunity to respond within one week." Plaintiffs believe that, given the limited nature of this supplemental brief and the ongoing irreparable harm inflicted by Defendants' policies, Defendants should be required to submit any further briefing by Wednesday, April 2, 2025, and that any responsive brief should be limited to two pages.

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Isaac D. Chaput*
Isaac D. Chaput