IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), John Robinson moves for leave to withdraw his appearance as counsel for Defendants. The basis for the withdrawal is that Mr. Robinson's employment with the Department of Justice will conclude on April 8, 2025. Defendants will continue to be represented by Jean Lin, Benjamin T. Takemoto, Brooke Layendecker, and Rayford Farquhar of the Department of Justice.

Dated: April 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ John Robinson
JOHN ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044

Phone: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov