**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASHTON ORR et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States* et al., <br><br> *Defendants*. | <br><br><br><br> Civil Action No. 1:25-cv-10313 |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

Defendants respectfully move to extend the time to respond to Plaintiffs' Complaint, ECF No. 1, until three weeks after the Court rules on Plaintiffs' Motion to Stay Agency Action and for Preliminary Relief, ECF No. 29. At present, Defendants' answer is due on April 14, 2025, sixty days after service was effected on the United States Attorney. *See* Fed. R. Civ. P. 12(a)(2). Some of the issues that Defendants may raise in their response, including Plaintiffs' standing, have been raised in the stay and preliminary injunction briefing and may be affected by the Court's order. An extension until after the Court rules is therefore warranted.

Plaintiffs' counsel have indicated that Plaintiffs consent to this request.

Dated: April 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
ELIZABETH B. LAYENDECKER

2

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*