IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>                *Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                *Defendants*. | Case No. 1:25-cv-10313-JEK |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court for an order certifying the following classes in accordance with Federal Rule of Civil Procedure 23(b)(2):

1. A class of all people who currently want, or in the future will want, a U.S. passport issued with an "F" or "M" sex designation that is different from the sex assigned to that individual under the Passport Policy ("M/F Designation Class"); and

2. A class of all people who currently want, or in the future will want, a U.S. passport and wish to use an "X" sex designation ("X Designation Class"); except

3. No person who is a plaintiff in *Schlacter, et al. v. U.S. Department of State, et al.*, 1:25-cv-01344 (D. Md. filed Apr. 25, 2025), currently pending before the United States District Court for the District of Maryland, is included in either class, as requested by the *Schlacter* plaintiffs' counsel.

ECF No. 76 ¶ 273.

Plaintiffs respectfully request that the Court appoint: (1) Plaintiffs Ashton Orr, Zaya Perysian, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, Viktor Agatha, David

1

Doe, AC Goldberg, and Chelle LeBlanc as representatives of the M/F Designation Class; (2) Plaintiffs Sawyer Soe and Ray Gorlin as representatives of the X Designation Class; and (3) the undersigned as class counsel pursuant to Rule 23(g).

This Motion is supported by the attached Memorandum of Law and the Declarations of Isaac D. Chaput, Jon W. Davidson, Jessie J. Rossman, Ashton Orr, Zaya Perysian, Sawyer Soe, David Doe, AC Goldberg, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, Viktor Agatha, Ray Gorlin, Chelle LeBlanc, Sarah D. Corathers, MD, and Ayden Scheim, PhD filed concurrently herewith.

## **REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request an oral argument on this Motion.

| | |
|---|---|
| April 30, 2025 | Respectfully submitted,<br><br>/s/ *Isaac D. Chaput*<br>Isaac D. Chaput (*pro hac vice*)<br>William P. Kasper (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br>ichaput@cov.com<br>wkasper@cov.com<br><br>Jessie J. Rossman (BBO # 670685)<br>Zoe R. Kreitenberg (BBO #715356)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>Telephone: 617-482-3170<br>jrossman@aclum.org<br>zkreitenberg@aclum.org<br><br>Jon W. Davidson (*pro hac vice*)<br>   (admitted only in California)<br>Li Nowlin-Sohl (*pro hac vice*)<br>   (admitted only in Washington)<br>Sruti J. Swaminathan (*pro hac vice*)<br>Malita V. Picasso (*pro hac vice*)<br>James D. Esseks (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: 212-549-2500<br>Facsimile: 212-549-2650<br>jondavidson@aclu.org<br>lnowlin-sohl@aclu.org<br>sswaminathan@aclu.org<br>mpicasso@aclu.org<br>jesseks@aclu.org<br><br>Aditi Fruitwala (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION |

3

FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jthompson@cov.com
sbender@cov.com

Robert C. Gianchetti*
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

\**Pro hac vice* application forthcoming

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on April 28, 2025, with counsel at the Department of Justice, Elizabeth Layendecker, who indicated that Defendants oppose this motion.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput