UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF CHASTAIN ANDERSON**

I, Chastain Anderson, hereby declare and state as follows:

1. My name is Chastain Anderson. I am a plaintiff in the above-captioned action and submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am United States citizen and live near Richmond, Virginia. I have lived in the Richmond area since 2018, when I moved here from Louisiana. I use "she" and "they" pronouns.

4. I hold a PhD in Cell and Molecular Biology and am a board-certified toxicologist. I work as a Principal Scientist with a global consumer product company, where I have been employed for six years. I love my job, and I love working in the consumer toxicology space, specifically on applying new and emerging technologies to issues impacting human health.

1

5. I am a transgender woman. My sex assigned at birth was male, but I have a female gender identity.

6. I was diagnosed with gender dysphoria in 2015.

7. I have lived as a female in all aspects of my life since 2015. I am known only as a female to my family, to my workplace, and in my community. I legally changed my name in September of 2016 via court order in Louisiana and updated my identity documents to reflect this change.

8. When I interface with coworkers, restaurant servers, and government officials alike, they perceive me as a female. This is not only affirming for me, but it keeps me safe.

9. As my career has progressed, I now need to travel internationally for work with increasing frequency. I have a work conference in France in October that is sponsored by CORESTA, an organization whose mission is to promote and facilitate international cooperation and best practices in scientific research related to tobacco. It is important for my career and for my company that I attend this conference, as I am the only person at my company who has the requisite subject matter expertise to represent my company globally among scientists in my field of work.

10. I was able to update my Virginia driver's license in 2019 to reflect my accurate, female sex designation, but my passport has a male sex designation. I sent my passport in for expedited processing on December 27, 2024, to a passport agency in Philadelphia to receive an accurate, female sex designation. After the Complaint was filed in this case on February 7, 2025, I received a communication by email from the State Department on February 12 stating that my application has been processed and that my passport has been mailed to me.

11.     On February 14th, my passport was returned to me through the mail with the sex designated as an M, rather than the F that I had requested.

12.     Having a female sex designation on my driver's license has been very important to me, as I am rarely misgendered when presenting my driver's license, which ensures my safety as I navigate local and domestic travel and venues.  Before having an accurate driver's license, I would run into issues carrying out everyday tasks.  For example, providing a driver's license with an inaccurate sex designation outed me as transgender when trying to attend concerts, order a drink, open a bank account, and lease an apartment.

13.     I am terrified that having an inaccurate sex designation on my passport will place me in uncomfortable and unsafe circumstances.  In 2017, prior to updating my driver's license to my accurate sex designation, I had a terrible experience going through a TSA security checkpoint at the Richmond Airport.  Two agents isolated me into a cubicle, where I was left alone for thirty minutes, until a manager entered and conducted strip search of my body, and I felt that it was direct result of the fact that my body did not match my sex designation on my license.  I am no stranger to these experiences, but I have not had to confront them since having accurate identification.

14.     I am reaching a part of my career where I will be required to do more international travel as an important part of my job, and there is travel that I am unwilling to do with an inaccurate passport. As part of my career, it is possible that my work will ask that I travel to destinations that are openly hostile towards transgender people, and I would be unable to do so. And even for jurisdictions that are not so openly and aggressively hostile towards transgender people, it remains deeply disturbing and dangerous to travel with an inaccurate passport.  I am terrified to experience harassment in other countries resulting from showing a passport that does

not reflect who I am and outs me as transgender. I am suffering from personal anxiety knowing that a document that is supposed to help identify me will now not only make it *harder* to identify me, but also put me at harm at every use. And such harm may also occur during my return to the United States from international travel.

15. I am further concerned that increasing confusion and processing times by showing an inaccurate passport when traveling internationally may result in missed calls, meetings, or flights and may result in lost opportunities or create a financial burden. I am also disheartened that I will potentially lose out on advancement potential at my company given the fact that my cisgender colleagues will be able to attend important international meetings and conferences that I cannot.

16. I am a woman, and I am recognized as such in every aspect of navigating this world. If I had a passport that would out me as transgender to strangers, domestic and international, I would have many concerns, including for my safety and my ability to protect my transgender status and be accepted for who I am.

17. I cannot stay silent about the very real harms that this policy inflicts on transgender women like me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17th, 2025

_____
Chastain Anderson