UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

## DECLARATION OF DREW HALL

I, Drew Hall, hereby declare and state as follows:

1. My name is Drew Hall. I am a plaintiff in the above-captioned action.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States Citizen and a permanent resident of Wisconsin. I am twenty-five years old and use "they" and "them" pronouns.

4. I am currently a PhD candidate in Botany at the University of British Columbia ("UBC"), and thus currently reside in Vancouver, British Columbia in Canada. I have lived in Vancouver since August 2022 when my program began, and I will live here for another two to three years (approximately 2027-2028) until my program concludes. In addition to studying at UBC, I work as a Research Assistant and Teaching Assistant at my university.

5. My sex assigned at birth was male, but I do not have a male gender identity.

1

6. I was diagnosed with gender dysphoria in August of 2024.

7. I am a nonbinary femme person, which means that even though my sex assigned at birth was male, I do not live as or identify as a man and instead express myself in a feminine manner.

8. I have lived as a nonbinary person in all aspects of my life since 2024, but I have known that my gender identity was different than my sex assigned at birth since 2022. I am known as a non-binary person to my family, to my fellow classmates and professors, and in my community. I finally feel like myself, and I finally feel like those around me see me for who I am.

9. I am frequently required to travel internationally given that I have been studying and living full time in Canada for over two years and will be here for another few years. My family continues to reside in Wisconsin, and I travel back to the United States at least four to five times a year. Two to three of those annual visits are typically to see my family in Wisconsin, and the other visits are to see close friends in Washington and Oregon given my proximity to those two states. For example, this May, I need to travel to Wisconsin for a family wedding, and I will be returning to Wisconsin for a Botany conference in July of this year.

10. I legally changed my name by court order in Wisconsin in December of 2024, and have updated my social security card and driver's license, which now both accurately reflect my name and an "F" for my sex designation. My birth certificate has my name updated but not my sex designation, as Wisconsin requires proof of a surgical sex change procedure, and at this time, I cannot provide that.

11. When I interface with government officials, they do not perceive me as a man. Instead, I am perceived as a femme person. This is not only affirming for me, but it keeps me safe.

12. My United States passport (which is my only passport), however, still reflects an inaccurate male sex designation. I mailed it to the Department of State's national processing center on January 9, 2025, and I was notified by e-mail that it arrived at the center on January 17. After the Complaint was filed in this case on Friday, February 7, 2025, I received an email from the State Department on February 11 stating that my application was approved for my passport book and that I should receive it in the mail around February 17, 2025. That email notice is attached hereto as Exhibit A. On February 19, I received my renewed passport with an inaccurate "M" marker, along with a letter stating that the State Department had changed the gender marker. That letter is attached hereto as Exhibit B.

13. I rely on my passport frequently to travel back to the U.S. to see my family and friends. However, there are many other reasons I utilize my passport while living in Canada. To open a bank account in Vancouver, I am required to present my U.S. passport. My employer (UBC) requires my passport to employ me at the university. Any time I interact with the Canadian government, I need to present my U.S. passport, as it is the only form of identification that Canada recognizes as a non-citizen and non-permanent resident. Without an accurate passport, I will face many struggles in residing in Vancouver.

14. I am deeply concerned that having a male sex designation on my passport will lead to extremely uncomfortable interactions with border agents and TSA. Given that my other identity documents have been updated, I am also worried that carrying a passport with a name and sex designation that does not match my other identity documents will cause even more

confusion and distress each time I must present my passport. I currently am able to be in Canada as I have a study permit, but that permit needs to match the identification number associated with my passport. Any time I update my passport, I am required to reapply for the study permit and pay the associated fee. Given that I received a new, inaccurate passport in February 2025, I had to reapply for a study permit and pay the $150 fee associated to the Immigration, Refugees and Citizenship Canada ("IRCC"). IRCC has processed that application, and I am required to appear for an examination by an officer with the Canada Border Services Agency ("CBSA") who will then decide whether to issue me a new Canadian study permit. Beyond the monetary burden this has placed on me, having non-matching documents already has and may continue to present administrative challenges for me, including with respect to my temporary status documents in Canada, and when I visit places where multiple forms of identification are required.

15.    If I were to present the passport I received with a male sex designation, I am afraid I will encounter additional, invasive scrutiny and harassment every time I use it. I am not perceived as a man given my feminine expression, and I would not feel safe traveling, especially internationally, with documentation that inaccurately indicated a male sex designation. Given my presentation and the way that I am perceived by other people, a male sex designation would immediately indicate to any person who looks at my ID that I am transgender, which opens the door to further anti-transgender sentiment. This gives me a lot of anxiety, especially given the recent increase in ant-transgender rhetoric and violence.

16.    Today, I am so much more myself, and a large part of that is due to having documents that reflect who I am and how others see me. I am so lucky to be supported and affirmed by so many wonderful people who accept me for who I am, and I am disappointed that my own federal government is not one of them.

17. It feels alienating to know that the U.S. government does not want to recognize me for who I am. It makes me not want to return, knowing that I will confront suspicious looks when I present my passport solely based on the fact that I am nonbinary and do not live in accordance with my sex assigned at birth. I am devastated that my country has implemented a policy that interferes with my ability to have an accurate and usable passport.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2025

Drew Hall

# EXHIBIT A

**From:** DoNotReply@state.gov
**Subject:** Passport Application Status
**Date:** February 11, 2025 at 14:16
**To:** 

## Application Status: Approved

The U.S. Department of State approved your application for your passport book. We're now printing your passport book and preparing to give it to you.

You requested expedited service when you applied. Expedited service can take 2-3 weeks. Our processing times begin the day we receive your application at a passport agency or center, not the day you submit it. You should receive your passport book on or around 02/17/2025.

Your application locator number is 752684736.

If you are traveling within two weeks and have not received your passport, please contact the National Passport Information Center at 1-877-487-2778 (or TDD/TTY 1-888-874-7793) with your application locator number.

# EXHIBIT B



U.S. Department of State
Bureau of Consular Affairs
Passport Services

### Information Changed on Application

The date of birth, place of birth, name, or sex was corrected on your passport application.

The changes were made for one of the following reasons:

- To match the documents you submitted.
- To match our records.
- To show the country of birth as it is currently known.
- To use only letters.

Questions? Please call 1-877-487-2778 (TTY/TDD: 1-888-874-7793) or go to travel.state.gov.



Last Updated: October 2024 (CA/PPT/S/A)                                    IN 941-24