UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF VIKTOR AGATHA**

I, Viktor Agatha, hereby declare and state as follows:

1. My name is Viktor Agatha. I am a plaintiff in the above-captioned action.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States citizen and live in Dallas, Texas. I have lived in the Dallas area since 2009, when I moved from Japan, where my mom was stationed while serving in the U.S. Navy. I was born in Virginia.

4. I am twenty-three years old, and I am a college student studying social work. I also work as a sales associate and personal shopper.

5. I am a transgender man, intersex, and am comfortable being referred to by many pronouns. I was assigned female at birth based on my doctor's examination of my external genitalia at birth, but I have a male gender identity.

1

6. My parents were under the impression that I would be born a boy because my mother's ultrasound scans while pregnant with me showed the presence of what was thought to be a phallus. But given that I was assigned a female sex at birth by the treating physician, I was raised as female by my family until I was 13 years old.

7. I discovered my intersex condition when I began puberty around the age of ten. As I entered puberty, I began developing masculine sex traits that were inconsistent with the female sex I had been assigned at birth. I began developing an Adam's apple and pronounced body hair. When I turned eleven, I realized that my body did not look like the images of men or women in my biology textbooks at school, and that my genitalia was more ambiguous than anything I saw in those science books.

8. In 2014, when I turned thirteen, I came out as male. My family and I sought out a medical provider who could help me better understand my pubertal development. After running several blood tests, the doctor informed me that I had very high levels of testosterone and diagnosed me with hormonal imbalance.

9. I have openly lived as a male since 2015. My family and community are aware of my intersex condition. I also am transgender. I was diagnosed with gender dysphoria in 2019, when I turned eighteen years old.

10. A court granted me a legal name change in August of 2023. I updated my Texas state ID card in 2023 to reflect an "M" sex designation, which is consistent with who I am. Having this accurate identification allows me to navigate daily interactions with greater safety and ease. In 2023, I also updated my records with the Social Security Administration to reflect my court-ordered legal name change and male sex designation. My Virginian birth certificate is in the process of being updated.

11. My previous passport, with a female sex designation, expired in 2010. From the time the passport expired until now, I did not need to travel internationally.

12. My sister was recently stationed in Italy as a part of her deployment with the U.S. Navy, and she will live there for the next two years. I want to visit my sister in Italy with my mother in the next year, and I will need a valid and usable passport to do so.

13. Under the State Department's current policy, it is my understanding that I will be unable to get a new passport with an "M" sex designation that accurately reflects who I am. I am uncertain whether I would be considered male or female—or both or neither—under the definition of the terms "male" and "female" in Executive Order 14168 or the State Department's current policy. Based on the information reflected on my original birth certificate, I believe that any renewal request that I submit will result in me receiving a passport with an inaccurate "F" sex designation.

14. Traveling with a passport with an "F" sex designation is not an option for me. Such a passport would likely out me as transgender and/or intersex at every use and could potentially lead me to unsafe situations when I travel, including when traveling abroad to countries that are hostile towards transgender and intersex individuals.

15. I am deeply disappointed that this policy and the Executive Order attempt to erase who I am and prevent me from obtaining a usable passport to see my family abroad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2025        *Viktor Agatha*

                                                           Viktor Agatha