UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF DAVID DOE**

I, David Doe, hereby declare and state as follows:

1. My name is David Doe.[1] I am a plaintiff in the above-captioned action.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States citizen and live in Van Nuys, California with my husband and child. I have lived in the Los Angeles area since 2011, when I moved here from New York. I am forty-one years old, and I use "he" and "him" pronouns.

4. I have worked in entertainment law for about six years and have been with my present employer for three years. My work involves managing labor relations for film and television productions, including productions in Canada, Mexico, Latin America, and Australia.

---

[1] David Doe is a pseudonym. I am proceeding under pseudonym to protect my right to privacy and to be free from discrimination, harassment, and violence, as well as retaliation for seeking to protect my rights.

1

5. I am a transgender man. My sex assigned at birth was female, but I have a male gender identity and have identified as male since 2014.

6. In 2014, when I first realized that my gender identity does not match my sex assigned at birth, I sought out a healthcare provider to address my dysphoria and began receiving medical care shortly after.

7. To live as and be recognized as a man, I took steps to update my identity documents to reflect both my legal name change and male gender identity. I changed my sex designation to male in 2015 with both the Social Security Administration and on my California driver's license. In 2016, I updated my passport to accurately reflect an "M" sex designation. I was born in Texas, a state that does not permit me to change my birth certificate, so that document remains inaccurate.

8. As part of my job managing productions abroad, I am required to travel for work. I traveled to Vancouver, Canada in January 2025 for my work, and I anticipate potentially needing to travel to Ontario, Canada this year as well.

9. I also travel internationally with my family. Both my spouse and I have friends and family abroad. Most imminently, my family and I anticipate needing to travel to Scotland for a family wedding in the summer of 2026.

10. Having a male sex designation on my passport and other identity documents is integral to my ability to move through the world safely and without distress.

11. However, that safety is no longer afforded to me. My previous passport with an "M" sex designation was set to expire in February 2026. I submitted an online application to renew my passport in February of 2025.

12. On March 21, 2025, I received my renewed passport back, but with an "F" sex designation.

13. On approximately April 17, 2025, I received a letter stating that the "sex" was changed on my passport "to match [my] biological sex at birth." The letter is attached hereto as Exhibit 1.

14. I will not travel to the wedding in Scotland with a passport that reflects an "F" sex designation. International travel for work is part of my job but is potentially dangerous and harmful to my physical and emotional well-being, putting me in an impossible situation.

15. I am anxious about traveling abroad with a passport with an "F" sex designation that outs me as transgender at every use and could put me at risk of being attacked or singled out by someone who holds prejudices against transgender people.

16. Before I was able to update my driver's license (when it still displayed my birth name and sex), I would experience problems while carrying out even the simplest of tasks, such as purchasing wine at the grocery store or going to an R-rated movie when I was younger. People often accused me of presenting a fake ID when they saw an "F" sex designation on an identity document.

17. Since I updated my identity documents, I have been able to avoid a lot of these problems. Now, with inconsistent documentation once again, I am terrified that I will be subjected to similar accusations of fraud when traveling abroad or be at increased risk of discrimination and violence.

Executed on: April 26, 2025

_____
David Doe

# EXHIBIT 1



**U.S. Department of State**
**Bureau of Consular Affairs**
**Passport Services**

## Information Changed on Application

The date of birth, place of birth, name, or sex was changed on your passport application.

The changes were made for one of the following reasons:

- To match your biological sex at birth.

- To match the documents you submitted.

- To match our records.

- To show the country of birth as it is currently known.

- To use only letters.

Questions? Please call 1-877-487-2778 (TTY/TDD: 1-888-874-7793) or go to travel.state.gov.

Last Updated: February 2025 *(CA/PPT/S/A)*          IN 941-24