# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, et al.,

          *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

          *Defendants*.

Case No. 1:25-cv-10313-JEK

## DECLARATION OF AC GOLDBERG

1. My name is AC Goldberg. I am a plaintiff in the above-captioned action.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States citizen and live in Cambridge, Massachusetts with my wife and two children.

4. I am a professor of speech pathology at a university in Massachusetts. I have been teaching since 2022. I am also a practicing speech/language pathologist and have been doing so since 2004.

5. I am a transgender man. I was assigned female at birth based on a physician's external evaluation of my genitalia, but I have a male gender identity and have lived as a male in all aspects of my life since 2002.

6. I first sought out a provider to address my gender dysphoria in 2002 and was diagnosed soon thereafter.

7. Almost a decade later, in 2012, I discovered that I am also intersex. I had always felt uncomfortable in my body, like there was an inconsistency between my genitalia and how I knew myself to be, but I did not know the cause of this discomfort. In the summer of 2012, I received a call from a genetic counselor who told me that I have Congenital Adrenal Hyperplasia ("CAH"), which is a condition that can cause hormone imbalances and genital abnormalities.

8. At first when I received this call, I was shocked and confused. I did not know much about being intersex, so I was quick to seek out community and arrange meetings with other intersex individuals who could provide me with support as I navigated this new medical information.

9. It was also important to me to have a conversation with my parents about what they were told when I was born with respect to my sex and genetic composition. My parents told me that, at birth, the doctors told them that I was born with "deformities," and that certain procedures had been conducted on me as an infant. My parents, however, were never told what those procedures were, and they did not have an opportunity to consent to those procedures on my behalf.

10. My discomfort with certain aspects of my physical body persisted long after the call from the genetic counselor in 2012. In May 2024, after experiencing severe physical discomfort and menstrual bleeding, I sought out a provider and underwent a procedure to remove my uterus. In the process of conducting the hysterectomy, my provider discovered that I had some kind of cyst, later identified as an ovotestis, and removed both the ovotestis and my ovary during my hysterectomy while I was under general anesthesia.

11. I have updated all my documentation to reflect a male sex designation, which feels true to who I am and how I live and present to the world. In 2016, I obtained a court-ordered legal name change from a court in Massachusetts and updated my New Jersey birth certificate to reflect my name and male sex designation. That same year, I updated my Massachusetts' driver's license and my records with the Social Security Administration to reflect my name and male sex designation.

12. In 2017, I updated my passport to reflect an "M" sex designation. That passport is currently in my possession and expires in February 2027.

13. I am a frequent traveler. I typically travel abroad about three to five times a year for work and recreation. I also travel domestically one to two times a month for work, and I use my passport as my primary method of identifying myself for all travel.

14. This year, I have canceled several international trips for both work and leisure out of concern about reentering the country as a transgender and intersex person and fear of subjecting myself to potential detainment and invasive scrutiny upon reentry to the United States. I have had difficult experiences with TSA in the past as a transgender and intersex man, including experiences of being sexually assaulted and violated by officers conducting searches on my body.

15. Having an accurate passport that aligns with who I am provides me with the ability to travel safely and comfortably with my wife and children, with less fear of experiencing harassment and physical violence when traveling abroad.

16. I am terrified about the prospect of losing my current passport or having it stolen and being forced to obtain a new passport under the State Department's current policy, which

would contain an inaccurate female sex designation because that is the sex designation on my original birth certificate.

17. I have no idea whether I would be considered "male" or "female"—or neither or both—under definition of those terms in Executive Order 14168 or the State Department's current policy because I had the presence of both ovaries and an ovotestis for most of my life.

18. Traveling with an "F" sex designation on my passport is not an option for me because it would create safety risks and deeply uncomfortable situations. This policy feels like an attempt to erase who I am and dictate how I am perceived by those around me. I have lived as a man for over twenty-three years, and I refuse to go back to a time in which I cannot be myself.

19. Massachusetts has been my home for 18 years, and I do not want to be forced to move my family to another country to ensure that we are safe and that I am afforded the ability to live as the man, husband, and father that I am.

Executed on ___April 28th___, 2025          _____
                                                                    AC Goldberg