UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF RAY GORLIN**

I, Ray Gorlin, hereby declare and state as follows:

  1.  My name is Ray Gorlin. I am a plaintiff in the above-captioned action.

  2.  I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

  3.  I am a United States citizen and a resident of Minneapolis, Minnesota. I am thirty years old. I grew up in Hopkins, Minnesota, so Minnesota has always been home to me. I use "they" and "them" pronouns.

  4.  I am a full-time artist, and my work includes drawing caricatures at amusement parks, festivals, conventions, parties, and more. I travel all over the United States for my work, and I was recently invited to tour with Karikaturen Berlin, a German caricature company. My hope is to take my work internationally with more frequency, including to a caricature convention in Japan, where this art is celebrated.

5. I am a nonbinary person. My sex assigned at birth was female, but I do not identify with a binary sex. The term "nonbinary" accurately captures my gender. Although I do not identify with a particular gender, I feel more comfortable in my body with a masculine presentation.

6. When I started college in 2013, I was aware of nonbinary as a gender identity, but I felt very self-conscious about self-identifying that way. I was afraid of experiencing harassment and drawing unwanted attention, and I was also afraid of how identifying as nonbinary would impact and be received by people close to me. After leaving college, I sought out transgender and nonbinary communities, and I was able to find safety and comfort in my identity.

7. I was diagnosed with gender dysphoria in 2019, when I was twenty-five.

8. I have lived openly as a nonbinary person since 2019. Today, I am known only as a nonbinary person to my friends, family, and colleagues. I was able to legally change my name in court in Minnesota in July of 2022. I shortened my birth name to "Ray," a nickname that I have used my whole life.

9. I updated my Minnesota driver's license with an "X" sex designation in 2022 and my Real ID with an "X" sex designation in 2025 to reflect my nonbinary identity. I updated my legal name and sex designation with the Social Security Administration in 2022 as well, but because "X" was not an option as a sex designation, I selected "M."

10. I have not traveled internationally in approximately seven years. Given that I did not have a reason to travel internationally until recently, I did not submit an application to update the sex designation on my passport at the same time as when I updated my other documents. My current passport expires in November 2027, and that passport reflects a female sex designation.

11. Without accurate identification, I am terrified of experiencing harassment and heightened scrutiny when I travel. When I was traveling to Florida in March of 2025, I had a mortifying encounter with the Transportation Security Administration due to the discrepancy between the sex designations on my temporary paper Real ID (provided to me by the Minnesota DMV as a placeholder until my Real ID card was ready) and on my passport. The agent asked that I present my passport instead of the paper copy of my Real ID, and when I showed the agent my passport, I was told "this isn't you." The agent stated that the passport I presented was not mine because it had an "F" sex designation and an older photo of me. I had to explain that I am nonbinary, that I changed my name to "Ray" in 2022, and that the passport was mine. The agent humiliated me by having this conversation audibly and openly in front of a large group of people, sent me to the back of another long line to speak with another security agent, who thankfully understood that I am nonbinary and allowed me to proceed through security and make my flight.

12. I am afraid that carrying a passport with an "F" sex designation will continue to subject me to uncomfortable and unsafe travel encounters.

13. I have worked hard as a caricature artist and have dreamed of working for the best caricature companies nationally and globally. Those opportunities are finally happening for me, and this new passport policy is impeding my ability to achieve my professional aspirations.

14. The opportunity with Karikaturen Berlin requires me to leave for Berlin in July 2025 and stay through August. I am anxious about experiencing harassment when presenting a passport with a female sex designation, which is inconsistent with who I am, upon entry into Berlin and upon re-entering the United States after my stay. During that time in Berlin, I may need my passport to check into my accommodations or potentially travel within Europe during

my time there.  Without a passport that reflects who I am and allows me to travel safely, I am terrified that I will be deprived of this opportunity that could take my career to the next level.  I am put in the impossible position of choosing between an opportunity that contributes to my livelihood and risking my physical and emotional safety.

15.     Additionally, my family is going through a difficult time right now.  My dad was diagnosed with cancer, and my family wants to take one final international trip together so that we can spend time together before my dad's illness prevents him from traveling.  Without accurate identification, I will not be able to join my family on this trip and would lose invaluable time with my ailing father and the rest of my family.

16.     It pains me to know that opportunities to travel with my family and further my career are now limited by the sex designation on my passport.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 27_____, 2025

_____
Ray Gorlin