**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHTON ORR, et al., | |
| *Plaintiffs*, | Case No. 1:25-cv-10313-JEK |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Defendants*. | |

**DECLARATION OF CHELLE LEBLANC**

I, Chelle LeBlanc, hereby declare and state as follows:

1.      My name is Chelle LeBlanc.  I am a plaintiff in the above-captioned action.

2.      I am over the age of 18, of sound mind, and in all respects competent to testify.  I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3.      I am a United States citizen and live in Colorado Springs, Colorado.  I have lived in Colorado since October 2024, when I moved here from Mississippi.  I am twenty-seven years old and use "she" and "her" pronouns.

4.      I am a lawyer and practice at a civil litigation firm in Colorado.

5.      I am a transgender woman.  My sex assigned at birth was male, but my gender identity is female.

6.      I was diagnosed with gender dysphoria in May 2022.

7.      I have lived as a woman in all aspects of my life since March 2022. I am known only as female to my family, my workplace, and in my community. I am grateful to be able to live authentically, and I have taken steps to ensure that my identity documents reflect who I am.

8.      In the last few years, I have been able to change my identity documents to reflect an "F" sex designation that is consistent with my gender identity. I updated my Mississippi driver's license in November 2023 and my Mississippi birth certificate in January 2024. In November 2023, I updated my name and sex designation with the Social Security Administration to reflect my legal name and that I am female.

9.      The only identity document in my possession that does not currently reflect who I am is my passport. My previous passport expired in September 2024. I submitted an application to review my passport on January 19, 2025, in which I requested that the sex designation also be corrected to female.

10.     After several weeks of processing, my renewed passport was issued on February 12, 2025, and it came with an inaccurate "M" sex designation.

11.     I frequently travel internationally and have lived and studied in other countries in the past, with only a brief hiatus in my traveling due to time constraints and tight finances during law school, but since graduating last year, I hope to be able to resume traveling internationally. It is especially important that I be able to travel this year because I have an appointment for medical care in Thailand in August 2025. I have already paid for this medical care, for the accommodations during my recovery, and for the plane tickets for my partner and me.

12.     Given the steps I have taken to align my body with my gender identity, I do not feel safe traveling with a passport with an "M" sex designation, especially to countries that are openly hostile towards transgender people. I am no stranger to discrimination, especially having

grown up in Mississippi where I experienced frequent harassment based on my identity as a transgender woman.  Having accurate identification affords me safety.  To not have that safety while abroad would dramatically shift the way I approach travel and whether it is possible for me to travel to certain countries.

13.     I am fearful of traveling with a passport with the wrong sex designation. The idea of re-entering the United States with a passport with the wrong sex marker and that outs me as transgender is causing me immense anxiety.

14.     International travel is likely off the table for me without an accurate passport.  I am afraid to risk my physical safety and mental well-being to travel internationally with inaccurate identification.

15.     I am extremely disappointed that my country would take away my right to have identification that is consistent with who I am, and that allows me to feel safe traveling abroad and living domestically as a woman who is transgender.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on __April 26_____, 2025                    _Chelle LeBlanc_____
                                                                                    Chelle LeBlanc