# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, ZAYA PERYSIAN,
SAWYER SOE, CHASTAIN ANDERSON,
DREW HALL, BELLA BOE, and REID
SOLOMON-LANE, on behalf of themselves
and others similarly situated,

            *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as
President of the United States; U.S.
DEPARTMENT OF STATE; MARCO
RUBIO, in his official capacity as Secretary of
State; and UNITED STATES OF AMERICA,

            *Defendants*.

Case No. 1-25-cv-10313

Hon. Julia E. Kobick

## EXPERT DECLARATION OF SARAH D. CORATHERS, MD

I, Sarah D. Corathers, hereby declare and state as follows:

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      The purpose of this report is to provide my expert opinions on: (1) the medical definitions of sex and gender identity; (2) the unworkable and inaccurate aspects of the government's binary definition of sex; and (3) the severe risk of harm to transgender, non-binary, and intersex individuals forced to use Passport identification that does not match their sex.

3.      I have actual knowledge of the matters stated in this report and have collected and cited relevant literature concerning the issues that arise in this litigation in the body of the report.

4.      In preparing this report, I reviewed Plaintiffs' Complaint (ECF. 1), and President Trump's Executive Order (ECF 1-1). I also relied on my scientific education and training, my research experience, my knowledge of the scientific literature in the pertinent fields, and my

1

clinical experience treating adolescents with gender dysphoria, as set out in my curriculum vitae, attached hereto as Exhibit A.

5.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects. These materials are listed in the bibliography accompanying this declaration, attached hereto as Exhibit B.

6.    I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications, in response to statements and issues that may arise in my area of expertise, or in responses to expert opinions the Government may submit in this matter.

## BACKGROUND AND QUALIFICATIONS

7.    I received my medical degree from Wright State University in 2002. I completed my residency in Internal Medical and Pediatrics at the University of Cincinnati and Cincinnati Children's Hospital between 2002-2006. I was the Chief Resident in Internal Medicine at the University of Cincinnati from 2006-2007. I completed a four-year combined Fellowship in Adult and Pediatric Endocrinology between 2009-2013 at the University of Cincinnati and Cincinnati Children's Hospital. Beginning in 2013, I was an Assistant Professor, Department of Pediatrics, Division of Endocrinology, at Cincinnati Children's Hospital. I became an Associate Professor in the Department of Pediatrics, Division of Endocrinology, in 2019. Since 2022, I have been the Clinical Director in the Division of Pediatric Endocrinology at Cincinnati Children's Hospital overseeing clinical operations and quality. Notably, the Division of Endocrinology at Cincinnati Children's Hospital was recognized by U.S. News and World Reports as #1 in the nation for Diabetes and Endocrinology in the 2023-2024 rankings, the same year Cincinnati Children's Hospital was also recognized as the #1 Best Children's Hospital in the nation. As of March 1, 2024, I am Associate Chief of Staff, Ambulatory Medicine at Cincinnati Children's Hospital.

9.      I have extensive experience working with children and adults with endocrine disorders, and I am an expert in the treatment of metabolic and hormone health concerns including hypogonadism, Differences of Sex Development (DSD) or Intersex conditions, and gender dysphoria.  I also treat children, adolescents, and adults with other endocrine disorders including type 1 diabetes, Turner syndrome, and survivors of childhood cancers with lifelong hormone deficiencies.

10.      I am a member of the American Academy of Pediatrics, the Pediatric Endocrine Society, and the Endocrine Society.

11.      I currently see adult and pediatric patients at the Endocrinology Clinic at Cincinnati Children's Hospital, where I also serve as the Clinical Medical Director.

12.      I supervise the education of pediatric endocrinology fellows in care of transgender and gender non-conforming youth through didactic lectures and clinical practice.

13.      I have published over 70 peer reviewed articles on endocrine disorders and treatments. Among those, I have published on topics that include interdisciplinary care for transgender and gender non-conforming youth, shared decision making about gender-affirming hormone therapy, hormonal contraceptive choices for transgender adolescents and adults, and bone health among transgender youth undergoing pubertal suppression. I have also published an invited commentary about developing effective hormonal treatment paradigms for transgender youth. In addition, I am a contributing author on the International Turner Syndrome Clinical Practice Guidelines which reflect grading of available evidence and recommendations for care including estrogen hormone replacement.

14.      As part of my practice, I am familiar with the latest medical science and treatment protocols related to gender dysphoria and Differences of Sex Development (DSDs).

15.    I have served as an expert witness, been deposed and testified at trial in *Moe v. Yost*, 24-CV-002481 (Franklin County Ohio clerk of Courts of the Common Pleas).

16.    I am being compensated at a rate of $300 per hour.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## PROCESS OF SEX DEVELOPMENT

17.    Sex development is a complex, multi-step process of activating and repressing factors dependent upon genetic instruction and subsequent embryologic differentiation in response to hormone signals.

18.    Sex refers to multiple physiologic attributes, such as chromosomes (genetic sex), gonads (glands that produce hormones), and anatomy (reproductive parts both inside and outside of the body), secondary sex characteristics that usually develop during puberty, and gender identity.

19.    Chromosomes carry genetic information. Two chromosomes, known and X and Y, are referred to as sex chromosomes. People with two X chromosomes will usually be female and people with one X and one Y chromosome will usually be male.  The combination of chromosomes is determined at conception when the egg is fertilized.

20.    During the initial gestational period, embryos with XX and XY chromosomes appear the same. The future gonads (ovaries and testes) are undifferentiated, and there are two sets of structures called Mullerian and Wolffian ducts, and similar genital structures.

21.    A gene called SRY is usually found only on the Y chromosome. The SRY gene gives instructions to cells in the undifferentiated gonad to make a protein called testis determining factor (TDF). In response to TDF, the undifferentiated gonads develop into testes that can later produce Testosterone, which makes the Wolffian ducts develop into spermatic ducts. The testes

produce Mullerian Inhibiting Substance (MIS), which makes the Mullerian ducts disappear. Testosterone and dihydrotestosterone promote the development of male anatomic features including a penis and scrotum.

22.     In the presence of two X chromosomes and the absence of the SRY gene, ovaries form from the undifferentiated gonad. The Mullerian structures form a uterus, fallopian tubes, vagina, and labia in the absence of MIS to stop them from developing. The Wolffian ducts disappear when there is no Testosterone.

23.     After the seventh week of development, the testes release testosterone that causes undifferentiated genitals to develop in a male direction. In the absence of testosterone, or if the body cannot respond to testosterone, the undifferentiated genitals develop in a female direction. Both male and female genitals have corresponding parts because of common embryologic origins.

24.     Sex is usually assigned at birth based on physical characteristics; however, the physiologic aspects that contribute to a person's sex are not always aligned with each other. For example, some people may have chromosomes typically associated with males, but genitalia typically associated with females or vice versa.

25.     During male puberty, testes mature and begin to produce sperm. During female puberty, ovaries start to release eggs and menstrual periods begin.

26.     In a medical context, the terms "sex designated at birth" or "sex assigned at birth" are more precise than the term "biological sex" that does not account for differences of sex development or intersex conditions, fertility potential, or gender identity.[1]

---

[1] See Hembree, W.C., et al., *Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline.* J. Clin. Endocrinol. & Metab., 2017. **102**: 3869–3903, 3875, https://academic.oup.com/jcem/article/102/11/3869/4157558 (hereafter "Endocrine Guideline") ("Biological sex, biological male or female: These terms refer to physical aspects of maleness and femaleness. As these may not be in line with each other (e.g., a person with XY chromosomes may have female-appearing genitalia), the terms biological sex and biological male or female are imprecise and

**THE GOVERNMENT'S DEFINITION OF SEX IS IN CONFLICT WITH BIOLOGY**

27.     The Executive Order Section 2 (d) states that "'Female' means a person belonging, at conception, to the sex that produces the large reproductive cell" and Section 2 (e) states that "'Male' means a person belonging, at conception, to the sex that produces the small reproductive cell". These terms are not used in clinical medical practice or scientific discourse.

28.     The Executive Order's definition of sex is arbitrary and inconsistent with biology. Notably, the gonads that may later have capacity to produce reproductive cells are not present at conception. Impliedly, the reference to the "large reproductive cell" indicates egg or ova from an ovary and "small reproductive cell" means sperm from a testis.  What is certain is that there are many individuals whose gonads are not able to produce eggs or sperm. Furthermore, sperm production, when present, is not possible until male puberty, between the ages of 9-14 years.

29.     The government's definition of sex is inaccurate, conflates sex and fertility, neglects the existence of medical conditions that result in differences in sex development, individuals who face infertility for any reason, and the interrelation between sex and gender.

30.     In the United States, about 11% of women and 9% of men of reproductive age experience fertility issues.[2] The government's definition of sex that is dependent upon presence of reproductive cells is untenable given that fertility status is often not established until adulthood.

**DIFFERENCES OF SEX DEVELOPMENT**

31.     Medical conditions known as Differences of Sex Development (DSD) or Intersex

---

should be avoided.")

[2] National Health Statistics Report April 24, 2024, National Health Statistics Reports, Number 202, April 4, 2024

conditions describes a group of conditions in which biological sex development does not follow a typical path.[3]

32.     Some intersex people will not develop the capacity to produce either the "large reproductive cell" or "small reproductive cell"—that is, the ovum and sperm – that are part of the definitions of female and male used by the Passport Policy.[4]

33.     "Intersex" is an umbrella term used to describe a wide range of natural bodily variations.  Intersex people are born with sex characteristics that do not fit typical binary notions of bodies designated "male" or "female."  In some cases, intersex traits are visible at birth, while in others, they are not apparent until puberty—or later in life during fertility evaluation.  Some variations may not be visibly apparent.  Intersex people can have certain variations in chromosomes (genetic material), external genitals, internal reproductive organs, and hormone production and response that cause these variations in their bodies. Karyotype describes the set of chromosomes found in the cells of an individual person. Depending on karyotype, individuals with DSD are categorized into 46 XX DSD, 46 XY DSD, and sex chromosome or mixed chromosome DSD.[5]

34.     There are many conditions that can be described as DSD or Intersex. The most frequent occurring are congenital adrenal hyperplasia (CAH) in XX individuals, complete or partial androgen insensitivity in XY individuals, and mixed gonadal dysgenesis. Conditions with

---

[3] Lee PA, Houk CP, Ahmed SF, Hughes IA., International Consensus Conference on Intersex organized by the Lawson Wilkins Pediatric Endocrine Society and the European Society for Paediatric Endocrinology. Consensus statement on management of intersex disorders. International Consensus Conference on Intersex. Pediatrics. 2006 Aug;118(2):e488-500.

[4] The Biological Reality of Sex and Intersex: A Response to the Executive Order, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" - Pediatric Endocrine Society

[5] Hughes IA, Nihoul-Fékété C, Thomas B, Cohen-Kettenis PT. Consequences of the ESPE/LWPES guidelines for diagnosis and treatment of disorders of sex development. Best Pract Res Clin Endocrinol Metab. 2007 Sep;21(3):351-65.

sex chromosome differences like Turner syndrome (usually a single X chromosome, 45 XO) and Klinefelter syndrome (usually an extra chromosome, 47 XXY) are sometimes included in the category of sex chromosome DSD. Based on the inclusion criteria used to define DSD conditions, the incidence varies from 1:1000[6] to 1:4500[4] live births, indicating a potential of 60,000 up to 5.6 million people with Intersex conditions in the United States.[7] The prevalence of an isolated finding of atypical genitalia such as hypospadias, (opening of the urethra located somewhere other than the tip of the penis) or undescended testis may be as high as 1 in 300 births whereas the birth prevalence of infants who require further medical evaluation for a potential DSD diagnosis is about 1 in 3000 and a smaller proportion of those births may experience delayed sex assignment due to a DSD diagnosis.[8]

35.    People who are born with a DSD may have ambiguous genitalia at birth, making it hard to determine a sex assignment based on anatomy. Some individuals have XY genetics but have genitals that appear female due to under virilization (lack of exposure or response to testosterone). Conversely, some individuals have XX genetics with external genitals that appear male due to in utero Testosterone exposure but still have internal uterus and ovaries. Many DSD conditions are associated with inability to produce ova or sperm.

36.    There are many genes involved in sex development, and a mutation in any of these

---

[6] Blackless M, Charuvastra A, Derryck A, Fausto-Sterling A, Lauzanne K, Lee E. How sexually dimorphic are we? Review and synthesis. Am J Hum Biol. 2000 Mar;12(2):151-166. doi: 10.1002/(SICI)1520-6300(200003/04)12:2<151::AID-AJHB1>3.0.CO;2-F. PMID: 11534012.

[7] United Nations Free & Equal, "Intersex People," Office of the United Nations High Commissioner for Human Rights 1 (2024), https://www.unfe.org/sites/default/files/download/Intersex%20factsheet%202024%20EN%20-%20CLEARED.pdf (last accessed Feb. 6, 2025)

[8] Ahmed SF, Achermann J, Alderson J, Crouch NS, Elford S, Hughes IA, Krone N, McGowan R, Mushtaq T, O'Toole S, Perry L, Rodie ME, Skae M, Turner HE. Society for Endocrinology UK Guidance on the initial evaluation of a suspected difference or disorder of sex development (Revised 2021). Clin Endocrinol (Oxf). 2021 Dec;95(6):818-840. doi: 10.1111/cen.14528. Epub 2021 Jun 22. PMID: 34031907.

genes may lead to the development of a DSD: [9]

- SRY gene: the sex-determining region of the Y chromosome is the chief regulator of male sex differentiation; expression causes translation of SRY protein, which mediated testicular development.

- SOX9 gene: expression of this gene follows the SRY gene and is responsible for the differentiation of Sertoli cells.

- NR5A1/SF-1: The steroidogenic factor gene codes an important transcription factor involved in male development and steroid biosynthesis.

- DHH gene: The desert hedgehog gene plays a role in testicular differentiation.

- DAX/NROB1: Considered as an anti-testis factor up-regulated in the ovary.

- WT1: Codes a transcription factor involved in renal and gonadal development, mutation results in various congenital syndromes of abnormal genitourinary development.

- Wnt 4 and Wnt 7a: Wnt 4 suppresses male sexual differentiation and ovarian androgen production.

37.    Based on genetic variation, some people may have differences in how the gonads develop, which impacts the ability of the gonad to make hormones to drive usual anatomic development.

38.    Some individuals make hormones, but there is a block in an important part of the hormone synthesis pathway, an insensitivity to the hormone, or resistance at the level of the cellular receptor.  For example, development of male external genitalia requires the presence of

---

[9] Mehmood KT, Rentea RM. Ambiguous Genitalia and Disorders of Sexual Differentiation. [Updated 2023 Aug 28]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK557435/

dihydrotestosterone. Deficiency of this hormone, insensitivity, or resistance may lead to under-virilized genitalia in a person with XY chromosomes. Similarly, in a person with XX chromosomes, exposure to excess androgens leads to virilization of female genitalia, which may be due to excess production or exogenous exposure.

39.     A karyotype describes the size, shape, and number of chromosomes (genetic material) in a sample of cells from an individual. Most individuals have 46 chromosomes including two sex chromosomes, either X or Y. Intersex people develop differently in a variety of ways with classification based upon karyotype[10]:

- 46 XX DSD may experience disorder of gonadal development, disorder of androgen excess, or disorders such as Mayer-Rokitansky-Küster-Hauser Syndrome (not developing a vagina and/or uterus).

- 46 XY DSD may experience disorder of gonadal development, disorder of androgen synthesis, disorder of androgen function, persistence of Mullerian structures (developing a uterus, fallopian tubes, or vaginal canal with or without a penis and testes), and other unclassified disorders.

- Sex chromosome DSD may include Turner syndrome, Klinefelter syndrome, Mixed gonadal dysgenesis, and variants of these conditions.

## GENDER IDENTITY

40.     Gender identity refers to a fundamental inner sense of self as female, male, a combination of both, or neither distinctly male nor female.

---

[10] Cools M, Nordenström A, Robeva R, Hall J, Westerveld P, Flück C, Köhler B, Berra M, Springer A, Schweizer K, Pasterski V; COST Action BM1303 working group 1. Caring for individuals with a difference of sex development (DSD): a Consensus Statement. Nat Rev Endocrinol. 2018 Jul;14(7):415-429. doi: 10.1038/s41574-018-0010-8. PMID: 29769693; PMCID: PMC7136158.

41.    Everyone has a gender identity and one's understanding of it may develop over time.

42.    A person's gender identity is an essential part of their identity and very frequently predicts how they will be identified by others more accurately than their sex assigned at birth.  For purposes of identity documents, including passports, a person's gender identity is the most accurate and least problematic characteristic for determining what their sex is.

43.    There is a medical consensus that gender identity is innate and that efforts to change a person's gender identity are unethical and harmful to a person's health and well-being.[11]

44.    According to the American Medical Association, the American College of Physicians, the American Psychiatric Association, and 25 other major U.S. medical and psychological professional associations, "variations in . . . gender identity are a normal part of human development" and "research and experience shared by scholars, clinicians, and patients have shown that . . . efforts [to change someone's gender identity have not succeeded] and are harmful."[12]

### CISGENDER, TRANSGENDER, AND NON-BINARY PEOPLE

45.    The prefixes "cis" and "trans" are from Latin: "this side of" and "the other side of", respectively. In the context of chemistry, cis indicates that the functional groups on the same side of a molecule, while trans conveys that they are on opposing or transverse sides of a molecule.

46.    The prefixes cis and trans are applied to language describing gender identity to convey when gender identity aligns with sex assigned at birth, (cisgender), or when gender identity

---

[11] See statements from professional organizations that oppose gender identity conversion efforts: https://d3dkdvqff0zqx.cloudfront.net/groups/apaadvocacy/attachments/USJS-Final-Version.pdf

[12] Jody Herman et al., How Many Adults and Youth Identify as Transgender in the United States?, Williams Institute, UCLA School of Law 1 (2022), https://williamsinstitute.law.ucla.edu/wpcontent/uploads/Trans-Pop-Update-Jun-2022.pdf (last accessed Feb. 6, 2025).

is different than sex assigned at birth (transgender).

47.    Most people have a gender identity that aligns with the sex they were designated at birth based on their external genitalia and are cisgender.[13]

48.    Transgender people have a gender identity different from the person's sex designated at birth. Approximately 1.6 million people in the United States identify as transgender.[14]

49.    Non-binary, gender diverse, or gender non-conforming are terms used to describe gender identities that are not either exclusively male or exclusively female. According to one set of surveys, more than 1.2 million Americans identify as are non-binary.[15]  Some non-binary people consider themselves transgender because their sex assigned at birth does not align with their gender identity.  Other non-binary people do not consider themselves transgender. In addition, some transgender people consider themselves to be non-binary, and some do not.

50.    Some intersex people identify with sex assignment at birth and are considered cisgender; some identify as transgender or non-binary.

51.    Transgender and non-binary people have always existed, although the number of people who we know to be transgender has increased in recent times with increased visibility and alongside advances in modern medical treatments.[16]

---

[13] The terms "sex designated at birth" or "sex assigned at birth" are more precise than the term "biological sex" because all the physiological aspects of a person's sex are not always aligned with each other. *See* Hembree, W.C., et al., *Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline*. J. Clin. Endocrinol. & Metab.,2017.**102**:3869–3903, 3875, https://academic.oup.com/jcem/article/102/11/3869/4157558 (hereafter "Endocrine Guideline").

[14] Jody Herman et al., How Many Adults and Youth Identify as Transgender in the United States?, Williams Institute, UCLA School of Law 1 (2022), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Pop-Update-Jun-2022.pdf (last accessed Feb. 6, 2025).

[15] Bianca D.M. Wilson et al., Nonbinary LGBTQ Adults in the United States, Williams Institute, UCLA School of Law 2 (June 2021), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Nonbinary-LGBTQ-Adults-Jun-2021.pdf (last accessed Feb. 6, 2025).

[16] Carswell, J.M., Lopez, X., and Rosenthal, S.M., *The evolution of adolescent gender-affirming care: An*

52.    There is considerable scientific evidence demonstrating a durable biological element underlying gender identity. For example, neuroanatomy studies of brain scan patterns often align with gender identity rather than external genitalia or chromosomes.[17] For example, Yokota et al reported that the shape of the corpus callosum, a structure in the brain, in transgender individuals was closer to subjects with shared gender identities than to subjects who shared the same sex designated at birth.[18] Results of genetic, biologic, and neuroscience studies support the concept that gender identity is not simply a psychosocial construct, but likely reflects a complex interplay of biological, environmental, and cultural factors, which may explain why attempts to change gender identity in intersex patients to match external genitalia or chromosomes are often unsuccessful.[19] Among individuals with XX chromosomes and congenital adrenal hyperplasia (CAH) there is higher exposure to androgens (masculinizing hormones) in utero that corresponds to higher rates of male gender identity compared to those who do not have similar in utero exposure to Testosterone.[20] Individuals with XY chromosomes and complete androgen insensitivity have tissues that are not able to respond to Testosterone and often have female gender identity. Identical twins (twins who share the exact same genetic material) are more likely to both experience transgender identity compared to sets of fraternal twins (non-identical).[21]

*historical perspective*. Horm. Res. Paediatr., 2022. **95**(6): p. 649-656.

[17]  Saraswat A, Weinand JD, Safer JD. Evidence supporting the biologic nature of gender identity. Endocr Pract. Feb 2015;21(2):199-204. doi:10.4158/ep14351.ra

[18] Yokota, Y., Kawamura, Y., & Kameya, Y. (2006, January). Callosal shapes at the midsagittal plane: MRI differences of normal males, normal females, and GID. In *2005 IEEE Engineering in Medicine and Biology 27th Annual Conference* (pp. 3055-3058). IEEE.

[19] Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. Dec 2014;99(12):4379-89. doi:10.1210/jc.2014-1919

[20] Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. Aug 2005;34(4):389-97. doi:10.1007/s10508-005-4338-5

[21] Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. J Sex Med. Mar 2012;9(3):751-7. doi:10.1111/j.1743-6109.2011.02567.x

## GENDER DYSPHORIA: DIAGNOSIS AND TREATMENT

53.    Gender dysphoria describes the significant emotional distress or impairment in social, occupational, or other important areas of functioning that stems from the incongruence between a person's gender identity and sex designated at birth, and/or body characteristics. Many transgender, non-binary, and intersex people experience gender dysphoria.

54.    Gender dysphoria is recognized as a diagnosis in the American Psychiatric Association's Diagnostic & Statistical Manual of Mental Disorders ("DSM V").[22] To be diagnosed with gender dysphoria, the incongruence between a person's gender identity and designated sex must have persisted for at least six months and be accompanied by clinically significant distress or impairment in social, occupational, or other important areas of functioning. There are two separate diagnoses for gender dysphoria, one for gender dysphoria in childhood and the other for gender dysphoria in adolescence and adulthood.

55.    Being transgender is not itself a mental health condition; however, stigma, bullying, and untreated gender dysphoria can lead to severe anxiety, depression, and suicidality. Efforts to change a transgender person's gender identity is associated with adverse mental health outcomes, including suicidality.[23] Mental health and psychosocial support are essential components of care for transgender and gender diverse people as detailed in the Endocrine Society Clinical Care Guideline, published by a professional organization of more than 18,000 endocrinologists.

56.    When appropriately treated, gender dysphoria can be effectively managed.

57.    The treatment protocols for gender dysphoria are laid out in established, evidence-

---

[22] See, e.g., Am. Psychiatric Ass'n, Diagnostic and Statistical Manual of Mental Disorders: DSM5-TR at 512–13 (2022)
[23] Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry. Sep 11 2019;77(1):1-9. doi:10.1001/jamapsychiatry.2019.2285

based clinical guidelines: (i) the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons, and (ii) the World Professional Association for Transgender Health ("WPATH") Standards of Care ("SOC") for the Health of Transgender and Gender Diverse People, which was initially published in 1979 and is now in its eighth version, which was released in 2022. These guidelines are supported by all major U.S. medical associations and reflect the professional consensus about the psychological, psychiatric, hormonal, and surgical management of gender dysphoria.

58.    It is the recognized standard of care to address gender dysphoria with individualized treatment approach designed to bring a person's body and expression of their sex in line with their gender identity.  This course of treatment has different components depending on the needs of each person.  A professional healthcare provider recommends an individualized course of treatment based on their exercise of professional judgment to achieve the goal of reducing a patient's gender dysphoria.  As with other forms of healthcare, the patient considers the benefits, risks, and alternatives of available options and makes treatment decisions in consultation with that provider.

59.    Treatment for gender dysphoria brings a person's social interactions, appearance, and body into greater alignment with the person's gender identity, which helps alleviate the distress associated with gender dysphoria.  Treatment for gender dysphoria may involve social transition, hormone treatment, non-surgical voice therapy, and/or gender-affirming surgery or surgeries.

60.    Gender affirming care refers to support from mental health and medical providers.

61.    Transgender individuals report several-fold higher rates of depression, anxiety, suicidal ideation, suicide attempt, and self-harm without lethal intent, compared to their cisgender counterparts, and gender affirming care is known to improve mental health outcomes.[24]

---

[24] Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One. 2022 Jan

62.     Hormone treatment with estrogen or testosterone is used to help a person develop secondary sex characteristics consistent with their gender identity, which may affect how the person receiving such treatment physically presents and is perceived by others.

63.     Gender affirming surgeries may include a wide variety of surgeries, many of which also affect how the person undergoing surgery physically presents and is perceived by others, such as augmentation mammoplasty, chest reconstruction surgery, and facial feminization surgery.

64.     Gender-affirming medical care may also be appropriate or indicated for some non-binary people.

65.     There is nothing unique about undergoing hormone treatment to sustain one's health. Gender-affirming medical care is also appropriate for cisgender people with hypogonadism (low levels of estrogen or testosterone). Other common examples of treatment with hormone therapy for social emotional or gender affirming purposes in cisgender population include use of testosterone in boys with constitutional delay of growth and puberty to "jump start" puberty, and use of estrogen and androgen receptor blockers for girls with polycystic ovarian syndrome (PCOS) to minimize undesired facial and body hair.

## TRANSGENDER, NONBINARY AND INTERSEX PEOPLE EXPERIENCE HIGH LEVELS OF DISCRIMINATION, HARASSMENT AND VIOLENCE.

66.     Transgender, nonbinary, and intersex people often experience violence, harassment, discrimination, and social stigma when others learn that they are transgender, nonbinary, or intersex.

67.     For decades, transgender, nonbinary, and intersex people have been subject to numerous and varied attempts by both private individuals and government actors to discriminate

12;17(1):e0261039. doi: 10.1371/journal.pone.0261039. Erratum in: PLoS One. 2023 Jun 12;18(6):e0287283. doi: 10.1371/journal.pone.0287283. PMID: 35020719; PMCID: PMC8754307.

against and oppress them, and to attempt to erase their existence.

68.    Transgender people are more likely to suffer harassment, discrimination, and violence than the population at large.  According to the National Center for Transgender Equality's U.S. Transgender Survey:

- Around a quarter (24%) of respondents had been physically attacked in a K-12 school because people thought they were transgender.

- In the year prior to completing the survey, 27% of respondents who had a job reported being fired, denied a promotion, or experiencing some other form of mistreatment in the workplace due to their gender identity or presentation.

- Nearly half (47%) of respondents had been sexually assaulted during their lifetime.

- Among respondents who had interacted with police, 58% of those whom the police perceived as transgender experienced some form of mistreatment.

- Twenty-five percent of transgender people were verbally harassed, 16% denied services or benefits, 9% asked to leave a location or establishment, and 2% assaulted or attacked after showing identification with a name or sex designation that did not match their gender presentation.

69.    For transgender people of color, these forms of mistreatment are even more common.

70.    As a result of these forms of mistreatment, 39% of respondents experienced serious psychological distress in the month prior to completing the survey, compared with only 5% of the U.S. population.  Moreover, 40% percent of respondents attempted suicide in their lifetime— nearly nine times the attempted suicide rate in the U.S. population as a whole (4.6%).

71.    Nonbinary people are also subject to violence and discrimination, and many of the

statistics regarding violence against transgender people include nonbinary people.

72.     Intersex people also are more likely to suffer violence, discrimination, harassment, and mistreatment.  For instance, surveys indicate that anywhere from one quarter to half of intersex people had been subjected to violence.

### SOCIAL TRANSITION IS AN IMPORTANT COMPENENT FOR THE TREATMENT OF GENDER DYSPHORIA

73.     For transgender people, social transition means presenting in public part- or full-time in a way that is congruent with their gender identity.

74.     Social transition can include modifications to appearance through changing hairstyles, clothing, wearing garments that augment physical aspects such as a binder to flatten chest or inserts in a bra to enhance chest.

75.     Social transition can also include coming out to family, friends, classmates, co-workers.

76.     Social transition may also include the use of a new name, pronouns, and changing legal and identifying documents to match chosen name, pronouns, and gender identity such as driver's license and passport.

77.     Treatment for gender dysphoria includes living one's life consistently with one's gender identity, including using identity documents that reflect one's gender identity.

78.     Decisions regarding social transition are individualized after considering the potential benefits of alleviating psychological distress and the potential risks including family and peer rejection, harassment, and safety concerns. [25]

79.     While social transition is adequate to treat gender dysphoria for some people, others

---

[25] Management of the transgender adolescent, Olson J, Forbes C, Belzer M, Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6

may need other forms of gender-affirming care as well.

80.     In my own clinical practice and in review of available literature, I've observed the importance of social transition within supportive social structure (family, community, workplace), and interdisciplinary treatment from medical and mental health providers.

81.     Successful passing as identified gender and achieving gender embodiment goals are important components to alleviate gender dysphoria and reduce stigma, risk of harassment, and enhance safety.

**TRANSGENDER PEOPLE WITH AN IDENTITY DOCUMENT CONSISTENT WITH THEIR GENDER ARE LESS LIKELY TO EXPERIENCE DISCRIMINATION AND ARE MORE LIKELY TO HAVE IMPROVED MENTAL HEALTH.**

82.     Forcing transgender, non-binary, and intersex people to use identity documents that do not align with what they know their sex to be and present themself as, or forcing them to go without identity documents, is inconsistent with medical protocols. It can cause anxiety and distress to individuals who are transgender and result in discrimination and violence against them.  Additionally, for those who have struggled for years with the impact of external invalidation of their identity, the knowledge that one's identification documents label one with the wrong sex can, by itself, cause serious psychological injury.

83.     Although rates of suicide are higher amongst the transgender community than the general population, a 2015 study identified several factors that were associated with large reductions in suicide risk. The study reported that having an identity document with a gender marker notation that matched their lived gender was associated with a large reduction in suicidal ideation and attempts. Based on extrapolation of survey findings the researchers noted that in a hypothetical sample, having one or more concordant identity documents has the potential to prevent 90 cases of suicide ideation per 1,000 transgender people. Further, amongst a sample of

transgender people already experiencing suicidal ideation, the risk reduction impact of having congruent identity documents could prevent 230 suicide attempts per 1,000 lives. [26]

84.    A review of 24 studies similarly found that social and legal gender validation was positively related to improved health outcomes.[27]

85.    Recognizing the importance of identification documents, the American Medical Association "supports every individual's right to determine their gender identity and sex designation on government documents" and urges that governments "allow for a sex designation or change of designation on all government IDs to reflect an individual's gender identity, as reported by the individual and without need for verification by a medical professional."[28]

### MY CLINICAL EXPERIENCE AS A PHYSICIAN CONFIRMS THAT TRANSGENDER, NONBINARY AND INTERSEX PEOPLE NEED ACCESS TO USABLE PASSPORTS

86.    Witnessing the dramatic and positive transformation of transgender individuals who are thriving after social transition and starting gender affirming care is among the most rewarding aspects of my career.

87.    After initiation of gender affirming care, transgender individuals express feeling less anxious, with improved symptoms of depression and decreased distress related to gender dysphoria.

---

[26] Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015 Jun 2;15:525. doi: 10.1186/s12889-015-1867-2. PMID: 26032733; PMCID: PMC4450977.
[27] King WM, Gamarel KE. A Scoping Review Examining Social and Legal Gender Affirmation and Health Among Transgender Populations. Transgend Health. 2021 Feb 15;6(1):5-22. doi: 10.1089/trgh.2020.0025. PMID: 33644318; PMCID: PMC7906235.
[28] Conforming Sex and Gender Designation on Government IDs and Other Documents H-65.967, Am. Med. Ass'n (2021),
https://policysearch.amaassn.org/policyfinder/detail/gender?uri=%2FAMADoc%2FHOD.xml-0-5096.xml (last accessed Feb. 6, 2025).

88.    As an Endocrinologist who specializes in the care of transgender, non-binary, and DSD individuals, I routinely am asked to complete paperwork confirming that a sex marker on legal documents be updated to align with an individuals lived and expressed sex that is consistent with their gender identity.

89.    Based upon my education, training, clinical experience, and available research, obtaining identification documents that align sex marker with gender identity is a safe, effective, and beneficial intervention for transgender, non-binary, and intersex individuals.  It is both life affirming and potentially life-saving.

90.    In summary, denying dignity and safety during travel by limiting access to accurate identifying documents will not cause anyone to stop being transgender, non-binary, or change a DSD diagnosis, it will only exacerbate distress from lack of access to established norms. As a medical provider, it is devastating and goes against my ethical obligations to my patients to be legally prohibited from offering standards of medical care.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2 | 17___, 2025                          _____
                                                         SARAH D. CORATHERS, MD

EXHIBIT A

**Sarah D. Corathers, MD**
3333 Burnet Ave, MLC 7012
Cincinnati, Ohio 45219
P: 513-636-4744; F: 513-803-1174
sarah.corathers@cchmc.org

**Education**

**Bachelor of Arts, Barnard College, Columbia University** (1992-1996)
Art History Major, Departmental honors.
**Doctor of Medicine, Wright State University** (1998-2002)
Passed Step 1 USMLE June 2000; Passed Step 2 September 2001, Passed Step 3 July 2004
**Residency, Internal Medicine and Pediatrics** (2002-2006)
University of Cincinnati and Cincinnati Children's Hospital Medical Center (CCHMC)
**Fellowship, Adult and Pediatric Endocrinology** (2009-2013)
University of Cincinnati and Cincinnati Children's Hospital, Divisions of Endocrinology
**Quality Improvement (QI) Training**
Cincinnati Children's Hospital: Intermediate Improvement Science Series (August 2010-January 2011);
Advanced Improvement Methods (September 2014- May 2015)
Academic Pediatric Association: Advancing Implementation and QI Science (Seminar, 5/2018; 4/2019)
**Leadership Training**
Cincinnati Children's Hospital CORE leadership training program- Class VI (2017-2018)

**Academic Appointments**

Associate Professor, Department of Pediatrics, University of Cincinnati College of Medicine (06/2019-)
Assistant Professor, Department of Pediatrics, University of Cincinnati College of Medicine (07/2013-06/2019)
Secondary appointment, James M. Anderson Center for Health System Excellence, (07/2013--)
Chief Resident, Internal Medicine, University of Cincinnati, College of Medicine (07/2006-06/2007)

**Licensing and certification**

American Board of Pediatrics, Board Certified, 10/2006
American Board of Internal Medicine, Board Certified, 8/2007
Pediatric Endocrinology, Diabetes and Metabolism, Board Certified, 11/2013; MOC in progress
Adult Endocrinology, Diabetes and Metabolism, Board Certified, 10/2013; MOC in progress
State Medical Board of Ohio, License 35.088645, Expiration date 4/1/2025
CITI Program Good Clinical Practice and Research Ethics training, Expiration date 12/25/2026

**Awards and Honors**

Cincinnati Magazine Top Doctor, 2016--2025
Cincy Magazine, Best Doctor, 2016—2024
Type 1 Diabetes Exchange QI Collaborative Outstanding PI award, November 2019
Venue Media and LEAD magazine, Comprehensive Healthcare Leadership Award, August 2016
Service Quality Award 2015, Permanente Journal, "Effective Follow up for Depression and or Suicidal
Ideation in Adolescents with Diabetes."
Ohio Patient Safety Institute, Best Practice Award, "Depression Screening in the Diabetes Center", 2013
Alpha Omega Alpha Honor Society Member

**Clinical Service**

Clinical Expertise and Activities: Based on dual training in pediatric and adult endocrinology, my interests and experience are in the care of adolescents and adults with endocrine conditions across the lifespan. Areas of clinical concentration include type 1 diabetes, Turner syndrome, transgender health, and successful transition to adult care.

Clinical Director: Oversee the clinical operations and quality improvement portfolio of the Division of Pediatric Endocrinology. Notable accomplishments in the past year include reducing time for 3rd next available visit from mean of 43 days to 24 days, achieving consistent clinic visits for established patients, expanding to Mobile Care Clinic, launching e-visit for diabetes, recognition as top performing ambulatory division for Patient and Family Experience (2023), USNWR Division ranking tied for #1 in the nation (2023).

Diabetes Transition Program Development: Led development of a transition policy and registry to track transition planning and transfers to adult care (2013-2014). In collaboration with Seattle Children's Hospital, developed and implemented a patient reported readiness assessment tool, READDY (2013-2018) that is translated into 6 languages and used internationally (2021--). Increased transition planning from 10% to > 85% for ages 16-18 and > 90% of over age 19 (2018- ongoing). Expanded depression screening and referral for mental health services to people over age 18 (2019), partner with adult receivership programs.

Leadership in Quality Improvement (QI): Engagement with institution-wide Psychosocial Screening task force, the Health Equity Network at Cincinnati Children's (2021-ongoing) and coordinating Division of Endocrinology initiatives with the Type 1 Diabetes Exchange national collaborative (T1Dx-QI). Cincinnati Children's Diabetes Center was one of the first North American centers to join the International Diabetes Registry SWEET (2019). The Division of Endocrinology at Cincinnati Children's Hospital consistently ranks highly in USNWR, most recently tied for 1st in the nation in 2023 and 2nd in 2024.

Clinical improvement activities include: Implementation of depression screening and appropriate referral for youth with diabetes (2011- present), increasing timely insulin administration in hospitalized patients (2014-2015), decreasing loss to follow of congenital hypothyroid patients (2014-2018), development of diabetes registry with selection of quality metrics and data capture strategies (2015-2016), integration of patient reported outcomes into clinical care (2016- current), population health strategies (2017-current). Current work includes expanding uptake of diabetes technology to reduce health equity gaps. Across all ages and insurance coverage, increasing continuous glucose monitor use rates > 90%, while cutting disparity gaps in half (2019- ongoing). Through ConnecT1D project, mean HbA1c for Healthvine Medicaid cohort with T1D improved from 9.4% to 8.8% (2022- ongoing).

**Research and Scholarly Activities**

Research and Scholarly Activities
The intersection of my research and clinical interests includes psychosocial aspects of diabetes management, mechanisms to promote successful transition between adult and pediatric health care systems, and health system-based interventions to improve care delivery and patient outcomes. As Clinical Director, I lead an interdisciplinary QI team at Cincinnati Children's Division of Endocrinology and directed the Quality Scholars Program in the James M. Anderson Center for Health Systems Excellence for 7 years. Nationally, I serve as a faculty leader for the Type 1 Diabetes Exchange Learning Collaborative (T1DX-QI), a network of 60+ centers throughout the United States. Funded research projects focus on ambulatory safety, diabetes self-management support, use of patient reported outcomes to inform productive clinical interactions, and QI initiatives to achieve excellent and equitable outcomes for youth with type 1 diabetes.

Grants and Contracts

***Current Research Support***

Helmsley Charitable Trust, Corathers (PI)                              02/1/2022-01/31/2026
*ConnecT1D: reinforcing connections between patients, the clinic and community partners to achieve excellent and equitable glycemic and psychosocial outcomes for young people with type 1 diabetes (T1D).*
The objective of this diabetes clinic innovation grant is development of a more efficient, proactive care delivery model for T1D that supports patients and families through access to diabetes technology, more frequent communication between visits, and establishing a unified clinical information system infrastructure for diabetes devices to interface with the electronic medical record.
Role: Principal Investigator, current year effort 20%
Total Direct Costs: $2,334,715
Total Costs: $2,568,185

Unitio /Helmsley Charitable Trust, Corathers/Rioles (co-PIs)            03/2016 – 06/2025
*Type 1 Diabetes Exchange Learning Collaborative*
The primary aim is to develop a multi-site national quality improvement collaborative for type 1 diabetes with a focus on outcomes amongst adolescent and young adult population.
Role: Co-Investigator, Clinical Faculty leader, current year percent effort 5%
Total Direct Costs: $47,727
Total Costs: $52,500

***Completed Research Support***

R01DK121295-01, NIH/NIDDK, Modi/Driscoll (co-PIs)                    04/01/19- 03/31/24
*Diabetes Journey: From Systematic Screening to Intervention*
The objective of this study is to use patient reported outcomes (e.g., adherence barriers) to guide the integration of a novel tailored intervention into clinical care to improve adherence, A1C, and HRQOL.
Role: Co-Investigator, effort 8%
Total Direct Costs: $1,469,842
Total Costs: $1,891,719

R18 HS026644-01, DHHS/AHRQ, Walsh (PI)                              09/30/18 - 09/29/23
*Ambulatory Pediatric Safety Learning Lab*
The specific aims of this longitudinal study are to reduce harm due to medication errors and treatment delay in two conditions (diabetes and autism spectrum disorder) through redesign of the processes for medication dose adjustment of insulin and prompt management of serious illness at home.
Role: Site PI, Co-Investigator, effort 13%
Total Direct Costs: $279,736
Total Costs: $444,779

Place Outcomes Award, Cincinnati Children's Hospital                    01/2020-12/2022
*AID-T1D (Artificial Intelligence Decision Support in Type 1 Diabetes)*
The aim of this research is to determine feasibility and efficacy of using artificial intelligence software to guide glucose pattern review and insulin dose titration at and between clinical encounters.
Role: Primary Investigator, effort 8%
Total Direct Costs: $200,000
Total Costs: $200,000

Helmsley Charitable Trust, DiMeglio (PI)                                          02/2017 - 06/2019
*Strategies to Enhance New CGM Use in Early Childhood (SENCE)*
The objective of this multi-site study is to compare the efficacy and safety of CGM alone and CGM in combination with a family behavioral intervention with a control group using blood glucose monitoring.
Role: Site PI, Co-Investigator
Total Direct Costs: $138,818
Total Costs: $152,700

R01 DK069486, NIH/NIDDK, Dolan (PI)                                          07/2017 - 06/2019
*Self-Management of Type 1 Diabetes during Adolescence (SMART)*
The aims include 1) test a model of modifiable risk on glycemic control 2) characterize the impact on glycemic control on precursor measures of kidney, eye, and cardiovascular complications.
Role: Co-Investigator, effort 5%
Total Direct Costs: $373,587
Total Costs: $471,605

Unitio /Helmsley Charitable Trust, Anhalt (PI)                                          03/2016 - 06/2018
*Type 1 Diabetes Exchange Learning Collaborative*
The primary aim is to develop a multi-site national quality improvement collaborative for type 1 diabetes.
Role: Co-Investigator, Faculty leader, effort 10%
Total Direct Costs: $27,765
Total Costs: $30,265

Unitio /Helmsley Trust, Margolis/Britto (Co-PIs)                                          08/2014 - 07/2015
*A Collaborative Chronic Care Network for Type-I Diabetes: Design Phase*
Role: Co-Investigator

**Publications**
Original Research Publications (peer-reviewed)
1. Huber, A., Jacobson E., **Corathers, S**., and Tomer, Y. Joint susceptibility to autoimmune diabetes and thyroiditis: from epidemiological observations to gene function. Endocr Rev. 2008; Oct 29(6):697-725. PMID 18776148
2. Hillman JB, **Corathers SD**, Wilson SE. Pediatricians and screening for obesity with body mass index: does level of training matter? Public Health Rep. 2009; Jul-Aug; 124(4):561-7 PMID 19618793
3. Lotstein, D, Seid, M, Klingensmith, G, Case, D, Lawrence, J, Pihoker, C, Dabelea, D, Mayer-Davis, E, Gilliam, L, **Corathers, S**, Imperatore, G, Dolan, L, Anderson, A, Bell, R, Waitzfelder, B for the SEARCH for Diabetes in Youth Study Group. Transition from Childhood to Adult Care for Youth with Type 1 Diabetes in Adolescence. Pediatrics, 2013 Apr;131 (4): e1062-70. PMID 23530167
4. **Corathers, S**, Kichler, J, Jones, N, Houchen, A, Jolly, M, Morwessel, N, Dolan, L, Hood, K. Improving Depression Screening for Adolescents with Diabetes. Pediatrics, 2013. 132(5) PMID 24127480
5. Powell, P., **Corathers, S**., Raymond, J., Streisand, R.  New Approaches to Providing Individualized Diabetes Care in the 21st Century. Curr Diabetes Rev. 2015 Apr 21. PMID 25901504
6. **Corathers, S.**, Schoettker, P., Clements, M., List, B., Mullen, D., Ohmer, A., Shah, A., Lee, J. Health-System-Based Interventions to Improve Care in Pediatric and Adolescent Type 1 Diabetes. Curr Diab Rep 2015 September 15:91. PMID 26374568
7. Dubose SN et al, **collaborating contributor of the Type 1 Diabetes Exchange Clinic Network** (site PI, recruited research subjects, contributed data), Obesity in Youth with Type 1 Diabetes in Germany, Austria and the United States. J Pediatr. 2015 Sep; 167(3):627-32 PMID: 26164381

8. Fair C et al, **collaborating contributor of the International and Interdisciplinary Heath Care Transition Research Consortium** (developed research plan, served as member of writing group). International and Interdisciplinary Identification of Health Care Transition Outcomes. JAMA Pediatr. 2016 Mar; 170(3):205-11. PMID: 26619178

9. Beal, S., Riddle, I., Kichler, J., Duncan, A., Houchen, A., Casnellie, L., Woodward, J., **Corathers, S.** Transition readiness across different clinic populations: The influence of chronic condition and individual characteristics. Acad Pediatr. 2016 Sept-Oct; 16(7):660-7. PMID: 27345693

10. **Corathers, S.** Kichler, J., Fino, N. Lang, W. Lawrence, J., Raymond, J., Yi-Frazier, J., Dabelea, D. MD, PhD, Liese, A. Saydah, S., Seid, M., Dolan, L. High health satisfaction among emerging adults with diabetes: factors predicting resilience. Health Psychology. October 2016. PMID: 27736152

11. Garvey KC, Foster NC, Agarwal S, DiMeglio LA, Anderson BJ, **Corathers SD**, Desimone ME, Libman IM, Lyons SK, Peters AL, Raymond JK, Laffel LM.  Health care transition preparation and experiences in a US national sample of young adults with type 1 diabetes. Diabetes Care December 2016. PMID: 2800779

12. Matlock, K., Yayah Jones, N., **Corathers, S.**, Kichler, J. Clinical and psychosocial factors associated with suicidal ideation in adolescents with type 1 diabetes mellitus. J Adolesc Health 2017 Oct; 61(4):4710477 PMID: 28732716

13. Craig et al, **collaborating contributor of the Type 1 Diabetes Exchange** (site PI, recruited research subjects, contributed data), Prevalence of Celiac Disease in 52,721 Youth with Type 1 Diabetes: International Comparison across Three Continents. Diabetes Care. 2017 Aug; 40(8):1034-1040. PMID 28546222

14. Agarwal, S., Raymond, J., Isom, S., Lawrence, J., Klingensmith, G., Pihoker, C, **Corathers, S**, Saydah, S., D'Agostino,R., Dabelea, D. Transition from Pediatric to Adult Care for Young Adults with Type 2 Diabetes: The SEARCH for Diabetes in Youth Study. Diabetic Medicine Vol 35, Issue4, April 2018, Pages 504-512. PMID 29377258.

15. Smego, A., Lawson, S., Jolly, M. Courter, J., Warden, D., **Corathers, S**. Decreasing the Time to Insulin Administration for Hospitalized Patients with Cystic Fibrosis Related Diabetes. Hospital Pediatrics. 2018 May;8 (5):288-292 PMID: 29691278

16. Varni, J, Delatmater, A, Hood, K, Raymond, J, Driscoll, K, Wong, J, Adi, S, Yi-Frazier, J, Grishman, E, Faith, M, **Corathers, S**., Kichler, J, Miller, J, Doskey, E, Aguirre, V, Heffer,R, Wilson, D. Diabetes symptoms predictors of health-related quality of life in adolescents and young adults with type 1 or type 2 diabetes. Qual Life Res, 2018 May 21. PMID: 29785681

17. Varni, JW, Delamater AM, Hood KK, Driscoll KA, Wong JC, Adi S., Yi-Frazier JP, Brishman EK, Faith MA, **Corathers SD**, Kichler JC, Miller JL, Raymond JK, Soskey EM, Aguirre V, Heffer RW, Wilson DP., Diabetes Management Mediating Effects between Diabetes Symptoms and Health-Related Quality of Life in Adolescents and Young Adults with Type 1 Diabetes, Pediatric Diabetes, 2018 June. PMID 29927039

18. Matlock, K., **Corathers, S.,** Yayah Jones, N. Untreated Congenital Hypothyroidism Due to Loss to Follow-Up: Developing Preventative Strategies through Quality Improvement. Journal of Pediatric Endocrinology and Metabolism; July 2018. PMID30030963

19. Varni, JW, Delamater AM, Hood KK, Raymond JK, Chang NT, Driscoll KA, Wong JC, Yi-Frazier JP, Grishman EK, Faith MA, **Corathers SD**, Kichler JC, Miller JL, Doskey EM, Heffer RW, Wilson DP., PedsQL 3.2 Diabetes Module for Children, Adolescents, and Young Adults: Reliability and Validity in Type 1 Diabetes. Diabetes Care, 2018 June. PMID: 30061317

20. Conard, L.A.E., **Corathers, SD** & Trotman, G. Caring for Transgender and Gender Non-Conforming Youth. Curr Pediatr Rep (2018) 6: 139. https://doi.org/10.1007/s40124-018-0173-8

21. **Corathers, S**., Mara CA., Chundi PK., Kichler JC. Depression and Suicide Screening in Adolescents with Type 1 Diabetes: 5-Years of Implementation and Outcomes. J Am Acad Child Adolesc Psychiatry. 2019 Feb 22 PMID: 30802493

22. Daley T, Grossoehme D, McGuire JK, **Corathers SD**, Conard LA, Lipstein EA. "I couldn't see a downside": Decision making about gender-affirming hormone therapy. Journal of Adolescent Health. 2019 Jun. PMID: 31196783

23. Kanj, RV, Conard, LAE, **Corathers, S**., Trotman, G. Hormonal contraceptive choices in a clinic-based series of transgender adolescents and young adults. Int J Transgend 2019 Jul. PMID: 32999626.

24. Trief P, Foster NC, Chaytor N, Hilliard ME, Kittelsrud JM, Jaser SS, Majidi S, **Corathers SD**, Bzdick S, Adkins DW, Weinstock RS. Longitudinal changes in depression and glycemia in adults with type 1 diabetes. Diabetes Care. 2019 Jul. PMID: 31221694

25. Miller KM, et al. **collaborating contributor of the Type 1 Diabetes Exchange** (site PI, recruited research subjects, contributed data), Longitudinal Changes in Continuous Glucose Monitoring Use Among Individuals with Type 1 Diabetes: International Comparison in the German and Austrian DPV and U.S. T1D Exchange Registries. Diabetes Care. 2019 Oct. PMID: 31672703

26. Redel, JM, **Corathers SD**, Yao MV, Backeljauw PF. Multi-level quality improvement education for fellowship trainees. Med Educ. 2019 Nov. PMID: 3165059

27. Gutierrez-Colina, A., **Corathers, S**., Beal, S., Baugh, H., Nause, K., Kichler, J. Young Adults with Type 1 Diabetes Preparing to Transition to Adult Care: Psychosocial Functioning and Associations with Self-Management and Health Outcomes. Diabetes Spectr. 2020 Aug. PMID: 32848347

28. **Corathers, SD**, Yi-Frazier JP, Kichler JC, Gilliam LK, Watts G, Houchen A, Beal S. Development and Implementation of the Readiness Assessment of Emerging Adults with Type 1 Diabetes Diagnosed in Youth (READDY) Tool.  Diabetes Spectr. 2020 Feb;33(1):99-103. PMID: 32116461

29. **Corathers, SD**, DeSalvo, DJ., Therapeutic Inertia in Pediatric Diabetes: Challenges and Strategies to Overcome Acceptance of the Status Quo. Diabetes Spectr. 2020 Feb;33(1):22-30. PMID:32116450

30. Malik, F. Stafford, J., Reboussin, B., Klingensmith, G., Dabelea, D., Lawrence, J., Mayer-Davis, B., Saydah, S., **Corathers, S**., Pihoker, C. Receipt of Recommended Complications and Comorbidities Screening in Youth and Young Adults with Type 1 Diabetes: Associations with Metabolic Status and Satisfaction with Care. Pediatr Diabetes. 2020 Mar;21(2):349-357 PMID: 31797506

31. Alonso, G., **Corathers, S**., Shah A, Clements M, Kamboj M, Sonabend R, DeSalvo D, Mehta S, Cabrera A, Rioles N, Ohmer A, Mehta R, Lee J. Establishment of the T1DX Quality Improvement Collaborative. Clin Diabetes. 2020 Apr;38(2):141-151. Clin Diabetes. 2020. PMID: 32327886

32. Mizokami-Stout KR, et al. **Collaborating contributor of the Type 1 Diabetes Exchange** (site PI, recruited research subjects, contributed data) Contemporary Prevalence of Diabetic Neuropathy in Type 1 Diabetes: Findings from the T1D Exchange. Diabetes Care. 2020 Apr;43(4):806-812. Epub 2020 Feb 6. Diabetes Care. 2020. PMID: 32029635

33. Sheanon, Beal, S., Kichler, J., Casnellie, L., Backeljauw, P., **Corathers, S**. Readiness for Transition to Adult Care in Adolescents and Young Adults with Turner Syndrome. J Pediatr Endocrinol Metab. 2020 Aug. PMID: 32866122

34. A Randomized Clinical Trial Assessing Continuous Glucose Monitoring (CGM) Use with Standardized Education with or without a Family Behavioral Intervention Compared with Fingerstick Blood Glucose Monitoring in Very Young Children with Type 1 Diabetes. **Collaborating author and contributor to Strategies to Enhance New CGM Use in Early Childhood (SENCE) Study Group** (site PI, recruited subjects, reviewed manuscript)**.** Diabetes Care 2021 Feb; 44(2):464-472. PMID: 33334807

35. Sarteau, A., Souris, K., Wang, J., Ramadan, A., Addla, A., Bowlby, D., **Corathers, S**., Forsander, G., King, B., Law, J., Liu, W., Malik, F., Pihoker, C., Seid, M., Smart, C., Sundberg, F., Tandon, N., Yao, M., Headley, T., Mayer-Davis, E. Changes to Care Delivery at Nine International Pediatric Diabetes Clinics in Response to the COVID-19 Global Pandemic. Pediatr Diabetes 2021 May;22(3):463-468. PMID: 33470020

36. Cardona-Hernandez, R., Schwandt, A., Alkandari, H., Bratke, H., Chobot, A., Coles, N., **Corathers, S.,** Goksen, D., Goss, P., Imane, Z., Nagl, K., O'Riordan, S., Jeffries, C. for the SWEET study group.

Glycemic outcome associated with insulin pump and glucose sensor use in children and adolescents with type 1 diabetes. Data from the international pediatric registry SWEET. Diabetes Care. 2021 May. PMID: 33653821

37. Prahalad, P., Ebekozien, O., Alonso, G., Clements, M., **Corathers, S**., DeSalvo, D., Desimone, M., Lee, J., Lorincz, I., McDonough, R., Majidi, S., Odugbesan, O., Obrynba, K., Rioles, N., Kamboj, M., Jones, N., Maahs, D., Multi-clinic quality improvement initiative increases CGM use among adolescents and young adults with type 1 diabetes. Clin Diabetes 2021 Jul. PMID: 34421201

38. Ginnard, O. ZB, Alonso, G. T., Demeterco-Berggren, C., **Corathers, S.,** Golden, L. H., Miyazaki, B. T., Nelson, G., Ospelt, E., Ebekozien, O., Lee, J. M., Obrynba, K., DeSalvo, D. Quality Improvement in Diabetes Care: A Review of Initiatives and Outcomes in the T1D Exchange QI Collaborative. Clin Diabetes 2021 Jul. PMID: 34421200

39. Lee, J., Carlson, E., Albanese-O'Neil, A., Demeterco, C., **Corathers, S.,** Vendrame, F., Weinstock, R., Prahalad P., Alonso G., Kamboj, M., DeSalvo, D., Malik, F., Izquierdo, R., Ebekozien, O. Adoption of Telemedicine for Type 1 Diabetes Care During the COVID-19 Pandemic. Diabetes Technol Ther. 2021 April 14. PMID: 33851873

40. Maxwell, A., Yayah Jones, N., Taylor, S., **Corathers, S**., Rasnick, E., Brokamp, C., Riley, C., Parsons, A., Kichler, J., Beck, A. Socioeconomic and racial disparities in diabetic ketoacidosis admissions in youth with type 1 diabetes. J Hosp Med. 2021 Aug 18. PMID: 34424192

41. Lee, J., Garrity, A., Hirschfeld, E., Thomas, I., Rioles, N., Ebekozien, O., **Corathers, S.** Feasibility of Electronic Health Record Assessment of 6 Pediatric Type 1 Diabetes Self-management Habits and Their Association with Glycemic Outcomes. JAMA Network Open 2021 Oct 1; 4(10). PMID: 34709387

42. DeSalvo, D., Noor, N., Xie, C., **Corathers, S**., Majidi, McDonough, R., Polsky, S., Izquierdo, R., Rioles, N., Weinstock, R., Obrynba, K., Roberts, A., Vendrame, F., Sanchez, J, Ebekozien, O. Patient Demographics and Clinical Outcomes Among Type 1 Diabetes Patients Using Continuous Glucose Monitors: Data from T1D Exchange Real-World Observational Study. J Diabets Sci Technol. 2021 Oct 9; PMID: 34632823

43. Kamoun, C., Khoury, J., Beal, S., Crimmins, N., **Corathers, S.** Opportunities for Enhanced Transition of care Preparation for Adolescents and Emerging Adults with Type 1 Diabetes: Use of the READDY transition tool. Diabetes Spectrum 2022 Feb 15;35(1):57-65. PMID: 35308159

44. Alexandrou, E., **Corathers, S.,** Gutmark-Little, I., Casnellie, L., Gerstle, M., Tatum, J., Khoury, Backeljauw, P.  Improving Anxiety Screening in Patients with Turner Syndrome. Horm Res Paediatr. 2022;95(1):68-75. PMID: 35313316.

45. Lavik, AR, Ebekozien O., Noor N., Alonso GT, Polsky S., Blackman SM, Chen J., **Corathers SD**, Demeterco-Berggren C., Gallagher MP, Greenfield M., Garrity A., Rompicherla S., Yayah Jones NH. Trends in type 1 diabetic ketoacidosis during COVID-19 surges at seven US centers: highest burden on non-Hispanic Blacks. JCEM, 2022 Jun 16;107(7). PMID 35380700.

46. Van Name MA, Kanapka LG, DiMeglio LA, Albanese-O'Neil A., Commissariat P., **Corathers SD**, Harrington KR, Hilliard ME, Anderson BJ, Kelley JC, Laffel LM, MacLeish SA, Nathan BM, Tamborlane WV, Wadwa RP, Willi SM, Williams KM, Wintergerst KA, Woerner S., Wong JC, DeSalvo DJ. Long-term Continuous Glucose Monitor Use in Very Young Children with Type 1 Diabetes: One- Year Results from the SENCE Study. J Diabetes Sci Technol. 2022 Mar 26. PMID: 35343269.

47. The COVID-19 Pandemic Affects Seasonality, With Increasing Cases of New-Onset Type 1 Diabetes in Children, From the Worldwide SWEET Registry. **Collaborating contributor of the SWEET study group** (site PI, contributed data)**.** Diabetes Care.2022 Sept. PMID 36166593

48. Mungmode, A, Noor, N, Weinstock, R, Izquierdo, R, Indyk, J, DeSalvo, D, **Corathers, S**, Demeterco-Berggren, C, Hsieh, S, Jacobsen, L, Mekhoubad, A, Akturk, H, Wirsch, A, Scott, M, Chao, L, Miyazaki, B, Malik, F, Ebekozien, O, Clements, M, Alonso, G T. Making Diabetes Electronic Medical Record Data Actionable: Promoting Benchmarking and Population Health Improvement Using the T1D

Exchange Quality Improvement Portal Collaborative. Clin Diabetes 2022 Winter; 41(1):45-55. PMID 36714251

49. Nasomyont, N., Meisman, AR, Ecklund, K., Vajapeyam, S., Cecil, KM, Tkach, JA, Alataye, M., **Corathers, SD**, Conard, LA, Kalkwarf, HJ, Dolan LM, Gordon, CM. Changes in Bone Marrow Adipose Tissue in Transgender and Gender Non-Conforming Youth Undergoing Pubertal Suppression: A Pilot Study. J Clin Densitom. Aug 2022. PMID 36064698

50. Yeung, AM, Huang J, Klonoff DC, Seigel RE, Goldman JM, Shah SN, **Corathers, SD**, Vidmar AP, Tut M, Espinoza JC. iCoDE June 22, 2022 Steering Committee Meeting Summary Report. J Diabetes Sci Technol. 2022 Aug. PMID 36036511.

51. The COVID-19 Pandemic Affects Seasonality, With Increasing Cases of New-Onset Type 1 Diabetes in Children, From the Worldwide SWEET Registry. **Collaborating contributor of the SWEET study group** (site PI, contributed data)**.** Diabetes Care.2022 Sept. PMID 36166593

52. Schmidt, M., Lu, J., Luo, W., Cheng, L., Lee, M, Huang, R., Weng, Y., Kichler, J., **Corathers, SD**, Jacobsen, LM, Albanese O'Neil, A., Smith L., Westen S., Gutierrez-Colina A., Heckaman L., Wetter SE., Driscoll K., Modi A. Learning experience design of an mHealth self-management interventions for adolescents with type 1 diabetes. Educ Technol Res Dev. 2022 Oct 19:1-39. PMID 36278247.

53. Tilden DR, French B., Shoemaker AH., **Corathers S**., Jaser SS. Prolonged lapses between pediatric and adult care are associated with rise in HbA1c and inpatient days among patients with type 1 diabetes. Diabetes Res Clin Pract. 2022; Oct:192. PMID: 36208847.

54. **Corathers, S**., Williford, D., Kichler, J., Smith, L., Ospelt, E., Rompicherla, S., Roberts, A., Prahalad, P., Basina, M., Munoz, C., Ebekozien, O. Implementation of Psychosocial Screening into Diabetes Clinics: Experience from the Type 1 Diabetes Exchange Quality Improvement Network. Current Diabetes Reports. Curr Diab Rep. 2023 Feb. PMID: 36538250

55. Kirkendall, E., Brady, P., **Corathers, S**., Ruddy, R., Catherine, F., Hailee, N., Wetterneck, T., Rodgers, I., Walsh, K. Safer Type 1 Diabetes Care at Home: SEIPS-based Process Mapping with Parents and Clinicians. Pediatric Quality and Safety. 2023 May. PMID: 38571735.

56. Chobot, A., Eckert, A., Torben, B., **Corathers, S**., Covinhas, A., De Beaufort, C., Imane, Z., Kim, J., Malatynska, A., Hossein, M., Pokhrel, S., Skinner, T. Psychological Care for Children and Adolescents with Diabtes and Patient Outcomes: Results from the International Pediatric Registry SWEET. Pediatric Diabetes 2023. DOI: 10.1155/2023/8578231

57. Redel, J., Hornung, L., Elder, D., Nathan, J., **Corathers, S**., Rich, K., Abu-El-Haija, M. Diabetes-Related Quality of Life Assessment in Children Following Total Pancreatectomy with Islet Autotransplantation. Pediatric Diabetes 2023 June. https://doi.org/10.1155/2023/2851620

58. Majidi, S., Roberts AJ, Suerken CK, Reboussin BA, Malik FS, Marcovina SM, **Corathers S** Reynolds K., Imperatore G, Wadwa RP, Pihoker C. Health Care Transition to Adult Care in Type 1 Diabetes: Associations with Student and Employment Status- The SEARCH for Diabetes in Youth Study. Clin Diabetes. 2023 Fall; 41(4):510-517. PMID 37849515

59. Twelve-month psychosocial outcomes of continuous glucose monitoring with behavioral support in parents of young children with type 1 diabetes. **Collaborating contributor to Strategies to Enhance New CGM Use in Early Childhood (SENCE) Study Group** (site PI, recruited subjects, reviewed manuscript) Diabet Med. 2023 Aug;40(8). PMID: 37083018.

60. Malik, F., Weaver, K., **Corathers, S.**, White, P. Incorporating the Six Core Elements of Health Care Transition in Type 1 Diabetes Care for Emerging Adults. Endo and Metab Clinics of N. America. 2023 Oct. PMID: 38272598

61. Mathias, P., **Corathers, S**., Carreon S., Hilliard, M., Papadakis, J., Weissberg-Benchell, J., Raymond, J., Pyatak, E., Agarwal, S. Young Adults with Type 1 Diabetes. Endo and Metab Clinics of N. America. 2023 Oct. PMID: 38272597

62. Yayah Jones, N., Cole, I. Hart, K., **Corathers, S**., Agarwal, S., Odugbesan, O., Ebekozien, O., Kamboj, M., Harris, M., Fantasia, K., Mansour. M. Social Determinants of Health Screening in Type 1 Diabetes Management. Endo and Metab Clinics of N. America. 2023 Oct. PMID: 38272601

63. Housni, A., Cianci, R., Shulman,R., Nakhala, M., Cafazzo, JA, **Corathers S.**, Yi-Frazier, J., Cichler, JC., Brazeau, AS. Online educational resources for youth living with type 1 diabetes transitioning to adult care: an environmental scan of Canadian content. Can J Diabetes 2024 Jan. PMID: 38176453

64. Demographic, Clinical, Management, and Outcome Characteristics of 8,004 Young Children with Type 1 Diabetes. **Collaborating contributor of the Type 1 Diabetes Exchange** (site PI, contributed data)**.** Diabetes Care. 2024 Feb. PMID: 38305782.

65. Brady, PW, Ruddy RM, Ehrhardt, J, **Corathers SD**, Kirkendall ES, Walsh KE. Assessing the Revised Safter Dx Instrument in the understanding of ambulatory system design changes for type 1 diabetes and autism spectrum disorder in pediatrics. Diagnosis, March 2024. PMID: 38517065.

66. Roberge, S, Roberge, T, **Corathers, S**, Nasomyont, N. Determinants of bone mass accrual in transgender and gender diverse youth undergoing pubertal suppression therapy. J Clin Denistom.2024 Jun 13;27(3). PMD: 38936233.

67. Driscoll, K.A., Trojanowski, P.J., Williford, D.N., O'Donnell, H.K., Flynn, E. Mara, C.A., Wetter, S.E., Himelhoch, A., Manis, H., Pardon, A., Reynolds, C., Shaffer, E., Tanner, B., Kichler, J., Smith, L., Westen, S., Albanese-O'Neal, A., **Corathers, S.D**., Jacobsen, L., Poetker, A., Schmidt, M., Modi, A.C. Intervention to reduce self-management barriers in adolescents with type 1 diabetes: Diabetes Journey study design and participant characteristics. Under review in *Contemporary Clinical Trials*.

68. Roberts A, **Corathers S**, Rapaport R, Rompicherla S, Majidi S, Rioles N, Ebekozien O, Malik FS. Depression rates in youth with type 1 diabetes during the Covid-19 Pandemic: Data from the T1D Exchange Quality Improvement Collaborative. Clin Diabetes. 2024 Aug 1;42(4):532-539. PMID: 39429445

69. Driscoll, K.A., Trojanowski, P.J., Williford, D.N., O'Donnell, H.K., Flynn, E. Mara, C.A., Wetter, S.E, Himelhoch, A., Manis, H., Pardon, A., Reynolds, C., Shaffer, E., Tanner, B., Kichler, J., Smith, L., Westen, S., Albanese-O'Neill, A., **Corathers, S.D**., Jacobsen, L., Poetker, A., Schmidt, M., & Modi, A.C. Intervention to reduce self-management barriers in adolescents with type 1 diabetes: Diabetes Journey study design and participant characteristics. Contemporary Clinical Trials. (In press).

70. **Corathers, S**., Malik, F., Gutierrez-Colina<sup></sup> A., Lowry, S., Yi-Frazier, J., Beal, S., Kichler, J., READDY 2.0: A Multisite Analysis and Update to the Readiness for Emerging Adults Diagnosed with Diabetes in Youth Transition Tool. Clinical Diabetes (Under review).

Book chapters, Reviews, Case Reports, Clinical Guidelines (peer reviewed)

1. **Corathers, S.** Alkaline Phosphatase: nuances of a familiar test. Peds in Review. November 2006. PMID 17012488

2. **Corathers S**., Falciglia, M. The role of hyperglycemia in acute illness: supporting evidence and its limitations, Nutrition 2010; Sept 22. PMID 20869205

3. **Corathers, S**., Peavie, S, Salehi, M. Complications of Diabetes Therapy. Endocrinol Metab Clin North Am, 2013. 42(4): p. 947-70. PMID 24286957

4. Rose, S., Horne, V., Howell, J, Lawson, S., Rutter, M., Trotman, G., **Corathers, S.** Late Endocrine Effects of Childhood Cancers. Nat Rev Endocrinol. 2016 Jun; 12(6):319-36. PMID: 27032982

5. Gravholt et al, **collaborating author of International Turner Syndrome Consensus Group**, (reviewed literature, participated in international consensus meeting, member of writing group for transition and adult care sections), Clinical Practice Guidelines for the care of girls and women with Turner Syndrome: proceedings from the 2016 Cincinnati International Turner Syndrome Meeting. European Journal of Endocrinology 2017 Sep;177(3) PMID 28705803

6. **Corathers, S.,** Kichler, J, Mara, C. Psychosocial Patient-Reported Outcomes in Pediatric and Adolescent Diabetes: A Review and Case Example. Curr Diab Rep. 2017. PMID: 28508255
7. Wakefield, C., Mehta, P., **Corathers, S**., Geller, J., Gelfand, J., Olowukure, O., Marsh, R.  A First Report of Secondary Hemophagocytic Lymphohistiocytosis Associated with Papillary Thyroid Cancer. J Pediatr Hematol Oncol. 2018 Mar;40 (2): e97-98. PMID: 29087969
8. Pihoker, C., Forsander, G., Fanthun, B., Virmani, A., **Corathers, S**., Benitez-Aguirre, P., Fu, J., Maahs, D. ISPAD Clinical Practice Consensus Guidelines 2018: The delivery of ambulatory diabetes care to children and adolescents with diabetes. Pediatric Diabetes, 2018 August. PMID: 30144259
9. Remiker, AS, Chuang, J, **Corathers, S**, Rutter MM, Rutter MJ, Meyer CM 4th, Gelfand MJ, Trout AT, Geller JI. Differentiated Thyroid Cancer in the Pediatric/Adolescent Population: Evolution of Treatment. J Pediatri Hematol Oncol. 2019 Apr. PMID 31033789
10. **Corathers, S.,** Gerstle, M., Casnellie, L., Pater, C., Trotman, G. Transitioning from Pediatric to Adult Care in Endocrinology: A Clinical Handbook, chapter, Transition Considerations for Turner Syndrome. Springer Publishing. April 2019.
11. Backeljauw P, **Corathers S**. Chapter: The Turner Syndrome Resource Center - an Interdisciplinary approach to the Care of Girls and Women with Turner Syndrome. Book, Patricia Fechner, Editor. Turner Syndrome Pathophysiology, Diagnosis, and Treatment. Springer Publishing. March, 2020.
12. Alexandrou, E., **Corathers, S**., Lahoti, A., Redel, J., MD; Tellez, S., Jones, N., Kim, A., Treatment-induced Neuropathy of Diabetes in Children and Young Adults-Rare or Under-reported? J Endocr Soc. 2020 Oct 15;4(12). PMID: 33195956
13. Limbert, C., Tinti, D., Malik, F., Kosteria, I., Messer, L., Jalaludin, Y., Benitez-Aguirre, P., Biester, S., **Corathers, S**., von Sengbusch, S., Marcovecchio, L. ISPAD Clinical Practice Consensus Guidelines 2022: The delivery of ambulatory diabetes care to children and adolescents with diabetes. Pediatric Diabetes 2022; December. PMID: 36537530
14. Gravholt et al, **collaborating author of International Turner Syndrome Consensus Group**, (reviewed literature, participated in international consensus meeting, member of writing group for adult co-morbidities section) Clinical Practice Guidelines for the Care of Girls and Women with Turner syndrome. Eur J Endocrinol. June, 2024; 190(6): G53-G151. PMID 38748847.

Other publications:

**Corathers, S**. Collaboration is Key to Developing Effective Hormonal Treatment Paradigms for Transgender Youth. (Letter to Editor) J Adolesc Health. 2018 Apr; 62 (4):361-362 PMID: 29571433

Research output from Pediatric Patient Safety Learning Lab (R18 HS026644-01) includes an interactive website to guide families in managing type 1 diabetes when a child is sick: psll-t1d.azurewebsites.net

**Quality review of select publications**

1. **Corathers, S**., Kichler, J, Jones, N, Houchen, A, Jolly, M, Morwessel, N, Dolan, L, Hood, K. Improving Depression Screening for Adolescents with Diabetes. Pediatrics, 2013. 132(5): p. e1395-402. PMID 24127480
   * This manuscript reports on reliable implementation of routine depression screening for adolescents with diabetes. I was the first author on the paper and led work to spread depression screening using this model across diabetes centers nationally through the T1Dx-QI learning network and locally across other clinical areas of the institution.  Total citations 102: 2024 (7); 2023 (9); 2022 (6); 2021 (19); 2020 (13); $\leq$ 2019 (48).

2. Lotstein, D, Seid, M, Klingensmith, G, Case, D, Lawrence, J, Pihoker, C, Dabelea, D, Mayer-Davis, E, Gilliam, L, **Corathers, S**, Imperatore, G, Dolan, L, Anderson, A, Bell, R, Waitzfelder, B for the SEARCH

for Diabetes in Youth Study Group. Transition from Childhood to Adult Care for Youth with Type 1 Diabetes in Adolescence. Pediatrics, 2013 Apr;131(4):e1062-70. PMID 23530167
- This multi-site study found increased odds of poor glycemic control among young adults with diabetes who transition to adult care compared to those who remain in pediatric care, highlighting urgency of more robust health care transition strategies. I contributed to interpretation of results and writing the manuscript.  Total citations 224:  2024 (7); 2023 (23); 2022 (23); 2021 (25); 2020 (21); < 2019 (125).

3. **Corathers, S.** Kichler, J., Fino, N. Lang, W. Lawrence, J., Raymond, J., Yi-Frazier, J., Dabelea, D. MD, PhD, Liese, A. Saydah, S., Seid, M., Dolan, L. High health satisfaction among emerging adults with diabetes: factors predicting resilience. Health Psychology. October 2016. PMID: 27736152
   - Manuscript reframes the study of emerging adults with diabetes from pre-determined risk factors and morbidity to evaluate features associated with positive health outcomes, to advance scientific dialog around modifiable interventions to enhance transition preparation and post transfer outcomes. I conceived of the research plan and led the writing group. Total citations 15: 2023 (3); 2022 (3); 2020 (5) < 2019 (4).

4. Gravholt et al, **collaborating author of International Turner Syndrome Consensus Group**, Clinical Practice Guidelines for the care of girls and women with Turner Syndrome: proceedings from the 2016 Cincinnati International Turner Syndrome Meeting. European Journal of Endocrinology 2017 Sep;177(3) PMID 28705803
   - This guideline represents an international consensus for diagnosis and treatment of Turner syndrome and was the foundation for updated guidelines published in 2024 that reflect the standard of care for our field. I reviewed literature, participated in the guidelines meeting, and served as a member of writing groups for transition and adult care sections. Total citation: 783: 2024 (70); 2023 (137); 2022 (123); 2021 (143); 2020 (127); < 2019 (183).

5. **Corathers, S.,** Kichler, J, Mara, C. Psychosocial Patient-Reported Outcomes in Pediatric and Adolescent Diabetes: A Review and Case Example. Cur Diab Rep.2017 Jul;17(7):45 PMID: 28508255
   - This manuscript provides a framework for selection and integration of patient reported outcomes (PRO) into routine diabetes care to promote meaningful clinical interactions in real time. I led the conception of the work and writing of the paper. Total citations: 18; 2023 (3); 2022 (3); 2021 (1); 2020 (4); 2019 (5); 2018 (2)

6. Pihoker, C., Forsander, G., Fantahun, B., Virmani, A., **Corathers, S**., Benitez-Aguirre, P., Fu, J. Maahs, D. ISPAD Clinical Practice Consensus Guidelines 2018: The delivery of ambulatory diabetes care to children and adolescents with diabetes. Pediatric Diabetes. Vol 19, Oct 2018. PMID: 30144259
   - This guideline provides international standards of clinical care for youth with diabetes. I was also a co-author of updated guidelines published in 2022. Total citations: 69; 2023 (7); 2022 (16); 2021 (18); 2020 (19); 2019 (8); < 2019 (1).

7. Kanj, RV, Conard, LAE, **Corathers, S**., Trotman, G. Hormonal contraceptive choices in a clinic-based series of transgender adolescents and young adults. Int J Transgend 2019 Jul. PMID: 32999626.
   - Study highlights special considerations for hormonal contraceptives for menstrual management and/or pregnancy prevention among cohort of transgender adolescents designated female at birth. I was a member of the research team and co-wrote the manuscript. Total citations 23. 2024 (1); 2023 (11); 2022 (9); 2021 (1); 2020 (1).

8. **Corathers, SD**, Yi-Frazier JP, Kichler JC, Gilliam LK, Watts G, Houchen A, Beal S. Development and Implementation of the Readiness Assessment of Emerging Adults with Type 1 Diabetes Diagnosed in Youth (READDY) Tool.  Diabetes Spectr. 2020 Feb;33(1):99-103. PMID: 32116461
   - Study of the development and psychometric properties of a diabetes condition specific transition to adult care readiness tool has since been adopted by over 50 diabetes centers and translated into 6 languages. I led the research team and wrote the manuscript. An updated study for READDY 2.0 is under review for publication. Total citations 14. 2024 (4); 2023 (2); 2022 (4); 2021 (2); 2020 (2).

9. Alonso, G., **Corathers, S**., Shah A, Clements M, Kamboj M, Sonabend R, DeSalvo D, Mehta S, Cabrera A, Rioles N, Ohmer A, Mehta R, Lee J. Establishment of the T1DX Quality Improvement Collaborative. Clin Diabetes. 2020 Apr;38(2):141-151. Clin Diabetes. 2020. PMID: 32327886
   - This manuscript describes a system-based approach to the design and implementation of a learning health network to accelerate improved outcomes for type 1 diabetes. The T1Dx-QI collaborative is the largest network of diabetes centers in the United States, representing nearly 100,000 lives of people with type 1 diabetes.  I contributed to the design phase of the network, was a faculty leader, co-led QI interventions and co-wrote the paper. Total citations 56. 2024 (10); 2023 (13); 2022 (19); 2021 (12); 2020 (2).

10. Cardona-Hernandez, R., Schwandt, A., Alkandari, H., Bratke, H., Chobot, A., Coles, N., **Corathers, S.,** Goksen, D., Goss, P., Imane, Z., Nagl, K., O'Riordan, S., Jeffries, C. for the SWEET study group. Glycemic outcome associated with insulin pump and glucose sensor use in children and adolescents with type 1 diabetes. Data from the international pediatric registry SWEET. Diabetes Care. 2021 May. PMID: 33653821
   - This international study demonstrates variation in global clinical practice and association of improved glycemic outcomes with increased access to diabetes technology, highlighting need for equitable access to standard of care tools for management of type 1 diabetes. I was a member of the research team and co-wrote the manuscript. Total citations 81. 2024 (16); 2023 (30); 2022 (26); 2021 (9).


## Abstracts

1. Hillman, J.B., **Corathers, S.D**, Wilson, S.E. The Impact of Provider Level of Training on Screening and Treatment of Pediatric Overweight. Pediatric Academy Society Annual Meeting, Poster Session, May 2007, Boston, MA.
2. **Corathers, S.** Lucky, A. Komlos, M, Tamai, J., Tamura, D., Khan, S., Digiovanna, J., Kraemer, K., Stenger, P. Increased bone mineral density provides clue to elusive diagnosis of trichothiodystrophy. Pediatric Endocrine Society/Pediatric Academic Society, Poster Session, April 2011, Denver, CO.
3. **Corathers, S.,** Salehi, M**.** Virilization and hypertension resolved after oophorectomy: case report of ovarian Leydig cell tumor. Endocrine Society, Poster Session, June 2011, Boston, MA.
4. **Corathers, S.,** Yayah Jones, NH. Crawford, P., Houchen, A., Morwessel, N., Dolan, L., Hood, K**.** Outpatient screening for depression: Feasibility and outcomes in adolescents with type 1 diabetes. American Diabetes Association, Moderated Poster Session, June 2012, Philadelphia, PA.
5. Kudel, I., Kichler, J., Hood, K., **Corathers, S**. Psychometric analysis of the Children's Depression Inventory short form in adolescents with type 1 diabetes. Society for Behavioral Medicine, Poster Session, March 2013, San Francisco, CA.
6. **Corathers, S.** Kichler, J., Beavers, D., Dabelea, D., Lawrence, JM., Liese, A., Raymond, J., Saydah, S., Seid, M., Yi-Frazier, J., Dolan, L. for the SEARCH for Diabetes in Youth Study Group. Improving

Health Outcomes in Emerging Adults with Diabetes. American Diabetes Association, Poster Session, June 2013, Chicago, IL.

7. **Corathers, S.**, Houchen, A., Cafasso, M., D'Alessio, D., Hennard, C., Horewitz, D., Klein, D., Dolan, L. Bridging the Gap in Transition from Pediatric to Adult Health Care for Adolescents and Young Adults (AYA): A Diabetes Pilot Program. Fifth Annual Health Care Transition Research Consortium, Poster Session, October 2013, Baylor University, Houston, Tx.

8. **Corathers, S**., Beal, S., Kichler, J., Houchen, A. Readiness for transition to adult care in adolescents and young adults (AYA): a comparison of youth with and without type 1 diabetes (T1D). International Society for Pediatric and Adolescent Diabetes, Moderated Poster Session, September 2014, Toronto, Canada.

9. **Corathers, S.**, Beal, S., Yi-Frazier, J., Kichler, J., Houchen, A., Pihoker, C.  Confirmatory factor analysis of a novel transition to adult care readiness assessment tool for adolescents and young adults (AYA) with type 1 diabetes (T1D). International Society for Pediatric and Adolescent Diabetes, Moderated Poster Session, September 2014, Toronto, Canada.

10. Fair,C., Javalkar, K., Betz, C.,  Okumura, M.,  Wood, D.,  LeComte, J.,  Jan, S.,  Maslow, G.,  Bozik, K., Porter, J.,  **Corathers, S.,**  Tolleson-Rinehart, S., Shah, P.,  Woodward, J.,  Ferris, T.,  Ferris, R.,  Ferris, M. on behalf of the HCTRC. Health Care Transition Outcomes: A Delphi Stage 3 Survey. Sixth Annual Health Care Transition Research Consortium, Poster Session, October 2014, Baylor University, Houston, Tx.

11. Beal, S. J., Riddle, I., Kichler, J., Duncan, A., Houchen, A., Casnellie, L., **Corathers, S.** Transition Readiness among Teens – Differences by Chronic Condition. Sixth Annual Healthcare Transitions Research Consortium, Poster Session, October 2014, Baylor College of Medicine, Houston, TX.

12. Matlock, K., Yayah Jones, N., Kichler, J., **Corathers, S.** Clinical and Psychosocial Factors Associated with Suicidal Ideation in Adolescents with Type 1 Diabetes Mellitus. Pediatric Academic Society, Poster Session, April 2015, San Diego, CA.

13. Smego, A., Lawson, S., Courter, J., Warden, D., **Corathers, S.** Decreasing the Time to Insulin Administration for Hospitalized Patients with Cystic Fibrosis-Related Diabetes. Pediatric Academic Society, Poster Session, April 2015, San Diego, CA.

14. **Corathers, S**., Beal, S., Kichler, J., Casnellie, L., Backeljauw, P. Personal health knowledge and preparation for transition to adult care in adolescents with Turner Syndrome (TS). Pediatric Academic Society, Poster Session, April 2015, San Diego, CA.

15. Alexander, C., Ellsworth, S., Melvin, P., Kichler, J., **Corathers, S**., Yayah Jones, N., Houchen, A., Jolly, M. Effective Screening and Follow up for Depression and Suicidal Ideation in Adolescents with Diabetes Mellitus. The 27th Annual National Forum on Quality Improvement in Healthcare, Poster Session, December 2015, Orlando, Fl.

16. Garvey, K., Foster, N., Laffel, L., DiMeglio, L., Agarwal, S., Desimone, M., Libman, I., Lyons, S., Peters, A., Anderson, B., **Corathers, S**., Miller, K., Beck, R. Health Care Transition Preparation and Experience in a US National Sample of Young Adults with Type 1 Diabetes. International Diabetes Federation, Poster Session, December 2015, Vancouver, CA

17. Conard, L., **Corathers, S**., Lawlis, S. & Restle, H. Improving Standardization of Care in Trans* Clinic. WPATH Symposium, Poster Session, June 2016, Amsterdam, Netherlands.

18. Ikomi, C, Alexander, C, Mallon, D, Dykes, D, Anderson, V, Davis, B, Jolly M, Gahl, J, Ellsworth, S, **Corathers, S**, Crimmins, N. Improving Screening for Celiac Disease in Patients with New-Onset Type 1 Diabetes. International Society for Pediatric and Adolescent Diabetes, Poster Session, October 2016, Valencia, Spain.

19. **Corathers, SD**, Kichler, JC, Mara, C. Implementation of patient reported outcomes (PROs) through quality improvement methods to enhance patient care.  International Society for Pediatric and Adolescent Diabetes, Moderated Poster Session, October 2016, Valenica, Spain.

20. Remiker, A., Chuang, J, **Corathers, S**, Rutter, M, Ho, Brian, Rutter, M, Gelfand, M, Trout, A, Geller, J. Differentiated thyroid cancer outcomes in the pediatric/adolescent population: a longitudinal review from a single center.  ASPHO, Poster Session, April 2017, Montreal, Quebec.

21. Malik, F, Stafford, J, Klingensmith, G, Dabelea, D, Lawrence, J, Mayer-Davis, E, Sayday, S, **Corathers, S**, Reboussin, B, Pihoker, C. Receipt of Recommended Clinical Tests for Youth and Young Adults with Type 1 Diabetes: Associations with Glycemic Control and Satisfaction with Care. American Diabetes Association, Poster Session, June 2017, San Diego, California.

22. Boyle, C, Foster, N, Scheer, K, Anhalt, H, Shah, A, Lee, J, **Corathers, S**. Funnel Plots for Statistical Quality Control in a Large, Multi-Site Registry. Society of Clinical Trials, Poster Session, May 2017. Liverpool, UK.

23. Krishnamurthy, M, Blunden, C, **Corathers, S**, Sheanon, N. Diazoxide-responsive Hyperinsulinism in an Infant with Sotos Syndrome. Pediatric Endocrinology Society, Poster Session, April 2017, Orlando, Florida.

24. Warning, A, Rohan, J, McGrady, M, Pendley, Delamater, J, **Corathers, S**., Drotar, D., Dolan, L. Changes in Depressive Symptoms over Time Differ between Males and Females with Type 1 Diabetes. Society of Pediatric Psychology, Poster Session, April 2017, Portland, OR.

25. Mallon, D., Crimmins, N., Ikomi, C., **Corathers, S**., Dykes, D., Gahl, J., Jolly, M. Improving Celiac Screening for Children with Type 1 Diabetes and Lessons from False Positive Serology. National American Society for Pediatric Gastroenterology, Hepatology, and Nutrition, Poster Session, November 2017, Las Vegas, NV.

26. Wood, J, Boyle, C, Quinn, M, Wong, J, Haller, M, Nelson, B, Shatz, D, Tamborlane, W, Fox, L, Prahalad, P, **Corathers, S**, Maahs, D, Alonso, T, DeSalvo, D, Wadwa, P, DiMeglio, L, Impact of Target HbA1c Change in Pediatric Participants in the T1D Exchange Clinic Registry. American Diabetes Association, Poster Session, June 2018, Orlando, FL.

27. Majidi, S, Jolly, M, Alonso, G, Buckingham, D, Cabrera, A, Clements, M, Garrity, A, Gibbs, K, Click, B, ong, K, Kamboj, M, Lambert, K, Lee J, Nadkarni, P, McDonough, R, Ohmer, A, Rioles, N, Stanek, K, Thomas, S, Weinstock R, **Corathers S.** Incorporating Depression Screening into Diabetes Clinics across the T1DX Learning Collaborative. American Diabetes Association, Poster Session, June 2018, Orlando, FL.

28. Shah, A., **Corathers, S.,** Alonso, G, Buckingham, D, Cabrera, A, Clements, M, DeSalvo D, Kamboj, M, Lambert K, Mehta, S, Ohmer, A, Rioles, N, Sonabend, R, Lee, J. Establishment of the Type 1 Diabetes Exchange QI Learning Collaborative (T1DX-LC). American Diabetes Association, Poster Session, June 2018, Orlando, FL.

29. Agarwal, S. Hirshfeld, E., Garrity, A., Shah, A., **Corathers, S**., Weinstock, R., Lambert, K., Bobik, C., Cabrera, A., Rioles, N., Lee, J. Comparison of adult and pediatric resources for type 1 diabetes among T1D exchange centers. American Diabetes Association, Poster Session, June 2018, Orlando, FL.

30. Trief, P., Foster, N., Chaytor, N., Hilliard, M., Kittelsrud, J, Jaser, S., Majidi, S., **Corathers, S**., Bzdick, S., Adkins, D., Weinstock, R.  Longitudinal Changes in Depression and Glycemia in Adults with Type 1 Diabetes. American Diabetes Association, Poster Session, June 2018, Orlando, FL.

31. Kichler, J., Monaghan, M., **Corathers, S**., Hilliard, M. Protective Factors in Emerging Adulthood: Reliability and Validity of a New Measure of Diabetes Strengths and Resilience. Society of Pediatric Psychology Annual Conference, New Orleans, April 2019.

32. Mara, C., Kichler, J., **Corathers, S**., Chundi, P., Daeschner, M., Mulvaney, S. Psychometric Evaluation of the Barriers to Diabetes Adherence Scale.  Society of Pediatric Psychology Annual Conference, New Orleans, April 2019.

33. Hilliard, Monaghan, **Corathers**, Kichler, Protective Factors in Emerging Adulthood: Reliability and Validity of a New Measure of Diabetes Strengths and Resilience, Society of Pediatric Psychology Annual Conference, New Orleans, 2019

34. Lipstein, E. **Corathers, S**. I couldn't see a downside: Adolescent and Parent Decision-making about gender-affirming hormone therapy. Pediatric Academic Society, Baltimore, April 2019

35. Kamoun, C., Khoury, J., Crimmins, N., **Corathers, S**. Opportunities for Enhanced Type 1 Diabetes Transition Preparation. Pediatric Academic Society, Baltimore, April 2019.

36. Quinn, M., Bailey, R., Foster, N., Simmons, J., Eyth, E., Rodriguez, H., **Corathers, S**., Levy, C., Sheanon, N., Wasserman, R., Seiple, D., Sparling, D., Adkins, D., Albanese, A., DeSalvo, D. Diabetes Management Supplies in Youth with Type 1 Diabetes: Don't Leave Home Without Them! American Diabetes Association, San Francisco, June 2019

37. Cabrera, A., Alonso, G., **Corathers, S**., Lee, J., Prahalad, P., Rioles, N. Assessing Data Availability and Benchmarking Performance of Quality Measures for the T1D Exchange Improvement Collaborative, American Diabetes Association, San Francisco, June 2019

38. Sutherland, M, Lohmna, M, Reboussin, B, Flory, K, Brown, M, **Corathers, S**, Bellatorre, A, Lawrence, J, Yi-Frazier, J, Pihoker, C., Liese, A. Depressive Symptom Trajectories among Youth and Young Adults with Type 1 Diabetes. American Diabetes Association, San Francisco, June 2019.

39. Alonso, T, Thomas, S, Garey C, Buckingham, DA, Cabrera AB, Clements MA, **Corathers S**, DeSalvo DJ, Garrity A, Lee JM, McDonough R, Mostajabi F, Kamboj MK. Outpatient Diabetes Encounter Visit Frequency in the T1D Exchange Quality Improvement Collaborative (T1Dx-QI). American Diabetes Association, San Francisco, June 2019.

40. Yao, M. Alexandrou, E., Arora, S., Biery, M., Jones, R., Nasomyont, N., Petrovic, E., Seitz, S., Sylvester, A., Chundi, P., Mostajabi, F., Redel, J., **Corathers, S.** Outpatient Quality of Life Screening: Feasibility and outcomes in parents of children 2-7 with T1D. International Society of Adolescent and Pediatric Diabetes (ISPAD), Boston, November 2019.

41. Noor, N., Rioles, N., **Corathers, S**., Majid, S., McDonough, R., Polsky, S., Greenfield, M., Obrynba, K., Ebekozien, O., DeSalvo, D. Patient Demographics and clinical outcomes among type 1 diabetes patients using continuous glucose monitors: real world evidence from a large US Collaborative. American Diabetes Association (ADA), Virtual meeting, June 2020.

42. McDonough, R., Thomas, S., Rioles, N., Ebekozien, O., **Corathers, S**., Jolly, M, Lee, J., Garrity, A., Prahalad, P., Kamboj, M., Buckingham, D., Alonso, T. Reducing lost-to-follow rates in the T1D Exchange Quality Improvement Collaborative (T1DX-QI). American Diabetes Association (ADA), Virtual meeting, June 2020.

43. Ebekozien, O., Rioles, N., DeSalvo D., Gallagher, K., Lee, J.M, McDonough, R., Obrynba, K., Prahalad, P., Thomas, S., Weinstock, R.S., **Corathers, S**. Improving Continuous Glucose Monitoring (CGM) Use across Ten National Centers: Results from the T1D Exchange Quality Improvement Collaborative (T1DX-QI). American Diabetes Association (ADA), Virtual meeting, June 2020.

44. Improving Diabetes Care Through Population Health Studies: Insights from the largest U.S Population Based T1D Cohort. ISPAD virtual conference, October 2020.

45. Patient demographics and clinical outcomes among type 1 diabetes (T1D) patients using Continuous Glucose Monitors (CGMs): real world evidence from a large U.S. collaborative. ISPAD virtual conference, October 2020.

46. Multi-site quality improvement project: improving Continuous Glucose Monitor (CGM) uptake across ten U.S Centers. ISPAD virtual conference, October 2020.

47. Deconstructing Diabetes Strengths: Factor Analysis of the Diabetes Strengths and Resilience Measure for Young Adults (DSTAR-YA). Carreon, S., Iturralde, E., Monaghan, M., Kichler, J., Raymond, J., **Corathers, S**., Hilliard, M. Virtual Society of Pediatric Psychology Annual Conference, April 2021.

48. Bone Marrow Adipose Tissue Assessment in Transgender Youth Undergoing Pubertal Suppression: A Pilot Study. Nasomyont, N., Meisman, A., Ecklund, K., Vajapeyam, S., Cecil, K., Tkach, J., Altaye, M., **Corathers, S**. Conard, L,, Kalkwarf, H., Dolan, L, Gordon, C. Pediatric Endocrine Society virtual meeting April 2021.

49. Challenges to Telemedicine Transition During Covid-19; Insights From 21 Us Diabetes and Endocrinology Clinics, oral presentation at 14th International Conference on Advanced Technologies & Treatments for Diabetes (ATTD 2021) virtual conference June 2-5, 2021.

50. Transition of Care in Type 1 diabetes and Association with Student and Employment Status. Majidi, S., Roberts, A., Suerken, C., Reboussin, B., Malik, F., Marcovina, S., **Corathers, S**., Reynolds, K., Imperatore, G, Wadwa, P., Pihoker, C. American Diabetes Association Virtual Scientific Sessions, June 25-29, 2021.

51. Insulin Pump Use and Glycemic Control Among Patients With Type 1 Diabetes: Trends From The T1Dx-QI Cohort. Noor N, McDonough R, Carlson E, Mekhoubad A, Hsieh S, Demeterco-Berggren C, Majidi S, Desimone M, De-Tutu S, Obrynba K, Ebekozien O, **Corathers S**. Poster at American Diabetes Association Virtual Scientific Sessions; June 25-29, 2021.

52. HbA1c trends in the T1D Exchange Quality Improvement Collaborative (T1DX-QI) 2017-2020. Ebekozien O, Noor N, Jones NH-Y, Alonso GT, Desimone M, Izquierdo R, **Corathers S**, DeSalvo DJ, Gandhi K, Odugbesan O, Prahalad P, Clements M. Poster at American Diabetes Association Virtual Scientific Sessions; June 25-29, 2021.

53. Six Habits: Quality Metrics to Support Glycemic Outcomes in Type 1 Diabetes. Lee, J., Garrity, A., Hirschfeld, E., Thomas, I., Rioles, N., Ebekozien, O., **Corathers, S.** Poster at American Diabetes Association Virtual Scientific Sessions: June 25-29, 2021.

54. Lavik, A.R, Jones, N.H.Y, Rompicherla, S, Greenfield, M, Chen, J, Polsky, S, Alonso G. T, **Corathers, S**, Blackman, S, Gallagher, M. P, Demetero-Berggren, C, Garrity, A, Ebekozien, O. Diabetic ketoacidosis rates rose among patients with type 1 diabetes during U.S. COVID-19 peaks with highest burden on non-Hispanic Blacks. ePoster at the 47th ISPAD 2021 virtual Annual Conference.

55. Muthuvel, G., Brady, P., Daraiseh, N., Khoury, J., Tellez, S., **Corathers, S**., Using Artificial Intelligence Decision Support to Enhance Care for Type 1 Diabetes, ePoster at the 47th ISPAD 2021 virtual Annual Conference.

56. H. Nelson, S.D. Corathers, P.W. Brady, E. Kirkendall, R.M. Ruddy, T.B. Wetterneck, K.E. Walsh. Ambulatory Patient Safety Learning Lab: Failure modes and effects analysis for management of type 1 diabetes during illness, ePoster at the 47th ISPAD 2021 virtual Annual Conference.

57. Tellez, S., Brady, P., Daraiseh, N., Khoury, J., Muthuvel, G., **Corathers, S**., Evaluation of an Enhanced Care Intervention Using an Artificial Intelligence-Guided Decision Tool in Children and Emerging Adults with Type 1 Diabetes. Accepted for ePoster at Advanced Technologies and Treatments for Diabetes annual conference, Barcelona, Spain, April 27-30, 2022.

58. **Corathers, S.** et al. Implementation of Psychosocial Screening in Diabetes Centers. American Diabetes Association, New Orleans, June 2022.

59. Tatum, J., Murray, A., Roberge, S., Thomas, V., Baute, D., Lavik, A., Grant, A., **Corathers, S.** Quality Improvement in Action: Addressing continuity of care in pediatric endocrinology fellowship. T1DX-QI Learning Session, Miami, FL., Journal of Diabetes V.14., November 2022

60. Lavik, A., Rodas, P., Grant, A., Gumz, M., DiMuzio, T., **Corathers, S**., Deisinger, A., Tilton, K., Keppler, K., Patten, G. In sync with diabetes: Increasing remote upload of insulin pump data. T1DX-QI Learning Session, Miami, FL., Journal of Diabetes V.14., November 2022

61. Jones, N., Corathers, S., Grant, A., Kelly, J., Williams, M., Kaplan, K., Hart, K., Mansour, M. Equity in Diabetes Care: Implementation and spread of social determinants of health screening. T1DX-QI Learning Session, Miami, FL., Journal of Diabetes V.14., November 2022

62. Noor, N, Ebekozien, O, Vendrame, F, Jacobsen, L, Weinstock, R, Gallagher, M.P, **Corathers, S**, Accacha, S, Prahalad, P, Rapaport, R. Continuous glucose monitor derived Glycemic Outcomes Among Real-Time CGM vs. Flash CGM users in a Multi-Center EMR Database for People with T1D. ATTD, Berlin, Germany, February, 2023.

63. Williford, D. N., McGrail, M., Flynn, E., Buschhaus, S., Winning, A., Beckmann, E., Burstein, E., Yayah Jones, N-H., **Corathers, S.,** Crosby, L. E., & Modi, A. C. *Toward a deeper understanding of social*

*capital: A family-centered approach to measurement development.* Abstract accepted for presentation at the Society of Pediatric Psychology Annual Conference, Chicago, IL. April, 2023.

64. Samantha Roberge, MD; Sarah **Corathers**, MD; Rula Kanj, MD; Nat Nasomyont, MD. 10-Year Retrospective Chart Review of Ordering Practices of Laboratory and Imaging Surveillance for Gender Diverse Youth During Pubertal Suppression Therapy, Abstract accepted for Pediatric Endocrine Society, San Diego, California, May 2023.

65. Malik, F, Cases, J, Hillard, M, Lyons, S, Jacobsen, L, Roberts, A, Mucci, A, Agarwal, S, Demeterco-Berggren, C, Alonso, T, Ebekozien, O, **Corathers, S.** Health Care Transition Practices in the T1D Exchange Quality Improvement Collaborative. Poster Presentation at the 83rd ADA Scientific Sessions, San Diego, California, June 2023.

66. Murray, A., Hottor, S., Bimpeh, Y., Ojilong, J., Sun, Q., **Corathers, S**., Yayah-Jones, N. Reduction of Diabetes-Related Hypoglycemia in Children and Adolescents with Type 1 Diabetes in Ghana. ISPAD, Rotterdam, The Netherlands, October 2023.

67. Roberge, S., **Corathers, S**., Roberge, T., Nasomyont, N., "Determinants of Bone Mass Accrual in Transgender and Gender Diverse Youth undergoing Pubertal Suppression Therapy." Submitted to USPATH, Westminster, Colorado, 2023.

68. Yayah-Jones, N., Grant, A., **Corathers, S**., Smith, L., Kelly, J., Riley, A., Wiliford, D., Fazio, C., Kaplan, K., Howell, A. EDICT: Equity in Diabetes Care and Transformation. T1Dx-QI National Meeting, NYC, NY, November 2023.

69. **Corathers, S**., Desai, R., Deisinger, A., Jones, R., Kaplan, K., Jolly, M., Grant, A., Kichler, J. Sustained QI Implementation of a Transition Preparation Program for Adolescents and Emerging Adults with Type 1 Diabetes. T1Dx-QI National Meeting, NYC, NY, November 2023.

70. **Corathers, S**., Yayah Jones, N., Smith, L., Brady, P., Grant, A., Howell, A. Tellez. S., Muthuvel, G., Kelly, J., Noh, Y., Riley, A., Town, M. ConnecT1D: Reinforcing connections between patients, clinic, and community partners. T1Dx-QI National Meeting, NYC, NY, November 2023.

71. **Corathers, S**., Yayah Jones, N., Smith, L., Brady, P., Riley, A., Town, M., Kelly, J., Tellez, S., Noh, Y., Muthuvel, G., Williford, D., Delsart, H., Neely, M., Kaplan, K., Howell, A., Grant, A. ConnecT1D Continued: Quality Improvement (QI) and care model innovations designed to achieve excellent and equitable glycemic and psychosocial outcomes for youth with type 1 diabetes (T1D). ISPAD, Lisbon, Portugal, October 2024.

72. Howell, A., Jones, N., Brady, P., Knopp, M., Grant, A., Smith, L., Riley, A., Town, M., **Corathers, S**., ConnecT1D data visualization: Informing interventions and equitable improvement in outcomes for patients with T1D. T1Dx-QI Learning Session, Chicago, November 2024. Journal of Diabetes, Vol.16

73. Kelly, J., Noh, Y., Tellez, S., Grant, A., Howell, A., Muthuvel, G., Brady, P., **Corathers, S.** ConnecT1D: Proactive outreach intervention to improve equitable car for youth with type 1 diabetes. T1Dx-QI Learning Session, Chicago, November 2024. Journal of Diabetes, Vol.16

74. Muthuvel, G., Magella, B., Howell, A., Riley, A., Town, M., Taylor, R., Jones, N., Brady, P., Smith, L., **Corathers, S**. Moving on up: Mobile care clinic to enhance access to care for youth with T1D. T1Dx-QI Learning Session, Chicago, November 2024. Journal of Diabetes, Vol.16

75. Smith, L., **Corathers, S**., Williams, M., Grant. A., Town, M., Riley, A., Howell, A., Jones, N. Implementation of psychosocial support interventions to narrow equity gaps in T1D outcomes. T1Dx-QI Learning Session, Chicago, November 2024. Journal of Diabetes, Vol.16

**Teaching and Mentoring**

Teaching

1. Direct clinical teaching of teaching medical students, residents, fellows on the endocrine inpatient service at Cincinnati Children's Hospital 4 weeks/year and precept residents and fellows in ambulatory clinics on a weekly basis.

2. Local academic courses, lectures, grand rounds, professor rounds, participation in firms:

a. CCHMC, Intermediate Improvement Science Series, Creating a Portfolio: Integrating Improvement into the Daily Work of Pediatric Endocrinology, (Feb 2023, Feb 2024).
b. CCHMC, Department of Pediatrics Grand Rounds, Innovations and Achievements from Recent Place Outcomes Research Awards, (June 2022).
c. CCHMC, Division of Endocrinology Grand Rounds, Living with Change, Care Delivery for transgender and Gender Expansive Youth, (Feb 2021).
d. CCHMC, NRSA Fellowship, Integrating Improvement Methods into Clinical Care and Research, (May 2020).
e. Virtual lecture for pediatric residents on Endocrinology rotation, "Thyrotoxicosis and Hyperthyroidism in Adolescents" (March 2020).
f. University of Cincinnati, Diabetes Day Symposium, Childhood into Adolescence with Diabetes, (Nov 2019).
g. CCHMC, Division of Psychology, Adherence Center Grand Rounds, Division of Behavioral Medicine and Clinical Psychology, Loss to Follow-Up: An Indicator of Health Care Delivery Adherence? (July 2019).
h. CCHMC, Division of Endocrinology Fellowship Core Curriculum: Hyperglycemic Hyperosmolar Syndrome (July 2013-2023); Hypocalcemia nuts and bolts (July 2013-2016).
i. Speaker, IHI Open House, Integrating Improvement into Academic Medicine (May 2017)
j. Speaker at the Ohio Valley Chapter, Society of Adolescent Health, "Cases in Transgender Care; Inter-disciplinary panel discussion", (November 2017)
k. University of Cincinnati, CCHMC combined endocrinology grand rounds: Glycemic Targets for Individuals and Patient Health (September 2017); Transition Preparation (October 2015); Transition to Transfer: (November 2015).
l. University of Cincinnati, College of Medicine Intersession Careers in Quality Improvement Panel (Feb 2018).
m. University of Cincinnati, Child and Adolescent Development, Undergraduate Psychology Course. Type 1 diabetes: Psychosocial considerations for children, adolescents, emerging adults and their families (November 2015).
n. Speaker at Southwest Ohio Professional Transgender Conference, Endocrine Care for Transgender Adults (November 2015)
o. Endocrine nurse lecture series: Thyroid cancer (September 2014); Routine screening and prevention of diabetes co-morbidities (January 2011).
p. Mini-Medical College, University of Cincinnati, "Type 1 diabetes across the lifespan" (October 2014)
q. Internal Medicine Residency Ambulatory long block curriculum, University of Cincinnati (June 2016, June 2015, June 2014).
r. Department of Pediatrics Residency noon conference (Cis Puberty and Trans Puberty Blocking September 2017, Hypocalcemia nuts and bolts June 2014).
s. Ohio Patient Safety Institute Best Practice Webinar (September 2014).
t. Division of Infectious Diseases University of Cincinnati Grand Rounds: Management of hormone therapy for transgender adults (July 2012).

3. National/International Invited Lectures, Grand Rounds, Symposia, Conferences:
a. Speaker, Pediatric Endocrine Society, Workshop, How to Start and Sustain QI, San Diego, California, May 2023.
b. Speaker, International Society for Pediatric and Adolescent Diabetes (ISPAD), ConnecT1D: reinforcing connections between patients, clinic, and community to achieve excellent and equitable outcomes. Rotterdam, The Netherlands, October 2023.

c. Speaker, ISPAD, Transition Workshop, Secrets of Successful Transition: Readiness and Receivership, Rotterdam, The Netherlands, October 2023.

d. Participant, Diabetes Expert Panel for the National Committee for Quality Assurance (NCQA), Washington DC, September 2023.

e. Delegate, International Turner Syndrome Guidelines Committee, Aarhus, Denmark, June 2023.

f. National Webinar sponsored by USNWR Making a Difference for Kids with Type 1 Diabetes: Advances and Challenges, March 2023.

g. Guest Speaker (virtual due to Covid-19) University of Colorado Endocrinology Grand Rounds, Applying Lessons from Community Pediatrics in Pursuit of Equity in Type 1 Diabetes, April 2022.

h. Guest Speaker (virtual due to Covid-19), Vanderbilt University, Diabetes, Research and Training Center (DRTC) Seminar, Patient Reported Outcomes: Using Clinic Based Screening and Intervention to Inform Diabetes Care, Feb 2021.

i. Speaker, European Society Pediatric Endocrinology, Condition Specific Tools for Transition Care: Lessons from Turner Syndrome Models, Athens, Greece, September 2018.

j. Type 1 Diabetes Exchange Learning Collaborative national meeting organizer and presenter, Cincinnati, Ohio, May 2018.

k. Speaker, Pediatric Endocrine Society, "Quality Improvement in Endocrinology", May 2018, Toronto, Canada

l. Speaker, NIDDK/ADA workshop, "Patient Reported Outcomes that Matter to Providers", Nov 2017, Bethesda, Maryland

m. Visiting Professor, "Integrating Improvement into Daily work of Pediatric Endocrinology" University of Michigan, September 2017, Ann Arbor, Michigan

n. Speaker, American Diabetes Association, "Patient Reported Outcomes- Using Clinic Based Screening and Intervention to Inform Diabetes Care", June 2017

o. Speaker, American Diabetes Association, "Getting to Goal in Pediatric Type 1 Diabetes" June 2016

p. Speaker, American Diabetes Association, "Design and Validation of Diabetes Transition Preparation Readiness Skills Measure" June 2016

q. Speaker, Health Care Transition Research Consortium, "One Year Outcomes of Planned Transition of Pediatric to Adult Diabetes Care".  Houston, TX. September 2015

r. Speaker, Society of Adolescent Health and Medicine, "Transitioning Trans patients".  Los Angeles, California, March 2015

s. International Turner Syndrome Consensus Guideline Delegate, Cincinnati, Ohio, July 2016

4. Participation in patient and family educational activities

a. Speaker, Friends for Life Conference, Getting the Most out of your Automated Insulin Delivery System, College Park, MD, (October 2022).

b. Speaker, PFLAG, Living with Change, Endocrinology Care for Transgender and Gender Expansive Youth and Adults, (December 2021).

c. Speaker, Children with Diabetes National Conference, Friends for Life, "Transition from Pediatric to Adult Care", (July 2018).

d. Planning committee member and speaker at JDRF community outreach summits (Nov 2019, Nov 2017, Nov 2016, Nov 2015, March 2015, March 2013).

e. Speaker at Turner Syndrome community outreach events (May 2017, May 2015, May 2014, May 2012).

f. Speaker and event coordinator, Building Bridges for a Successful Future with Diabetes, family outreach program (February 2014).

5. Listing of teaching materials developed:
   a. Pediatric Endocrine Society Webinar Series for Fellows on Quality Improvement (3/2021).
   b. American Board of Pediatrics Roadmap project website video resources, Talking About Emotional Health (09/2020). The full set of videos and associated guides are on the Roadmap webpage at: https://www.abp.org/foundation/roadmap
      Direct link to my video on talking to teens with diabetes about depression: https://fast.wistia.net/embed/channel/til9iwsorj?wchannelid=til9iwsorj&wvideoid=3bl9aqh8ur
   c. Content review and editing of American Board of Pediatrics Roadmap materials for maintenance of certification module, Emotional Health and Resilience for Patients and Families with Chronic Pediatric Conditions, (12/2019).
   d. "Demystifying MOC Part 4, Quality Improvement for Endocrinologists" National Webinar for Pediatric Endocrine Society (11/2019).
   e. Type 1 Diabetes Exchange Depression Screening Change Package (2018) Depression Screening on 2019 : Nov Learning Session | Trello
   f. Depression Screening on 2019 : Nov Learning Session | Trello
   g. "Future with Diabetes" transition materials for patients (2014-2015).
   h. Diabetes transition readiness assessment curriculum development for diabetes team (2015-2018)
   i. "Talking T1D" electronic book resource for adolescents and young adults developed in with graduate students at University of Cincinnati professional writing course, published on JDRF website,  http://jdrf.org/swo/2016/01/15/talking-t1d-ebook/ (01/2016)

6. Evidence of teaching excellence: Fellow ratings of teaching performance in an anonymous survey in four categories (support/latitude of management; accurate information/fosters problem solving skills; encourages self-learning/provides mentoring; treats with respect/provides feedback) using a seven-point scale (range 1-7, maximum =7).  Scores for the last 8 years were:

   2014: 6.55 (Division mean = 6.43, median = 6.45, range = 6.98-5.880)
   2015: 6.56 (Division mean = 6.49, Median = 6.47; range = 6.96-5.89)
   2016: 6.61 (Division mean = 6.46, Median = 6.46; range = 6.96-5.34)
   2017: 6.67 (Division mean = 6.35, median = 6.18, range = 6.83-5.78)
   2019: 6.61 (Division mean = 6.66, median = 6.64, range = 6.93 – 6.41)
   2020: 6.68 (Division mean = 6.72, median = 6.75, range = 7.00 - 6.55)
   2021: 6.79 (Division mean = 6.73, median = 6.77, range = 6.98 - 6.50)
   2022: 6.77 (Division mean = 6.63, median = 6.66, range = 5.50-6.98)
   2023: 6.45 (Division mean = 6.32, median = 6.43, range = 6.84-5.64)

Mentoring

Fellows and Students
As Director of the Quality Scholars Program, I participated in the scholarly oversight committee or career development committee of 19 scholars in the program over 7 years.

Additional mentees:
1. Dr. Alison Smego, (clinical and research mentor, 2014-2017). Dr. Smego was recognized for excellence at national Pediatric Academic and Pediatric Endocrine Society meetings and published her QI project, "Decreasing the Time to Insulin Administration for Hospitalized Patients with Cystic Fibrosis Related

Diabetes" in Journal Hospital Pediatrics 2018. Present position: Assistant Professor, Division of Endocrinology, Department of Pediatric, University of Utah School of Medicine. University of Utah.

2. Dr. Kristal Matlock, (clinical and research mentor, 2015-2018). Dr. Matlock presented nationally and published, "Clinical and psychosocial factors associated with suicidal ideation in adolescents with type 1 diabetes mellitus" and "Untreated Congenital Hypothyroidism Due to Loss to Follow-Up: Developing Preventative Strategies through Quality Improvement". Present position: Assistant Professor, Division of Endocrinology, Department of Pediatric, Vanderbilt University School of Medicine.

3. Dr. Alissa Roberts, visiting Endocrinology Fellow from Seattle Children's for clinical transition medicine elective (March 2017). Dr. Roberts is an emerging leader in transition research and quality improvement. Present position: Assistant Professor (promotion pending), Division of Endocrinology, Department of Pediatrics, University of Washington.

4. Dr. Jacob Redel, (clinical mentor, 2016-2018). Dr. Redel led a Prevnar/Pneumovax immunization QI initiative for patients with diabetes and as chief fellow, Dr. Redel coached a team of first year fellows led by Dr. Michael Yao to address parental worry in parents of young children with diabetes and detailed a method for applying QI training in sub-specialty fellowship setting published in Medical Education in 2019. Present position: Assistant Professor, Division of Endocrinology, Department of Pediatric, University of Kansas School of Medicine.

5. Dr. Eirene Alexandrou, Endocrinology Fellow (clinical mentor, 2017-2020). Dr. Alexandrou completed a QI project on screening for anxiety symptoms among girls and women with Turner Syndrome published in Hormone Research Paediatrics in 2022.  Present position: Assistant Professor, Division of Endocrinology, Department of Pediatric, University of Iowa School of Medicine.

6. Dr. Nat Nasomyont, (clinical and research mentor, 2017--2020). Dr. Nasomyont completed and published a prospective pilot study of bone health outcomes amongst youth with gender dysphoria treated with puberty blockers. Present position: Assistant Professor, Division of Endocrinology, Department of Pediatrics, University of Cincinnati College of Medicine.

7. Dr. Priscilla Rodas, Endocrinology Fellow (clinical mentor, 2019-2022). Dr. Rodas completed a QI project on uploading diabetes devices prior to and between clinic visits. Present Position: Staff Physician, Huntsville, Alabama.

8. Dr. Andrew Lavik, (research mentor, 2019-2022), was a RISE award recipient as a pediatric resident, for project, "Utilization of a condition-specific registry to improve patient-reported and health-related outcomes in children with type 1 diabetes." During fellowship, Dr. Lavik completed research with T1Dx-QI about DKA concurrent with COVID-19 with results published in JCEM 2022. Present Position: Assistant Professor, Division of Endocrinology, Department of Pediatric, Cleveland Clinic, Case Western Reserve School of Medicine.

9. Dr. Samantha Roberge, (research mentor, 2022-2024). Dr. Roberge developed a curriculum for adolescent medicine and endocrinology fellows about transgender health and led a project and published original research on bone health outcomes among youth that receive GnRH agonist treatment. Present position (Sept 2024): Assistant Professor, Division of Endocrinology, Department of Pediatrics, University of Cincinnati College of Medicine.

10. Dr. Alison Murray, (research mentor, 2022-2024). Dr. Murray pursued global health initiative to study outcomes of a new multidisciplinary care model for diabetes in Ghana. Data was presented at ISPAD in 2023 and submitted to Diabetes Care for publication. Present position (July 2024): Assistant Professor, Division of Endocrinology, University of Wisconsin.

11. Dr. Hailee Delsart, (research mentor, 2022--). Dr. Delsart is a member of the Pediatric Ambulatory Safety Learning Lab AHRQ sponsored research team. Dr. Delsart is first author on manuscript describing pilot study developing and testing simulation scenarios for diabetes sick day management. She is a co-author on a publication in Pediatric Quality and Safety on "Safer Type 1 Diabetes Care at Home". Present position: Fellow, Division of Endocrinology, Cincinnati Children's.

12. Dr. Michelle Knopp, (research mentor, 2023-2024). Dr. Knopp joined the ConnecT1D research team during her clinical informatics fellowship to support diabetes device integration into the electronic health record and design a research database, in addition to her own primary research project related to CGM use in primary care. Present position: Research Assistant Professor of Pediatrics, University of Cincinnati College of Medicine.

Division of Endocrinology faculty peer mentorship:

1. Dr. Sarah Lawson (QI mentorship, collaborator). I coached Dr. Lawson on a project to increase timeliness and safety of insulin ordering (2015-2016). Dr. Lawson has since fundamentally restructured care delivery for new onset diabetes from an inpatient to a Day Hospital model (2016-2017) and developed protocols for insulin ordering and administration throughout the institution.
2. Dr. Nancy Crimmins (QI mentorship, collaborator). I assisted Dr. Crimmins and Dr. Daniel Mallon to develop a clinical algorithm for screening for Celiac Disease amongst new onset and established diabetes patients (2015-2017). This work has been presented at national and international meetings and helps support innovative inter-disciplinary clinical care for dual diagnosis patients.
3. Dr. Halley Wasserman (mentorship). I meet with Dr. Wasserman every month to discuss current research and clinical projects, and coach on professional and career development.
4. Dr. Nana Hawa-Yayah Jones (QI mentorship, collaborator). I coached Dr. Jones during an improvement methodology course with Dr. Matlock, (2014-2015) that led to a reliable process to prevent loss to follow up for children with congenital hypothyroidism.  I am a collaborator with Dr. Jones to identify interventions for the population of youth at high risk of diabetes complications (2017-ongoing). Through the Health Equity Network, and ConnecT1D, Dr. Jones leads the screening for social determinants of health in diabetes clinics, and systematically identifying, and addressing, health equity gaps for youth with diabetes including use of CGM and insulin pumps.


**Service and Leadership**

<u>Service:</u>
Professional Organization Memberships
- American Diabetes Association, Member
- Pediatric Endocrine Society, Member and Quality Improvement Committee Member
- International Society of Pediatric and Adolescent Diabetes, Member
- Endocrine Society, Member
- American Academy of Pediatrics, Member, Former Chair of Resident Section

Local Committee Involvement:
- Institutional Psychosocial Screening and Response Taskforce (2022-2024)
- Institutional Ambulatory Access Steering Committee (2022-2023)
- Institutional Adult Care Taskforce (2023--)
- Institutional Digital Care Transformation Taskforce (2023--)
- Institutional Governance Committee for patient reported outcomes (2018-2022)
- Place Outcomes Grant Reviews (2017, 2021, 2024)

Manuscripts Reviewed:
- JAMA Network Open 2022 (1)
- Diabetes Spectrum 2015 (1) 2016 (1)
- Pediatrics 2014 (1) 2015 (1) 2016 (1) 2017 (2)
- Journal of Health Psychology 2014 (1)
- Lancet Journal of Diabetes and Endocrinology 2014 (2)

- Journal of Diabetes Science and Technology 2016 (1)
- Pediatric Diabetes 2016 (2) 2017 (2) 2019 (1) 2020 (5) 2021 (2) 2022 (2)
- Diabetes Care 2018 (1) 2022 (2) 2024 (2)
- The Permanente Journal 2017 (1)
- Journal of Adolescent Health 2017 (1) 2018 (1)
- Endocrine Practice 2017 (1)
- Diabetic Medicine 2020 (2) 2023 (1)
- Journal of American Medical Informatics 2020 (1)
- Diabetes Research and Clinical Practice 2020 (1)
- Journal of Clinical Endocrinology and Metabolism 2020 (1)
- Canadian Journal of Diabetes 2020 (1) 2021 (1)
- Diabetes Technology and Therapeutics 2022 (1)
- Contemporary Clinical Trials 2024 (1)

Professional Activities:
- Data Publications and Presentation Committee (DPPC) member, SWEET international diabetes network (2021-2024)
- Diabetes Expert Panel for the National Committee for Quality Assurance (NCQA) (2020--)
- Data Safety and Monitoring Board Participation
  - 4T Study (PI, David Maahs)
  - ReDUCEe Study (Co-PIs, Shivani Agarwal and Jeffrey Gonzolez)
- Advisory Board Member
  - Rising T1DE Alliance innovation in type 1 diabetes care (2020-2024)
  - Advisory board member, Turner Syndrome clinical centers of excellence (2017-2020)
  - Advisory board member, T1D Outcome Program, JDRF national initiative (2016-2017)
  - Clinical advisory board member, College Diabetes Network (2015-2019)
- Part-time Position: Expert Witness, Reports, Deposition, and Testimony (2024)
  Moe et al. vs. Yost, et al., Court of Common Pleas of Franklin, Ohio, Case Number 24 CV 002481

Recruitment activities:
- Participated in recruitment of endocrinology fellows and faculty candidates annually (2013-2024)
- Participated in interviews for faculty members in divisions of adolescent medicine, behavioral medicine and clinical psychology, hematology and oncology, emergency medicine, gastroenterology, critical care (2017-2024)

Community activities:
- Board member of SW Ohio JDRF chapter (July 2014-2020)
- Team Captain, American Diabetes Association, Step Out to Stop Diabetes Walk (2010-2013)
- Volunteer, Children's International Summer Village, Peace Education Program (2022--)

<u>Leadership:</u>
Associate Chief of Staff, Ambulatory, Cincinnati Children's (March 2024-)
Clinical Director, Division of Pediatric Endocrinology, Cincinnati Children's (January 2022-)
Director, Quality Scholars Program, Cincinnati Children's (September 2017- March 2024)
Co-President, WIMS, (Women in Medicine and Science) with Dr. Jennifer O'Toole (2020-2023)

EXHIBIT B

# BIBLIOGRAPHY

1.  Hembree, W.C., et al., *Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline*. J. Clin. Endocrinol. & Metab., 2017. **102**: 3869–3903, 3875

2.  National Health Statistics Report April 24, 2024, <u>National Health Statistics Reports, Number 202, April 4, 2024</u>

3.  Lee PA, Houk CP, Ahmed SF, Hughes IA., International Consensus Conference on Intersex organized by the Lawson Wilkins Pediatric Endocrine Society and the European Society for Paediatric Endocrinology. Consensus statement on management of intersex disorders. International Consensus Conference on Intersex. Pediatrics. 2006 Aug;118(2):e488-500.

4.  The Biological Reality of Sex and Intersex: A Response to the Executive Order, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" - Pediatric Endocrine Society

5.  Hughes IA, Nihoul-Fékété C, Thomas B, Cohen-Kettenis PT. Consequences of the ESPE/LWPES guidelines for diagnosis and treatment of disorders of sex development. Best Pract Res Clin Endocrinol Metab. 2007 Sep;21(3):351-65.

6.  Blackless M, Charuvastra A, Derryck A, Fausto-Sterling A, Lauzanne K, Lee E. How sexually dimorphic are we? Review and synthesis. Am J Hum Biol. 2000 Mar;12(2):151-166. doi: 10.1002/(SICI)1520-6300(200003/04)12:2<151::AID-AJHB1>3.0.CO;2-F. PMID: 11534012.

7.  United Nations Free & Equal, "Intersex People," Office of the United Nations High Commissioner for Human Rights 1 (2024), https://www.unfe.org/sites/default/files/download/Intersex%20factsheet%202024%20EN%20- %20CLEARED.pdf (last accessed Feb. 6, 2025)

8.  Ahmed SF, Achermann J, Alderson J, Crouch NS, Elford S, Hughes IA, Krone N, McGowan R, Mushtaq T, O'Toole S, Perry L, Rodie ME, Skae M, Turner HE. Society for Endocrinology UK Guidance on the initial evaluation of a suspected difference or disorder of sex development (Revised 2021). Clin Endocrinol (Oxf). 2021 Dec;95(6):818-840. doi: 10.1111/cen.14528. Epub 2021 Jun 22. PMID: 34031907.

9.  Mehmood KT, Rentea RM. Ambiguous Genitalia and Disorders of Sexual Differentiation. [Updated 2023 Aug 28]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan-. Available from: <u>https://www.ncbi.nlm.nih.gov/books/NBK557435/</u>

10. Cools M, Nordenström A, Robeva R, Hall J, Westerveld P, Flück C, Köhler B, Berra M, Springer A, Schweizer K, Pasterski V; COST Action BM1303 working group 1. Caring for individuals with a difference of sex development (DSD): a Consensus Statement. Nat Rev Endocrinol. 2018 Jul;14(7):415-429. doi: 10.1038/s41574-018-0010-8. PMID: 29769693; PMCID: PMC7136158.

11. <u>https://d3dkdvqff0zqx.cloudfront.net/groups/apaadvocacy/attachments/USJS-Final-</u>

Version.pdf

12. Jody Herman et al., How Many Adults and Youth Identify as Transgender in the United States?, Williams Institute, UCLA School of Law 1 (2022), https://williamsinstitute.law.ucla.edu/wpcontent/uploads/Trans-Pop-Update-Jun-2022.pdf (last accessed Feb. 6, 2025).

13. Hembree, W.C., et al., *Endocrine treatment of gender-dysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline*. J. Clin. Endocrinol. & Metab.,2017.**102**:3869–3903, 3875.

14. Jody Herman et al., How Many Adults and Youth Identify as Transgender in the United States?, Williams Institute, UCLA School of Law 1 (2022), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Trans-Pop-Update-Jun-2022.pdf (last accessed Feb. 6, 2025).

15. Bianca D.M. Wilson et al., Nonbinary LGBTQ Adults in the United States, Williams Institute, UCLA School of Law 2 (June 2021), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Nonbinary-LGBTQ-Adults-Jun-2021.pdf (last accessed Feb. 6, 2025).

16. Carswell, J.M., Lopez, X., and Rosenthal, S.M., *The evolution of adolescent gender-affirming care: An historical perspective*. Horm. Res. Paediatr., 2022. **95**(6): p. 649-656.

17. Saraswat A, Weinand JD, Safer JD. Evidence supporting the biologic nature of gender identity. Endocr Pract. Feb 2015;21(2):199-204. doi:10.4158/ep14351.ra

18. Yokota, Y., Kawamura, Y., & Kameya, Y. (2006, January). Callosal shapes at the midsagittal plane: MRI differences of normal males, normal females, and GID. In *2005 IEEE Engineering in Medicine and Biology 27th Annual Conference* (pp. 3055-3058). IEEE

19. Rosenthal SM. Approach to the patient: transgender youth: endocrine considerations. J Clin Endocrinol Metab. Dec 2014;99(12):4379-89. doi:10.1210/jc.2014-1919

20. Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. Arch Sex Behav. Aug 2005;34(4):389-97. doi:10.1007/s10508-005-4338-5

21. Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. J Sex Med. Mar 2012;9(3):751-7. doi:10.1111/j.1743-6109.2011.02567.x

22. Am. Psychiatric Ass'n, Diagnostic and Statistical Manual of Mental Disorders: DSM5-TR at 512–13 (2022)

23. Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. JAMA Psychiatry. Sep 11 2019;77(1):1-9. doi:10.1001/jamapsychiatry.2019.2285

24. Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. PLoS One. 2022 Jan 12;17(1):e0261039. doi: 10.1371/journal.pone.0261039. Erratum in: PLoS One. 2023 Jun 12;18(6):e0287283. doi: 10.1371/journal.pone.0287283. PMID: 35020719;

2

PMCID: PMC8754307.

25. Management of the transgender adolescent, Olson J, Forbes C, Belzer M, Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6

26. Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015 Jun 2;15:525. doi: 10.1186/s12889-015-1867-2. PMID: 26032733; PMCID: PMC4450977.

27. King WM, Gamarel KE. A Scoping Review Examining Social and Legal Gender Affirmation and Health Among Transgender Populations. Transgend Health. 2021 Feb 15;6(1):5-22. doi: 10.1089/trgh.2020.0025. PMID: 33644318; PMCID: PMC7906235.

28. Conforming Sex and Gender Designation on Government IDs and Other Documents H-65.967, Am. Med. Ass'n (2021), https://policysearch.amaassn.org/policyfinder/detail/gender?uri=%2FAMADoc%2FHOD.xml-0-5096.xml (last accessed Feb. 6, 2025).