UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

DECLARATION OF JESSIE J. ROSSMAN
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Jessie J. Rossman, hereby declare as follows:

1. I am the Legal Director of the American Civil Liberties Union Foundation of Massachusetts (ACLUM), and counsel for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, AC Goldberg, Chelle LaBlanc, David Doe, Ray Gorline, and Viktor Agatha. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of my current curriculum vitae.

3. I am a member in good standing of the State Bar of Massachusetts. I am admitted to practice before the United States Courts of Appeals for the First, Second, Sixth and Seventh

Circuits. I am admitted to practice before the United States District Court in the District of Massachusetts and in the Eastern District of Michigan.

4. I received my J.D. *magna cum laude* from Harvard Law School in 2007. Following my graduation, I served as a law clerk for Judge Raymond C. Fisher on the United States Court of Appeals for the Ninth Circuit from 2007-2008. I was a staff attorney for the American Civil Liberties Union Foundation of Michigan from 2008-2011 and a legal fellow at the Natural Resources Defense Council from 2011-2013. I have practiced at ACLUM since 2013, first as a staff attorney from 2013-2022, then as a managing attorney from 2022-2023, and as the Legal Director since November 2023.

5. I have experience litigating issues central to this case, including the Equal Protection clause, as well as the rights under the Administrative Procedure Act, including my experience as co-counsel in: *Louhghalam v. Trump*, 230 F. Supp. 3d 226 (D. Mass 2017) (challenging Muslim Travel Ban as a violation of the Equal Protection clause and the Administrative Procedures Act); *Prater v. Detroit Police Department*, 2:08-v-12183 (E.D. Mich) (challenging police department's policy of denying desk duty positions to pregnant police officers as a violation of Equal Protection clause); *Commonwealth v. Department of Health and Human Services*, 923 F.3d 209 (1st Cir. 2019) (amicus challenging Trump Administration's contraception regulations as a violation of the Equal Protection clause); *Lunn v. Commonwealth*, 477 Mass. 517 (2017) (amicus challenging state authorities' cooperation with ICE detainers as raising significant concerns under the Equal Protection clause). In addition, I am co-counsel in several pending matters raising Administrative Procedure Act claims, including: *Schiff v. HHS*, 1:25-cv-10595 (D. Mass) (challenging government censorship of scientific articles from a patient safety website as a violation of the Administrative Procedure Act); *APHA v. NIH*, 1:25-cv-10787

2

(D. Mass) (challenging government termination of NIH grants and grant applications as a violation of the Administrative Procedure Act).

6. I also have experience in class action litigation, including as co-counsel in: *Grinis v. Spaulding,* 459 F. Supp. 3d 289 (D. Mass 2020) (putative class action brought on behalf of medically vulnerable prisoners at the Federal Medical Center in Devens, Massachusetts, challenging the Bureau of Prisons refusal to decrease the prison population during the Covid-19 pandemic as a violation of the Eighth Amendment; case ultimately dismissed before class certification); *Doe v. Patrick,* 1:14-cv-12183 (D. Mass) (certified class action challenging Massachusetts policy of incarcerating women who are involuntary committed for substance use disorder as a violation of due process protections); *Duncan v. Granholm*, 488 Mich. 957 (2010) (class certification granted by trial court and affirmed by Court of Appeals before being remanded by Michigan Supreme Court for consideration in light of Court's new class certification decision in a case challenging Michigan's indigent defense system as a violation of the Sixth and Fourteenth Amendments).

7. In addition to myself, ACLUM legal fellow Zoe Kreitenberg is working on this case. Zoe Kreitenberg received her J.D. from Yale Law School in 2024. During her time in law school, Zoe's course work included academic research into the history and rights of LGBTQ servicemembers, and separately, access to transgender healthcare in prisons under *Kosilek v. Spencer*, 774 F.3d 63 (1st Cir. 2014), *Edmo v. Corizon, Inc.*, 935 F.3d 757 (9th Cir. 2019), *Gibson v. Collier*, 920 F.3d 212 (5th Cir. 2019), and *Soneeya v. Mici*, 717 F. Supp. 3d 132 (D. Mass. 2024). She has also worked on class action cases, including *Kidd v. Mayorkas*, 734 F. Supp. 3d 967 (C.D. Cal. 2024) (challenging ICE's "knock and talk" procedures under the Fourth Amendment and the Administrative Procedure Act) while working as a summer associate at

Munger, Tolles & Olson and *Johnson v. Kendall*, No. 3:21-CV-1214 (CSH), 2023 WL 6227678 (D. Conn. Sept. 26, 2023) (class action brought on behalf of Air Force veterans who suffered traumatic brain injuries, post-traumatic stress disorder, and military sexual trauma) as a law student intern in the Yale Veterans Legal Services Clinic.  Zoe is a member in good standing of the State Bar of Massachusetts and is admitted to practice in the United States District Court for the District of Massachusetts.  Since she began working at ACLUM in the summer of 2024, Zoe's work has included developing know-your-rights materials for LGBTQ students.

8.  Zoe and I have dedicated many hours to performing legal research and assisting with drafting and editing the various filings in this matter.  We will continue to commit our resources to the representation of the Plaintiffs and all putative class members in this case.

9.  I have no conflicts of interest with any members of the classes, nor, to my knowledge, do any of the other Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 28, 2025

_____
Jessie J. Rossman

# EXHIBIT A

# JESSIE J. ROSSMAN

| | | |
|---|---|---|
| **EXPERIENCE** | **AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS**, Boston, MA | 2013-present |

*Legal Director, (2023-present); Managing Attorney (2022-2023), Staff Attorney (2013-2022)*
Manages and oversees litigation strategy for legal department of eight litigating attorneys. Litigates federal and state cases addressing a broad range of constitutional and statutory violations at both trial and appellate level. Areas of advocacy include disability discrimination on the basis of opioid use disorder, providing medical care to incarcerated people, free speech, privacy and technology, public records, voting rights and reproductive rights. Takes leadership role in all stages of case cycle, including case development, pleadings, motion practice, discovery, oral argument and appeals. Works closely with legislative, field and communications teams on organization-wide priorities. Participates frequently in speaking engagements, media interviews and coalition work to advance civil rights and civil liberties.

**NATURAL RESOURCES DEFENSE COUNCIL,** Chicago, IL — 2011-2013
*Litigation Fellow*
Litigated Clean Water Act and Clean Air Act challenges to permits issued to coal plants in federal and state courts, and before the EPA, state environmental agencies and public service commissions. Crafted discovery requests, conducted document review and took depositions. Coordinated regional strategy with coalition partners in Michigan.

**AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,** Detroit, MI — 2008-2011
*Staff Attorney*
Litigated single-plaintiff, multi-plaintiff and class action lawsuits challenging employment discrimination and retaliatory terminations, seeking provision of constitutionally adequate indigent defense, defending religious freedoms, protecting free speech, and advancing education rights. Integrated advocacy experience included speaking engagements, media interviews and policy work.

**CHAMBERS OF JUDGE RAYMOND C. FISHER, NINTH CIRCUIT COURT OF APPEALS**, Pasadena, CA — 2007-2008
*Law Clerk*
Researched and wrote legal memoranda to prepare Judge for oral arguments in a wide variety of cases, including environmental law, maritime law, immigration law, discrimination claims and Establishment Clause claims.

**AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,** Detroit, MI — Summer 2006
*Legal Intern*
Researched and drafted briefs and legal memoranda in several areas, including free exercise and free speech claims.

**GAY AND LESBIAN ADVOCATES AND DEFENDERS,** Boston, MA — Fall 2005
*Legal Intern*
Researched and wrote legal memoranda on state and federal challenges to discrimination against gay, lesbian, and transgender people. Focused on transgender custody rights and the expunction of criminal sodomy records.

**ASSOCIATION FOR CIVIL RIGHTS IN ISRAEL,** Jerusalem, Israel — Summer 2005
*Legal Intern*
Researched and wrote legal memoranda on comparative and international privacy law, asylum law and deportation proceedings for unaccompanied minors.

**YEDID, ASSOCIATION FOR COMMUNITY EMPOWERMENT,** Haifa, Israel — 2003-2004
*Social Justice Fellow*
Designed and implemented Haifa Open Court Project to make judicial system more accessible to people in lower socio-economic groups. Researched and wrote memoranda on American housing law. Authored grant applications.

**EDUCATION**

**HARVARD LAW SCHOOL,** J.D., June 2007
Honors: *magna cum laude*
James Vorenberg Equal Justice Fellowship, Summer 2006
Chayes International Service Fellowship, Summer 2005
Activities: *Civil Rights and Civil Liberties Law Review*, Deputy Editor-in-Chief

**YALE UNIVERSITY,** B.A. with High Honors in Political Science, May 2003
Honors: *magna cum laude*
Pi Sigma Alpha, National Political Science Honor Society
Charles W. Clark Award, Best Senior Thesis in Comparative Politics

**BARS**     Commonwealth of Massachusetts; State of Illinois (inactive)