**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHTON ORR, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF ISAAC D. CHAPUT**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Isaac D. Chaput, hereby declare as follows:

1.      I am a partner in the law firm of Covington & Burling LLP, counsel for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, AC Goldberg, Chelle LaBlanc, David Doe, Ray Gorlin, and Viktor Agatha.  I am admitted pro hac vice in the above-captioned matter.  The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy, as of April 27, 2025, of my web biography, including an exemplary list of representations.

3.      I am a member in good standing of the State Bar of California and the New York State Bar. I am admitted to practice before the United States Courts of Appeals for the Ninth, Tenth, and Eleventh Circuits.  I am admitted to practice before the following United States District Courts: Southern District of New York; Eastern District of New York; Northern District

of California; Central District of California; Southern District of California; Eastern District of

California; Eastern District of Wisconsin.

4.      I received my Juris Doctor *summa cum laude* from Washington University School

of Law in 2014.  Following my graduation, I was associated with the law firm of Cravath,

Swaine & Moore LLP, in New York, New York, from September 2014 through August 2018.  I

have practiced at Covington & Burling LLP since October 2018, as an associate from October

2018 – September 2023, and as a partner since October 2023.  I am a member of Covington's

Class Action practice group.  I also worked on numerous class action matters while employed at

Cravath. I routinely publish on Covington's *Inside Class Actions* blog regarding updates on class

action procedural issues.

5.      I have substantial experience litigating class actions on behalf of defendants.

Recent representative cases include *Doe v. Apple Inc.*, No. 5:24-cv-05107-NW (N.D. Cal.)

(counsel for Apple Inc.); *Amy, et al. v. Apple Inc.*, No. 5:24-cv-08832-NW (N.D. Cal.) (counsel

for Apple Inc.); *Cousart, et al. v. OpenAI L.P., et al.*, No. 3:23-cv-4557-VC (N.D. Cal.) (counsel

for Microsoft Corporation); *In re: Da Vinci Surgical Robot Antitrust Litig.*, No. 3:21-cv-03825-

AMO (N.D. Cal.) (counsel for Intuitive Surgical, Inc.).

6.      My pro bono practice focuses in particular on LGBTQ+ civil rights matters.  For

example, I have appeared as counsel in *Bridge, et al. v. Okla. State Dept. of Educ.*, No. 5:22-cv-

00787-JD (W.D. Okla.) (counsel for plaintiffs); *Bayse v. Philbin, et al.*, No. 1:22-cv-00024 (S.D.

Ga.) (counsel for plaintiff); and *Harmon v. Lewandowski, et al.*, No. 22-55396 (9th Cir.) (counsel

for plaintiff-appellant).

7.      In addition to myself, Covington attorneys Robert Gianchetti, Sean Bender, Ansel Carpenter, Alyssa Curcio, Will Kasper, Gavin Jackson, Ariel Mor, and Jon Thompson, and Covington paralegal Dorielle Hammonds are working on this case.

8.      Mr. Gianchetti is a Special Counsel in Covington's litigation practice. Attached as **Exhibit B** is a true and correct copy, as of April 27, 2025, of Mr. Gianchetti's web biography.

9.      I have no conflicts of interest with any members of the classes nor, to my knowledge, do any of the other Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 29, 2025                              /s/ *Isaac D. Chaput*
                                                        Isaac D. Chaput

# EXHIBIT A

# COVINGTON

## Isaac D. Chaput
Partner

San Francisco
+1 415 591 7020

EMAIL
ichaput@cov.com



## About

Isaac Chaput handles complex commercial litigation, class actions, and mass torts.

Isaac represents clients across a range of industries with a particular focus on technology and life sciences. Their practice encompasses privacy, product liability, trademark, trade secret, antitrust, breach of contract, and other commercial matters. Isaac has significant first-chair experience, having examined witnesses at trial, taken dozens of depositions, and argued numerous trial court motions and appeals. Clients value Isaac's creative, practical, and business-focused advice throughout the litigation lifecycle. They also frequently provide pre-litigation advice to clients facing potential commercial disputes, helping their clients obtain favorable resolutions while avoiding litigation. Isaac maintains an active pro bono practice, including representing transgender and non-binary individuals in civil rights cases.

Isaac is a co-chair of Covington's LGBTQ+ affinity group and deeply involved in the firm's efforts to recruit and mentor diverse attorneys, including LGBTQ+ attorneys.

## Watch: Isaac and members of the Class Actions practice discuss trends in technology industry class actions, as part of our Navigating Class Actions video series.

## Areas of Expertise

- Litigation and Investigations

- Commercial Litigation

- Class Actions

- Product Liability and Mass Torts

- Life Sciences

- Technology

- Artificial Intelligence

- Virtual and Augmented Reality

## Representative Matters

- Representation of leading technology company in putative privacy class action relating to generative artificial intelligence services.

- Representation of leading pharmaceutical company in trade secret and breach of contract arbitration, obtaining a complete defense victory against plaintiff's demands totaling more than $1.8 billion.

- Representation of consumer products company in trademark infringement lawsuit; won two dismissals, including a Court dismissal of all claims and subsequently a voluntary dismissal by the plaintiff of the second amended complaint.

- Representation of advisory and investment firm in successful appeal before California Court of Appeal involving personal jurisdiction issues.

- Representation of major medical device manufacturer in antitrust class action and related competitor litigation.

- Representation of life sciences/agriculture company as claimant in nine-figure breach of contract and breach of fiduciary duty arbitration.

- Representation of software company in trademark litigation seeking over $100 million in damages.

- Representation of major food services company in class action litigation regarding labor practices.

## Credentials

**Education**
- Washington University School of Law, J.D.

    □ summa cum laude

    □ Order of the Coif

    □ *Washington University Law Review*, Articles Editor

- St. Olaf College, B.A.

**Bar Admissions**
- California

- New York

**Pro Bono**
- Representation of Oklahoma transgender students in case challenging the constitutionality of Oklahoma SB 615, with co-counsel at ACLU, ACLU of Oklahoma, and Lambda Legal.

- Representation of over 50 Florida doctors in amicus brief supporting proposed Florida constitutional amendment to protect abortion access.

- Representation of non-binary person in Ninth Circuit appeal of an order granting summary judgment to California correctional officers for failure to protect against a sexual assault.

**Accolades**
- *San Francisco Business Times*, **"40 Under 40"** (2024)

---

# News and Insights



PRESS RELEASE    THURSDAY, FEBRUARY 27, 2025

## *Daily Journal* Names Covington's Defense Wins for Meta and Microsoft as Top Verdicts of 2024

LOS ANGELES/SAN FRANCISCO/WASHINGTON— The Daily Journal selected Covington's successful defense of Meta, in the Social Media Cases, and Microsoft, in the Cousart v. OpenAI LP class action, as two of its Top Verdicts of 2024, recognizing the...



BLOG    FRIDAY, JANUARY 17, 2025

## Supreme Court Holds That Post-Removal Amendment of Complaint Can Destroy Federal Jurisdiction

The Supreme Court recently held in Royal Canin U.S.A., Inc. v. Wullschleger that even if a defendant properly removes a complaint from state to federal court based on federal question jurisdiction, a plaintiff's post-removal amendment of the complaint to...



BLOG    THURSDAY, JUNE 27, 2024

## A Closer Look: Ninth Circuit Extends American Pipe Tolling to Potentially Excluded Class Members in Face of Ambiguous Class Definitions

In a case of first impression, the Ninth Circuit recently held that when there is ambiguity about the scope of a putative or certified class, American Pipe statute of limitations tolling should generally apply to potentially excluded class members. ...



BLOG    FRIDAY, MAY 17, 2024

## Supreme Court Says Courts Cannot Dismiss Claims Pending Arbitration When Stay is Requested

On Tuesday May 16th, the U.S. Supreme Court ruled that a federal district court does not have discretion to dismiss a case where all claims are subject to arbitration and a party has requested a stay. This resolves a long-standing circuit split.  The...



PRESS RELEASE    MONDAY, MAY 6, 2024

## Isaac Chaput Named to *San Francisco Business Times'* 40 Under 40

SAN FRANCISCO— The San Francisco Business Times has named Isaac Chaput to its 2024 40 Under 40 list, a recognition of the "brightest and best young talents in the Bay Area." Isaac is a partner in Covington's San Francisco office...

# COVINGTON

© 2025 Covington & Burling LLP. All Rights Reserved.

Covington & Burling LLP operates as a limited liability partnership worldwide, with the practice in England and Wales conducted by an affiliated limited liability multinational partnership, Covington & Burling LLP, which is formed under the laws of the State of Delaware in the United States and authorized and regulated by the Solicitors Regulation Authority with registration number 77071. The practice in Johannesburg is conducted by an affiliated limited company Covington & Burling (Pty) Ltd. The practice in Dublin Ireland is through a general affiliated Irish partnership, Covington & Burling and authorized and regulated by the Law Society of Ireland with registration number F9013.

# EXHIBIT B

# COVINGTON

## Robert Gianchetti
Special Counsel

New York
+1 212 841 1159

EMAIL
rgianchetti@cov.com



## About

Robert Gianchetti is special counsel in the firm's New York office. Robert focuses on complex civil litigation and white collar defense and investigations. His experience also includes representing and advising professional sports leagues, member clubs, and esports entities on various matters, including with respect to television contracts, collective bargaining agreements, consumer product licensing agreements, and cybersecurity issues.

From 2016-2017, he served as a law clerk to the Hon. Colleen McMahon on the U.S. District Court for the Southern District of New York.

## Areas of Expertise

- Litigation and Investigations
- Commercial Litigation
- White Collar Defense and Investigations
- Regulatory and Public Policy
- Data Privacy and Cybersecurity
- Sports

## Representative Matters

- Representation of a professional sports league and certain member clubs in litigation concerning the relocation of a franchise.
- Representation of certain professional sports teams in adversary proceedings brought in bankruptcy court.
- Advising professional sports entities on cybersecurity issues.
- Representation of a spirits company in litigation concerning a dispute with a spirits startup company.
- Representation of a Fortune 500 company in an SEC investigation and related internal investigation concerning accounting practices.
- Advised a video game trade association in connection with a cybersecurity incident.

## Credentials

| | |
|---|---|
| **Education** | ■ New York University School of Law, J.D., 2016 |
| | □ *magna cum laude* |
| | □ Order of the Coif |
| | □ *New York University Law Review*, Executive Editor |
| | □ Florence Allen Scholar |
| | □ Larry Fleisher Memorial Foundation Prize |
| | ■ University of Pennsylvania, B.A., 2013 |
| | □ Philosophy, Politics & Economics |
| | □ *summa cum laude* |
| | □ Phi Beta Kappa |
| | □ Benjamin Franklin Scholar |
| **Bar Admissions** | ■ New York |
| | ■ U.S. District Court, Southern District of New York |
| | ■ U.S. District Court, Eastern District of New York |
| **Judicial Clerkship** | ■ Hon. Colleen McMahon, U.S. District Court, Southern District of New York, 2016 - 2017 |
| **Pro Bono** | ■ Representation of Salvadoran refugees before the Board of Immigration Appeals in connection with removal proceedings initiated by the Department of Homeland Security. |
| | ■ Advised non-profit organizations on matters related to the COVID-19 pandemic, including with respect to event space contracts. |
| **Accolades** | ■ *Conduct Detrimental: The Sports Law Intersection*, 10 Under 10 in Sports Law (2024) |

## News and Insights



MEDIA MENTION     FRIDAY, FEBRUARY 21, 2025

### Litigation Team Receives Law360 Legal Lions Of The Week Shout-Out

Law360 named a Covington litigation team among their Legal Lions of the Week after a New York federal judge threw out a proposed investor action alleging Peloton Interactive Inc. overstated the safety of its bikes before 2.2 million products were...

COVINGTON



**MEDIA MENTION    FRIDAY, JANUARY 10, 2025**

## Litigator of the Week Runners-Up and Shout-Outs: Covington Secures Temporary Restraining Order for Ready Makers

A Covington team led by Ali Mojibi and Robert Gianchetti received a Litigator of the Week shout-out in AmLaw Litigation Daily for securing a temporary restraining order for blockchain gaming technology company Ready Makers Inc. after filing for emergency...



**MEDIA MENTION    AUGUST 5, 2022**

## Another Stacked Week of Litigator of the Week Runners-Up and Shout Outs

Covington received a "Shout Out" from AmLaw Litigation Daily for its work that turned back a San Diego taxpayer's lawsuit challenging the relocation of the Chargers' National Football League franchise to Los Angeles. According to the "Shout...

# COVINGTON

© 2025 Covington & Burling LLP. All Rights Reserved.

Covington & Burling LLP operates as a limited liability partnership worldwide, with the practice in England and Wales conducted by an affiliated limited liability multinational partnership, Covington & Burling LLP, which is formed under the laws of the State of Delaware in the United States and authorized and regulated by the Solicitors Regulation Authority with registration number 77071. The practice in Johannesburg is conducted by an affiliated limited company Covington & Burling (Pty) Ltd. The practice in Dublin Ireland is through a general affiliated Irish partnership, Covington & Burling and authorized and regulated by the Law Society of Ireland with registration number F9013.