IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States* et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

**DEFENDANTS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants respectfully move to extend the time to respond to Plaintiffs' Amended Complaint, ECF No. 76, until two weeks after the Court rules on Plaintiffs' Motion to Apply the Preliminary Injunction to the Classes (ECF No. 79), which in turn is premised on a ruling on Plaintiffs' Motion for Class Certification (ECF No. 77). Plaintiffs recently amended the complaint to add five additional plaintiffs. ECF No. 76. The Court previously granted a similar request to extend the response deadline until after the Court ruled on Plaintiffs' initial Motion for Preliminary Relief. ECF No. 73; *see* Defendants' Consent Motion for Extension of Time to File Answer, ECF No. 71. Pursuant to the Court's Order, Defendants' answer is due on May 9, 2025. *Id.*; *see* ECF No. 71. That is the same deadline pursuant to Federal Rule of Civil Procedure 15 for response to amended pleadings. Because of the pendency of another motion for preliminary relief, and because Defendants also need more time to investigate the claims of additional plaintiffs, Defendants request that the response deadline be extended again until after the Court rules on Plaintiffs' motions.

Plaintiffs' counsel has indicated that Plaintiffs do not oppose this request.

1

Dated: May 2, 2025                              Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
BENJAMIN T. TAKEMOTO
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-5046
E-mail: elizabeth.b.layendecker@usdoj.gov

*Counsel for Defendants*