# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br>　　　　　　　　　*Plaintiffs*,<br>　v.<br>DONALD J. TRUMP, *et al.*,<br>　　　　　　　　　*Defendants*. | Case No. 1:25-cv-10313-JEK |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT C. GIANCHETTI

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs, by their undersigned attorney, hereby move for admission *pro hac vice* of their counsel Robert C. Gianchetti. As grounds, Plaintiffs state:

1. Robert C. Gianchetti is an attorney practicing with the law firm Covington & Burling LLP and is a member in good standing of the Bar of the State of New York.

2. In further support of their motion, Plaintiffs submit **Exhibit A**, the Certificate of Robert C. Gianchetti, stating that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the Local Rules of this Court.

WHEREFORE, this Court should grant the admission of attorney Robert C. Gianchetti *pro hac vice* to the Bar of this Court.

                                        Respectfully submitted,

May 7, 2025                                    /s/ Jessie J. Rossman

                                        Jessie J. Rossman (BBO # 670685)
Zoe Kreitenberg (BBO # 715356)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
zkreitenberg@aclum.org

Jon W. Davidson (*pro hac vice*)
   (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
   (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Isaac D. Chaput (*pro hac vice*)
William P. Kasper *(pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400

San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti\*
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*


\**pro hac vice* forthcoming

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Jessie J. Rossman, hereby certify that in accordance with Local Rule 7.1(a)(2), Plaintiffs' counsel conferred with counsel for Defendants via email on April 30, 2025, and they indicated that Defendants do not oppose this motion for *pro hac vice*.

/s/ *Jessie J. Rossman*
Jessie J. Rossman

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Jessie J. Rossman*
Jessie J. Rossman