# EXHIBIT A

**CERTIFICATE OF ROBERT C. GIANCHETTI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Robert C. Gianchetti certifies and says:

1.  I am an attorney at Covington & Burling LLP and one of the counsel for Plaintiffs in this matter.

2.  My business address is 620 Eighth Avenue, New York, New York 10018.  My business telephone number is 212-841-1159.

3.  I have been admitted to practice in the State of New York.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this 29th day of April, 2025, under penalties of perjury that the foregoing is true and correct.

Executed on April 29, 2025

_____
Robert C. Gianchetti