## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>       *Defendants*. | Case No. 1:25-cv-10313-JEK |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Robert C. Gianchetti, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: May 12, 2025

Respectfully submitted,

/s/ *Robert C. Gianchetti*

Robert C. Gianchetti
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1159
rgianchetti@cov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

Dated: May 12, 2025                                                         */s/ Robert C. Gianchetti*
                                                                                            Robert C. Gianchetti