UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-10313-JEK |

### NOTICE OF ERRATUM REGARDING PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

Plaintiffs respectfully submit this erratum regarding their Amended Class Action Complaint for Declaratory and Injunctive Relief (the "Amended Complaint"), filed on April 25, 2025. ECF No. 76. Plaintiffs hereby notify the Court and Defendants that, due to a clerical error, Plaintiff Ray Gorlin was incorrectly referred to as "he was," rather than "they were," in paragraph 241 of the Amended Complaint. To correct the error, Plaintiffs are concurrently filing a corrected version of the Amended Complaint.

The corrected version of the Amended Complaint only amends these two words in the previously-filed Amended Complaint and makes no other substantive changes to ECF No. 76.

| | |
|---|---|
| May 13, 2025 | */s/ Isaac D. Chaput* <br> Isaac D. Chaput (*pro hac vice*) <br> William P. Kasper (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 94105 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br> ichaput@cov.com <br> wkasper@cov.com <br><br> Jessie J. Rossman (BBO # 670685) <br> Zoe R. Kreitenberg (BBO #715356) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF MASSACHUSETTS, INC. <br> One Center Plaza, Suite 850 <br> Boston, MA 02108 <br> Telephone: 617-482-3170 <br> jrossman@aclum.org <br> zkreitenberg@aclum.org <br><br> Jon W. Davidson (*pro hac vice*) <br>     (admitted only in California) <br> Li Nowlin-Sohl (*pro hac vice*) <br>     (admitted only in Washington) <br> Sruti J. Swaminathan (*pro hac vice*) <br> Malita V. Picasso (*pro hac vice*) <br> James D. Esseks (*pro hac vice*) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Telephone: 212-549-2500 <br> Facsimile: 212-549-2650 <br> jondavidson@aclu.org <br> lnowlin-sohl@aclu.org <br> sswaminathan@aclu.org <br> mpicasso@aclu.org <br> jesseks@aclu.org |

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput
