IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ASHTON ORR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEFS

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully seek leave to file reply briefs in support of their pending motions for class certification and to apply the Court's preliminary injunction to the proposed classes. Defendants have consented to this request. In support of this request, Plaintiffs state as follows:

1. On April 18, 2025, this Court granted in part Plaintiffs' Motion for Preliminary Injunction, concluding that Plaintiffs were likely to succeed on their claim that Defendants' policy regarding sex designations on passports violated Plaintiffs' rights under the Equal Protection guarantee of the United States Constitution, as well as the Administrative Procedure Act and the Paperwork Reduction Act (ECF No. 74).

2. On April 30, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 77), as well as a Motion to Apply the Preliminary Injunction to the Classes (ECF No. 79). The Court has set a hearing for May 27, 2025 on these motions (ECF No. 85).

3. On May 14, 2025, Defendants filed their responses in opposition to these motions (ECF Nos. 88, 89).

4. To respond to certain arguments, omissions, and cases cited in Defendants' opposition briefs, Plaintiffs seek leave to file reply briefs, not to exceed 5 pages each, in further support of their motions.

5. Consistent with the Court's orders granting leave to file a reply brief in support of Plaintiffs' Motion for Stay of Agency Action and Preliminary Injunction (ECF Nos. 40, 46), Plaintiffs propose that these reply briefs be due on or before May 21, 2025—*i.e.*, seven days after submission of Defendants' responses in opposition.

May 15, 2025

Respectfully submitted,

<u>/s/ Isaac D. Chaput</u>
Isaac D. Chaput (*pro hac vice*)
William P. Kasper (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
Zoe R. Kreitenberg (BBO #715356)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
zkreitenberg@aclum.org

Jon W. Davidson (*pro hac vice*)
   (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
   (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jthompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on May 15, 2025, with counsel at the Department of Justice, Elizabeth Layendecker, who indicated that Defendants consent to this request.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput