**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASHTON ORR et al., *Plaintiffs*, v. DONALD J. TRUMP, *in his official capacity as President of the United States* et al., *Defendants*. | Civil Action No. 1:25-cv-10313 |

## DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 85.5.2(c), Defendants move for leave to withdraw Benjamin T. Takemoto as counsel. The basis for the withdrawal is that Mr. Takemoto's employment with the Federal Programs Branch will conclude on May 18, 2025. Defendants will continue to be represented by the remaining Department of Justice counsel.

Dated: May 16, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*