IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

**JOINT MOTION FOR PROPOSED AMENDED AGREED PROTECTIVE ORDER REGARDING PLAINTIFF PSEUDONYMS**

The Parties hereby submit this Joint Motion for Proposed Amended Agreed Protective Order Regarding Plaintiff Pseudonyms.

On February 19, 2025, Plaintiffs filed a Motion for Leave to Proceed Pseudonymously. ECF 38. On March 18, 2025, the Court granted that motion and entered a Protective Order governing disclosure of Plaintiffs Boe and Soe's real names. On May 21, 2025, Plaintiffs filed a second Motion to Proceed Pseudonymously (ECF 96) (the "Second Pseudonym Motion") concerning newly-added plaintiff David Doe ("Doe"). Defendants do not oppose the Second Pseudonym Motion.

As stated in the Second Pseudonym Motion, Plaintiffs have no objection to providing Defendants with the non-pseudonymous name of Doe under an appropriate protective order. To facilitate Defendants' counsel receiving the non-pseudonymous name of Doe prior to the Court ruling on the Second Pseudonym Motion, and to provide protections should the Court grant the Second Pseudonym Motion, the Parties have agreed to the accompanying Proposed Amended Agreed Protective Order Regarding Plaintiff Pseudonyms, which brings Doe's identity and identifying information within the protection of the existing Agreed Protective Order.

1

The Parties therefore respectfully request that the Court enter the Proposed Amended Agreed Protective Order Regarding Plaintiff Pseudonyms.

May 21, 2025

Respectfully submitted,

/s/ Isaac D. Chaput
Isaac D. Chaput (*pro hac vice*)
William P. Kasper (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
Zoe R. Kreitenberg (BBO #715356)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
zkreitenberg@aclum.org

Jon W. Davidson (*pro hac vice*)
  (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
  (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jthompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

Yaakov M. Roth
Acting Assistant Attorney General

Jean Lin
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*

ELIZABETH B. LAYENDECKER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Phone: (202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on May 20, 2025 with counsel at the Department of Justice, Elizabeth B. Layendecker, who indicated that Defendants joined this motion.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput