IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned attorney in the above-captioned case as counsel for the Defendants.

Dated: May 23, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

/S/*Michael K. Velchik*
MICHAEL K. VELCHIK
Senior Counsel
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 860-8388
E-mail: michael.velchik@usdoj.gov

*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on May 23, 2025.

/s/Michael K. Velchik
MICHAEL K. VELCHIK