**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHTON ORR et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-10313 |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, et al., | |
| *Defendants*. | |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Memorandum Opinion and Order, entered at ECF No. 74 on April 18, 2025, and this Court's Order of Preliminary Injunction entered at ECF No. 75 on April 18, 2025.

Dated: June 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on June 13, 2025.

*Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER