UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Orr et al v. Trump et al

District Court Number: 25cv10313-JEK

Fee: Paid? Yes ____ No ____   Government filer _X_   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes _X_ No ____
*If yes, document #* 77,79,109

Sealed documents   Yes ____ No _X_
*If yes, document #* _____

*Ex parte* documents   Yes ____ No _X_
*If yes, document #* _____

Transcripts   Yes _X_ No ____
*If yes, document #* 65,105

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#74 Memorandum and Order, #75 Order of Preliminary Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#74, #75, and #111

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __111__ filed on __June 13, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __June 13, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**