IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFFS' MOTION TO ENFORCE OR MODIFY PRELIMINARY INJUNCTION AND FOR EXPEDITED BRIEFING

  Pursuant to the Court's inherent authority to enforce its orders, Plaintiffs respectfully move this Court for an order enforcing its Order of Preliminary Injunction (the "Preliminary Injunction") (ECF 116) by requiring Defendants' full compliance with the Preliminary Injunction within twenty-four hours of that order's issuance; or, given the nature of the relief requested, Plaintiffs alternatively request that the Court modify the Preliminary Injunction to achieve that same end.  In addition, in light of Defendants' delays in complying with the Preliminary Injunction, and considering the pressing need of class members with imminent travel plans to quickly obtain usable travel documents, Plaintiffs respectfully request, pursuant to Local Rule 7.1(b)(2), that the Court order Defendants to file their opposition to this Motion by 11:59 pm ET on Friday, June 27, 2025.

  This Motion is based on the memorandum of support and accompanying declarations filed herewith.

1

| | |
|---|---|
| June 25, 2025 | Respectfully submitted, |

/s/ *Isaac D. Chaput*
Isaac D. Chaput (*pro hac vice*)
William P. Kasper (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
Zoe R. Kreitenberg (BBO #715356)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
zkreitenberg@aclum.org

Jon W. Davidson (*pro hac vice*)
  (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
  (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
jthompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on June 23, 2025 and June 25, 2025, with counsel at the Department of Justice, Elizabeth Layendecker, who indicated on June 24, 2025 and June 25, 2025 that Defendants oppose the motions to enforce the Preliminary Injunction Order and for expedited briefing.

*/s/ Isaac D. Chaput*
Isaac D. Chaput

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput