IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>                *Plaintiffs*,<br>     v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>               *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF PLAINTIFFS'
MOTION TO ENFORCE OR MODIFY PRELIMINARY INJUNCTION**

I, Isaac D. Chaput, hereby declare as follows:

1.  I am a partner with the law firm of Covington & Burling LLP, counsel for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, Viktor Agatha, David Doe, AC Goldberg, Ray Gorlin, and Chelle LeBlanc. On June 17, 2025, along with the other counsel for those Plaintiffs, I was appointed as class counsel for the two classes certified by the court. ECF 115 at 32. I am admitted *pro hac vice* in the above-captioned matter. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.  On April 18, 2025, the Court issued a Preliminary Injunction enjoining Defendants from enforcing the Passport Policy against plaintiffs Orr, Perysian, Soe, Anderson, Hall, and Boe and ordering Defendants to issue these plaintiffs passports consistent with the State Department's policy as of January 19, 2025. ECF 75. Plaintiffs were able to work constructively with Defendants to implement this Preliminary Injunction, and the six named plaintiffs covered by that

1

injunction have been issued new passports bearing the sex marker that was requested in the passport application.

3. On June 17, 2025, the Court issued an order certifying two classes and applying its April 2025 Preliminary Injunction to certain members of those classes. ECF 115, 116. Soon after those orders were docketed, members of these newly certified classes began contacting class counsel to understand how they could obtain passports containing their self-selected sex marker.

4. Attached hereto as **Exhibit A** is a true and correct copy, as of June 25, 2025, of email correspondence between class counsel and Elizabeth Layendecker, counsel for Defendants, relating to the Court's June 17, 2025 orders.

5. Attached hereto as **Exhibit B** is a declaration of class member Rhian Thelma Boarmyn. I am informed and believe this declaration was prepared and signed on June 24, 2025.

6. Attached hereto as **Exhibit C** is a declaration of class member Theodore Stanford Davenport. I am informed and believe this declaration was prepared and signed on June 24, 2025.

7. Attached hereto as **Exhibit D** is a declaration of class member Archer Christian Lombardi. I am informed and believe this declaration was prepared and signed on June 24, 2025.

8. Attached hereto as **Exhibit E** is a declaration of class member Andrew Sass-Cao. I am informed and believe this declaration was prepared and signed on June 24, 2025.

9. Attached hereto as **Exhibit F** is a declaration of class member Chris Schindler. I am informed and believe this declaration was prepared and signed on June 24, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 25, 2025                                      */s/ Isaac D. Chaput*
                                                                          Isaac D. Chaput