# Exhibit A

| | |
|---|---|
| **From:** | Layendecker, Elizabeth B (CIV) |
| **To:** | Carpenter, Ansel; Bender, Sean |
| **Cc:** | Li Nowlin-Sohl; Chaput, Isaac; Gianchetti, Robert C; Jon Davidson - he/him/his; Jessie Rossman; Lin, Jean (CIV); Farquhar, Rayford (USAMA); Velchik, Michael (CIV); Littman, Jared J (CIV) |
| **Subject:** | RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction |
| **Date:** | Wednesday, June 25, 2025 5:16:02 PM |
| **Attachments:** | image001.png |

**[EXTERNAL]**

Hi Ansel,

The State Department informed us that passport offices received interim instructions to hold passport applications for applicants who might be class members pending finalization of the State Department's process for PI class members.

Kind regards,
Brooke

**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 616-5046

---

**From:** Carpenter, Ansel <ACarpenter@cov.com>
**Sent:** Wednesday, June 25, 2025 2:33 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Bender, Sean <SBender@cov.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Jared J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

Hi Brooke,

We'll note your opposition to our proposed timeline. We are seeking further expedition in part because (as you'll see in the motion) we've now gotten reports that passport offices have been instructed not to comply with the court's order, so this issue needs to be settled promptly.

Best,
Ansel

---

**From:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>

**Sent:** Wednesday, June 25, 2025 11:14 AM
**To:** Bender, Sean <SBender@cov.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Jared J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

**[EXTERNAL]**

Hi Sean,

We oppose a 1-day or 2-day deadline of Friday, June 27 to file an opposition to the motion to compel. Per your email of June 23 (just two days ago), you proposed that Defendants would have one week to respond. You now appear to dramatically slash that timeline without any justification.

Assuming that there have been no significant changes, we are open to agreeing to a shorter briefing schedule than the 14 days that the Local Rules contemplate, but most certainly not one or two days to respond. And assuming that you file the motion to compel today or tomorrow, we propose that the opposition to the motion to compel be due Monday, July 7 (6-7 business days), and the Reply be due Friday, July 11.

Kind regards,
Brooke


**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 616-5046

---

**From:** Bender, Sean <SBender@cov.com>
**Sent:** Wednesday, June 25, 2025 12:43 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Jared J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

Brooke,

Thank you for your response.

One update to the below: as part of our motion for expedited briefing, Plaintiffs intend to ask the Court to order Defendants to file any opposition by 11:59 pm ET this Friday, June 27. Pursuant to Local Rule 7.1, please confirm your position on this motion by **5 pm ET today**.

Best,
Sean

**Sean Bender**
he/him

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5643 | sbender@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Sent:** Tuesday, June 24, 2025 2:46 PM
**To:** Bender, Sean <SBender@cov.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Jared J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

**[EXTERNAL]**
Hi Sean,

The Department understands its obligations and has been working diligently since the day it received the Court's order, including ensuring the passport application process proceeds smoothly for class members. Unlike the earlier change in policy, which applied universally, and because Class Counsel have opted not to have notifications to the class to identify class

members, compliance with the court order requires the State Department to develop both manual and electronic systems for identifying the class members as defined by the court and workstreams to process class members' applications that have also been defined by the court and include multiple application types.  These are new and labor intensive processes, which cannot be accomplished in mere days, but the Department is moving as quickly as it is able, and as soon as these new processes have been fully developed, guidance to both class members and adjudicators can be finalized.  In the meantime, as noted before, if a class member's urgent travel plans make it impossible to obtain a passport consistent with the Court's order, the class member may later submit an application to correct the passport pursuant to the processes that State expects to soon adopt.

Defendants oppose both motions.

Kind regards,
Brooke


**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 616-5046


---

**From:** Bender, Sean <SBender@cov.com>
**Sent:** Monday, June 23, 2025 5:32 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Matthew J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

Brooke,

Thank you for your note, but it is largely non-responsive and provides no concrete information.  The Court's order enjoining Defendants from enforcing the Passport Policy has been in effect since June 17—nearly a full week.  Despite this, we continue to hear from class members to whom the order applies—some of whom have imminent travel plans—who have been denied the ability to self-select a passport sex designation by passport office employees.  Defendants were able to implement the now-enjoined Passport Policy within days of President Trump's

Executive Order that we are challenging in this case.  We see no reason—and you have provided none—that returning to the process that the government had in effect under the policy in effect prior to that Executive Order cannot proceed with similar speed.

Given your delay in complying with the injunction and your refusal to provide any specific explanation for that delay, steps that are being taken to comply with the injunction, or a date certain by which the injunction will be implemented, we have no choice but to move to enforce the injunction and move for expedited briefing on that enforcement motion.  With respect to briefing, we will ask the Court to order Defendants to file any opposition within one week of Plaintiffs' motion.  Pursuant to Rule 7.1, please confirm your position on those motions by tomorrow, **June 24, at 3 pm ET.**  We remain available to confer further regarding these issues; if it would be productive to do so, please provide some times that work on your end this afternoon/evening or tomorrow prior to 3pm.  We would, of course, reevaluate the need for the Court to intervene if Defendants provide answers to our questions by that time, provided that the answers are comprehensive and reasonable.

Best,
Sean


**Sean Bender**
he/him

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5643 | sbender@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Sent:** Friday, June 20, 2025 3:02 PM
**To:** Bender, Sean <SBender@cov.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>; Littman, Matthew J (CIV) <Jared.Littman2@usdoj.gov>
**Subject:** RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

**[EXTERNAL]**

Hi Sean,

As stated, the State Department is working as fast as possible to implement the Court's order in a manner that ensures uniform administration and consistency with government policies and procedures. We anticipate that we will have more information to share with you all—and the public—in the coming days. At present, class members can continue to submit passport applications. Any class member who receives an incorrect passport due to an error can file an application to get their marker corrected, free of charge.

Kind regards,
Brooke

**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
(202) 616-5046

---

**From:** Bender, Sean <SBender@cov.com>
**Sent:** Thursday, June 19, 2025 7:21 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>
**Subject:** [EXTERNAL] RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

Brooke,

While we appreciate your response, we do require answers to the questions we posed yesterday. As class counsel, we have a duty to provide timely information to absent class members about how the government is implementing the preliminary injunction and how absent class members may obtain the relief to which they are entitled. Without answers to our questions, we are not able to provide accurate, timely information to class members. And you have a duty to ensure that the Preliminary Injunction is implemented in such a way that class members can understand what they need to do to actually receive relief, which requires answers to our questions.

If defendants continue to refuse to provide this basic information, we will move to compel responses.

Best,
Sean


### Sean Bender

he/him

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5643 | sbender@cov.com

www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>
**Sent:** Thursday, June 19, 2025 4:41 PM
**To:** Bender, Sean <SBender@cov.com>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>
**Subject:** RE: Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

**[EXTERNAL]**
Hi Sean,

We confirm that the State Department is making its best efforts to comply with the preliminary injunction issued by the court on Tuesday and is actively taking steps to implement the order.

Kind regards,
Brooke


**E. Brooke Layendecker**
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch

(202) 616-5046

---

**From:** Bender, Sean <SBender@cov.com>
**Sent:** Wednesday, June 18, 2025 5:12 PM
**To:** Layendecker, Elizabeth B (CIV) <Elizabeth.B.Layendecker@usdoj.gov>; Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Farquhar, Rayford (USAMA) <Rayford.Farquhar@usdoj.gov>; Velchik, Michael (CIV) <Michael.Velchik@usdoj.gov>
**Cc:** Li Nowlin-Sohl <lnowlin-sohl@aclu.org>; Chaput, Isaac <IChaput@cov.com>; Carpenter, Ansel <ACarpenter@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>; Jon Davidson - he/him/his <JonDavidson@aclu.org>; Jessie Rossman <JRossman@aclum.org>
**Subject:** [EXTERNAL] Orr v. Trump, 1:25-cv-10313 -- Implementation of Preliminary Injunction

Counsel,

We write concerning the implementation of the Court's Order of Preliminary Injunction (ECF 116) (the "Preliminary Injunction"). The Preliminary Injunction went into effect "immediately upon the docketing of" the Court's order. As you know, it requires Defendants to promptly issue passports under the terms of the Preliminary Injunction to certain members of the two classes certified by the Court. It is our expectation that some class members—particularly those with imminent travel plans—will begin applying for passports immediately, and we understand that some class members have already sought to do so. Specifically, we have already heard from one class member who inquired at the passport office about applying for a passport with an updated sex designation, only to be informed that the office hasn't received any guidance on how to implement the Preliminary Injunction.

Given this, please confirm the steps Defendants will take to immediately implement the Preliminary Injunction. We expect that it is most straightforward to simply put in place the process that the government had in effect under the prior policy. In any event, there should be no meaningful delay in Defendants' compliance (especially in light of how quickly the government changed the application process once the Executive Order issued). Among other things, please specifically confirm:

- Whether Defendants intend to implement the "check box" specified in paragraph 3 of the Preliminary Injunction asking applicants to attest that the Preliminary Injunction applies to them;
- What method of application (e.g., reverting to the prior forms used under the prior policy) an applicant will have to utilize;
- The expected timeline for when application materials compliant with the Preliminary Injunction will be available for use, and how applicants can apply for passports compliant with the Preliminary Injunction before Defendants make those materials available;
- How Defendants intend to comply with the Preliminary Injunction with respect to any class members who have already submitted applications for passports without

- imposing undue burdens on them; and
- The mechanism Defendants will establish by which class members who have received a passport with a sex designation inconsistent with their gender identity and their requested sex designation since January 20, 2025, may correct this (e.g., by submitting a DS-5504 without a fee) to correct their sex designation.

Given the time-sensitive nature of these questions, and that the Preliminary Injunction is already in effect, we ask that Defendants provide a response by **5:00 pm ET tomorrow, June 19**.  While we're glad to confer on any of these issues, we'll need to move to compel compliance on an expedited basis if we do not receive a response by that time.

**Sean Bender**
he/him

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5643 | sbender@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.