# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>                *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF RHIAN THELMA BOARMYN**

I, Rhian Thelma Boarmyn, hereby declare and state as follows:

    1.    My name is Rhian Thelma Boarmyn. I submit this declaration in support of Plaintiffs' Motion to Enforce or Modify Preliminary Injunction.

    2.    I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

    3.    I am a United States citizen, but I live in Lisbon, Portugal. I am 37 years old and use "she" and "her" pronouns.

    4.    I am a nonbinary woman. I was diagnosed with gender dysphoria in April 2024.

    5.    My current valid passport contains the correct sex designation but does not have my legal name. I live abroad and travel frequently, and the mismatch in my identity documents causes problems.

    6.    In February 2025, I attempted to update my passport to reflect my legal name, but was informed by the passport office that any newly issued passport would revert my sex

designation to my sex assigned at birth. For this reason, I requested that my materials be returned to me and did not update my passport at that time.

7. On June 13, my wife and I traveled to the United States so I could access medical care. I am a veteran and receive my medical care in the U.S.

8. On June 17, I learned about the court order allowing me to update my passport. My wife scheduled an appointment for me at the passport office in Seattle located at Fifth and Yesler Building, 300 5th Ave #600, Seattle, WA 98104 for June 20.

9. Prior to the appointment, I wanted to make sure that I had everything I needed to secure the name change on my passport. I called the State Department's passport line at 1-877-487-2778. I explained my situation and asked whether the State Department will issue me a passport with the correct sex designation and name, pursuant to the recent court order. The employee had not heard of the injunction and left to speak with a supervisor. The employee came back and said that there should be no problem updating my name and that the passport office should contact the State Department if they have any questions.

10. I felt heartened by this response, but I wanted to make sure that I would receive consistent advice, so I called the 1-877 number again. A different employee told me that they didn't know about the injunction and went to speak with a supervisor. The employee then said that he hadn't received any guidance on the issue and that I would likely not be able to update the name on my passport without receiving the wrong sex designation. This employee said that they had been instructed to operate pursuant to the Executive Order that was issued on January 20.

11. I was concerned about this, but I decided to try my luck at the passport office in Seattle. I brought the DS-82 passport renewal form, the DS-5504 name change form, the court

order of my legal name change, proof of my flight, and a copy of the injunction, among other documents.

12. When I was called to the window, I asked to speak with a supervisor because I knew the issue would be escalated. The passport officer asked, "Is this a gender thing?" I said yes. He yelled, "Hey I need a supervisor. This is a gender thing."

13. The supervisor came to the window and identified himself as the director of adjudication for the Seattle office. He said that they received guidance on June 18 that they should neither approve nor deny passport applications that request a sex designation different from the applicant's sex assigned at birth, or applications requesting a name change for an applicant whose requested sex designation is not their sex assigned at birth. He said, "I would encourage you not to apply right now because I cannot guarantee that your passport will be returned to you."

14. I decided not to submit my passport and to wait for further guidance. I canceled my flight to Lisbon scheduled for June 23 and have rebooked the flight for July 3.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*Rhian Boarmyn*

Rhian Thelma Boarmyn