Exhibit C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, et al.,

       *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

       *Defendants*.

Case No. 1:25-cv-10313-JEK

## DECLARATION OF THEODORE STANFORD DAVENPORT

I, Theodore Stanford Davenport, hereby declare and state as follows:

1.      My name is Theodore Stanford Davenport. I submit this declaration in support of Plaintiffs' Motion to Enforce or Modify Preliminary Injunction.

2.      I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3.      I am a United States citizen, and I live in Seattle, Washington.  I am 30 years old and use "he" and "him" pronouns.

4.      I am a transgender man and nonbinary. I was diagnosed with gender dysphoria in 2017.

5.      I am a Ph.D. student studying geography.

6.      My passport, containing the wrong name and wrong sex designation, expired in March 2025. I have been closely following this case and hoping that it would enable me to get an accurate passport.

7.      On June 18, I applied for a new passport at the Seattle passport office located at Fifth and Yesler Building, 300 5th Ave #600, Seattle, WA 98104. I submitted the DS-82 passport form and a court-ordered name change, among other documents.

8.      I asked whether my passport would contain the correct "M" sex designation as requested on my application. The passport officer I spoke with responded that they didn't know but that I should "expect to have problems."

9.      On June 23, I went to pick up my passport. The passport officer told me that I had two options: receive a passport now with an incorrect "F" sex designation or allow my application requesting an "M" sex designation to be processed, which would hold up my application indefinitely. They told me that my name change could be reflected on my new passport.

10.     I asked the passport officer about the court order and presented them with a copy. They responded to the effect of, "We haven't gotten any guidance about complying with the court order. Tomorrow the Fourth Circuit or the Supreme Court could rule against it, so we're not doing anything."

11.     Because there was no indication of when I could receive an accurate passport, I said that I would take the passport with the "F" sex designation.

12.     I had a vacation to Vancouver planned for June 27-July 1, but I no longer plan to go because I don't feel safe traveling on a passport with the incorrect sex designation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Theodore Stanford Davenport