# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-10313-JEK |

## DECLARATION OF ARCHER CHRISTIAN LOMBARDI

I, Archer Christian Lombardi, hereby declare and state as follows:

1. My name is Archer Christian Lombardi. I submit this declaration in support of Plaintiffs' Motion to Enforce or Modify Preliminary Injunction.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States citizen, and I live in Loomis, California. I am 44 years old and use "he" and "him" pronouns.

4. I am a transgender man. I was diagnosed with gender dysphoria in 2015.

5. My existing passport issued after January 20, 2025, contained an inaccurate "F" sex designation. I fell into a deep depression after receiving the wrong sex designation on my passport. I recently realized that I couldn't find that passport while packing for an international trip this Saturday and was thrilled to hear about the court order that would now allow me to get an "M" sex designation on my passport. Emotionally, it's been a rough ride. But when the court

1

finally ruled that I can have an "M" on my passport again, it felt like the first real glimmer of light in a long time. A small change, maybe — but a deeply meaningful one. A new and accurate passport is vital to my well-being.

6. On June 20, I went to the passport office in San Francisco located at Phillip Burton Federal Building, 450 Golden Gate Ave #3-2501, San Francisco, CA 94102. I submitted the DS-11 passport application, the DS-64 form for a lost passport, and my old invalid passports, among other documents. I was told to come back at 3:00 pm to pick up my passport.

7. At 2:40 pm, I received a call from a 202 area code informing me that there was an issue with my photo. I raced to Walgreens to get a new passport photo and was able to make it back to the passport office by 3:00 pm. I submitted my newly taken passport photo, and the passport officer confirmed that they will be able to print my passport that day.

8. After some time, someone at the passport office asked to speak with me. He first told me that there was an issue with my photo, and I informed him that I submitted a new photo.

9. He then made a statement to the effect that, "Also, we're not going to give you a passport with a male gender marker." I told him about the injunction, cited the case name, and provided the judge's name. He made a statement to the effect that, "we don't answer to courts. We get our guidance from the State Department." Flabbergasted, I followed up, "You're telling me that you don't have to follow the law?" He responded, "We don't."

10. I pleaded that I want to travel with my wife and son as safely as possible. He said that his hands are tied.

11. He went into his office and returned with a memo from the State Department issued on June 18 that advised passport offices to stop processing passport applications of anyone seeking to change their sex designation.

12. I said that if the State Department could not issue me a passport with an "M" sex designation, then I want to withdraw my passport application. He asked that I write a letter to that effect. An accurate photo of the letter is attached as Exhibit B.

13. He told me that he would call me on Monday with more information. On Monday, he did indeed call, but said he still didn't have any further guidance from the State Department.

14. I am going on a cruise to Alaska & Canada with my family on June 28 and need a passport to embark on the ship. I hope to have an accurate passport by that date.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Archer Christian Lombardi



6/20/2025

I wish to withdraw my application because they are denying me the correct gender marker & ignoring the ruling from 6/17/2025 by US District Judge Julia Kobick.

Archer Lombardi