# Exhibit E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHTON ORR, *et al.*, | |
| *Plaintiffs*, | Case No. 1:25-cv-10313-JEK |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF ANDREW SASS-CAO**

I, Andrew Sass-Cao, hereby declare and state as follows:

1.      My name is Andrew Sass-Cao.  I submit this declaration in support of Plaintiffs'
Motion to Enforce or Modify the Preliminary Injunction.

2.      I am over the age of 18, of sound mind, and in all respects competent to testify.  I
have personal knowledge of the information contained in this Declaration and would testify
competently to those facts if called to do so.

3.      I am a United States citizen and resident of Saint Albans, Vermont.  I am forty-
one years old and use "he" and "him" and "they" and "them" pronouns.  I have lived in Vermont
since August 2024, when I moved here from Oakland, California.

4.      I am an author, and I work part-time for a literary agent.

5.      I am a nonbinary, trans masculine person.  My sex assigned at birth was female,
but I have a male gender identity.

6.      I began accessing gender affirming medical care to treat my gender dysphoria in
2013.

1

7.      In 2014, I had my first name legally changed to Andrew, and I updated my identity documents to reflect a male sex designation and my new first name, including my passport.  That passport expired on December 14, 2024.

8.      In 2022, I got married, and in 2024, after moving to Vermont, I legally changed my surname to Sass-Cao.  I was able to update most of my identity documents to reflect my new marital name in 2024 and hoped to do the same with my passport as soon as I learned that I had to be in London for work in March 2025.

9.      On March 7, 2025, my husband and I went to a same-day passport office in Saint Albans located at 50 S Main Street, Saint Albans, Vermont 05478, to update my surname on my passport and renew my expired passport at the same time.

10.     My husband and I went back to the office to pick up my passport that same day in the afternoon, and the passport office had issued me a new passport with my updated surname, but reverted my male sex designation to an "F" sex designation.

11.     When my husband asked the individuals working at the office why they changed my sex designation when I had only sought an update to my name, they told him that they "corrected" the sex designation based on the State Department's guidance that sex must reflect birth sex.  I was deeply upset that the sex marker on my passport was inconsistent with who I am, particularly after having a passport that reflected my correct sex marker for the past decade.

12.     On June 17, I learned that this Court granted Plaintiffs' motion for class certification and motion to expand the preliminary injunction to the classes.

13.     Given that I am a member of the class and have an inaccurate sex designation on my current passport, I went back to the passport agency in Saint Albans on Friday, June 20 with

2

a copy of the June 17 Order in hand. I also brought a new passport photo, my current, inaccurate passport issued in March of this year, and a completed DS-5504 application form.

14.    I spoke with multiple individuals in the office, including a supervisor, and was told that they cannot issue me an accurate passport because the office is awaiting further guidance from their legal team.

15.    When I told the employees at the office that the Court order went into effect immediately on June 17, they said that there is nothing they can do while they await further guidance. They said that I could leave my application with the office, and that doing so would ensure that I am first in line when they are able to issue me a new passport.

16.    I decided to leave my application with the office, along with my supporting documents, which includes my current passport.

17.    I have international travel plans on Saturday, June 28, 2025 to Montreal, Canada, and I am nervous that I will not be able to have an accurate passport in hand for that travel.

18.    I do not feel safe traveling with a passport with an inaccurate "F" sex designation, and I am deeply disappointed that I was not able to access the relief provided by this Court.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*Andrew Sass-Cao*

Andrew Sass-Cao