# Exhibit F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHTON ORR, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF CHRIS SCHINDLER**

I, Chris Schindler, hereby declare and state as follows:

1. My name is Chris Schindler. I submit this declaration in support of Plaintiffs' Motion to Enforce or Modify Preliminary Injunction.

2. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

3. I am a United States citizen and resident of Massachusetts. I am 45 years old and use "he" and "him" pronouns.

4. I am a transgender man. I was diagnosed with gender dysphoria when I was 20 or 21 years old. My sex assigned at birth was female, but I have lived and identified as male for 25 years.

5. I work in law enforcement for animal cruelty investigations.

1

6. My passport expired in 2021. Because I had no international travel needs, I had not applied for a renewed passport.

7. I had a meeting scheduled in Canada for June 25, 2025, so I needed to apply for a new passport.

8. On June 23, 2025, at around 11:10am, I brought my passport application materials to the National Passport Center located at 207 International Dr, Portsmouth, New Hampshire 03801. My appointment was scheduled for 11:30am. Given that the New Hampshire office is the national center for passport processing, I believed it would be my best option for securing an accurate passport quickly.

9. When I was called to the window, I provided my DS-82 passport application seeking an "M" sex designation and a name change, a copy of the injunction issued on June 17, and a letter explaining that I am a member of the class. The passport officer attached the letter and the copy of the injunction to my passport application. An accurate copy of the letter is attached to this Declaration as Exhibit A.

10. The passport officer left the window and returned with two supervisors. One of the supervisors asked a security guard to bring me to a back room. The supervisors told me that they would meet me in the room.

11. I went to the room and sat down. The two supervisors came in and told me that they were not going to issue me a passport with an "M" sex designation. They said I had two options: receive no passport or receive a passport with an "F" sex designation.

12. I showed them a copy of the injunction and told them they were required to comply. One of the supervisors responded to the effect of, "We are not intending to comply with

the injunction. We have been told to only follow the President's Executive Order, unless the Supreme Court directs otherwise."

13. I followed up: "Just to be clear, there's been no stay. The intent is to not follow the order?" They both responded to the effect of, "correct."

14. I told them that an "F" designation on my passport is not appropriate for me. They said they agreed, but had been instructed to continue complying with the Executive Order.

15. I asked if the State Department's policy on permitting changes to sex designations would be changing. They responded to the effect of "there are no current pending changes to the policy."

16. I asked if the policy were to change after being issued an incorrect passport with "F" designation today, would I be able to come back next week to have my passport corrected to show a "M" designation. They responded to the effect of, "You can come back, but we don't anticipate any policy changes for a very long time."

17. The supervisors then presented me with my DS-82 passport application form, but it was altered: They had whited-out my selection of "M." They told me that they could not process the application unless I checked "F."

18. I checked "F." I felt like I was being forced, and I was shocked by their responses regarding compliance with the court order. As a law enforcement official, I am required to be aware of and responsive to court-ordered injunctions. I could not believe they were not intending to follow the court order.

19. I was told that my passport would be ready between 2:30-3:00 pm that afternoon, and I picked up my passport at that time. The passport reflects my correct legal name as requested but contains an "F" sex designation rather than "M."

20. I do not feel safe traveling on a passport with an "F" designation, so I have canceled my June 25 trip to Canada.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

*Chris Schindler*

Chris Schindler

4

The Honorable Matthew Pierce & The United States Department of State

Acting Principal Deputy Assistant Secretary & All Pertinent Representatives Thereof

National Passport Center

207 International Drive

Portsmouth, NH 03801


Dear Mr. Secretary and all whom it may concern,

I am writing on behalf of myself in regards to the accompanying and attached application for a U.S. Passport, submitted to the National Passport Center in Portsmouth, NH with the appropriate DS-82 State Department form and required supporting materials.

I have held a previous U.S. Passport that is now expired and have urgent international travel this week that necessitates renewing my passport. With the renewal of my passport I am also updating both my legal name that was changed by court order (attached) as well as the sex marker to reflect the correct sex of Male.

The accompanying DS-82 application reflects my current, updated, and accurate identifying information.

On June 17th 2025, the Honorable Judge Julia Kobick of the United States District Court of Massachusetts issued an Order of Preliminary Injunction, enjoining the U.S. Department of State to process and issue passports to members of the class defined within said Order, in accordance with the State Department's policy as of January 19th 2025. The order issued by Judge Julia Kobick on June 17th 2025 was issued effective immediately and remains effective today. I have included and attached a copy of this order for your reference.

I hereby declare under penalty of perjury before the United States Department of State:

I, Chris Schindler, the undersigned author of this letter and applicant for the renewal of my U.S. Passport, do affirm and attest that I am selecting a sex marker that is different than the sex on my original birth certificate, and I can confirm that at least one of the following is true: (1) my gender identity is different from the sex assigned to me at birth, or (2) I have been diagnosed with gender dysphoria. I further confirm that I am applying for a passport because one of the following is true: (1) I do not have a currently-valid passport, (2) I need to renew my current passport because it expires within one year, (3) I need to make changes to my passport to have the sex designation on it align with my gender identity or to reflect a name change, or (4) I need to apply for another passport because my passport was lost, stolen or damaged.


Sincerely Yours,

*[signature]*  6/23/25

Chris Schindler