AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Ashton Orr, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-10313
Donald J. Trump, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants United States of America, Donald J. Trump, Department of State, Marco Rubio.

Date: 06/26/2025

/s/ M. Jared Littman
*Attorney's signature*

Matthew Jared Littman, PA Bar #91646
*Printed name and bar number*

United States Department of Justice-Civil
Federal Programs
1100 L Street NW
Washington, DC 20005

*Address*

jared.littman2@usdoj.gov
*E-mail address*

(202) 514-5578
*Telephone number*

*FAX number*