IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ASHTON ORR**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10313-JEK |

## DECLARATION OF RYAN M. DOOLEY

I, Ryan M. Dooley, do hereby state and declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am Acting Deputy Assistant Secretary for Passport Services of the U.S. Department of State, Bureau of Consular Affairs. I submit this declaration in connection with Defendants' Opposition to Plaintiffs' Motion to Enforce or Modify Preliminary Injunction and for Expedited Briefing (ECF 117). The statements made herein are based on my personal knowledge and on information provided to me in the course of my official duties with the Department of State (the "Department"). I joined the Department in 1996 and have served in the Passport Directorate of the Bureau of Consular Affairs for 25 years. I have been in my current position since June 6, 2025. I previously served as Senior Advisor for Passport Services and as Director of the Miami and San Juan Passport Agencies.

2. Consistent with Executive Order 14168, the Department's current policy (the "Passport Policy") permits issuing passports with only an "M" or "F" sex marker and requires U.S. passports to reflect the holder's biological sex.

3. In compliance with the preliminary injunction issued by the Court on April 18, 2025 (ECF 75) (the "Preliminary Injunction"), the Department issued passports to Plaintiffs Ashton Orr, Zaya Perysian, Chastain Anderson, Drew Hall, and Bella Boe with an "M" or "F" sex marker, based on their self-selection, to replace U.S. passports issued to them in January and February 2025 under the Passport Policy.[1] In compliance with the Preliminary Injunction, the Department also issued a U.S. passport to Plaintiff Sawyer Soe with an "X" marker.[2]

4. In the Memorandum and Order on Plaintiffs' Motion for Class Certification and Motion to Apply the Preliminary Injunction to the Classes (ECF 115) ("Class Certification"), this Court defined a "M/F Designation Class" as "all people (1) whose gender identity is different from the sex assigned to them under the Passport Policy and/or have been diagnosed with gender dysphoria, and (2) who have applied, or who, but for the Passport Policy, would apply, for a U.S. passport issued with an 'M' or 'F' designation that is different from the sex assigned to that individual under the Passport Policy." In addition, the Court defined an "X Designation Class" as "all people whose gender identity is different from the sex assigned to them under the Passport Policy and who have applied, or who, but for the Passport Policy, would apply, for a U.S. passport with an 'X' designation."

5. In the Order of Preliminary Injunction (ECF 116) issued by the District Court on June 17, 2025 ("PI Class Preliminary Injunction," or "Court Order"), the Court enjoined the Secretary of State and the Department (the "Agency Defendants") from enforcing the Passport Policy as to

---

[1] To comply with the Preliminary Injunction, the Department provided these five Plaintiffs with passport replacement forms (Forms DS-5504, ver. 04-2022) for which Office of Management and Budget ("OMB") approval was extended to June 30, 2025.

[2] To comply with the Preliminary Injunction, the Department provided Plaintiff Soe with a passport application form (Form DS-11, ver. 04-2022) for which OMB approval was extended to June 30, 2025.

those members of the M/F Designation Class and the X Designation Class who "either (a) do not have a currently valid passport, (b) need to renew their current passport because it expires within one year, (c) need to make changes to their passport to have the sex designation on it align with their gender identity or to reflect a name change, or (d) need to apply for another passport because their passport was lost, stolen, or damaged." This Court defined these members of the M/F Designation Class and the X Designation Class entitled to relief under the PI Class Preliminary Injunction as the "PI Class."

6. In addition to enjoining enforcement of the Passport Policy as to the PI Class, in the PI Class Preliminary Injunction, the Court imposed an injunction requiring the Agency Defendants "to process and issue passports to members of the PI Class consistent with the State Department's policy as of January 19, 2025, and to permit members of the PI Class to self-select a sex designation – 'M,' 'F,' or 'X' – that is different from the sex assigned to those individuals under the Passport Policy."

7. In the Court Order, the Court specified that "[i]f the Agency Defendants conclude that it is necessary to request additional information to determine whether a passport applicant is a member of the PI Class, they may instruct applicants to attest, by checking a box, to the following statement when they submit their passport application:

> If I am selecting a sex marker that is different than the sex on my original birth certificate, or if I am selecting an 'X' sex marker, I confirm that a least one of the following is true: (1) my gender identity is different from the sex assigned to me at birth, or (2) I have been diagnosed with gender dysphoria. I further confirm that I am applying for a passport because one of the following is true: (1) I do not have

3

a currently-valid passport, (2) I need to renew my current passport because it expires within one year, (3) I need to make changes to my passport to have the sex designation on it align with my gender identity or to reflect a name change, or (4) I need to apply for another passport because my passport was lost, stolen or damaged."

8. The Department fully understands its obligation to comply with the Court Order. We are dedicated to providing a consistent, effective, and efficient process for the PI Class, which could number into the tens or hundreds of thousands,[3] with applications coming from anywhere in the world to any of our 276 diplomatic posts, including embassies and consulates, and 29 domestic passport centers and agencies. Since receiving the Court Order, Passport Services has been working diligently to stand up a viable process, to ensure that the passport application process proceeds smoothly for members of the PI Class. Unlike the earlier implementation of the Passport Policy following issuance of Executive Order 14168, where the changes applied to all passport applications universally, compliance with the Court Order required the Department to develop new manual and electronic systems for identifying members of the PI Class, and new workstreams to accommodate and process the multiple types of applications they may submit, *e.g.*, in-person applications executed on Form DS-11, renewals by mail on Form DS-82, online renewals on Form DS-82, and data corrections by mail or in person on Form DS-5504. The process was further complicated by the fact that Class Counsel opted not to have notifications sent to potential class members so as to determine who is in the PI Class. The Department therefore needed to generate

---

[3] At this time, the Department has no way of determining the number of U.S. citizens actually or potentially within the PI Class.

a way for PI Class Members to self-identify when applying for, renewing, or replacing a passport. These new and labor-intensive processes could not be accomplished in short order, though the Department has moved as expeditiously as possible to put them in place.

9. Following receipt of the Court Order, on June 18, 2025, Passport Services' Office of Adjudication instructed domestic passport agencies and centers to temporarily suspend processing any new or in-process application for any individual who may be requesting a sex marker inconsistent with their sex and began to formulate a functional form of attestation to be required of members of the PI Class. The same guidance was subsequently issued to American Citizen Services units at diplomatic posts abroad. Incorporating an essential ancillary document such as the attestation into existing worldwide workflows, including processing systems for intake, adjudication, and recording in multiple databases, is complex but necessary to ensure that PI Class members are identified for compliance with the Court Order. Challenges include differing systems for processing passport applications accepted domestically and those adjudicated at U.S. embassies and consulates abroad.

10. On July 1, 2025, the Department began issuing passports with the sex marker requested by the applicant through the submission of an attestation ("Attestation"; see Exhibit A) indicating that the applicant is a member of the PI Class and indicating with which sex marker their passport should be printed. On July 2, 2025, the Department posted a link to the Attestation on its Travel.State.gov website, along with instructions (see Exhibit B) for members of the PI Class to use in conjunction with their passport applications (Form DS-11), passport renewal applications (Form DS-82), and passport data correction applications (Form DS-5504).

11. To ensure compliance with the Court Order, the Department also created a new Information Request Letter ("IRL"; Exhibit C) to be sent to passport applicants who do not include the Attestation but who the Department has reason to believe may be members of the PI Class. Use of the IRL should enhance customer service and minimize the need to replace passports inadvertently issued to unidentified PI Class members under the Passport Policy while the Court Order is in effect. Passport Services is committed to ensuring that the passport application process proceeds as smoothly as possible for all members of the PI Class, and that every effort is made to comply with the Court Order.

12. The Department does not intend to revise the passport forms. To comply with the Court Order via passport form revision would require more than simply adding a new checkbox to forms DS-11, DS-82, and DS-5504 specific to the Court Order and the PI Class, and any such process would likely take months to accomplish. Making significant changes to forms requires multiple levels of policy and legal review as well as design work. Such processes may implicate other statutory obligations, such as the Rehabilitation Act of 1973 and the Privacy Act of 1974, and thus require careful consideration. Changing the layout and content of forms also requires coordination with contractors responsible for data entry, and months of programming time are required to ensure passport adjudication does not come to a halt. The Department therefore has chosen the most expeditious path by electing to create and distribute the Attestation, in conjunction with using an Information Request Letter. Nevertheless, developing the relevant processes still required significant time and effort on a very tight timeframe.

13. On July 2, 2025, the Department issued guidance to domestic passport centers, domestic passport agencies, and U.S. embassies and consulates regarding use of the Attestation and IRL to

identity members of the PI Class for purposes of compliance with the Court Order. The Department intends to maintain the new processes and procedures developed to comply with the Court Order for as long as the Court Order is in force, subject only to necessary alterations to address issues that may arise to ensure full compliance with the Court Order.

14. Between issuance of the Court Order on June 17, 2025, and issuance of worldwide guidance on July 2, the Department accommodated a small number of apparent members of the PI Class who had urgent travel and requested a U.S. passport with a sex marker consistent with E.O. 14168 to facilitate their immediate travel. As with other members of the PI Class, under the procedures established by the Department to comply with the Court Order, such members may now submit that passport with Form DS-5504 and an Attestation, for issuance of a replacement passport with their desired sex marker at no charge other than an optional fee for expedited processing.

15. The new Attestation will allow the Department to issue passports with an "X" marker for passport applications domestically and for those overseas that are not needed on an emergency basis. Certain applicants seeking emergency passports may have difficulty obtaining such documents with "X," as not all Department systems are equally capable of printing all configurations of passports. Under the procedures established by the Department to comply with the Court Order, the Department will offer those individuals the ability to replace, at no charge other than an optional fee for expedited processing, the emergency passport issued to them with an "M" or "F" sex marker with a full validity passport with an "X" marker complying with the Court Order as long as the Court Order is in force.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: July 3, 2025.

_____
Ryan M. Dooley

# EXHIBIT A

**Attestation of *Orr v. Trump* Class Membership**

**Attestation to accompany Forms DS-11, DS-82, and DS-5504 submitted by members of a class certified in *Orr v. Trump*, Case No. 1:25-cv-10313, in the U.S. District Court for the District of Massachusetts, who are eligible for Preliminary Injunctive relief**

**You must submit this completed and signed attestation with your application or within 90 days after the Department notifies you it is needed. Failure to do so will result in your application being adjudicated in your sex, consistent with Executive Order 14168.**

If I am selecting a sex marker that is different from the sex marker on my original birth certificate, or if I am selecting an "X" sex marker, as indicated by the sex marker checkbox I have selected below, I confirm that at least one of the following is true:

1) My gender identity is different from my sex, or
2) I have been diagnosed with gender dysphoria.

I further confirm that I am applying for a passport or data correction because one (or more) of the following is true:

1) I do not have a currently valid passport,
2) I need to renew my current passport because it expires within one year,
3) I need to make changes to my passport to have the sex designation on it align with my gender identity or to reflect a name change, or
4) I need to apply for another passport because my passport was lost, stolen, or damaged.

Sex Marker Requested for U.S. Passport (**applicant must select one**):

☐ M for male (also check "M" for "Sex" on application form)
☐ F for female (also check "F" for "Sex" on application form)
☐ X (do not check "M" or "F" for "Sex" on application form)

Certification:

I declare under penalty of perjury that the foregoing is true and correct and that I am not a party plaintiff in *Schlacter v. Department of State*, Case No. 1:25-cv-01344, in the U.S. District Court for the District of Maryland.

Signature of applicant or parent/guardian if the applicant is a minor

_____

Name of applicant

_____ (please print)

Name of parent/guardian (if necessary)

_____ (please print)

# EXHIBIT B

# Sex Markers in Passports

The White House issued Executive Order 14168: "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" in January 2025. After the U.S. District Court for the District of Massachusetts' ruling in June 2025 in *Orr v. Trump*, we are extending preliminary relief for two classes of individuals:

- Certain individuals seeking a passport in M or F, and
- Certain individuals seeking a passport in X.

If you are a class member, you are eligible to receive a passport with your sex marker of choice (M, F, or X) if:

- You do not have a valid passport,
- You need to renew your current passport before it expires within one year,
- You need to change your passport, so the sex printed on the passport matches your selected gender identity, or to reflect a name change, or
- You need to apply for a new passport because your current passport is lost, stolen, or damaged.

**Applying for your U.S. passport**

By submitting a completed attestation form with your passport application, you are identifying yourself as a class member and letting us know what sex marker you want in your passport. If we receive an application without an attestation form and determine you may be a class member, we will send you a letter requesting the attestation form. You must submit the form within 90 days.

We will issue your passport in your sex, as defined by EO 14168, if:

- You are not a class member;
- You do not provide a signed attestation form with your application; or
- You do not provide the attestation form within 90 days after we request one.

**Completing your passport application**

[Download a PDF](#) of your Form DS-11, DS-82, or DS-5504. Due to technical limitations, you cannot use our form filler tool or renew online.

If you are selecting M or F, select it on the attestation and application. If you are selecting X, leave the sex field blank on your application and select it on the attestation.

**Frequently asked questions**

Is my passport still valid if I have an X marker on it, or if it lists a sex other than my sex as defined by EO 14168?

Yes. Your current passport will remain valid until its expiration date.

Can I travel outside of the United States using a passport with an X marker, or using a passport that lists a sex other than my sex as defined by EO 14168?

Yes. U.S. passports are proof of U.S. citizenship and identity and can be used for entry into the United States. Please refer to U.S. Customs and Border Protection if you have questions about returning to the United States with your travel document.

As long as your current passport has not expired, there are no restrictions to use the passport, unless another country has limitations.

My birth documentation does not have any information about sex on it. What should I do?

You can still apply for a passport or to replace your passport. If we need more information from you, we will contact you after you apply. We will request that you submit certain documents and records to help us establish your sex for your new passport.

You printed the wrong sex on my passport by mistake. What should I do?

You can correct your passport if there is a data or printing error. A data error may include an issue with your name, sex, or place of birth. A printing error may include data is missing on the biographical page, discoloration, or crooked printing. We will correct

the error at no charge if the passport is still valid. Please follow the steps on our Change or Correct a Passport page.

# EXHIBIT C

# 708
# MISCELLANEOUS

**OPENING**
**00-**
Thank you for your recent passport application.

**BODY**

**23 – Sex Marker Attestation (No Closing - Custom Ending)**
Your application has conflicting sex marker information.

If you are a member of a class entitled to preliminary injunctive relief as ordered by the Court in *Orr v. Trump*, Case No. 25-cv-10313, in the United States District Court for the District of Massachusetts, please provide a signed attestation. A template is attached to this letter and is also available on travel.state.gov.

If you are not a class member as defined above or do not provide a signed attestation, a passport will be issued in your sex, consistent with Executive Order 14168.

Send the requested item(s) and a copy of this letter to the full address at the top of the letter. If you do not respond within ninety (90) days of the date shown on this letter, we will issue your passport in your sex, consistent with Executive Order 14168. If you need more time, please respond to this letter requesting an extension.

We will return your documents when we complete your application. By law, passport fees are non-refundable.

Thank you,

Customer Service Department