## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

    *Defendants*.

Civil Action No. 1:25-cv-10313

### NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the First Circuit from this Court's June 17, 2025 Order of Preliminary Injunction and and Memorandum Opinion (ECF Nos. 115, 116), and the Court's Order denying Defendants' Motion to Dissolve the June 17, 2025 Preliminary Injunction (ECF No. 130).

Dated: July 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Attorneys for Defendants*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on July 11, 2025.


*Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER

2