UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Orr et al v. Trump et al

District Court Number: 25cv10313-JEK

Fee: Paid? Yes ____ No ____    Government filer _X_    *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes ____ No _X_        Sealed documents    Yes ____ No _X_
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents    Yes ____ No _X_        Transcripts    Yes _X_ No ____
*If yes, document #* _____            *If yes, document #* 65, 105

Notice of Appeal filed by: Plaintiff/Petitioner ____    Defendant/Respondent _X_    Other: ____

Appeal from:

#115 Memorandum and Order, #116 Order of Preliminary Injunction, #130 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#115, #116, #130, and #131

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __131__ filed on __July 11, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 12, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**