IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>     *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     *Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

  Plaintiff AC Goldberg hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that he and his counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 24, 2025

                   Respectfully Submitted by:

                   /s/ _____
                   AC Goldberg

                   /s/ *Li Nowlin-Sohl*
                   Li Nowlin-Sohl*
                   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                   125 Broad Street, 18th Floor
                   New York, NY 10004
                   212-549-2500
                   lnowlin-sohl@aclu.org

                   *Admitted pro hac vice