IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

　　Plaintiff Ashton Orr hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that he and his counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 24, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　Ashton Orr

　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　Li Nowlin-Sohl*
　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　FOUNDATION
　　　　　　　　　　　　　　　　　　　　　125 Broad Street, 18th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　212-549-2500
　　　　　　　　　　　　　　　　　　　　　lnowlin-sohl@aclu.org

　　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice