IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, et al.,

        *Plaintiffs*,

v.

DONALD J. TRUMP, et al.,

        *Defendants*.

Case No. 1:25-cv-10313-JEK

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

Plaintiff Bella Boe hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that she and her counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 29, 2025

Respectfully Submitted by:

/s/ *Bella Boe*
Bella Boe[1]

/s/ *Li Nowlin-Sohl*
Li Nowlin-Sohl*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
lnowlin-sohl@aclu.org

*Admitted pro hac vice

---

[1] Plaintiff Bella Boe has been granted permission to proceed in pseudonym in this case (*see* Dkt. No. 60), and therefore is signing this certification in pseudonym. Should the Court request it, Plaintiff Boe will provide a copy of their actual signature to the Court and counsel for Defendants, subject to the Protective Order entered in this case (*see* Dkt. Nos. 59, 102).