IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>                *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>               *Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

Plaintiff Chelle LeBlanc hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that she and her counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 24, 2025

Respectfully Submitted by:

/s/ *Chelle LeBlanc*
Chelle LeBlanc

/s/ *Li Nowlin-Sohl*
Li Nowlin-Sohl*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
lnowlin-sohl@aclu.org

*Admitted pro hac vice