IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 1:25-cv-10313-JEK

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

Plaintiff Reid Solomon-Lane hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that he and his counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 25, 2025

Respectfully Submitted by:

/s/ *[signature]*
Reid Solomon-Lane

/s/ *[signature]*
Li Nowlin-Sohl*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
lnowlin-sohl@aclu.org

*Admitted pro hac vice