IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-10313-JEK |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) STATEMENT

Plaintiff Viktor Agatha hereby certifies and affirms, pursuant to Local Rule 16.1(D)(3), that he and his counsel have conferred regarding (1) a budget for the cost of this litigation and (2) the various methods of resolution of this case, including alternative dispute resolution.

Dated: July 24, 2025

Respectfully Submitted by:

/s/ _____
Viktor Agatha

/s/ _____
Li Nowlin-Sohl*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
lnowlin-sohl@aclu.org

*Admitted pro hac vice