# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>      *Defendants*. | Case No. 1:25-CV-10313-JEK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for Plaintiffs. Plaintiffs are still represented by other counsel in this matter.

Dated: August 7, 2025        Respectfully submitted,

                By: */s/ Zoe Keitenberg*
                Zoe Keitenberg (BBO # 715356)
                AMERICAN CIVIL LIBERTIES UNION
                FOUNDATION OF MASSACHUSETTS, INC.
                One Center Plaza, Suite 850
                Boston, MA 02108
                (617) 482-3170
                zkeitenberg@aclum.org

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on August 07, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| August 07, 2025 | /s/ *Zoe Kreitenberg* <br> Zoe Kreitenberg |

2