IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, *et al.*,

           *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

           *Defendants*.

Case No. 1:25-cv-10313-JEK

## JOINT STATUS REPORT

Pursuant to the Court's August 6, 2025 Order, *see* ECF No. 137, the Parties hereby respectfully submit the following Joint Status Report.

On August 27, 2025, Defendants filed the administrative record. *See* ECF No. 140. The Parties each intend to file motions for summary judgment on Plaintiffs' non-stayed APA-related claims (Counts 6 and 7) ("Plaintiffs' APA Claims"), *see* ECF No. 137, and propose the below briefing schedule and page limits:

| DEADLINE | DATE |
|---|---|
| Plaintiffs file opening motion for summary judgment on Plaintiffs' APA Claims (20 pages total) | October 17, 2025 |
| Defendants file (i) opposition to Plaintiffs' motion for summary judgment on Plaintiffs' APA Claims and (ii) cross-motion for summary judgment on Plaintiffs' APA Claims (30 pages total) | November 17, 2025 |
| Plaintiffs file (i) reply in further support of Plaintiffs' motion for summary judgment on Plaintiffs' APA Claims and (ii) opposition to Defendants' cross-motion for summary judgment on Plaintiffs' APA Claims (20 pages total) | December 3, 2025 |
| Defendants file reply in further support of Defendants' cross-motion for summary judgment on Plaintiffs' APA Claims (10 pages total) | December 17, 2025 |

| | |
|---|---|
| Dated: September 11, 2025 | Respectfully submitted,<br><br>/s/ Isaac D. Chaput<br>Isaac D. Chaput (*pro hac vice*)<br>William P. Kasper *(pro hac vice)*<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br>ichaput@cov.com<br>wkasper@cov.com<br><br>Jessie J. Rossman (BBO # 670685)<br>Zoe Kreitenberg (BBO # 715356)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>Telephone: 617-482-3170<br>jrossman@aclum.org<br>zkreitenberg@aclum.org<br><br>Jon W. Davidson (*pro hac vice*)<br>(admitted only in California)<br>Li Nowlin-Sohl (*pro hac vice*)<br>(admitted only in Washington)<br>Sruti J. Swaminathan (*pro hac vice*)<br>Malita V. Picasso (*pro hac vice*)<br>James D. Esseks (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: 212-549-2500<br>Facsimile: 212-549-2650<br>jondavidson@aclu.org<br>lnowlin-sohl@aclu.org<br>sswaminathan@aclu.org<br>mpicasso@aclu.org<br>jesseks@aclu.org<br><br>Aditi Fruitwala (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES UNION |

FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ M. Jared Littman
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-5578
Fax: (202) 616-8470
E-mail: Jared.Littman2@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Isaac D. Chaput*
Isaac D. Chaput
