# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, AND REID SOLOMON-LANE, on behalf of themselves and others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA, <br><br> *Defendants*. | Civil Action No. 1:25-cv-10313 |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer M. Herrmann as counsel for Plaintiffs in the above-captioned matter.

Dated: September 15, 2025

Respectfully submitted,

By: /s/ *Jennifer M. Herrmann*
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jherrmann@aclum.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

September 15, 2025 /s/ *Jennifer M. Herrmann*
Jennifer M. Herrmann