UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*, <br><br>    *Plaintiffs*, <br><br>v. <br><br>DONALD J. TRUMP, *et al.*, <br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
ON COUNTS SIX AND SEVEN OF THE AMENDED COMPLAINT**

  Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Order, dated September 15, 2025, *see* ECF No. 142, Plaintiffs, on behalf of themselves and members of the two classes certified under Rule 23 in this Court's June 17, 2025 Order, *see* ECF No. 115, hereby move for summary judgment on Counts Six and Seven of Plaintiffs' Amended Complaint—namely, Plaintiffs' claims that Defendants the Department of State and Secretary of State Marco Rubio (collectively, the "Agency Defendants") violated the Administrative Procedure Act with agency action that is (1) arbitrary, capricious, and an abuse of discretion, and (2) without observance of procedure required by law under the Paperwork Reduction Act.  *See* 5 U.S.C. § 706(2)(A), (D).

  In support of their Motion, Plaintiffs incorporate their Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment on Counts Six and Seven of the Amended Complaint, the Declaration of Isaac D. Chaput and the exhibits thereto, Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts, and the record in this proceeding.

|  |  |
|---|---|
| | Respectfully submitted, |
| October 17, 2025 | *Isaac D. Chaput* <br> Isaac D. Chaput (*pro hac vice*) <br> William P. Kasper *(pro hac vice)* <br> COVINGTON & BURLING LLP <br> Salesforce Tower <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 94105 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br> ichaput@cov.com <br> wkasper@cov.com <br><br> Jessie J. Rossman (BBO # 670685) <br> Jennifer M. Herrmann (BBO # 708231) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF MASSACHUSETTS, INC. <br> One Center Plaza, Suite 850 <br> Boston, MA 02108 <br> Telephone: 617-482-3170 <br> jrossman@aclum.org <br> jherrmann@aclum.org <br><br> Jon W. Davidson (*pro hac vice*) <br>   (admitted only in California) <br> Li Nowlin-Sohl (*pro hac vice*) <br>   (admitted only in Washington) <br> Sruti J. Swaminathan (*pro hac vice*) <br> Malita V. Picasso (*pro hac vice*) <br> James D. Esseks (*pro hac vice*) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> Telephone: 212-549-2500 <br> Facsimile: 212-549-2650 <br> jondavidson@aclu.org <br> lnowlin-sohl@aclu.org <br> sswaminathan@aclu.org <br> mpicasso@aclu.org <br> jesseks@aclu.org |

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs and the Classes*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated with counsel at the Department of Justice, Jared Littman, who indicated that Defendants oppose this motion for summary judgment.

/s/ *Isaac D. Chaput*
Isaac D. Chaput

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Isaac D. Chaput*
Isaac D. Chaput