UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, *et al.*,

               *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

               *Defendants*.

Case No. 1:25-cv-10313-JEK

**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON COUNTS SIX AND SEVEN OF THE AMENDED COMPLAINT**

I, Isaac D. Chaput, hereby declare as follows:

1. I am a partner at the law firm Covington & Burling LLP and counsel of record for Plaintiffs in the above-captioned matter.

2. I have personal knowledge of the matters set forth in this declaration and could testify competently to them if called upon to do so.

3. This declaration is submitted on behalf of Plaintiffs in support of their Motion for Summary Judgment.

4. Attached to this declaration are true and correct copies of several documents as exhibits, described below:

    A.    The Electronic Order dated August 6, 2025 (ECF 137).

    B.    The Memorandum and Order on Plaintiffs' Motion to Stay Agency Action and for Preliminary Injunction dated April 18, 2025 (ECF 74).

    C.    A blank Form DS-11 dated December 2020 (ECF 33-5).

1

  D. The Declaration of Matthew Pierce dated March 12, 2025 (ECF 53-1).

  E. The Defendants' Motion to Dissolve the June 17, 2025 Preliminary Injunction dated July 9, 2025 (ECF 127).

  F. The Memorandum and Order on Plaintiffs' Motion for Class Certification and Motion to Apply the Preliminary Injunction to the Classes dated June 17, 2025 (ECF 115).

  G. The Administrative Record produced by Defendants dated August 26, 2025 (ECF 140).

  H. The Defendant's Opposition to Plaintiffs' Motion to Stay Agency Action and for Preliminary Injunction dated March 12, 2025 (ECF 53).

  I. The Expert Declaration of Sarah D. Corathers, M.D. dated April 30, 2025 (ECF 78-13).

  J. The Affidavit of Chastain Anderson dated February 18, 2025 (ECF 30-6).

  K. The Expert Declaration of Ayden Scheim, Ph.D. dated April 30, 2025 (ECF 78-14).

  L. The Rebuttal Expert Declaration of Sarah D. Corathers, M.D. dated March 19, 2025 (ECF 62-1).

  M. A blank Form DS-82 dated April 2022 (ECF 33-3).

  N. A blank Form DS-5504 dated April 2022 (ECF 33-4).

  O. A blank Form DS-11 dated April 2022 (ECF 33-2).

  P. A blank Form DS-82 dated December 2020 (ECF 33-6).

  Q. A blank Form DS-5504 dated December 2020 (ECF 33-7).

R. Application for a Stay of the Injunction Issued By the United States District Court for the District of Massachusetts filed by Donald J. Trump, et al. before the U.S. Supreme Court dated September 19, 2025.

S. Supporting Statement for Paperwork Reduction Act Submission, Application for a U.S. Passport OMB No. 1405-0004, published by the U.S. Office of Information and Regulatory Affairs ("OIRA") dated June 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 17, 2025.

/s/ *Isaac D. Chaput*
Isaac D. Chaput