# EXHIBIT A

## CourtAlert® Case Management

**From:**        ECFnotice@mad.uscourts.gov
**Sent:**        8/6/2025 2:43:11 PM
**To:**          CourtCopy@mad.uscourts.gov
**Subject:**     Activity in Case 1:25-cv-10313-JEK Orr et al v. Trump et al Order on
                 Motion to Stay

[EXTERNAL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 8/6/2025 at 10:40 AM EDT and filed on 8/6/2025
**Case Name:**        Orr et al v. Trump et al
**Case Number:**      1:25-cv-10313-JEK
**Filer:**
**Document Number:** 137(No document attached)


**Docket Text:**
**District Judge Julia E. Kobick: ELECTRONIC ORDER entered.**

**The defendants' motion to stay district court proceedings pending appeal of the preliminary injunction orders, ECF [134], is GRANTED in part and DENIED in part for the reasons stated on the record. The plaintiffs' claims raising constitutional argumentsâ€"counts 1, 2, 3, 4, and 5 of the amended complaintâ€"shall be stayed pending resolution of the defendants' appeal of the preliminary injunction orders. Counts 6 and 7 of the amended complaint, which assert claims under the Administrative Procedure Act, 5 U.S.C. Â§Â§ 706(2)(A) and (2)(D), will not be stayed. In connection with those latter claims, the defendants are ORDERED to file the administrative record by August 27, 2025. The parties are further ORDERED to confer and file a joint status report by September 17, 2025, containing proposals for a scheduling order to follow. (Currie, Haley)**

**1:25-cv-10313-JEK Notice has been electronically mailed to:**

Rayford A. Farquhar    rayford.farquhar@usdoj.gov, caseview.ecf@usdoj.gov, elona.toro@usdoj.gov, laura.graham@usdoj.gov, olivia.padden@usdoj.gov, usama.ecf@usdoj.gov

Jessie J. Rossman    jrossman@aclum.org, ipreissle@aclum.org, waltshuler@aclum.org

Isaac D Chaput    ichaput@cov.com, docketing@cov.com

Zoe Kreitenberg    zkreitenberg@aclum.org

Jon Warren Davidson    jondavidson@aclu.org, ccaicedo@aclu.org, sgarcia@aclu.org

Gavin Wayne Jackson    gjackson@cov.com

Li Nowlin-Sohl    lnowlin-sohl@aclu.org, ccaicedo@aclu.org

Ansel Carpenter    acarpenter@cov.com

Sean Bender    sbender@cov.com

William Kasper    wkasper@cov.com

Sruti J. Swaminathan    sswaminathan@aclu.org

Malita Picasso    mpicasso@aclu.org

Aditi Fruitwala    afruitwala@aclu.org

Alyssa Curcio    acurcio@cov.com

Jonathan Travis Thompson    jothompson@cov.com

Elizabeth Brooke Layendecker    elizabeth.b.layendecker@usdoj.gov

James D. Esseks    jesseks@aclu.org

Yuval Mor    ymor@cov.com

Robert Gianchetti    rgianchetti@cov.com

Michael Velchik    michael.velchik@usdoj.gov

M. Jared Littman    jared.littman2@usdoj.gov

**1:25-cv-10313-JEK Notice will not be electronically mailed to:**

Joshua Harrell(Terminated)
935 Kearny St
#65
San Francisco, CA 94133