# EXHIBIT G



**United States Department of State**

*Washington, D.C. 20520*

      I, Mathew Pierce, as Acting Senior Bureau Official of the Bureau of Consular Affairs, United States Department of State, certify under penalty of perjury that the enclosed documents are originals, or copies thereof, from the records of the U.S. Department of State.  The enclosed index and documents constitute the administrative record to be filed in *Orr, et al., v. Trump, et al.*, U.S. District Court for the District of Massachusetts (Boston), Case No. 1:25-cv-10313-JEK.

      The attached documents are a complete record of changes in U.S. passport policies challenged in this action and implemented by the Department of State to comply with the following:

(i)     Section 3(d) of Executive Order 14168, "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" (the "Executive Order"), signed by President Trump on January 20, 2025, which directed the Secretary of State to implement changes to require that government-issued identification documents, including U.S. passports, accurately reflect the holder's sex, as defined in Section 2 of the Executive Order as an individual's immutable biological classification as either male or female; and

(ii)    Section 3(e) of the Executive Order, which directed that federal agencies using forms that require an individual's sex shall list only male or female, and shall not request gender identity, and the Paperwork Reduction Act, 44 U.S.C. § 3501 *et seq.*, as to U.S. Passport Application Forms.

      Sincerely,

Matthew Pierce
Acting Senior Bureau Official
Bureau of Consular Affairs
U.S. Department of State

Dated:  August 26, 2025.

**Orr v. Trump - AR 001**

Index of Administrative Record
*Orr, et al., v. Trump, et al.,*
Civil Action No. 1:25-cv-10313-JEK
U.S. District Court for the District of Massachusetts (Boston)

**A.  Compliance with Section 3(d) of Executive Order 14168 as to U.S. Passports**

| Date | Document type | Description | Bates Number |
|------|---------------|-------------|--------------|
| 01/20/2025 | Executive Order | "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," E.O. 14168. | 005 |
| 01/22/2025 | Memorandum to the Field | CA/PPT/S/A Memo to PPT Field, "Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs)." | 009 |
| 01/23/2025 | ALDAC | 25 STATE 6266, "Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs)." | 011 |
| 02/06/2025 | Action Memorandum | CA Action Memo to the Secretary of State (approved 02/07/2025). | 013 |
|  | Tab 1 | Executive Order Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | 017 |
|  | Tab 3 | Information Notice 941-24 | 023 |
|  | Tab 4 | Information Request Letter 708-21+22 | 025 |
|  | Tab 5 | GLOBAL - PPT X Marker Press Guidance | 027 |
|  | Tab 6 | Proposed Travel.State.Gov Webpage - Sex Marker | 031 |
| 02/08/2025 | Memorandum to the Field | CA Memo to PPT Field, "Adjudicating X Markers and Binary Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs)." | 035 |
| 02/08/2025 | ALDAC | "Adjudicating X Markers and Binary Sex Markers in U.S. Passports and Consular Reports of Birth Abroad" 25 STATE 11610. | 038 |

**B.  Compliance with Section 3(e) of Executive Order 14168 and the Paperwork Reduction Act ("PRA") as to U.S. Passport Application Forms**

| Date | Document type | Description | Bates Number |
|------|--------------|-------------|--------------|
| 04/11/2022 | Passport Application Form | Form DS-11 (04-2022) OMB No. 1405-0004 (OMB expiration date 04/30/2025). | 042 |
| 04/11/2022 | Passport Renewal Form | Form DS-82 (04-2022) OMB No. 1405-0020 (OMB expiration date 04/30/2025). | 048 |

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| 04/11/2022 | Passport Data Correction Form | Form DS-5504 (04-2022) OMB No. 1405-0160 (OMB expiration date 04/30/2025). | 054 |
| 11/26/2024 | Public Notice | Public Notice 12583 – 60-day PRA notice for DS-11 (OMB No. 1405-0004). | 060 |
| 11/26/2024 | Public Notice | Public Notice 12582 – 60-day PRA notice for DS-82 (OMB No. 1405-0020). | 062 |
| 11/29/2024 | Public Notice | Public Notice 12580 – 60-day PRA notice for DS-5504 (OMB No. 1405-0160). | 063 |
| 01/29/2025 | Executive Branch Memorandum | Office of Personnel Management, "Initial Guidance Regarding President Trump's Executive Order Defending Women." | 065 |
| 02/03/2025 | Passport Application Form | Form DS-11 (12-2020) OMB No. 1405-0004 (OMB expiration date 12/31/2023). | 067 |
| 02/03/2025 | Passport Renewal Form | Form DS-82 (03-2020) OMB No. 1405-0020 (OMB expiration date 03/31/2023). | 073 |
| 02/03/2025 | Passport Data Correction Form | Form DS-5504 (11-2019) OMB No. 1405-0160 (OMB expiration date 11/30/2022). | 079 |
| 02/03/2025 | Email to the Field | Andrina Agnew email to PPT Field, "Compliance with Executive Order 14168 – Updated Passport Forms." | 085 |
| 02/05/2025 | Department Notice | "Forms Guidance Related to Executive Order on Defending Women," Announcement #117185. | 087 |
| 02/05/2025 | ALDAC | "Forms Guidance Related to Executive Order on Defending Women," 25 STATE 10620. | 088 |
| 02/08/2025 | Notice | Notice to Acceptance Agents, "Updated Guidance on Sex Marker and Updated Passport Forms." | 090 |
| 02/11/2025 | ALDAC | "Disposal of Blank Paper Passport Application Forms in Compliance with Executive Order 14168," 25 STATE 12390. | 093 |
| 02/14/2025 | Public Notice | Public Notice 12665 - 30-day PRA notice for Form DS-11 (OMB No. 1405-0004). | 095 |
| 02/14/2025 | Passport Application Form | Form DS-11 (02-2025), OMB No. 1405-0004, pending OMB approval. | 096 |
| 02/18/2025 | Public Notice | Public Notice 12667 - 30-day PRA notice for DS-82 (OMB No. 1405-0020). | 102 |
| 02/18/2025 | Passport Renewal Form | Form DS-82 (02-2025), OMB No. 1405-0020, pending OMB approval. | 103 |

**Orr v. Trump - AR 003**

| Date | Document type | Description | Bates Number |
|---|---|---|---|
| 02/18/2025 | Public Notice | Public Notice 12668 - 30-day PRA notice for DS-5504 (OMB No. 1405-0160). | 109 |
| 02/18/2025 | Passport Data Correction Form | Form DS-5504 (02-2025), OMB No. 1405-0160, pending OMB approval. | 111 |

Orr v. Trump - AR 004


## Presidential Documents

Executive Order 14168 of January 20, 2025

### Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 7301 of title 5, United States Code, it is hereby ordered:

**Section 1.** *Purpose.* Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers. This is wrong. Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being. The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system. Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself.

This unhealthy road is paved by an ongoing and purposeful attack against the ordinary and longstanding use and understanding of biological and scientific terms, replacing the immutable biological reality of sex with an internal, fluid, and subjective sense of self unmoored from biological facts. Invalidating the true and biological category of ''woman'' improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing longstanding, cherished legal rights and values with an identity-based, inchoate social concept.

Accordingly, my Administration will defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female, and men are biologically male.

**Sec. 2.** *Policy and Definitions.* It is the policy of the United States to recognize two sexes, male and female. These sexes are not changeable and are grounded in fundamental and incontrovertible reality. Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy:

(a) ''Sex'' shall refer to an individual's immutable biological classification as either male or female. ''Sex'' is not a synonym for and does not include the concept of ''gender identity.''

(b) ''Women'' or ''woman'' and ''girls'' or ''girl'' shall mean adult and juvenile human females, respectively.

(c) ''Men'' or ''man'' and ''boys'' or ''boy'' shall mean adult and juvenile human males, respectively.

(d) ''Female'' means a person belonging, at conception, to the sex that produces the large reproductive cell.

(e) ''Male'' means a person belonging, at conception, to the sex that produces the small reproductive cell.

(f) ''Gender ideology'' replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true.

**Orr v. Trump - AR 005**

Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex. Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g) ''Gender identity'' reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

**Sec. 3.** *Recognizing Women Are Biologically Distinct From Men.* (a) Within 30 days of the date of this order, the Secretary of Health and Human Services shall provide to the U.S. Government, external partners, and the public clear guidance expanding on the sex-based definitions set forth in this order.

(b) Each agency and all Federal employees shall enforce laws governing sex-based rights, protections, opportunities, and accommodations to protect men and women as biologically distinct sexes. Each agency should therefore give the terms ''sex'', ''male'', ''female'', ''men'', ''women'', ''boys'' and ''girls'' the meanings set forth in section 2 of this order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications.

(c) When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term ''sex'' and not ''gender'' in all applicable Federal policies and documents.

(d) The Secretaries of State and Homeland Security, and the Director of the Office of Personnel Management, shall implement changes to require that government-issued identification documents, including passports, visas, and Global Entry cards, accurately reflect the holder's sex, as defined under section 2 of this order; and the Director of the Office of Personnel Management shall ensure that applicable personnel records accurately report Federal employees' sex, as defined by section 2 of this order.

(e) Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages. Agency forms that require an individual's sex shall list male or female, and shall not request gender identity. Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

(f) The prior Administration argued that the Supreme Court's decision in *Bostock* v. *Clayton County* (2020), which addressed Title VII of the Civil Rights Act of 1964, requires gender identity-based access to single-sex spaces under, for example, Title IX of the Educational Amendments Act. This position is legally untenable and has harmed women. The Attorney General shall therefore immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock* v. *Clayton County* (2020) to sex-based distinctions in agency activities. In addition, the Attorney General shall issue guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent.

(g) Federal funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

**Sec. 4.** *Privacy in Intimate Spaces.* (a) The Attorney General and Secretary of Homeland Security shall ensure that males are not detained in women's prisons or housed in women's detention centers, including through amendment, as necessary, of Part 115.41 of title 28, Code of Federal Regulations and interpretation guidance regarding the Americans with Disabilities Act.

**Orr v. Trump - AR 006**

(b) The Secretary of Housing and Urban Development shall prepare and submit for notice and comment rulemaking a policy to rescind the final rule entitled ''Equal Access in Accordance with an Individual's Gender Identity in Community Planning and Development Programs'' of September 21, 2016, 81 FR 64763, and shall submit for public comment a policy protecting women seeking single-sex rape shelters.

(c) The Attorney General shall ensure that the Bureau of Prisons revises its policies concerning medical care to be consistent with this order, and shall ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

(d) Agencies shall effectuate this policy by taking appropriate action to ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity.

Sec. 5. *Protecting Rights.* The Attorney General shall issue guidance to ensure the freedom to express the binary nature of sex and the right to single-sex spaces in workplaces and federally funded entities covered by the Civil Rights Act of 1964. In accordance with that guidance, the Attorney General, the Secretary of Labor, the General Counsel and Chair of the Equal Employment Opportunity Commission, and each other agency head with enforcement responsibilities under the Civil Rights Act shall prioritize investigations and litigation to enforce the rights and freedoms identified.

Sec. 6. *Bill Text.* Within 30 days of the date of this order, the Assistant to the President for Legislative Affairs shall present to the President proposed bill text to codify the definitions in this order.

Sec. 7. *Agency Implementation and Reporting.* (a) Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order to the President, through the Director of the Office of Management and Budget. That update shall address:

(i) changes to agency documents, including regulations, guidance, forms, and communications, made to comply with this order; and

(ii) agency-imposed requirements on federally funded entities, including contractors, to achieve the policy of this order.

(b) The requirements of this order supersede conflicting provisions in any previous Executive Orders or Presidential Memoranda, including but not limited to Executive Orders 13988 of January 20, 2021, 14004 of January 25, 2021, 14020 and 14021 of March 8, 2021, and 14075 of June 15, 2022. These Executive Orders are hereby rescinded, and the White House Gender Policy Council established by Executive Order 14020 is dissolved.

(c) Each agency head shall promptly rescind all guidance documents inconsistent with the requirements of this order or the Attorney General's guidance issued pursuant to this order, or rescind such parts of such documents that are inconsistent in such manner. Such documents include, but are not limited to:

(i) ''The White House Toolkit on Transgender Equality'';

(ii) the Department of Education's guidance documents including:

(A) ''2024 Title IX Regulations: Pointers for Implementation'' (July 2024);

(B) ''U.S. Department of Education Toolkit: Creating Inclusive and Non-discriminatory School Environments for LGBTQI+ Students'';

(C) ''U.S. Department of Education Supporting LGBTQI+ Youth and Families in School'' (June 21, 2023);

(D) ''Departamento de Educación de EE.UU. Apoyar a los jóvenes y familias LGBTQI+ en la escuela'' (June 21, 2023);

(E) ''Supporting Intersex Students: A Resource for Students, Families, and Educators'' (October 2021);

(F) ''Supporting Transgender Youth in School'' (June 2021);

Orr v. Trump - AR 007

(G) ''Letter to Educators on Title IX's 49th Anniversary'' (June 23, 2021);

(H) ''Confronting Anti-LGBTQI+ Harassment in Schools: A Resource for Students and Families'' (June 2021);

(I) ''Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County'' (June 22, 2021);

(J) ''Education in a Pandemic: The Disparate Impacts of COVID–19 on America's Students'' (June 9, 2021); and

(K) ''Back-to-School Message for Transgender Students from the U.S. Depts of Justice, Education, and HHS'' (Aug. 17, 2021);

(iii) the Attorney General's Memorandum of March 26, 2021 entitled ''Application of *Bostock* v. *Clayton County* to Title IX of the Education Amendments of 1972''; and

(iv) the Equal Employment Opportunity Commission's ''Enforcement Guidance on Harassment in the Workplace'' (April 29, 2024).

**Sec. 8**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d) If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

THE WHITE HOUSE,
*January 20, 2025.*

[FR Doc. 2025–02090
Filed 1–29–25; 11:15 am]
Billing code 3395–F4–P

**Orr v. Trump - AR 008**

2025000580



United States Department of State

Washington, DC   20520

<u>UNCLASSIFIED</u>                            January 22, 2025

**Memorandum**

TO:              CA/PPT – Regional Directors, Directors, Assistant Directors

THROUGH:     CA/PPT/S – Amanda Jones

FROM:           CA/PPT/S/A – Paul Peek

SUBJECT:       Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs)

The President signed the executive order titled, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, on January 20, 2025.  The executive order specifies government-issued identification documents shall refer to an individual's immutable biological classification as either male or female.  In agency documents "sex" and not "gender" shall be used.  Further, it is specified that the policy of the United States is that an individual's sex is not changeable. As such, the Department will no longer issue U.S. passports or CRBAs containing an X sex marker and will suspend applications seeking to change an individual's sex marker from that defined in the executive order.

Please suspend any application requesting an X sex marker and do not take any further action pending additional guidance from the Department. Please also suspend any application where the applicant is seeking to change their sex marker from that defined in the executive order pending further guidance.  This guidance applies to all applications currently in progress and any future applications.  Guidance on existing passports containing an X sex marker will come via other channels.

**Orr v. Trump - AR 009**

2025000580

Please contact AskPPTAdjudication@state.gov for applicants who have urgent travel or if you have questions on a specific case.

Attachment:
      Tab – Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government

**Orr v. Trump - AR 010**

UNCLASSIFIED



| | |
|---|---|
| **MRN:** | 25 STATE 6266 |
| **Date/DTG:** | Jan 23, 2025 / 230845Z JAN 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CASC, CPAS, CMGT, KFRD |
| **Subject:** | Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAS) |

1.  The President signed the executive order titled, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, on January 20, 2025.  The executive order specifies government-issued identification documents shall refer to an individual's immutable biological classification as either male or female.  In agency documents "sex" and not "gender" shall be used.  Further, it is specified that the policy of the United States is that an individual's sex is not changeable.  As such, the Department will no longer issue U.S. passports or CRBAs containing an X sex marker and will suspend applications seeking to change an individual's sex marker from that defined in the executive order.

2.  Please suspend any application requesting an X sex marker and do not take any further action pending additional guidance from the Department.  Please also suspend any application where the applicant is seeking to change their sex marker from that defined in the executive order pending further guidance.  This guidance applies to all applications currently in progress and any future applications.  Guidance on existing passports containing an X sex marker will come via other channels.

3.  Please contact AskPPTAdjudication@state.gov for applicants who have urgent travel or if you have questions on a specific case.

**Orr v. Trump - AR 011**

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | CA/PPT/S/A/AP:Scalise, Teresa |
| **Cleared By:** | P:Iyer, Ritika |
| | M:Roden, Catherine |
| | C:Veprek, Andrew |
| | D: Jain, Sahil (info) |
| | CA/PPT:Pierce, Matthew |
| | L/CA:McLean, Christine |
| | CA:Diab, Jaffar |
| | CA:Thomas, Robert |
| **Approved By:** | CA: Stufft, Julie |
| **Released By:** | CA_FO:Chaimongkol, Yuthakorn |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

**Orr v. Trump - AR 012**

REC1|Approve|2-7-2025|MR

2025001111



United States Department of State

Washington, DC   20520

~~SENSITIVE BUT UNCLASSIFIED~~          February 6, 2025

**Action Memo for the Secretary**

FROM:          CA – Julie M. Stufft, SBO

SUBJECT:      (U) Adjudicating X Markers and Binary Sex Markers in
                     U.S. Passports and Consular Reports of Birth Abroad (CRBAs)

**(U) Recommendation:**  That you approve sending the attached materials,
including guidance and ALDAC, to the field on X markers and binary sex
markers in U.S. passports and CRBAs.  (Approve/Disapprove by 02/07/25)
**Decision:  ☐ Approve  ☐ Disapprove  ☐ Discuss**

**Background**
(U) The White House issued executive order "Defending Women from
Gender Ideology Extremism and Restoring Biological Truth to the Federal
Government" on January 20.  The order defines "sex" as referring to "an
individual's immutable biological classification as either male or female,"
establishes a policy to "recognize two sexes, male and female," that "are not
changeable," and requires federal agencies to use the definitions and terms
set forth in the executive order when interpreting or applying statutes,
regulations, or guidance and in all other official agency business, documents,
and communications, and use "sex," not "gender," when administering or
enforcing sex-based distinctions.  The executive order also directs the
Secretary to "implement changes to require that … passports … accurately
reflect the holder's sex."

(U) The Department previously allowed the issuance of passports with an
X marker in lieu of male or female.  Pursuant to the executive order, the
Department no longer issues U.S. passports or CRBAs containing an
X marker.  Although the executive order defines "male" and "female" at the

**Orr v. Trump - AR 013**

SENSITIVE BUT UNCLASSIFIED
-2-

point of conception, it will be advantageous for CA to adjudicate applications based on an applicant's biological sex at birth given that applicants provide vital records such as birth certificates, and because translating "sex at birth," rather than, "sex at conception," will decrease the incidences of an applicant's misunderstanding.

(U) The ALDAC will provide interim guidance, pending revision of the Department's application forms, on adjudicating U.S. passport and CRBA applications that request an X marker.  This guidance will also address the validity of existing U.S. passports and CRBAs with an X marker.  Although the X marker will no longer be issued, previously issued passports and CRBAs containing an X marker will remain valid until their date of expiration.  There is no basis to revoke them under existing regulations.  At the holder's request, these passports and CRBAs may be replaced or amended, respectively, to correct an X marker to the holder's biological sex.

(SBU) Previously, there were situations in which the Department allowed an applicant to apply for a passport changing from one sex to another.  Per this executive order when an applicant requests a change of their sex marker from X to a binary one, from one sex to another, or a previous sex change is identified, adjudicators will use a preponderance of evidence standard to determine the applicant's biological sex at birth.  Documentation issued closest to an individual's birth will be considered the clearest indicator of an individual's biological sex at birth.  This guidance is in effect for all in-progress passport applications in the Department's possession and any future applications received after your approval of this recommendation.

**Attachments**
    Tab 1 – Executive Order Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government
    Tab 2 – Draft ALDAC, Adjudicating X Markers and Binary Sex Markers in U.S. Passports and CRBAs
    Tab 3 – Information Notice 941-24
    Tab 4 – Information Request Letter 708-21+22

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 014**

2025001111

SENSITIVE BUT UNCLASSIFIED
-3-

Tab 5 – GLOBAL - PPT X Marker Press Guidance
Tab 6 – Proposed Travel.State.Gov Webpage - Sex Marker

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 015**

2025001111

SENSITIVE BUT UNCLASSIFIED
-4-

Approved:  CA – Julie M. Stufft, Senior Burau Official [JMS]
**I confirm** the drafter received guidance on this paper's intent, objectives, topics, scope, and structure.  ☒ **Yes** ☐ **No**

Drafted:     CA – Various Drafters

Cleared:

| Bureau | Name | Clearance Status |
|---|---|---|
| P | Ritika Iyer | [ok] |
| M | Suzanne Inzerillo | [ok] |
| C | Lew Olowski | [ok] |
| D | Nadia Shepherd | [Info by request] |
| S/P | Marcus Thornton | [ok] |
| L/CA | Chris McLean | [ok] |

SENSITIVE BUT UNCLASSIFIED

**Orr v. Trump - AR 016**

# TAB 1

Orr v. Trump - AR 017

# DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT EXECUTIVE ORDER
## January 20, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, including section 7301 of title 5, United States Code, it is hereby ordered:

Section 1.  Purpose.  Across the country, ideologues who deny the biological reality of sex have increasingly used legal and other socially coercive means to permit men to self-identify as women and gain access to intimate single-sex spaces and activities designed for women, from women's domestic abuse shelters to women's workplace showers.  This is wrong.  Efforts to eradicate the biological reality of sex fundamentally attack women by depriving them of their dignity, safety, and well-being.  The erasure of sex in language and policy has a corrosive impact not just on women but on the validity of the entire American system.  Basing Federal policy on truth is critical to scientific inquiry, public safety, morale, and trust in government itself.

This unhealthy road is paved by an ongoing and purposeful attack against the ordinary and longstanding use and understanding of biological and scientific terms, replacing the immutable biological reality of sex with an internal, fluid, and subjective sense of self unmoored from biological facts.  Invalidating the true and biological category of "woman" improperly transforms laws and policies designed to protect sex-based opportunities into laws and policies that undermine them, replacing longstanding, cherished legal rights and values with an identity-based, inchoate social concept.

Accordingly, my Administration will defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female, and men are biologically male.

Sec. 2.  Policy and Definitions.  It is the policy of the United States to recognize two sexes, male and female.  These sexes are not changeable and are grounded in fundamental and incontrovertible reality.  Under my direction, the Executive Branch will enforce all sex-protective laws to promote this reality, and the following definitions shall govern all Executive interpretation of and application of Federal law and administration policy:

(a)  "Sex" shall refer to an individual's immutable biological classification as either male or female.  "Sex" is not a synonym for and does not include the concept of "gender identity."

(b)  "Women" or "woman" and "girls" or "girl" shall mean adult and juvenile human females, respectively.

(c)  "Men" or "man" and "boys" or "boy" shall mean adult and juvenile human males, respectively.

Orr v. Trump - AR 018

(d)  "Female" means a person belonging, at conception, to the sex that produces the large reproductive cell.

(e)  "Male" means a person belonging, at conception, to the sex that produces the small reproductive cell.

(f)  "Gender ideology" replaces the biological category of sex with an ever-shifting concept of self-assessed gender identity, permitting the false claim that males can identify as and thus become women and vice versa, and requiring all institutions of society to regard this false claim as true.  Gender ideology includes the idea that there is a vast spectrum of genders that are disconnected from one's sex.  Gender ideology is internally inconsistent, in that it diminishes sex as an identifiable or useful category but nevertheless maintains that it is possible for a person to be born in the wrong sexed body.

(g)  "Gender identity" reflects a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not provide a meaningful basis for identification and cannot be recognized as a replacement for sex.

Sec. 3.  Recognizing Women Are Biologically Distinct From Men.  (a)  Within 30 days of the date of this order, the Secretary of Health and Human Services shall provide to the U.S. Government, external partners, and the public clear guidance expanding on the sex-based definitions set forth in this order.

(b)  Each agency and all Federal employees shall enforce laws governing sex-based rights, protections, opportunities, and accommodations to protect men and women as biologically distinct sexes.  Each agency should therefore give the terms "sex", "male", "female", "men", "women", "boys" and "girls" the meanings set forth in section 2 of this order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications.

(c)  When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents.

(d)  The Secretaries of State and Homeland Security, and the Director of the Office of Personnel Management, shall implement changes to require that government-issued identification documents, including passports, visas, and Global Entry cards, accurately reflect the holder's sex, as defined under section 2 of this order; and the Director of the Office of Personnel Management shall ensure that applicable personnel records accurately report Federal employees' sex, as defined by section 2 of this order.

(e)  Agencies shall remove all statements, policies, regulations, forms, communications, or other internal and external messages that promote or otherwise inculcate gender ideology, and shall cease issuing such statements, policies, regulations, forms, communications or other messages.  Agency forms that require an individual's sex shall list male or female, and shall not request gender identity. Agencies shall take all necessary steps, as permitted by law, to end the Federal funding of gender ideology.

(f)  The prior Administration argued that the Supreme Court's decision in *Bostock v. Clayton County* (2020), which addressed Title VII of the Civil Rights Act of 1964, requires gender identity-based access to single-sex spaces under, for example, Title IX of the Educational Amendments Act.  This position is legally untenable and has harmed women.  The Attorney General shall therefore immediately issue guidance to agencies to correct the misapplication of the Supreme Court's decision in *Bostock v. Clayton County* (2020) to sex-based distinctions in agency activities.  In addition, the Attorney General shall issue guidance and assist agencies in protecting sex-based distinctions, which are explicitly permitted under Constitutional and statutory precedent.

(g)  Federal funds shall not be used to promote gender ideology.  Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

Sec. 4.  Privacy in Intimate Spaces.  (a)  The Attorney General and Secretary of Homeland Security shall ensure that males are not detained in women's prisons or housed in women's detention centers, including through amendment, as necessary, of Part 115.41 of title 28, Code of Federal Regulations and interpretation guidance regarding the Americans with Disabilities Act.

(b)  The Secretary of Housing and Urban Development shall prepare and submit for notice and comment rulemaking a policy to rescind the final rule entitled "Equal Access in Accordance with an Individual's Gender Identity in Community Planning and Development Programs" of September 21, 2016, 81 FR 64763, and shall submit for public comment a policy protecting women seeking single-sex rape shelters.

(c)  The Attorney General shall ensure that the Bureau of Prisons revises its policies concerning medical care to be consistent with this order, and shall ensure that no Federal funds are expended for any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex.

(d)  Agencies shall effectuate this policy by taking appropriate action to ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by sex and not identity.

Sec. 5.  Protecting Rights.  The Attorney General shall issue guidance to ensure the freedom to express the binary nature of sex and the right to single-sex spaces in workplaces and federally funded entities covered by the Civil Rights Act of 1964.  In accordance with that guidance, the Attorney General, the Secretary of Labor, the General Counsel and Chair of the Equal Employment Opportunity Commission, and each other agency head with enforcement responsibilities under the Civil Rights Act shall prioritize investigations and litigation to enforce the rights and freedoms identified.

Sec. 6.  Bill Text.  Within 30 days of the date of this order, the Assistant to the President for Legislative Affairs shall present to the President proposed bill text to codify the definitions in this order.

Sec. 7.  Agency Implementation and Reporting.  (a)  Within 120 days of the date of this order, each agency head shall submit an update on implementation of this order

**Orr v. Trump - AR 020**

to the President, through the Director of the Office of Management and Budget.  That update shall address:

(i)   changes to agency documents, including regulations, guidance, forms, and communications, made to comply with this order; and

(ii)  agency-imposed requirements on federally funded entities, including contractors, to achieve the policy of this order.

(b)  The requirements of this order supersede conflicting provisions in any previous Executive Orders or Presidential Memoranda, including but not limited to Executive Orders 13988 of January 20, 2021, 14004 of January 25, 2021, 14020 and 14021 of March 8, 2021, and 14075 of June 15, 2022.  These Executive Orders are hereby rescinded, and the White House Gender Policy Council established by Executive Order 14020 is dissolved.

(c)  Each agency head shall promptly rescind all guidance documents inconsistent with the requirements of this order or the Attorney General's guidance issued pursuant to this order, or rescind such parts of such documents that are inconsistent in such manner.  Such documents include, but are not limited to:

(i)    "The White House Toolkit on Transgender Equality";

(ii)   the Department of Education's guidance documents including:

(A)  "2024 Title IX Regulations: Pointers for Implementation" (July 2024);

(B)  "U.S. Department of Education Toolkit: Creating Inclusive and Nondiscriminatory School Environments for LGBTQI+ Students";

(C)  "U.S. Department of Education Supporting LGBTQI+ Youth and Families in School" (June 21, 2023);

(D)  "Departamento de Educación de EE.UU.  Apoyar a los jóvenes y familias LGBTQI+ en la escuela" (June 21, 2023);

(E)  "Supporting Intersex Students: A Resource for Students, Families, and Educators" (October 2021);

(F)  "Supporting Transgender Youth in School" (June 2021);

(G)  "Letter to Educators on Title IX's 49th Anniversary" (June 23, 2021);

(H)  "Confronting Anti-LGBTQI+ Harassment in Schools: A Resource for Students and Families" (June 2021);

(I)  "Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County" (June 22, 2021);

(J)  "Education in a Pandemic: The Disparate Impacts of COVID-19 on America's Students" (June 9, 2021); and

(K)  "Back-to-School Message for Transgender Students from the U.S. Depts of Justice, Education, and HHS" (Aug. 17, 2021);

(iii)  the Attorney General's Memorandum of March 26, 2021 entitled "Application of *Bostock v. Clayton County* to Title IX of the Education Amendments of 1972"; and

(iv)  the Equal Employment Opportunity Commission's "Enforcement Guidance on Harassment in the Workplace" (April 29, 2024).

Sec. 8.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)    the authority granted by law to an executive department or agency, or the head thereof; or

(ii)   the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(d)  If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

THE WHITE HOUSE,

    January 20, 2025.

**Orr v. Trump - AR 022**

# TAB 3

Orr v. Trump - AR 023



**U.S. Department of State**
**Bureau of Consular Affairs**
**Passport Services**

### Information Changed on Application

The date of birth, place of birth, name, or sex was changed on your passport application.

The changes were made for one of the following reasons:

- To correct your information to show your biological sex at birth.

- To match the documents you submitted.

- To match our records.

- To show the country of birth as it is currently known.

- To use only letters.

**Orr v. Trump - AR 024**

# TAB 4

Orr v. Trump - AR 025

**708**
**MISCELLANEOUS**

**OPENING**
**00-**
Thank you for your recent passport application.


**BODY**
**21 –Sex Marker Request**
We are unable to issue a U.S. passport containing the sex marker you requested.  The documents submitted did not demonstrate your biological sex at birth.

To continue processing your passport application, please specify your sex at birth below and submit citizenship evidence or identification indicating that sex marker.

> ❑   Please print my passport with the following listed in the sex field: (circle one)
>                                          M                                               F


**22 –Sex Marker Request - Needs Documentation**
We are unable to issue a U.S. passport containing the sex marker you requested.  The documents submitted did not establish your biological sex at birth by a preponderance of the evidence considered.

To continue processing your passport application, please provide additional citizenship evidence or identification demonstrating your biological sex at birth.

**ENDING**
Send the requested item(s) and a copy of this letter to the full address at the top of the letter.   If you do not respond within ninety (90) days of the date shown on this letter, we may deny your application.

We will return your documents when we complete your application.  By law, passport fees are non-refundable.  If you need more time, please respond to this letter requesting an extension.

Thank you,

Customer Service Department

**Orr v. Trump - AR 026**

# TAB 5

Orr v. Trump - AR 027

CA Press Guidance

January 30, 2025

## Sex Marker Changes in U.S. Passports

**Toplines:**

- On January 20, the White House executed  Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."
- The Department of State will implement this Order in accordance with its terms.
- For more information on Executive Orders, we refer you to the White House.
- U.S. Passports previously issued with an X marker will remain valid for travel until their expiration date.
- Customers holding an X passport may apply to replace it with a new one that reflects their biological sex at birth  and the same expiration date, and free of charge if the X passport was issued less than one year ago.


**Q&A:**

**Q: Will customers who have been issued a passport with an X marker need to replace their passport immediately and choose a designation that matches their sex assigned at birth?**

A: No, passports issued with an X marker will remain valid until their expiration date. Customers may apply to replace their X passport with a new one that reflects their biological sex at birth and may do so at no cost, keeping the same expiration date, if it was issued less than one year ago.

**Q: What are the steps for someone seeking to replace their passport with an X  marker?**

A: Customers may replace their passport by mail using form DS-5504, if the passport was issued less than one year ago.  They will need new photos if the passport was issued more than 6 months prior.  They will not have to pay passport fees unless they are requesting the $60 expedited service.  The passport containing X gender marker will be cancelled and returned back to the applicant with their new binary passport.

**Q: Will passports with the X  marker be valid for travel?**

**Orr v. Trump - AR 028**

A: Yes. Passports with X markers are valid for travel under ICAO policy. As long as the current passport with X marker has not expired there are no travel restrictions, unless a transiting country or country of destination imposes travel limitations.

**Q: Will passports with the X marker be valid for entry into the United States?**

A: U.S. passports are official proof of U.S. citizenship and identity and are sufficient for entry into the United States.  Please refer to CBP for any changes to reentry processes.

**Q: For people getting new passports, will they have the option to select the X gender marker or the option to choose the sex they identify with?**
A: Updated U.S. passport policy requires applicants to indicate on their passport applications their binary, biological sex at birth, either M or F.

**Q: Do you have any stats on how many people hold a passport with the X marker, and how many have changed their sex on a passport?**

- We do not publish this data.
- All of our publicly available passport statistics are available on our website: https://travel.state.gov/content/travel/en/about-us/reports-and-statistics.html

**Q: Are you able to tell me what this could mean for travelers [of XYZ nationality] who have X gender marker - i.e no male or female sex - on their passports? Will you provide any advice for travelers with those passports wanting to travel to the US?**

A: For questions about foreign nationals entering the United States without a visa (for example, through the Visa Waiver Program), please refer to CBP for information.

A:  For visa applicants with an X marker in their passport, the consular officer will issue a visa that reflects the applicant's sex at birth.

**Q:  Will this affect people who have previously switched their sex marker from M to F or from F to M in U.S. passports?  What about people who seek to switch their sex in the future when applying for a passport?**

**A:**  Passports will be issued in the biological sex that reflects the person's sex at birth..

**Q: What will happen to applicants who underwent sex medical reassignment procedures and are legally recognized (through the courts) as a person with a sex that is now different from the sex listed on the original birth certificate?**

**A:** Passports will be issued in the biological sex that reflects the person's sex at birth.

**Orr v. Trump - AR 029**

**Q:  I just submitted a passport application that requests X as the gender.  What happens to that application?**

A: If you request an X marker, we will issue you a passport in your biological sex at birth.  If your biological sex is not sufficiently established, we will hold your application and request additional information from you.  Once we have the needed  information, we will  issue a new passport to you in your biological sex at birth. Please note our paper forms continue to list "Gender" instead of "Sex" and we are working to update them as soon as possible.

**Q:  I have a version of the DS-11 and DS-82 applications that still list M, F and X as options. Can I still choose X for my passport?**

**A:** As our official passport forms and applications are being updated, you may find previous versions that still show the X marker option.  If the X marker option is selected, we will hold the application and send a letter or email requesting more information, or the new passport will be issued in accordance with the applicant's sex at birth based on available evidence, either M or F.

**Q: Will CRBAs with X markers be valid?**

A: CRBAs containing an X marker will remain valid, though it is recommended that they are amended to match the bearer's biological sex. CRBA amendments may be completed on Form DS-5542, Request for Overseas U.S. Citizen Vital Records Services.

**Q: If PPT is considering invalidating issued passports or not renewing passports where the sex marker field was previously updated, what would be the implication for SIA-issued passports? How would that affect ongoing or future assignments for officers and family members with such passports and the ability to keep them safe?**

A: Passports previously issued with an X marker will remain valid until their expiration date. SIA has never issued diplomatic, official, or service passports with X marker option.

**Q: What should we do if a U.S. Citizen loses an X marker passport and requests an Emergency Passport at post with urgent need to travel?**

A: An emergency passport can be issued in the applicant's biological sex at birth.  This will be determined by reviewing all available evidence.

**Q: What will happen in the case of a person who has already had their sex changed in a prior PPT when they renew that passport?**

A: All passports that are issued will show an applicant's biological sex at birth.

**Orr v. Trump - AR 030**

# TAB 6

Orr v. Trump - AR 031

UNCLASSIFIED

## Proposed webpage on travel.state.gov

**Sex Marker in Passports**

The White House issued Executive Order "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20, 2025.

Under the executive order, we will no longer issue U.S. passports or Consular Reports of Birth Abroad (CRBAs) with an X marker. We will only issue passports with an M or F sex marker that match the customer's biological sex.

If you submit an application requesting an X marker or requesting to change the M or F sex marker on your passport, we will suspend your application. You will receive a letter or email requesting more information. We will issue you a new passport that matches your biological sex, based on your supporting documents and our records about your previous passports.

- All passports – including those with an X marker or those listing a sex different from your sex at birth – will remain valid for travel until their expiration date, under International Civil Aviation Organization policy.
- Our online form filler now lists "Sex" instead of "Gender." Please note our paper forms continue to list "Gender" instead of "Sex" and we are working to update them as soon as possible.

**Frequently asked questions**

**Is my passport still valid if I have an X marker on it, or if it lists a sex other than my sex at birth?**

Yes. Your passport will remain valid until its expiration date.

**Can I travel outside of the United States using a passport with an X marker, or using a passport that lists a sex other than my sex at birth?**

**Orr v. Trump - AR 032**

Yes. U.S. passports are proof of U.S. citizenship and identity and can be used for entry into the United States. Please refer to U.S. Customs and Border Protection if you have questions about returning to the United States with your travel document.

As long as your current passport has not expired, there are no restrictions to use the passport to travel abroad, unless another country has limitations.

**How do I replace my passport?**

If your passport currently lists a sex other than your sex at birth, you may apply to replace your passport with a new one, keeping the same expiration date.

If the passport was issued less than one year ago, you may replace it by mail using Form DS-5504. You will need a new photo if the passport was issued more than 6 months prior. You will not have to pay passport fees unless you are requesting the $60 expedited service.

If the passport was issued more than one year ago, you will need to apply in person using Form DS-11. You will need to pay all passport fees.

**My birth documentation does not have any information about sex on it. What should I do?**

You can still apply for a passport or to replace your current passport. If we need more information from you, we will contact you after you apply. We will request that you submit certain documents and records to help us establish your biological sex for your new passport.

**I have urgent travel. How do I get a passport?**

We will issue a new passport to you that matches your biological sex. If you are traveling in the next 2-3 weeks, please make an appointment at a passport agency or center.

**You printed the wrong sex on my passport by mistake. What should I do?**

**Orr v. Trump - AR 033**

UNCLASSIFIED
-3-

You can correct your passport if there is a data or printing error. A data error may include an issue with your name, sex, or place of birth. A printing error may include data is missing on the biographical page, discoloration, or crooked printing. We will correct the error at no charge if the passport is still valid. Please follow the steps on our Change or Correct a Passport page.

UNCLASSIFIED

**Orr v. Trump - AR 034**



United States Department of State

Washington, DC   20520

~~SENSITIVE BUT UNCLASSIFIED~~   February 8, 2025

MEMORANDUM

TO:            CA/PPT – Regional Directors, Directors, Assistant Directors

FROM:          CA – Julie Stufft, Senior Bureau Official

SUBJECT:       (U) Adjudicating X Markers and Binary Sex Markers in U.S.
               Passports and Consular Reports of Birth Abroad (CRBAs)

(U)  The President signed an Executive Order entitled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20, 2025.  The executive order provides that the Executive Branch shall "recognize women are biologically female, and men are biologically male."  It establishes a policy to "recognize two sexes, male and female," that "are not changeable," and defines the term "sex" as referring to "an individual's immutable biological classification as either male or female."  Federal agencies must use the definitions of "sex" and other terms set forth in the executive order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications and use "sex," not "gender," when administering or enforcing sex-based distinctions.  The executive order directs the Department of Health and Human Services to provide guidance regarding the definitions set forth in the order within 30 days.

(U)  In accordance with the executive order, the Department no longer issues U.S. passports or CRBAs containing an X marker and has suspended applications seeking to change an individual's sex marker from their biological sex at birth as defined in the executive order.  This cable addresses the validity of existing U.S. passports and CRBAs with an X marker as well as the adjudication of sex markers.

**Orr v. Trump - AR 035**

SENSITIVE BUT UNCLASSIFIED
-2-

(SBU A passport or CRBA application requesting an X marker must be changed to a male or female sex marker when sufficient evidence of biological sex at birth is provided or, if that does not exist, a review of all available evidence establishing biological sex at birth by a preponderance of evidence.  This change may be annotated in the For Issuance Office Only (FIOO) box as "Sex (M or F) per (Document)," e.g., "Sex M per Birth Certificate."  Information Notice (IN) 941-24 should be included with the passport to inform applicants of the change in biographical data.

(SBU)  If the citizenship and identity evidence submitted with the application does not sufficiently establish the applicant's biological sex at birth, the application must be suspended.  The applicant's biological sex at birth might not be established if, among other things, documentation does not indicate their binary biological sex at birth, only lists an X marker or lists a designation of intersex, or there is conflicting information regarding their biological sex at birth.  In such a situation, the office will suspend the application and send Information Request Letter (IRL) 708-21 to request citizenship evidence or identification that indicates their biological sex at birth.  If their response to the 708-21 letter does not clarify whether the applicant is male or female, or provides conflicting information, adjudicators must suspend the application with IRL 708-22.  Conflicting information and relevant Department databases should be carefully reviewed in order to best determine the applicant's biological sex at birth.  Issuance dates of vital records and/or amendments are important indicators to consider.

(SBU)  Many jurisdictions do not list a marker on birth certificates.  Absence of a sex marker, or the presence of a marker listing anything other than male or female, is not conflicting sex marker information.  Indication on the application, a statement, or other documentation (e.g., ID or prior passport

**Orr v. Trump - AR 036**

SENSITIVE BUT UNCLASSIFIED
-3-

record) of a binary sex marker can be used to establish the appropriate biological sex at birth when there is no conflicting sex marker information.

(SBU)  U.S. passports that have already been issued with the X marker remain valid until replaced or expired.  If the passport with an X marker was issued less than one year ago, these passport holders may obtain a replacement passport containing a binary biological sex marker by submitting Form DS-5504, Application for a U.S. Passport Replacement.  The replacement passport will be issued with no fee.  The original passport with the X marker may be cancelled and returned to the applicant.

(U)  CRBAs issued with X marker remain valid until amended.  CRBA amendments from X to a binary sex marker may be completed on Form DS-5542, Request for Overseas U.S. Citizen Vital Records Services.

(SBU)  When an applicant requests a change in their sex marker, adjudicators will review all available evidence and apply a preponderance of evidence to determine the applicant's biological sex at birth.

(SBU)  If a passport or CRBA application requests a sex marker that differs from their citizenship evidence, identification, and/or prior passport record, the documentation issued closest to an individual's birth should be used to establish the biological sex at birth.  Information Notice (IN) 941-24 should be included with the passport to inform applicants of any change in biographical data in the issued document.

(SBU)  Please contact AskPPTAdjudication@state.gov if you have questions not covered by this guidance or have an applicant with urgent travel and are unable to determine their biological sex marker.

**Orr v. Trump - AR 037**

UNCLASSIFIED
~~SBU~~



| | |
|---|---|
| **MRN:** | 25 STATE 11610 |
| **Date/DTG:** | Feb 08, 2025 / 081724Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O:** | 13526 |
| **TAGS:** | CASC, CPAS, CMGT, KFRD |
| **Captions:** | SENSITIVE |
| **Subject:** | Adjudicating X Markers and Binary Sex Markers in U.S. Passports and Consular Reports of Birth Abroad (CRBAs). |

1. (U) The President signed an executive order titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" on January 20.  The executive order provides that the Executive Branch shall "recognize women are biologically female, and men are biologically male."  It establishes a policy to "recognize two sexes, male and female," that "are not changeable," and defines the term "sex" referring to "an individual's immutable biological classification as either male or female."  Federal agencies must use the definitions of "sex" and other terms set forth in the executive order when interpreting or applying statutes, regulations, or guidance and in all other official agency business, documents, and communications and use "sex," not "gender," when administering or enforcing sex-based distinctions.  The executive order directs the Department of Health and Human Services to provide guidance regarding the definitions set forth in the order within 30 days.

2. (U) In accordance with the executive order, the Department no longer issues U.S. passports or CRBAs containing an X marker and has suspended applications seeking to change an individual's sex marker from their biological sex at birth as defined in the executive order  This cable addresses

**Orr v. Trump - AR 038**

the validity of existing U.S. passports and CRBAs with an X marker as well as the adjudication of sex markers.

3. (SBU) A passport or CRBA application requesting an X marker must be changed to a male or female sex marker when sufficient evidence of biological sex at birth is provided or, if that does not exist, a review of all available evidence establishing biological sex at birth by a preponderance of evidence. This change may be annotated in the For Issuance Office Only (FIOO) box as "Sex (M or F) per (Document)," e.g., "Sex M per Birth Certificate." Information Notice (IN) 941-24 should be included with the passport to inform applicants of the change in biographical data.

4. (SBU) If the citizenship and identity evidence submitted with the application does not sufficiently establish the applicant's biological sex at birth, the application must be suspended. The applicant's biological sex at birth might not be established if, among other things, documentation does not indicate their binary biological sex at birth, only lists an X marker or lists a designation of intersex, or there is conflicting information regarding their biological sex at birth. In such a situation, the office will suspend the application and send Information Request Letter (IRL) 708-21 to request citizenship evidence or identification that indicates their biological sex at birth. If their response to the 708-21 letter does not clarify whether the applicant is male or female, or provides conflicting information, adjudicators must suspend the application with IRL 708-22. Conflicting information and relevant Department databases should be carefully reviewed in order to best determine the applicant's biological sex at birth. Issuance dates of vital records and/or amendments are important indicators to consider.

5. (SBU) Many jurisdictions do not list a marker on birth certificates. Absence of a sex marker, or the presence of a marker listing anything other than male or female, is not conflicting sex marker information. Indication on the application, a statement, or other documentation (e.g., ID or prior passport record) of a binary sex marker can be used to establish the appropriate biological sex at birth when there is no conflicting sex marker information.

**Orr v. Trump - AR 039**

6. (SBU) U.S. passports that have already been issued with the X marker remain valid until replaced or expired. If the passport with an X marker was issued less than one year ago, these passport holders may obtain a replacement passport containing a binary biological sex marker by submitting Form DS-5504, Application for a U.S. Passport Replacement. The replacement passport will be issued with no fee. The original passport with the X marker may be cancelled and returned to the applicant.

7. (U) CRBAs issued with X marker remain valid until amended. CRBA amendments from X to a binary sex marker may be completed on Form DS-5542, Request for Overseas U.S. Citizen Vital Records Services.

8. (SBU) When an applicant requests a change in their sex marker, adjudicators will review all available evidence and apply a preponderance of evidence to determine the applicant's biological sex at birth.

9. (SBU) If a passport or CRBA application requests a sex marker that differs from their citizenship evidence, identification, and/or prior passport record, the documentation issued closest to an individual's birth should be used to establish the biological sex at birth. Information Notice (IN) 941-24 should be included with the passport to inform applicants of any change in biographical data in the issued document.

10. (SBU) This guidance is in effect for all in-progress passport applications in the Department's possession and any future applications received as of February 7, 2025.

11. (SBU) Please contact AskPPTAdjudication@state.gov if you have questions not covered by this guidance or have an applicant with urgent travel and are unable to determine their biological sex marker.

12. (SBU) Posts must refer any U.S. media inquiries regarding executive orders to CA-Press@state.gov, and congressional inquiries regarding the executive order to ConsularOnTheHill@state.gov. Posts may respond to

**Orr v. Trump - AR 040**

requests from international media regarding executive orders using CA's cleared press guidance located on CA Web (linked here), copying CA-Press@state.gov.), copying CA-Press@state.gov.

13. Minimize considered.

**MINIMIZE CONSIDERED**

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Cleared By:** | P:Iyer, Ritika |
| | M:Inzerillo, Suzanne |
| | C:Olowski, Lew |
| | D:Shepherd, Nadia |
| | S/P:Thornton, Marcus |
| | L/CA:McLean, Christine |
| **Approved By:** | CA:Stufft, Julie |
| **Released By:** | CA_FO:Chaimongkol, Yuthakorn |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**
~~SBU~~

**Orr v. Trump - AR 041**



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB Control No. 1405-0004
Expiration Date: 04-30-2025
Estimated Burden: 85 Minutes

**Please read all instructions first and type or print in black ink to complete this form.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used to apply for a U.S. passport book and/or card **in person** at an acceptance facility, a passport agency (by appointment only), or a U.S. embassy, consulate, or consular agency (if abroad). The U.S. passport is a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals. To be eligible to use this form you must **apply in person** if at least one of the following is true:

✓  I am applying for my first U.S. passport
✓  I am under age 16

My previous U.S. passport was either: a) issued under age 16;
b) issued more than 15 years ago; c) lost, stolen, or damaged

**If none of the above statements apply to you, then you may be eligible to apply using form DS-82 or DS-5504 depending on your circumstances. Visit travel.state.gov for more information.**

- **Notice to Applicant's Under Age 16:** You must appear in person to apply for a U.S. passport with your parent(s) or legal guardian(s). See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicant's Ages 16 and 17:** At least one of your parent(s) or legal guardian(s) must know that you are applying for a U.S. passport. See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

## SECTION B. STEPS TO APPLY FOR A U.S. PASSPORT

1. Complete this form (Do not sign until requested to do so by an authorized agent).
2. Attach one color photograph 2x2 inches in size and supporting documents (See Section D of these instructions).
3. Schedule appointment to apply in person by visiting our website or calling NPIC (see contact info at the top page).
4. Arrive for appointment and present completed form and attachments to the authorized agent who will administer the oath, witness you signing your form, and collect your passport fee.
5. Track application status online at Passportstatus.state.gov.
6. Receive new passport and original supporting documents (that you submitted with your application).

## SECTION C. HOW TO COMPLETE THIS FORM

Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form.

1. **Name (Last, First, Middle)**: Enter the name to appear in the passport. The name to appear in the passport should be consistent with your proof of citizenship and identification. If you have changed your name and are not eligible to use a DS-82 or DS-5504, you must use this form. Visit travel.state.gov/namechange for more information.

2. **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).

3. **Gender**: The gender markers used are "M" (male), "F" (female) and "X" (unspecified or another gender identity). The gender marker that you check on this form will appear in your passport regardless of the gender marker(s) on your previous passport and/or your supporting evidence of citizenship and identity. If changing your gender marker from what was printed on your previous passport, select "Yes" in this field on Application Page 1. If no gender marker is selected, we may print the gender as listed on your supporting evidence of citizenship or contact you for more information. **Please Note:** We cannot guarantee that other countries you visit or travel through will recognize the gender marker on your passport. Visit travel.state.gov/gender for more information.

4. **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country, as presently known.

5. **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed, and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.

| | |
|---|---|
| 6. **Email:** By providing your email you are consenting to us communicating with you by email about your application. | 7. **Primary Contact Phone Number:** If providing a mobile/cell phone number you are consenting to receive calls and/or text messaging about your application. |

8. **Mailing Address Line 1 and 2 "In Care Of"**: For line 1 enter applicant's Street/RFD #, *or* P.O. Box *or* URB. For line 2, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of". **If the applicant is a minor child, you must include the "In Care Of" name of the parent or adult registered to receive mail at this address.**

9. List all other names you have used: Enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names one in item A and one in item B. If only your last name has changed just enter your last name. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.

⚠ **Blue Section Application Page 1 - Identifying Documents and Signature Blocks: Skip this section and complete Application Page 2.
Do not sign this form until requested to do so by the authorized agent who will administer the oath to you.**

DS-11 04-2022

Instruction Page 1 of 4

**Orr v. Trump - AR 042**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

| SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM |
|---|
| Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section. |

1. **PROOF OF U.S. CITIZENSHIP** Information can be found on travel.state.gov/citizenship.

### Applicants Born in the United States

Your evidence will be returned to you if it is not damaged, altered, or forged. Submit an original or certified copy and a photocopy of the front and back if there is printed information on the back, of one of the following documents:

- U.S. Birth Certificate that meets all the following requirements:
  - Issued by the city, county, or state of birth
  - Lists your full name, birthdate, and birthplace
  - Lists your parent(s)' full names
  - Lists date filed with registrar's office (must be within one year of birth)
  - Shows registrar's signature and the seal of the issuing authority
- Fully valid, undamaged U.S. passport (may be expired)
- Consular Report of Birth Abroad or Certification of Birth Abroad
- Certificate of Naturalization or Citizenship

- Secondary documents may be submitted if the U.S. birth certificate was filed more than one year after your birth *or* if no birth record exists. For no birth record on file, submit a registrar's letter to that effect. For both scenarios, submit a combination of the evidence listed below, with your first and last name, birthdate and/or birthplace, the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record
  - An early baptismal or circumcision certificate
  - Early census, school, medical, or family Bible records
  - Insurance files or published birth announcements (such as a newspaper article)
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted in addition to some of the records listed above.

### Applicants Born Outside the United States

If we determine that you are a U.S. citizen, your lawful permanent resident card submitted with this application will be forwarded to U.S. Citizenship and Immigration Services.

- Claiming Citizenship through Naturalization of One or Both Parent(s), submit all the following:
  - Your parent(s) Certificate(s) of Naturalization
  - Your parents' marriage certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable
  - Your foreign birth certificate (and official translation if the document is not in English)
  - Your evidence of admission to the United States for legal permanent residence and proof you subsequently resided in the United States

- Claiming Citizenship through Birth Abroad to At Least One U.S. Citizen Parent, submit all the following:
  - Your Consular Report of Birth Abroad (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English)
  - Your parent's proof of U.S. citizenship
  - Your parents' marriage certificate
  - Affidavit showing all your U.S. citizen parents' periods and places of residence and physical presence before your birth (DS-5507)

- Claiming Citizenship Through Adoption by a U.S. Citizen Parent(s), *if your birthdate is on or after October 5, 1978*, submit evidence of all the following:
  - Your permanent residence status
  - Your full and final adoption
  - You were in the legal and physical custody of your U.S. citizen parent(s)
  - You have resided in the United States

2. **PROOF OF IDENTITY** Information can be found at travel.state.gov/identification.

Present your original identification and submit a front and back photocopy with this form. It must show a photograph that is a good likeness of you. Examples include:

- Driver's license (not temporary or learner's permit)
- Previous or current U.S. passport book/card
- Military identification

- Federal, state, or city government employee identification
- Certificate of Naturalization or Citizenship

3. **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos.

Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view

- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis. You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**Orr v. Trump - AR 043**



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

**4. PROOF OF PARENTAL RELATIONSHIP** *(FOR APPLICANTS UNDER AGE 16)*

Parents/guardians must appear in person with the child and submit the following:

- Evidence of the child's relationship to parents/guardian(s) (Example: a birth certificate or Consular Report of Birth Abroad listing the names of the parent(s)/guardian(s) and child)
- Original parental/guardian government-issued photo identification and a photocopy of the front and back (to satisfy proof of identity)

If only one parent/guardian can appear in person with the child, you must also submit one of the following:

- The second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement <u>cannot</u> be more than three months old, <u>must</u> be signed and notarized on the same day, and <u>must</u> come with a front and back photocopy of the second parent's government-issued photo identification.
- The second parent's death certificate (if second parent is deceased)
- Evidence of sole authority to apply (Example: a court order granting sole legal custody or a birth certificate listing only one parent)
- A written statement (made under penalty of perjury) or DS-5525 explaining, in detail, why the second parent cannot be reached

*OR*

**PROOF OF PARENTAL AWARENESS** *(FOR APPLICANTS AGES 16 AND 17)*

We may request the consent of one legal parent/legal guardian to issue a U.S. passport to you. In many cases, the passport authorizing officer may be able to ascertain parental awareness of the application by virtue of the parent's presence when the minor submits the application or a signed note from the parent or proof the parent is paying the application fees. However, the passport authorizing officer retains discretion to request the legal parent's/legal guardian's notarized statement of consent to issuance (e.g., on Form DS-3053).

**5. FEES**   Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56) and are collected at the time you apply for the passport service. By law, the passport fees are <u>**non-refundable**</u>. Visit travel.state.gov/ passportfees for current fees and how fees are used and processed. Payment methods are as follows:

| Applicant Applying in the United States At Acceptance Facility | Applicant Applying at a Passport Agency or Outside the United States |
|---|---|
| • Passport fees must be made by check (personal, certified, cashier's, travelers) or money order (U.S. Postal, international, currency exchange) with the applicant's full name and date of birth printed on the front and payable to "U.S. Department of State." <br><br> • The execution fee **must be paid separately** and made payable to the acceptance facility in the form that they accept. | • We accept checks (personal, certified, cashier's, travelers); major credit cards (Visa, Master Card, American Express, Discover); money orders (U.S. Postal, international, currency exchange); or exact cash (no change provided). Make all fees payable to the "U.S. Department of State." <br><br> • <u>If applying outside the United States</u>: Please see the website of your embassy, consulate, or consular agency for acceptable payment methods. |

**Other Services Requiring Additional Fee** (Visit travel.state.gov for more details)**:**

- **Expedite Service:** Only available for passports mailed in the United States and Canada.
- **1-2 Day Delivery:** Only available for passport book (and not passport card) mailings in the United States.
- **Verification of a previous U.S. Passport or Consular Report of Birth Abroad:** Upon your request, we verify previously issued U.S. passport or Consular Report of Birth Abroad if you are unable to submit evidence of U.S. citizenship.
- **Special Issuance Passports:** If you apply for a no-fee regular, service, official, or diplomatic passport at a designated acceptance facility, you must pay the execution fee. No other fees are charged when you apply.

## SECTION E. HOW TO SUBMIT THIS FORM

Submitting your form depends on your location and how soon you need your passport.

- **Applicant Located Inside the United States:** For the latest information regarding processing times, scheduling appointments, and nearest designated acceptance facilities visit travel.state.gov or contact NPIC.

- **Applicant Located Outside the United States:** In most countries, you must apply in person at a U.S. embassy or consulate for all passport services. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS

- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** You may receive your newly issued U.S. passport book and/or card and your citizenship evidence <u>in two separate mailings</u>. If you are applying for both a book and card, <u>you may receive three separate mailings</u>: one with your returned evidence, one with your newly issued book, and one with your newly issued card. **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

**Orr v. Trump - AR 044**



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 1 (Section C) to this form.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**

**Orr v. Trump - AR 045**

U.S. Department of State

OMB Control No. 1405-0004
Expiration Date: 04/30/2025
Estimated Burden: 85 Minutes

# APPLICATION FOR A U.S. PASSPORT

***Use black ink only. If you make an error, complete a new form. Do not correct.***

**Select document(s) for which you are submitting fees:**

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
The U.S. passport card is **not** valid for international air travel. See Instruction Page 3
☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)
The large book is for frequent international travelers who need more visa pages.

**1. Name** Last

☐ D  ☐ O  ☐ S  ☐ NFR
End. #          Exp.

First                                    Middle

**2. Date of Birth** *(mm/dd/yyyy)*    **3. Gender (Read Instruction Page 1)** **4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*

M  F  X  Changing gender marker? Yes

**5. Social Security Number**    **6. Email** *(See application status at passportstatus.state.gov)*    **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** Street/RFD#, P.O. Box, or URB

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" of the parent. Example: In Care Of - Jane Doe)*

**City**                          **State**    **Zip Code**    **Country**, *(if outside the United States)*

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change.  Attach additional  pages if needed.)*

A.                                    B.

# STOP! CONTINUE TO PAGE 2 ➡
## DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

STAPLE  STAPLE

FROM 1" TO 1 3/8"

2" X 2"    2" X 2"

STAPLE  STAPLE

Attach a color photograph taken within the last six months

☐ Acceptance Agent    ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other

Name

Issue Date *(mm/dd/yyyy)*          Exp. Date *(mm/dd/yyyy)*          State of Issuance

ID No                          Country of Issuance

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

☐ Driver's License   ☐ State Issued ID Card   ☐ Passport   ☐ Military   ☐ Other

Name

Issue Date *(mm/dd/yyyy)*          Exp. Date *(mm/dd/yyyy)*          State of Issuance

ID No                          Country of Issuance

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x
Applicant's Legal Signature - age 16 and older

Signature of person authorized to accept applications

Date

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

Agent ID Number

x
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Print Facility Name/Location

Facility ID Number

x
Mother/Father/Parent/Legal Guardian's Signature (if identifying minor)

Name of courier company *(if applicable)*

For Issuing Office Only ___ Bk ___ Card ___ EF ___ Postage ___ Execution ___ Other ___

DS 11 C 03 2022 1

DS-11 04-2022

**Orr v. Trump - AR 046**  Page 1 of 2

**Name of Applicant** (*Last, First, & Middle*)

**Date of Birth** (*mm/dd/yyyy*)

**10. Parental Information**

Mother/Father/Parent - First & Middle Name (*at Parent's Birth*)

Last Name (*at Parent's Birth*)

Date of Birth (*mm/dd/yyyy*)

Place of Birth (*City & State if in the U.S. or City & Country as it is presently known*)

Gender
- M
- F
- X

U.S. Citizen?
- Yes
- No

Mother/Father/Parent - First & Middle Name (*at Parent's Birth*)

Last Name (*at Parent's Birth*)

Date of Birth (*mm/dd/yyyy*)

Place of Birth (*City & State if in the U.S. or City & Country as it is presently known*)

Gender
- M
- F
- X

U.S. Citizen?
- Yes
- No

**11. Have you ever been married?**   Yes   No   *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse (*Last, First & Middle*)

Date of Birth (*mm/dd/yyyy*)

Place of Birth

U.S. Citizen?   Yes   No

Date of Marriage (*mm/dd/yyyy*)

Have you ever been widowed or divorced?   Yes   No

Widow/Divorce Date (*mm/dd/yyyy*)

**12. Additional Contact Phone Number**
- Home
- Work
- Cell

**13. Occupation** (*if age 16 or older*)

**14. Employer or School** (*if applicable*)

**15. Height**   **16. Hair Color**   **17. Eye Color**

**18. Travel Plans** (*If no travel plans, please write "none"*)

Departure Date (*mm/dd/yyyy*)   Return Date (*mm/dd/yyyy*)   Countries to be Visited

**19. Permanent Address** (*Complete if P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.* **Do not list a P.O. Box.**)

Street/RFD # or URB

Apartment/Unit

City

State

Zip Code

**20. Your Emergency Contact** (*Provide the information of a person not traveling with you to be contacted in the event of an emergency.*)

Name

Address: Street/RFD # or P.O. Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?**   Yes   No   *If yes, complete the remaining items in #21.*

Name as it appears on your most recent passport book

Most recent passport book number

Most recent passport book issue date (*mm/dd/yyyy*)

Status of your most recent passport book:   Submitting with application   Stolen   Lost   In my possession (*if expired*)

Name as it appears on your most recent passport card

Most recent passport card number

Most recent passport card issue date (*mm/dd/yyyy*)

Status of your most recent passport card:   Submitting with application   Stolen   Lost   In my possession (*if expired*)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

- Birth Certificate   SR   CR   City   Filed:   Issued:   Sole Parent
- Nat. / Citz. Cert.   USCIS   USDC   Date/Place Acquired:   A#
- Report of Birth   Filed/Place:
- Passport   C/R   S/R   See #21   #/DOI:
- Other:
- Attached:

 P/C of Citz   P/C of ID   DS-71   DS-3053   DS-64   DS-5520   DS-5525   PAW   NPIC   IRL   Citz W/S

DS 11 C 03 2022 2

DS-11 04-2022

**Orr v. Trump - AR 047**

Page 2 of 2



U.S. Department of State

OMB Control No. 1405-0020
Expiration Date: 04/30/2025
Estimated Burden: 40 Minutes

# U.S. PASSPORT RENEWAL APPLICATION
# FOR ELIGIBLE INDIVIDUALS

**Please read all instructions first and type or print in black ink to complete this form.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov**.**

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used by U.S. passport holders to renew their current or recently expired U.S. passport book and/or card (a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals). This form can be submitted by mail. You are eligible to use this form if you can answer "Yes" to ALL statements below about your passport:

☐ **YES**  ☐ **NO**  I can submit my most recent U.S. passport book and/or card with this application.

☐ **YES**  ☐ **NO**  I was at least 16 years old when my most recent U.S. passport book and/or card was issued.

☐ **YES**  ☐ **NO**  I was issued my most recent U.S passport book and/or card less than 15 years ago.

☐ **YES**  ☐ **NO**  The U.S. passport book and/or card that I am renewing has not been mutilated, damaged, or reported lost or stolen.

☐ **YES**  ☐ **NO**  My U.S. passport was not limited to less than the normal ten-year validity period due to passport damage/mutilation, multiple passport thefts/losses, or non-compliance with 22 C.F.R. 51.41. (Refer to the last page of your U.S. passport book for endorsement information.)

My name has not changed since my most recent U.S. passport book and/or card was issued.
**-- OR --**
☐ **YES**  ☐ **NO**  My name has changed by marriage or court order, and I can submit proper certified documentation to reflect my name change (such as a certified copy of a marriage certificate, or court order. Visit travel.state.gov/namechange for a complete description of accepted documents.

### If you answered "NO" to any of the statements above, STOP. <u>You cannot use this form.</u>

### You may be eligible to apply on form DS-11 or DS-5504 depending on your circumstances.
### Visit travel.state.gov for more information.

**Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

**Replacing a Lost, Stolen, or Damaged Passport:** A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must apply using form DS-11, Application for a U.S. Passport and submit form DS-64, Statement Regarding a Lost or Stolen Valid U.S. Passport.

The information you provide regarding your lost or stolen valid U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, immediately report it as found and submit it for cancellation. It has been invalidated. You cannot use that passport book or card for travel.**

## SECTION B. STEPS TO RENEW A U.S. PASSPORT

1. Complete and sign this form.
2. Attach one color photograph 2x2 inches in size, your previously issued U.S. passport, and supporting documents (See Section D of these instructions).
3. Mail us your application and attachments (See Section E of these instructions).
4. Track application status online at Passportstatus.state.gov.
5. Receive new passport and original supporting documents (that you submitted your application).

**Orr v. Trump - AR 048**

# U.S. PASSPORT RENEWAL APPLICATION
# FOR ELIGIBLE INDIVIDUALS

## SECTION C. HOW TO COMPLETE THIS FORM
Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form.

1. **Name (Last, First, Middle)**: Enter the name to appear in the passport. The name to appear in the passport should be consistent with your previous U.S. passport. If you are requesting a passport in a name different from the name that appears on your previous U.S. passport, submit proof of name change if resulting from marriage or legal name change such as a marriage certificate, divorce decree, or court order of name change (if applicable). Information can be found at travel.state.gov/namechange.

2. **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).

3. **Gender**: The gender markers used are "M" (male), "F" (female) and "X" (unspecified or another gender identity). The gender marker that you check on this form will appear in your passport regardless of the gender marker(s) on your previous passport and/or your supporting evidence of citizenship and identity. If changing your gender marker from what was printed on your previous passport, select "Yes" in this field on Application Page 1. If no gender marker is selected, we may print the gender as listed on your supporting evidence or contact you for more information. **Please Note**: We cannot guarantee that other countries you visit or travel through will recognize the gender marker on your passport. Visit travel.state.gov/gender for more information.

4. **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known.

5. **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.

6. **Email**: By providing your email you are consenting to us communicating with you by email about your application.

7. **Primary Contact Phone Number:** If providing a mobile/cell phone number you are consenting to receive calls and/or text messaging about your application.

8. **Mailing Address Line 1 and 2 "In Care Of"**: For line 1 enter applicant's Street/RFD #, *or* P.O. Box *or* URB. For line 2, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of".

9. **List all other names you have used:** Enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names: one in item A and one in item B. If only your last name has changed just enter the last name. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.

⚠️ **Blue Section Application Page 1 - Signature Block: Remember to sign this page then complete Application Page 2.**

## SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM
Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section.

1. **YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD**

When submitting a U.S. passport book and/or card with this form, please verify that the document was issued at age 16 or older in your current name and issued within the past 15 years. Please submit any valid passport product you have with this application. If your U.S. passport book and/or card has been mutilated, damaged, or reported lost or stolen, you must apply on form DS-11.

2. **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos.

Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view

- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis.  You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**USE CAUTION WHEN STAPLING YOUR PHOTO**: Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo. Follow the photo template on Application Page 1.

**Orr v. Trump - AR 049**

U.S. Department of State

# U.S. PASSPORT RENEWAL APPLICATION
# FOR ELIGIBLE INDIVIDUALS

**3. PROOF OF NAME CHANGE:** If the name you are currently using is different from the name on your most recent U.S. passport, you must submit a copy of your certified marriage certificate, divorce decree, or original court order showing the change of name. Please make sure all documents are clear and legible. All original documents will be returned to you by mail. If you are unable to document your name change in this manner, you must apply on form DS-11, Application for a U.S. Passport.

**4. FEES:** Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56). Do not send cash. The Department cannot be responsible for cash sent through the mail. By law, the passport fees are <u>**non-refundable**</u>. There is no execution fee to use this form. <u>Newly issued passport cards are delivered via first</u> class mail only. Visit <u>travel.state.gov</u>/passportfees for current fees and how fees are used and processed.

Payment methods are as follows:

| Applicant Applying in the United States | Applicant Applying Outside the United States |
|---|---|
| • Passport fees must be made by check (personal, certified, cashier's, travelers) or money order (U.S. Postal, international, currency exchange) with the applicant's full name and date of birth printed on the front and payable to "U.S. Department of State." | • We accept checks (personal, certified, cashier's, travelers); major credit cards (Visa, Master Card, American Express, Discover); money orders (U.S. Postal, international, currency exchange); or exact cash (no change provided, if applying in person). Make all fees payable to the "U.S. Department of State."<br>• Please see the website of your embassy, consulate, or consular agency for acceptable payment methods. |

**Other Services Requiring Additional Fee** (Visit travel.state.gov for more details):
- **Expedited Service:** Available for an additional fee. Expedited service is only available for passports mailed in the United States and Canada. Please include the appropriate fee with your payment. Please write "Expedite" on the outer envelope when mailing. Visit travel.state.gov for the current fees and processing times for expedited service.
- **1-2 Day Delivery:** Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.
- **NOTE:** To ensure minimal processing time for expedited applications, the Department recommends using 1 – 2 day delivery service to submit the application and to include the appropriate postage fee for 1-2 day return delivery for the newly issued passport book. Please visit travel.state.gov for updated information regarding fees, processing times, or to check the status of your passport application online.

## SECTION E. HOW TO SUBMIT THIS FORM
### The Department recommends using a trackable mailing service when submitting your application.

Submitting your form depends on your location and how soon you need your passport. Print page one and page two of your application on separate pieces of paper. You do not need to submit instruction pages. Mail this form and attachments to one of the addresses below:

| **FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY, or TX):<br>National Passport Processing Center<br>PO Box 640155<br>Irving, TX 75064-0155 | **FOR ROUTINE SERVICE** (If you live in any other state or Canada):<br>National Passport Processing Center<br>PO Box 90155<br>Philadelphia, PA 19190-0155 | **FOR EXPEDITED SERVICE** (**Additional Fee**, from any state or Canada):<br>National Passport Processing Center<br>PO Box 90955<br>Philadelphia, PA 19190-0955 |
|---|---|---|

**Notice to Applicants Located Outside the United States:** U.S. citizens residing outside the United States and Canada cannot submit this form to the domestic addresses listed above. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS
- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** <u>You may receive your newly issued U.S. passport book and/or card and your citizenship evidence in two separate mailings.</u> If you are applying for both a book and card, you may receive three separate mailings: one with your returned evidence, one with your newly issued book, and one with your newly issued card. **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

**Orr v. Trump - AR 050**



U.S. Department of State

# U.S. PASSPORT RENEWAL APPLICATION
# FOR ELIGIBLE INDIVIDUALS

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of statutory "sex tourism" crimes, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 2 (Section C) to this form.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**

DS-82 04-2022

**Orr v. Trump - AR 051**

**U.S. Department of State**

OMB Control No. 1405-0020
Expiration Date: 04/30/2025
Estimated Burden: 40 Minutes

## U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

*Use __black ink__ only. If you make an error, complete a new form. Do not correct.*

### Select document(s) for which you are applying:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

The U.S. passport card is **not** valid for international air travel. (See instruction page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent international travelers who need more visa pages.

**1. Name** Last *(Your name must match previous passport or name change document)*

☐ D    ☐ O    ☐ S    ☐ NFR
End. #_____    Exp. _____

First

Middle

**2. Date of Birth** *(mm/dd/yyyy)*

**3. Gender (Read Instruction Page 2)**
M  F  X  Changing gender marker?
Yes

**4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known)*

**5. Social Security Number**

**6. Email** *(See application status at passportstatus.state.gov)*

**7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, In Care Of or Attention if applicable.)*

**City**    **State**    **Zip Code**    **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.

B.

STAPLE    STAPLE
2" X 2"    FROM 1" TO 1 3/8"    2" X 2"
STAPLE    STAPLE

Attach a color photograph taken within the last six months

**10. U.S. Passport Information**
Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number

Book Issue date *(mm/dd/yyyy)*

Most recent U.S. passport card number

Card Issue date *(mm/dd/yyyy)*

**11. Name Change Information** Complete if name is different than last U.S. passport book or passport card
☐ Changed by Marriage    Place of Name Change *(City/State)*    Date *(mm/dd/yyyy)*
☐ Changed by Court Order
Please submit a certified copy.

x _____
**Applicant's Legal Signature**

**Date**

### FOR ISSUING OFFICE ONLY

☐ PPT BK C/R    ☐ PPT BK S/R    ☐ PPT CD C/R    ☐ PPT CD S/R

☐ Marriage Certificate    Date of Marriage/Place Issued:

☐ Court Order    Date Filed/Court:

From _____

To: _____

☐ Other:

☐ Attached:

For Issuing Office Only ➤ Bk Fee_____ Cd Fee_____ EF_____ Postage_____ Other_____

DS 82 C 03 2022 1

DS-82  04-2022

Page 1 of 2

**Orr v. Trump - AR 052**

**Name of Applicant** *(Last, First & Middle)*

**Date of Birth** *(mm/dd/yyyy)*

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School *(if applicable)* |
|---|---|---|---|---|

**17. Additional Contact Phone Numbers**

☐ Home ☐ Cell
☐ Work _____

☐ Home ☐ Cell
☐ Work _____

**18. Permanent Address:** *(Complete if PO Box is listed in Mailing Address or if residence is different from Mailing Address. Do not list a PO Box.)*

Street/RFD # or URB

Apartment/Unit

City

State   Zip Code

**19. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name

Address: Street/RFD # or PO Box

Apartment/Unit

City

State   Zip Code   Phone Number   Relationship to Applicant

**20. Travel Plans** *(If no travel plans, please write "none")*

Departure Date *(mm/dd/yyyy)*   Return Date *(mm/dd/yyyy)*   Countries to be visited

# STOP!

# PLEASE BE SURE TO:

**1. Print form on two separate pages**

**2. Sign and date on Application Page 1**

**3. Submit both pages (see Instruction Page 3)**

DS-82 04-2022

DS 82 C 03 2022 2

**Orr v. Trump - AR 053**

Page 2 of 2

OMB Control No.: 1405-0160
Expiration Date: 04-30-2025
Estimated Burden: 40 Minutes

# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
## CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

**Please read all instructions first and type or print in black ink to complete this form.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used by U.S. passport holders who are eligible to re-apply for a U.S. passport book and/or card (a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals) at no cost (unless expedited service is requested for a name change or limited passport replacement). This form can be submitted by mail. You are eligible to use this form if you can answer "Yes" to any of the statements below about your passport:

☐ **YES**    ☐ **NO**    I changed my name, by marriage or court order, less than one year after my most recent U.S. passport book and/or card was issued and my U.S. passport book and/or card was issued less than one year ago.

**-- OR --**

☐ **YES**    ☐ **NO**    My identifying information in my most recent U.S. passport book and/or card was printed incorrectly.

**-- OR --**

☐ **YES**    ☐ **NO**    My most recent U.S. passport book was obtained at the full passport fee and limited to two years or less for a reason other than multiple losses or serious damage/mutilation of previous passports.

### If you answered "NO" to <u>ALL</u> the statements above, STOP. <u>You cannot use this form.</u>

### You may be eligible to apply on form DS-11 or DS-82 depending on your circumstances. Visit travel.state.gov for more information.

**Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

**Replacing a Lost, Stolen, or Damaged Passport:** A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must apply using form DS-11, Application for a U.S. Passport and submit form DS-64, Statement Regarding a Lost or Stolen Valid U.S. Passport.

The information you provide regarding your lost or stolen valid U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, immediately report it as found and submit it for cancellation. It has been invalidated. You cannot use that passport book or card for travel.**

## SECTION B. STEPS TO REAPPLY FOR A U.S. PASSPORT

1. Complete and sign this form.
2. Attach one color photograph 2x2 inches in size and your issued U.S. passport and supporting documents (See Section D of these instructions).
3. Mail us your application and attachments (See Section E of these instructions).
4. Track application status online at Passportstatus.state.gov.
5. Receive new passport and original supporting documents (that you submitted with your application).

**Orr v. Trump - AR 054**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

| SECTION C. HOW TO COMPLETE THIS FORM |
|---|
| Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form. |

| | |
|---|---|
| 1. | **Name (Last, First, Middle)**: Enter the name to appear in the passport. If you are requesting a passport in a name different from the name that appears on your previous U.S. passport, submit proof of name change if resulting from marriage or legal name change such as a marriage certificate, divorce decree, or court order of name change (if applicable). Information can be found at travel.state.gov/namechange. |
| 2. | **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY). |
| 3. | **Gender**: The gender markers used are "M" (male), "F" (female) and "X" (unspecified or another gender identity). The gender marker that you check on this form will appear in your passport regardless of the gender marker(s) on your previous passport and/or your supporting evidence of citizenship and identity. If changing your gender marker from what was printed on your previous passport, select "Yes" in this field on Application Page 1. If no gender marker is selected, we may print the gender as listed on your supporting evidence or contact you for more information. **Please Note**: We cannot guarantee that other countries you visit or travel through will recognize the gender marker on your passport. Visit travel.state.gov/gender for more information. |
| 4. | **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known. |
| 5. | **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed and dated, that includes the phrase, ("*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office. |

| | | | |
|---|---|---|---|
| 6. | **Email:** By providing your email you are consenting to us communicating with you by email about your application. | 7. | **Primary Contact Phone Number:** If providing a mobile/cell phone number you are consenting to receive calls and/or text messaging about your application. |

| | |
|---|---|
| 8. | **Mailing Address Line 1 and 2 "In Care Of"**: For line 1 enter applicant's Street/RFD #, *or* P.O. Box *or* URB. For line 2, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of". **If the applicant is a minor child, you must include the "In Care Of" name of the parent or adult registered to receive mail at this address.** |
| 9. | **List all other names you have used:** Enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names: one in item A and one in item B. If only your last name has changed just enter your last name. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form. |

 **Blue Section Application Page 1 - Signature Blocks: Remember to sign this page then complete Application Page 2.**

| SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM |
|---|
| Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section. |

1.  **YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD**
Submit the most recent passport issued with the data error (e.g., name, gender marker, or place of birth) or printing error (e.g., data is missing on the biographical page, discoloration, crooked printing, etc.)  If your U.S. passport book and/or card has been mutilated, damaged, or reported lost or stolen, you must apply on form DS-11, Application for a U.S. Passport.

2.  **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos. Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view
- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis.  You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**USE CAUTION WHEN STAPLING YOUR PHOTO**: Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo. Follow the photo template on Application Page 1.

**Orr v. Trump - AR 055**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
## CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

**3.  SUPPORTING DOCUMENTS**

**Name Change:**  If your name has changed **less than one year** after your U.S. passport book and/or card was issued **and** your U.S. passport book and/or card was issued **less than one year ago**, you may use this form. You must submit an official certified name change document (such as a certified copy of a marriage certificate, divorce decree, or a certified copy of a court order) showing a seal and officiate's/judge's signature. Please visit travel.state.gov/namechange for a complete description of accepted documents. If you are unable to document your name change in this manner, you must apply on form DS-11.

**Correction:** If there is a data error (e.g., name, gender marker, or place of birth) or printing error (e.g., data is missing on the biographical page, discoloration, crooked printing, etc.) in your recently issued, valid U.S. passport book and/or card, you must submit the appropriate document showing the correct information (e.g., certified birth certificate or certified marriage certificate as described above.) The validity period of the new, corrected passport depends on when you report the error.

| If... | Then... |
|---|---|
| Reported within one year of issue date | The new passport will be valid for 10 years from the date it is issued. |
| Reported after one year of issue date | The new passport will be valid until the expiration of the original, incorrect passport. |

**Limited Passport Replacement**

- If you are reapplying because your U.S. passport book was limited in validity due to insufficient evidence of U.S. citizenship and/or identity and you paid the full passport fees, you must submit evidence of your U.S. citizenship (such as a government-issued birth certificate or a U.S. Certificate of Naturalization) and/or evidence of your identity (such as a driver's license or a state-issued identification card). You must establish your citizenship and identity to the satisfaction of the U.S. Department of State. We may ask you to provide additional evidence to support your claim to U.S. citizenship and/or to establish your identity. Please refer to the notice included with your passport for instructions.
- If your U.S. passport book was limited due to gender transition under our prior gender policy, submit this form within two years of your previous passport's issuance date. If your limited-validity passport was issued more than two years ago, please use form DS-11. If your U.S. passport book was limited for another reason (such as multiple losses or damage/mutilation of previous passports), please visit travel.state.gov for more information. **Passport books limited in validity due to serious damage or multiple losses cannot be extended.**
- **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.

**4.  EXPEDITE FEE** (Optional for name change or limited passport replacement only. Only available for passports mailed in the United States and Canada.)

- There is **no fee to use this form** unless expedited service is requested for a name change or limited passport replacement. A passport issued with a data or printing error (as described in the supporting document section above) is **corrected at no cost (with no expedite fee) if the passport is still valid.** Pay by check (personal, certified, cashier's, travelers) or money order (U.S. Postal, international, currency exchange) with the applicant's full name and date of birth printed on the front and payable to "U.S. Dept. of State." Please write "Expedite" on the outer envelope when mailing. **Do not send cash.** The Department cannot be responsible for cash sent through the mail. By law, passport service fees are **non-refundable**.
- Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56). Visit travel.state.gov/passportfees for current fees and how fees are used and processed.)

## SECTION E. HOW TO SUBMIT THIS FORM
### The Department recommends using a trackable mailing service when submitting your application.

Print page one and page two of your application on separate pieces of paper. Mail this form and attachments to one of the addresses below:

| **FOR ROUTINE SERVICE (No fee required)**: | **FOR EXPEDITED SERVICE (Fee required, see above for details)**: |
|---|---|
| National Passport Processing Center<br>Post Office Box 90107<br>Philadelphia, PA 19190-0107 | National Passport Processing Center<br>Post Office Box 90907<br>Philadelphia, PA 19190-0907 |

**Notice to Applicants Located Outside the United States:** U.S. citizens residing outside the United States and Canada cannot submit this form to the domestic addresses listed above. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS

- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, but only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** Your new passport book and/or card and any documentary evidence submitted to the Department will be returned to you by priority or first-class mail, unless overnight delivery is requested.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

**Orr v. Trump - AR 056**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

| WARNING |
|---|
| False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.<br><br>**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.** |

| ACTS OR CONDITIONS |
|---|
| If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.<br><br>*I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.* |

| PRIVACY ACT STATEMENT |
|---|
| **AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.<br><br>**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.<br><br>**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.<br><br>**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 2 (Section C) to this form. |

| PAPERWORK REDUCTION ACT STATEMENT |
|---|
| Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199. |

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**

**Orr v. Trump - AR 057**

OMB Control No: 1405-0160
Expiration Date: 04-30-2025
Estimated Burden: 40 Minutes

**U. S. Department of State**

## APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT
*Use __black ink__ only. If you make an error, complete a new form. Do not correct.*

Select document(s) for which you are applying:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

The U.S. passport card is __not__ valid for international air travel. (See Instruction Page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent travelers who need more visa pages.

☐ D    ☐ O    ☐ S    ☐ NFR

End. # _____    Exp. _____

**1. Name** Last

First                                    Middle

**2. Date of Birth** *(mm/dd/yyyy)*

**3. Gender (Read Instruction Page 2)**    **4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*

M    F    X    Changing gender marker?    Yes

**5. Social Security Number**    **6. Email** *(See application status at passportstatus.state.gov)*    **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, PO Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" the parent. Example: In Care Of - Jane Doe, mother)*

**City**    **State**    **Zip Code**    **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.    B.

STAPLE    STAPLE
2" X 2"    FROM 1" TO 1 3/8"    2" X 2"
STAPLE    STAPLE
taken within the last six months

**10. U.S. Passport Information**

Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number    Book Issue Date *(mm/dd/yyyy)*

Most recent U.S. passport card number    Card Issue Date *(mm/dd/yyyy)*

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

**Date**

**FOR ISSUING OFFICE ONLY**

☐ Name Change  ☐ Replacement  ☐ Correction:  LName  FName  MName  DOB  Sex  POB  Other

From: _____

To: _____

BC    Nat/Citz Cert    Report of Birth    Prev PPT    MC    Adoption C/O    NC C/O    ACRQ    Other

Filed/Issued/Place:    Doc #:

☐ Other:

☐ Attached:

EF _____    Postage _____    Other _____

DS-5504 04-2022

DS 5504 C 03 2022 1

**Orr v. Trump - AR 058**    Page 1 of 2

| Name of Applicant *(Last, First & Middle)* | | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|

| 11. Height | 12. Hair Color | 13. Eye Color | 14. Occupation *(if age 16 or older)* | 15. Employer or School *(if applicable)* |
|---|---|---|---|---|

**16. Additional Contact Phone Numbers**

☐ Home ☐ Cell / ☐ Work     ☐ Home ☐ Cell / ☐ Work

**17. Permanent Address:** *(Complete if PO Box is listed in Mailing Address or if residence is different from Mailing Address. Do not list a PO Box.)*

Street/RFD # or URB                                      Apartment/Unit

City                                      State   Zip Code

**18. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name               Address: Street/RFD # or PO Box               Apartment/Unit

City        State   Zip Code        Phone Number        Relationship to Applicant

**19. Travel Plans** *(If no travel plans, please write "none")*

Departure Date *(mm/dd/yyyy)*   Return Date *(mm/dd/yyyy)*   Countries to be visited

## Please complete the following questions

**20. Has your name changed by marriage or court order less than one year after your U.S. passport book and/or card was issued?**

☐ Yes ☐ No

**21. If yes, and your submitted passport book and/or card is less than one year old, please complete this section with your new name.**

Name Last

First               Middle

Note: You must submit evidence documenting your name change (such as a certified marriage certificate or a certified court order) and your current U.S. passport book and/or card, along with this completed form to the address listed on Instruction Page 3.

If you cannot or did not meet the above criteria, please complete form DS-82, U.S. Passport Renewal Application for Eligible Individuals or form DS-11, Application for a U.S. Passport.

**22. Was your identifying information printed incorrectly in your U.S. passport book and/or card?**

☐ Yes ☐ No

**If yes, only check the box(es) next to the field(s) that need to be corrected and complete the information as it should appear.**

☐ Name Last

☐ First               ☐ Middle

☐ Date of Birth *(mm/dd/yyyy)*   ☐ Gender   ☐ Place of Birth *(State or Country)*
                                   M F X

Note: Please submit evidence documenting your correct identifying information (such as a certified marriage certificate or birth certificate, if applicable) and your current U.S. passport book and/or card, along with this completed form to the address listed on Instruction Page 3. Visit travel.state.gov for information on gender markers.

**23. Was your most recent U.S. passport book limited for two years or less?**

☐ Yes ☐ No

**If yes, please submit evidence of your U.S. citizenship (such as U.S. birth certificate or naturalization certificate) and/or evidence of your identity (such as a driver's license or state-issued ID card).**

Note: To complete a limited U.S. passport book replacement, your submitted U.S. passport book must not be expired. Passport books limited in validity because of multiple losses, damages, or mutilations cannot be extended.

Please be sure to enclose your U.S. passport book along with this application to the address listed on Instruction Page 3.

DS 5504 C 03 2022 2

DS-5504 04-2022

Page 2 of 2

Orr v. Trump - AR 059

**ADDRESSES:** *Visit the MySBA Loan Portal at https://lending.sba.gov to apply for a disaster assistance loan.*

**FOR FURTHER INFORMATION CONTACT:** Alan Escobar, Office of Disaster Recovery & Resilience, U.S. Small Business Administration, 409 3rd Street SW, Suite 6050, Washington, DC 20416, (202) 205–6734.

**SUPPLEMENTARY INFORMATION:** The notice of the President's major disaster declaration for the State of Illinois, dated September 20, 2024, is hereby amended to extend the deadline for filing applications for physical damages as a result of this disaster to December 13, 2024.

All other information in the original declaration remains unchanged.

(Catalog of Federal Domestic Assistance Number 59008)

**Alejandro Contreras,**

*Acting Deputy Associate Administrator, Office of Disaster Recovery & Resilience.*

[FR Doc. 2024–27633 Filed 11–25–24; 8:45 am]

**BILLING CODE 8026–09–P**

---

## SMALL BUSINESS ADMINISTRATION

**[Disaster Declaration #20856 and #20857; SEMINOLE TRIBE of FLORIDA Disaster Number FL–20017]**

### Presidential Declaration Amendment of a Major Disaster for the Seminole Tribe of Florida

**AGENCY:** U.S. Small Business Administration.

**ACTION:** Amendment 1.

**SUMMARY:** This is an amendment of the Presidential declaration of a major disaster for the Seminole Tribe of Florida (FEMA–4844–DR), dated November 5, 2024.

*Incident:* Hurricane Milton.

**DATES:** Issued on November 20, 2024.

*Incident Period:* October 5, 2024 through November 2, 2024.

*Physical Loan Application Deadline Date:* January 6, 2025.

*Economic Injury (EIDL) Loan Application Deadline Date:* August 5, 2025.

**ADDRESSES:** *Visit the MySBA Loan Portal at https://lending.sba.gov to apply for a disaster assistance loan.*

**FOR FURTHER INFORMATION CONTACT:** Alan Escobar, Office of Disaster Recovery & Resilience, U.S. Small Business Administration, 409 3rd Street SW, Suite 6050, Washington, DC 20416, (202) 205–6734.

**SUPPLEMENTARY INFORMATION:** The notice of the President's major disaster declaration for the Seminole Tribe of

Florida, dated November 5, 2024, is hereby amended to update the incident period for this disaster as beginning October 5, 2024, and continuing through November 2, 2024.

All other information in the original declaration remains unchanged.

(Catalog of Federal Domestic Assistance Number 59008)

**Alejandro Contreras,**

*Acting Deputy Associate Administrator, Office of Disaster Recovery & Resilience.*

[FR Doc. 2024–27688 Filed 11–25–24; 8:45 am]

**BILLING CODE 8026–09–P**

---

## DEPARTMENT OF STATE

**[Public Notice 12583]**

### 60-Day Notice of Proposed Information Collection: Application for a U.S. Passport

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State is seeking Office of Management and Budget (OMB) approval for the information collection described below. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on this collection from all interested individuals and organizations. The purpose of this notice is to allow 60 days for public comment preceding submission of the collection to OMB.

**DATES:** The Department of State will accept comments from the public up to January 27, 2025.

**ADDRESSES:** You may submit comments by any of the following methods:

• *Web:* Persons with access to the internet may comment on this notice by going to *www.Regulations.gov.* You can search for the document by entering ''Docket Number: DOS–2024–0040 in the Search field. Then click the ''Comment Now'' button and complete the comment form. Email and regular mail options have been suspended to centralize receiving and addressing all comments in a timely manner.

*Email: Passport-Form-Comments@ State.gov.*

You must include the DS form number (if applicable), information collection title, and the OMB control number in the email subject line.

**SUPPLEMENTARY INFORMATION:**

• *Title of Information Collection:* Application for a U.S. Passport.

• *OMB Control Number:* 1405–0004.

• *Type of Request:* Renewal of a Currently Approved Collection.

• *Originating Office:* Bureau of Consular Affairs, Passport Services,

Office of Program Management and Operational Support (CA/PPT/S/PMO).

• *Form Number:* DS–11.

• *Respondents:* Individuals or Households.

• *Estimated Number of Respondents:* 12,669,500.

• *Estimated Number of Responses:* 12,669,500.

• *Average Time per Response:* 85 minutes.

• *Total Estimated Burden Time:* 17,948,460 hours.

• *Frequency:* On occasion.

• *Obligation To Respond:* Required to Obtain or Retain a Benefit.

We are soliciting public comments to permit the Department to:

• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.

• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.

• Enhance the quality, utility, and clarity of the information to be collected.

• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

### Abstract of Proposed Collection

The Application for a U.S. Passport (form DS–11) solicits data necessary for Passport Services to issue a United States passport (book and/or card format) pursuant to authorities granted to the Secretary of State by 22 U.S.C. 211a *et seq.,* and Executive Order 11295 (August 5, 1966) for the issuance of passports to U.S. nationals. The issuance of U.S. passports requires the determination of identity, nationality, and entitlement with reference to the provisions of Title III of the Immigration and Nationality Act (INA) (8 U.S.C. 1401–1504), the 14th Amendment to the Constitution of the United States, other applicable treaties and laws, and implementing regulations at 22 CFR parts 50 and 51. The specific regulations pertaining to the Application for a U.S. Passport are at 22 CFR 51.20 through 51.28.

### Methodology

Passport Services collects information from U.S. citizens and non-citizen

nationals when they complete and submit the Application for a U.S. Passport (form DS–11). Passport applicants can either download the DS–11 from the internet or obtain one from an acceptance facility/passport agency or U.S. embassy/consulate abroad. The form must be completed and executed at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad), and submitted with evidence of citizenship and identity.

Amanda E Smith,

*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*

[FR Doc. 2024–27703 Filed 11–25–24; 8:45 am]

BILLING CODE 4710–06–P

## DEPARTMENT OF STATE

[Public Notice 12582]

### 60-Day Notice of Proposed Information Collection: U.S. Passport Renewal Application for Eligible Individuals

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State is seeking Office of Management and Budget (OMB) approval for the information collection described below. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on this collection from all interested individuals and organizations. The purpose of this notice is to allow 60 days for public comment preceding submission of the collection to OMB.

**DATES:** The Department of State will accept comments from the public up to January 27, 2025.

**ADDRESSES:** You may submit comments by any of the following methods:
• *Web:* Persons with access to the internet may comment on this notice by going to *www.Regulations.gov.* You can search for the document by entering Docket Number: DOS–2024–0043 in the Search field. Then click the "Comment Now" button and complete the comment form. Email and regular mail options have been suspended to centralize receiving and addressing all comments in a timely manner.
*Email: Passport-Form-Comments@ State.gov.*

You must include the DS form number (if applicable), information collection title, and the OMB control number in the email subject line.

**SUPPLEMENTARY INFORMATION:**
• *Title of Information Collection:* U.S. Passport Renewal Application for Eligible Individuals.

• *OMB Control Number:* 1405–0020.
• *Type of Request:* Revision of a Currently Approved Collection.
• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).
• *Form Number:* DS–82.
• *Respondents:* Individuals or Households.
• *Estimated Number of Respondents:* 8,321,500.
• *Estimated Number of Responses:* 8,321,500.
• *Average Time per Response:* 40 minutes.
• *Total Estimated Burden Time:* 5,547,700 hours per year.
• *Frequency:* On occasion.
• *Obligation To Respond:* Required to Obtain a Benefit.

We are soliciting public comments to permit the Department to:
• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.
• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.
• Enhance the quality, utility, and clarity of the information to be collected.
• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

### Abstract of Proposed Collection

The U.S. Passport Renewal Application for Eligible Individuals (form DS–82) is used by eligible citizens and non-citizen nationals of the United States who need to renew their current or recently expired U.S. passport.

### Methodology

Passport Services collects information from U.S. nationals when they complete and submit the DS–82. The Department features an online application process called Online Passport Renewal (OPR). Using the online platform, eligible applicants can complete the required steps for passport renewal. Passport applicants can download the DS–82 from the internet or obtain the form from an acceptance facility/passport agency. The form must be completed, signed, and submitted by mail or in person at an acceptance facility, passport agency, or U.S. embassy/ consulate (if abroad).

Amanda E Smith,

*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*

[FR Doc. 2024–27705 Filed 11–25–24; 8:45 am]

BILLING CODE 4710–06–P

## TENNESSEE VALLEY AUTHORITY

### Johnsonville Fossil Plant Ash Impoundment Closure

**AGENCY:** Tennessee Valley Authority.

**ACTION:** Notice of intent.

**SUMMARY:** The Tennessee Valley Authority (TVA) intends to prepare an environmental impact statement (EIS) to evaluate the potential environmental effects associated with the future management of coal combustion residuals (CCR) material in Ash Pond 2 at the Johnsonville Fossil Plant (JOF) located in Humphreys County, Tennessee. This EIS supports the implementation of the closure of Ash Pond 2, a CCR surface impoundment at JOF, in a manner that is protective of human health and the environment. TVA's intention to prepare an EIS to address CCR management at JOF Ash Pond 2 was previously noticed in November 2019. The project was paused after completion of scoping while TVA continued to refine the project proposal and alternatives. This current notice is to reinitiate the EIS.

**DATES:** The public scoping period begins with the publication of this Notice of Intent in the **Federal Register**. To ensure consideration, comments must be postmarked, emailed, or submitted online no later than December 30, 2024.

**ADDRESSES:** Written comments should be sent to Brittany Kunkle, NEPA Compliance Specialist, 400 W Summit Hill Drive, WT 11B–K, Knoxville, TN 37902. Comments also may be submitted online at: *https:// www.tva.gov/nepa* or by email to *nepa@ tva.gov.* To ensure your comment is correctly dispositioned, please specify the project when submitting comments. Please note that TVA encourages comments submitted electronically.

**FOR FURTHER INFORMATION CONTACT:** Brittany Kunkle, 865–632–6470, *brkunkle@tva.gov,* or by mail at the address above.

**SUPPLEMENTARY INFORMATION:** The EIS identification number is EISX–455–00–000–1723542522. This notice is provided in accordance with the National Environmental Policy Act

Orr v. Trump - AR 061

**93390**

nationals when they complete and submit the Application for a U.S. Passport (form DS–11). Passport applicants can either download the DS–11 from the internet or obtain one from an acceptance facility/passport agency or U.S. embassy/consulate abroad. The form must be completed and executed at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad), and submitted with evidence of citizenship and identity.

Amanda E Smith,
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*
[FR Doc. 2024–27703 Filed 11–25–24; 8:45 am]
**BILLING CODE 4710–06–P**

## DEPARTMENT OF STATE

[Public Notice 12582]

### 60-Day Notice of Proposed Information Collection: U.S. Passport Renewal Application for Eligible Individuals

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State is seeking Office of Management and Budget (OMB) approval for the information collection described below. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on this collection from all interested individuals and organizations. The purpose of this notice is to allow 60 days for public comment preceding submission of the collection to OMB.

**DATES:** The Department of State will accept comments from the public up to January 27, 2025.

**ADDRESSES:** You may submit comments by any of the following methods:
• *Web:* Persons with access to the internet may comment on this notice by going to *www.Regulations.gov.* You can search for the document by entering Docket Number: DOS–2024–0043 in the Search field. Then click the "Comment Now" button and complete the comment form. Email and regular mail options have been suspended to centralize receiving and addressing all comments in a timely manner.
*Email: Passport-Form-Comments@State.gov.*
You must include the DS form number (if applicable), information collection title, and the OMB control number in the email subject line.

**SUPPLEMENTARY INFORMATION:**
• *Title of Information Collection:* U.S. Passport Renewal Application for Eligible Individuals.

• *OMB Control Number:* 1405–0020.
• *Type of Request:* Revision of a Currently Approved Collection.
• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).
• *Form Number:* DS–82.
• *Respondents:* Individuals or Households.
• *Estimated Number of Respondents:* 8,321,500.
• *Estimated Number of Responses:* 8,321,500.
• *Average Time per Response:* 40 minutes.
• *Total Estimated Burden Time:* 5,547,700 hours per year.
• *Frequency:* On occasion.
• *Obligation To Respond:* Required to Obtain a Benefit.

We are soliciting public comments to permit the Department to:
• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.
• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.
• Enhance the quality, utility, and clarity of the information to be collected.
• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

**Abstract of Proposed Collection**

The U.S. Passport Renewal Application for Eligible Individuals (form DS–82) is used by eligible citizens and non-citizen nationals of the United States who need to renew their current or recently expired U.S. passport.

**Methodology**

Passport Services collects information from U.S. nationals when they complete and submit the DS–82. The Department features an online application process called Online Passport Renewal (OPR). Using the online platform, eligible applicants can complete the required steps for passport renewal. Passport applicants can download the DS–82 from the internet or obtain the form from an acceptance facility/passport agency. The form must be completed, signed, and submitted by mail or in person at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad).

Amanda E Smith,
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*
[FR Doc. 2024–27705 Filed 11–25–24; 8:45 am]
**BILLING CODE 4710–06–P**

## TENNESSEE VALLEY AUTHORITY

### Johnsonville Fossil Plant Ash Impoundment Closure

**AGENCY:** Tennessee Valley Authority.
**ACTION:** Notice of intent.

**SUMMARY:** The Tennessee Valley Authority (TVA) intends to prepare an environmental impact statement (EIS) to evaluate the potential environmental effects associated with the future management of coal combustion residuals (CCR) material in Ash Pond 2 at the Johnsonville Fossil Plant (JOF) located in Humphreys County, Tennessee. This EIS supports the implementation of the closure of Ash Pond 2, a CCR surface impoundment at JOF, in a manner that is protective of human health and the environment. TVA's intention to prepare an EIS to address CCR management at JOF Ash Pond 2 was previously noticed in November 2019. The project was paused after completion of scoping while TVA continued to refine the project proposal and alternatives. This current notice is to reinitiate the EIS.

**DATES:** The public scoping period begins with the publication of this Notice of Intent in the **Federal Register**. To ensure consideration, comments must be postmarked, emailed, or submitted online no later than December 30, 2024.

**ADDRESSES:** Written comments should be sent to Brittany Kunkle, NEPA Compliance Specialist, 400 W Summit Hill Drive, WT 11B–K, Knoxville, TN 37902. Comments also may be submitted online at: *https://www.tva.gov/nepa* or by email to *nepa@tva.gov.* To ensure your comment is correctly dispositioned, please specify the project when submitting comments. Please note that TVA encourages comments submitted electronically.

**FOR FURTHER INFORMATION CONTACT:** Brittany Kunkle, 865–632–6470, *brkunkle@tva.gov,* or by mail at the address above.

**SUPPLEMENTARY INFORMATION:** The EIS identification number is EISX–455–00–000–1723542522. This notice is provided in accordance with the National Environmental Policy Act

Orr v. Trump - AR 062

and better prepare SBIR/STTR awardees for commercialization success (through technical assistance and mentoring).

*Solicitation of Public Comments:* SBA is requesting comments on (a) Whether the collection of information is necessary for the agency to properly perform its mission and functions with respect to the SBIC program; (b) whether the burden estimates are accurate; (c) whether there are ways to minimize the burden, including through the use of automated techniques or other forms of information technology; and (d) whether there are ways to enhance the quality, utility, and clarity of the information.

**OMB Control Number 3245–0405**

*Title:* FAST Program Quarterly Reporting Form.

*Frequency:* Quarterly.

*SBA Form Number:* N/A.

*Description of Respondents:* FAST award recipients, including Small Business and Technology Development Centers (SBTDCs), state and local economic development agencies, and other FAST award recipients.

*Responses:* 200.

*Annual Burden:* 400.

**Curtis Rich,**

*Agency Clearance Officer.*

[FR Doc. 2024–28039 Filed 11–27–24; 8:45 am]

**BILLING CODE 8026–09–P**

---

# DEPARTMENT OF STATE

[Public Notice: 12597]

## Notice of Determinations; Culturally Significant Objects Being Imported for Exhibition—Determinations: ''Gustave Caillebotte: Painting Men'' Exhibition

**SUMMARY:** Notice is hereby given of the following determinations: I hereby determine that certain objects being imported from abroad pursuant to agreements with their foreign owners or custodians for temporary display in the exhibition ''Gustave Caillebotte: Painting Men'' at the J. Paul Getty Museum at the Getty Center, Los Angeles, California; The Art Institute of Chicago, in Chicago, Illinois; and at possible additional exhibitions or venues yet to be determined, are of cultural significance, and, further, that their temporary exhibition or display within the United States as aforementioned is in the national interest. I have ordered that Public Notice of these determinations be published in the **Federal Register**.

**FOR FURTHER INFORMATION CONTACT:** Reed Liriano, Program Coordinator, Office of the Legal Adviser, U.S.

Department of State (telephone: 202–632–6471; email: *section2459@ state.gov*). The mailing address is U.S. Department of State, L/PD, 2200 C Street NW, (SA–5), Suite 5H03, Washington, DC 20522–0505.

**SUPPLEMENTARY INFORMATION:** The foregoing determinations were made pursuant to the authority vested in me by the Act of October 19, 1965 (79 Stat. 985; 22 U.S.C. 2459), Executive Order 12047 of March 27, 1978, the Foreign Affairs Reform and Restructuring Act of 1998 (112 Stat. 2681, *et seq.;* 22 U.S.C. 6501 note, *et seq.*), Delegation of Authority No. 234 of October 1, 1999, Delegation of Authority No. 236–3 of August 28, 2000, and Delegation of Authority No. 523 of December 22, 2021.

**Nicole L. Elkon,**

*Deputy Assistant Secretary for Professional and Cultural Exchanges, Bureau of Educational and Cultural Affairs, Department of State.*

[FR Doc. 2024–28060 Filed 11–27–24; 8:45 am]

**BILLING CODE 4710–05–P**

---

# DEPARTMENT OF STATE

[Public Notice 12580]

## 60-Day Notice of Proposed Information Collection: Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State is seeking Office of Management and Budget (OMB) approval for the information collection described below. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on this collection from all interested individuals and organizations. The purpose of this notice is to allow 60 days for public comment preceding submission of the collection to OMB.

**DATES:** The Department of State will accept comments from the public up to January 28, 2025.

**ADDRESSES:** You may submit comments by any of the following methods:

• *Web:* Persons with access to the internet may comment on this notice by going to *www.Regulations.gov.* You can search for the document by entering ''Docket Number: DOS–2024–0039 in the Search field. Then click the ''Comment Now'' button and complete the comment form. Email and regular mail options have been suspended to

centralize receiving and addressing all comments in a timely manner.

*Email: Passport-Form-Comments@ State.gov.*

You must include the DS form number (if applicable), information collection title, and the OMB control number in the email subject line.

**SUPPLEMENTARY INFORMATION:**

• *Title of Information Collection:* Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement.

• *OMB Control Number:* 1405–0160.

• *Type of Request:* Revision of a Currently Approved Collection.

• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).

• *Form Number:* DS–5504.

• *Respondents:* Individuals or Households.

• *Estimated Number of Respondents:* 767,500.

• *Estimated Number of Responses:* 767,500.

• *Average Time per Response:* 40 minutes.

• *Total Estimated Burden Time:* 511,700 hours.

• *Frequency:* On occasion.

• *Obligation to Respond:* Required to Obtain a Benefit.

We are soliciting public comments to permit the Department to:

• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.

• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.

• Enhance the quality, utility, and clarity of the information to be collected.

• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

*Abstract of Proposed Collection*

The Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement (form DS–5504) is used by current passport holders who are

eligible to re-apply for a passport at no cost.

**Methodology**

Passport Services collects information from U.S. citizens and non-citizen nationals when they complete and submit the Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement (form DS–5504). Passport applicants can either download the DS–5504 from the internet or obtain the form from an acceptance facility/ passport agency. The form must be completed, signed, and be submitted by mail (or in person at Passport Agencies domestically or U.S. embassies/ consulates overseas).

**Amanda E Smith,**
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*
[FR Doc. 2024–28038 Filed 11–27–24; 8:45 am]
**BILLING CODE 4710–06–P**

---

**DEPARTMENT OF STATE**

[Public Notice: 12598]

**Imposition of Nonproliferation Measures Against Foreign Persons, Including a Ban on U.S. Government Procurement**

**ACTION:** Notice of determination.

**SUMMARY:** A determination has been made that a number of foreign persons have engaged in activities that warrant the imposition of measures pursuant to the Iran, North Korea, and Syria Nonproliferation Act (INKSNA).

**DATES:** These measures are applicable November 20, 2024.

**FOR FURTHER INFORMATION CONTACT:** On general issues: Pam Durham, Office of Missile, Biological, and Chemical Nonproliferation, Bureau of International Security and Nonproliferation, Department of State, Telephone (202) 647–4930. For U.S. Government procurement ban issues: Eric Moore, Office of the Procurement Executive, Department of State, Telephone: (703) 875–4079. Email: mooreen@state.gov.

**SUPPLEMENTARY INFORMATION:** The INKSNA provides for sanctions on foreign entities and individuals for the transfer to or acquisition from Iran since January 1, 1999; the transfer to or acquisition from Syria since January 1, 2005; or the transfer to or acquisition from the DPRK since January 1, 2006, of goods, services, or technology controlled under multilateral control

lists (Australia Group, Chemical Weapons Convention, Missile Technology Control Regime, Nuclear Suppliers Group, Wassenaar Arrangement) or otherwise having the potential to make a material contribution to the development of weapons of mass destruction (WMD) or cruise or ballistic missile systems. The latter category includes: items of the same kind as those on multilateral lists but falling below the control list parameters when it is determined that such items have the potential of making a material contribution to WMD or cruise or ballistic missile systems; items on U.S. national control lists for WMD/ missile reasons that are not on multilateral lists; and other items with the potential of making such a material contribution when added through case-by-case decisions.

On November 20, 2024, the U.S. Government applied the measures authorized in Section 3 of the Iran, North Korea, and Syria Nonproliferation Act (Pub. L. 109–353) against the following foreign persons identified in the report submitted pursuant to Section 2(a) of the Act:

Bearings on Lipetsk LLC (Russian entity); and any successor, sub-unit, or subsidiary thereof;

Dandong Mason-Age Trade Co Ltd. (PRC entity); and any successor, sub-unit, or subsidiary thereof;

Igor Aleksandrovich Michurin (Russian national); and any successor, sub-unit, or subsidiary thereof;

Kim Sang-ch'o'l (Kim Sang Chang Chol) (DPRK national).

Ri Su'ung-ch'o'l (Ri Sung Chol) (DPRK national).

Accordingly, pursuant to Section 3 of the Act, the following measures are imposed on these persons:

1. No department or agency of the U.S. government may procure or enter into any contract for the procurement of any goods, technology, or services from these foreign persons, except to the extent that the Secretary of State otherwise may determine;

2. No department or agency of the U.S. government may provide any assistance to these foreign persons, and these persons shall not be eligible to participate in any assistance program of the U.S. government, except to the extent that the Secretary of State otherwise may determine;

3. No U.S. Government sales to these foreign persons of any item on the United States Munitions List are permitted, and all sales to these persons of any defense articles, defense services, or design and construction services under the Arms Export Control Act are terminated; and

4. No new individual licenses shall be granted for the transfer to these foreign persons of items the export of which is controlled under the Export Control Reform Act of 2018 or the Export Administration Regulations, and any existing such licenses are suspended.

These measures shall be implemented by the responsible departments and agencies of the U.S. government and will remain in place for two years from the effective date, except to the extent that the Secretary of State may subsequently determine otherwise. These measures are independent of and in addition to any other sanctions imposed on such entities and/or individuals by other federal agencies under separate legal authorities.

**Ann K. Ganzer,**
*Acting Assistant Secretary, International Security and Nonproliferation, Department of State.*
[FR Doc. 2024–27964 Filed 11–27–24; 8:45 am]
**BILLING CODE 4710–27–P**

---

**DEPARTMENT OF TRANSPORTATION**

**Federal Railroad Administration**

[Docket No. FRA–2024–0104]

**Notice of Final Nonavailability Waiver of Buy America Requirements for Certain High-Speed Rail Products for the California Inaugural High-Speed Rail Service Project**

**AGENCY:** Federal Railroad Administration (FRA), Department of Transportation (DOT).

**ACTION:** Notice.

**SUMMARY:** The Federal Railroad Administration (FRA) is issuing a waiver of its Buy America requirements to the California High-Speed Rail Authority (the Authority) to use certain products that are not produced in the United States for use in the California Inaugural High-Speed Rail Service Project between Merced, California and Bakersfield, California (Project). FRA is funding the Project under the Federal-State Partnership for Intercity Passenger Rail Program (FSP Program); therefore, FRA's Buy America requirements apply to the Project. FRA's Buy America requirements include both FRA's statutory requirements, which require 100 percent of the manufactured products and steel and iron used in an FRA-funded project to be produced in the United States, and the Build America, Buy America Act (BABA), which requires that all construction materials used in the FRA-funded project be produced in the United



**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT**
Washington, DC 20415

The Director

# MEMORANDUM

**TO:**            Heads and Acting Heads of Departments and Agencies

**FROM:**       Charles Ezell, Acting Director, U.S. Office of Personnel Management

**DATE**:        January 29, 2025

**RE**:            Initial Guidance Regarding President Trump's Executive Order *Defending Women*.

---

Pursuant to its authority under 5 U.S.C. § 1103(a)(1) and (a)(5), the U.S. Office of Personnel Management (OPM) is providing the following initial guidance to agencies regarding the President's Executive Order entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*).

**Steps to End Federal Funding of Gender Ideology**: In light of *Defending Women*, each agency should take prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*. Specifically, agency heads should take the following steps:

1.  No later than **5:00 p.m. EST on Friday, January 31, 2025**

    a.  Send an email to all agency employees announcing that the agency will be complying with *Defending Women* and this guidance.

    b.  Review all agency programs, contracts, and grants, and terminate any that promote or inculcate gender ideology.

    c.  Review all agency position descriptions and send a notification to all employees whose position description involves inculcating or promoting gender ideology that they are being placed on paid administrative leave effective immediately as the agency takes steps to close/end all initiatives, offices, and programs that inculcate or promote gender ideology.

    d.  Take down all outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

    e.  Review agency email systems such as Outlook and turn off features that prompt users for their pronouns.

Orr v. Trump - AR 065

    f.   Withdraw any final or pending documents, directives, orders, regulations, materials, forms, communications, statements, and plans that inculcate or promote gender ideology.

    g.   Cancel any trainings that inculcate or promote gender ideology or have done so in the past.

    h.   Disband or cancel any employee resource groups or special emphasis programs that inculcate or promote gender ideology or have done so in the past.

    i.   Review all agency forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity.  Remove requests for "gender" and substitute requests for "sex."

    j.   Ensure that all applicable agency policies and documents, including forms, use the term "sex" and not "gender."

    k.   Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

2.  No later than **12:00 p.m. EST on Friday, February 7, 2025**, report to OPM on all steps taken to implement this guidance, including:

    a.   a complete list of actions taken in response to this guidance and *Defending Women*; and

    b.   any agency plans to fully comply with this guidance and *Defending Women*.

Please contact OPM at defendingwomen@opm.gov if you have any questions regarding this guidance. Please send any reports requested by this guidance to defendingwomen@opm.gov.

cc: Chief Human Capital Officers (CHCOs), Deputy CHCOs, Human Resources Directors, and Chiefs of Staff

**Orr v. Trump - AR 066**



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

OMB CONTROL NO. 1405-0004
EXPIRATION DATE: 12-31-2023
ESTIMATED BURDEN: 85 MINUTES

This form is used to apply for a U.S. passport. For information or questions, visit the official Department of State website at travel.state.gov or contact the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## WHAT TO SUBMIT WITH THIS APPLICATION

### 1. PROOF OF U.S. CITIZENSHIP

Submit an original or certified copy and a photocopy of the front (and back, if there is printed information) with your application. Your evidence will be returned to you if it is not damaged, altered, or forged. Submit one of the following:

- U.S. birth certificate that meets all of the following requirements:
  - Issued by the city, county, or state of birth
  - Lists your full name, date of birth, and place of birth
  - Lists your parent(s)' full names
  - Has the date filed with registrar's office (must be within one year of birth)
  - Has the registrar's signature and the seal of the issuing authority

- Fully-valid, undamaged U.S. passport (may be expired)
- Consular Report of Birth Abroad or Certification of Birth
- Certificate of Naturalization or Citizenship

You must establish your citizenship to the satisfaction of the Department and may be asked to provide additional evidence. If you are claiming citizenship through the naturalization of your parents or if your U.S. birth certificate was filed more than one year after your birth, see instruction page 2. More information can be found on travel.state.gov/citizenship.

### 2. PROOF OF IDENTITY

Present your original identification and submit a photocopy of the front and back with your application. It must show a photograph that is a good likeness of you. Examples include:

- Previous or current U.S. passport book/card
- Driver's license (not temporary or learner's permit)

- Military identification; federal, state, or city government employee identification
- Certificate of Naturalization or Citizenship

You must establish your identity to the satisfaction of the Department and may be asked to provide additional evidence. More information can be found at travel.state.gov/identification. If you have changed your name, please see instructions on what to submit at travel.state.gov/namechange.

### 3. A RECENT COLOR PHOTOGRAPH

Submit one color photograph, 2x2 inches in size. Photographs must meet the following requirements (see the full list on travel.state.gov/photos):

- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Taken less than six months ago
- No glasses or hat/head covering*

- Use a plain white or off-white background
- Head must face the camera directly with full face in view
- Printed on matte or glossy photo quality paper

* Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery).

### 4. FEES

Please visit our website at travel.state.gov/passportfees for current fees. For information on optional services, see instruction page 2. Payment methods:

- If applying at an acceptance facility: Passport fees must be made by check (personal, certified, cashiers, travelers) or money order (U.S. Postal, international, currency exchange) with the applicant's full name and date of birth printed on the front and payable to "U.S. Department of State." The execution fee **must be paid separately** and made payable to the acceptance facility in the form that they accept.
- If applying at a passport agency: We accept checks (personal, certified, cashiers, travelers); major credit cards (Visa, Master Card, American Express, Discover); money orders (U.S. Postal, international, currency exchange); or exact cash (no change provided). All fees should be payable to the "U.S. Department of State."
- If applying outside the United States: Please see the website of your embassy, consulate, or consulate agency to see what forms of payment they accept.

## FOR CHILDREN UNDER 16

To submit an application for a child under age 16, **both parents or the child's legal guardian(s)** must appear and present all of the following:
- Evidence of the child's U.S. citizenship
- Evidence of the child's relationship to parents/guardian(s) (Example: a birth certificate or consular report of birth abroad listing the names of the parent(s)/guardian(s) and child)
- Original parental/guardian government-issued identification and a photocopy of the front and back

If only one parent/guardian can appear, you must also submit one of the following:
- The second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement cannot be more than three months old, must be signed and notarized on the same day, and must come with a photocopy of the front and back side of the second parent's government-issued photo identification.
- The second parent's death certificate (if second parent is deceased)
- Evidence of sole authority to apply (Example: a court order granting sole legal custody or a birth certificate listing only one parent)
- A written statement (made under penalty of perjury) or DS-5525 explaining, in detail, why the second parent cannot be reached

## FOR CHILDREN AGE 16 OR 17

The Department may request the consent of one legal parent/legal guardian to the issuance of a passport to an applicant who is 16 or 17 years of age. In many cases, the passport authorizing officer may be able to ascertain parental awareness of the application by virtue of the parent's presence when the minor submits the application or a signed note from the parent or proof the parent is paying the application fees. However, the passport authorizing officer retains discretion to request the legal parent's/legal guardian's notarized statement of consent to issuance (e.g., on Form DS-3053).

DS-11   12-2020

Instruction Page 1 of 4

Orr v. Trump - AR 067

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

### HOW TO SUBMIT THIS APPLICATION

Complete and submit this application in person to a designated passport acceptance facility, a passport agency (by appointment only), or a U.S. embassy, consulate, or consular agency (if abroad). To find your nearest acceptance facility, visit travel.state.gov or call the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793).

### OTHER FORMS OF PROOF OF U.S. CITIZENSHIP

**APPLICANTS BORN IN THE UNITED STATES**

An acceptable U.S. birth certificate must include your full name, date and place of birth, sex, date the birth record was filed, the seal or other certification of the official custodian of such records (state, county, or city/town office), and the full names of your parent(s).

- If the birth certificate was filed more than one year after the birth: It must be supported by evidence described in the next paragraph.

- If no birth record exists: Submit a registrar's notice to that effect. Also, submit a combination of the evidence listed below, which should include your first and last name, date and/or place of birth, the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record
  - An early baptismal or circumcision certificate
  - Early census, school, medical, or family Bible records
  - Insurance files or published birth announcements (such as a newspaper article)
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted in addition to some of the records listed above.

**APPLICANTS BORN OUTSIDE THE UNITED STATES**

Please note: If we determine that you are a U.S. citizen, your lawful permanent resident card submitted with this application will be forwarded to U.S. Citizenship and Immigration Services.

- If you claim citizenship through naturalization of one or both parent(s), submit all of the following:
  - Certificate(s) of Naturalization of your parent(s)
  - Your foreign birth certificate (and official translation if the document is not in English)
  - Evidence of your admission to the United States for legal permanent residence and proof you subsequently resided in the United States
  - Your parents' marriage/certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable

- If you claim citizenship through birth abroad to at least one U.S. citizen parent, submit all of the following:
  - Consular Report of Birth Abroad (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English)
  - Proof of U.S. citizenship of your parent
  - Your parents' marriage certificate
  - Affidavit showing all of your U.S. citizen parents' periods and places of residence and physical presence before your birth (DS-5507)

- If you claim citizenship through adoption by a U.S. citizen parent(s)*, submit all of the following:
  - Evidence of your permanent residence status
  - Evidence of your full and final adoption
  - Evidence that you were in the legal and physical custody of your U.S. citizen parent(s)
  - Evidence you have resided in the United States

  *Only applies if the applicant was born on or after 10/05/1978.

You must establish your citizenship to the satisfaction of the Department. We may ask you to provide additional evidence to establish your claim to U.S. citizenship. Visit travel.state.gov/citizenship for details.

### OTHER FEE INFORMATION

*FEES ARE LISTED ON OUR WEBSITE AT TRAVEL.STATE.GOV. BY LAW, THE PASSPORT FEES ARE NON-REFUNDABLE.*

**Expedited service**: Available for an additional fee. Our website travel.state.gov contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada. Please include the appropriate fee with your payment.

**1-2 Day Delivery:** Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.

**Verification of a previous U.S. Passport or Consular Report of Birth Abroad:** An additional fee will be charged when, upon your request, we verify issuance of a previous U.S. passport or Consular Report of Birth Abroad because you are unable to submit evidence of U.S. citizenship.

**Special Issuance Passports:** If you present U.S. government authorization to apply for a special issuance passport (no-fee regular, service, official, or diplomatic), you must pay the execution fee when applying at a designated acceptance facility. No other fees are charged when you apply.

Orr v. Trump - AR 068

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## INFORMATION ON HOW YOU RECEIVE YOUR PASSPORT(S)

**Separate mailings:** You may receive your newly-issued U.S. passport book and/or card and your citizenship evidence in two separate mailings. If you are applying for both a U.S. passport book and passport card, you may receive three separate mailings; one with your returned evidence, one with your newly-issued passport book, and one with your newly-issued passport card.

**Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.

**"In care of":** If you do not live at the address listed in the "mailing address" section of this application, put the name of the person who does and mark it "In Care Of" in item # 8 on page 1 of 2. **If the applicant is a minor child, please include the "in care of" name of the adult registered to receive mail at this address.**

**Moved?** If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

NOTE: The U.S. Department of State will not mail a U.S. passport to a private address outside the United States or Canada.

## WHAT IS THE DIFFERENCE BETWEEN A PASSPORT BOOK AND A PASSPORT CARD?

**The U.S. passport card is not valid for international air travel.** Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list in item #1 on page 1 of 2.

Both the passport book and card are U.S. passports. They reflect the bearer's identity and nationality, and they are subject to existing passport laws and regulations. U.S. passports are only issued to U.S. citizens or non-citizen U.S. nationals.

## HOW FEES ARE ESTABLISHED AND PROCESSED

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56) and are collected at the time you apply for the passport service.

If we fail to receive full payment of the applicable fees (for example, if your check is returned for any reason or you dispute a passport fee charge to your credit card), the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34 and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 04-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, we will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, social security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time, non-refundable fee of $25, which we will also collect by EFT.

## NOTICE TO APPLICANTS FOR NO-FEE REGULAR, SERVICE, OFFICIAL, OR DIPLOMATIC PASSPORTS

You may use this application if you meet all of the provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR PASSPORT LOST OR STOLEN!

A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must submit a Form DS-64, Statement Regarding a Lost or Stolen U.S. Passport. Your statement must detail why the previous U.S. passport book or card cannot be presented.

The information you provide regarding your lost or stolen U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, report it as found, and submit it for cancellation. It has been invalidated. You cannot use that passport book or card for travel.**

For more information regarding reporting a lost or stolen U.S. passport book or card, please call the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or visit travel.state.gov.

DS-11   12-2020

Instruction Page 3 of 4

**Orr v. Trump - AR 069**

### U.S. Department of State
# APPLICATION FOR A U.S. PASSPORT

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f) require you to provide your Social Security number (SSN),  if you have one, when you apply for or renew a U.S. passport. If you have never been issued a SSN, you must enter zeros in box #5 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the IRS. All questions on this matter should be referred to the nearest IRS office.

Your Social Security number will be provided to U.S. Department of Treasury, used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the Routine Uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to a penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**DS-11   12-2020**                                                        Instruction Page 4 of 4

**Orr v. Trump - AR 070**



OMB APPROVAL NO.: 1405-0004
EXPIRATION DATE: 12-31-2023
ESTIMATED BURDEN: 85 MIN

# APPLICATION FOR A U.S. PASSPORT

*Use **black ink** only. If you make an error, complete a new form. Do not correct.*

### Select document(s) for which you are submitting fees:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

The U.S. passport card is **not** valid for international air travel. (See Instructions Page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent travelers who need more visa pages.

**1. Name** Last

☐ D  ☐ O  ☐ S  ☐ NFR

End. #                        Exp.

First                                          Middle

**2. Date of Birth** *(mm/dd/yyyy)*     **3. Sex** M  F     **4. Place of Birth** *(City & State if in the U.S. or City & Country as it is presently known.)*

**5. Social Security Number**     **6. Email** *(see application status at passportstatus.state.gov)*     **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box or URB)*

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" of the parent. Example: In Care Of - Jane Doe, mother)*

**City**                           **State**    **Zip Code**    **Country,** *(if outside the United States)*

**9. List all other names you have used.** *(Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.                                            B.

## STOP! CONTINUE TO PAGE 2 ➡

### DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

STAPLE  FROM 1" TO 1 3/8"  STAPLE

2" X 2"                 2" X 2"

STAPLE                    STAPLE

Attach a color photograph taken within the last six months

☐ Acceptance Agent    ☐ (Vice) Consul USA

☐ Passport Staff Agent

(Seal)

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)**

☐ Driver's License  ☐ State Issued ID Card  ☐ Passport  ☐ Military  ☐ Other

Name

Issue Date *(mm/dd/yyyy)*          Exp. Date *(mm/dd/yyyy)*          State of Issuance

ID No                                    Country of Issuance

**Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)**

☐ Driver's License  ☐ State Issued ID Card  ☐ Passport  ☐ Military  ☐ Other

Name

Issue Date *(mm/dd/yyyy)*          Exp. Date *(mm/dd/yyyy)*          State of Issuance

ID No                                    Country of Issuance

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

Signature of person authorized to accept applications

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

Date

Agent ID Number

Print Facility Name/Location

Facility ID Number

Name of courier company *(if applicable)*

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

For Issuing Office Only — Bk _____ Card _____ EF _____ Postage _____ Execution _____ Other _____

DS 11 C 12 2020 1

DS-11 12-2020

**Orr v. Trump - AR 071**   Page 1 of 2

**Name of Applicant** (Last, First, & Middle)

**Date of Birth** (mm/dd/yyyy)

**10. Parental Information**

Mother/Father/Parent - First & Middle Name (at Parent's Birth)

Last Name (at Parent's Birth)

Date of Birth (mm/dd/yyyy)

Place of Birth (City & State if in the U.S. or City & Country as it is presently known)

Sex
☐ Male
☐ Female

U.S. Citizen?
☐ Yes
☐ No

Mother/Father/Parent - First & Middle Name (at Parent's Birth)

Last Name (at Parent's Birth)

Date of Birth (mm/dd/yyyy)

Place of Birth (City & State if in the U.S. or City & Country as it is presently known)

Sex
☐ Male
☐ Female

U.S. Citizen?
☐ Yes
☐ No

**11. Have you ever been married?** ☐ Yes ☐ No   *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse (Last, First & Middle)

Date of Birth (mm/dd/yyyy)

Place of Birth

U.S. Citizen?
☐ Yes ☐ No

Date of Marriage (mm/dd/yyyy)

Have you ever been widowed or divorced?
☐ Yes ☐ No

Widow/Divorce Date (mm/dd/yyyy)

**12. Additional Contact Phone Number**
☐ Home
☐ Work
☐ Cell

**13. Occupation** (if age 16 or older)

**14. Employer or School** (if applicable)

**15. Height**

**16. Hair Color**

**17. Eye Color**

**18. Travel Plans** (If no travel plans, please write "none")
Departure Date (mm/dd/yyyy)

Return Date (mm/dd/yyyy)

Countries to be Visited

**19. Permanent Address** (Complete if P.O. Box is listed under Mailing Address *or* if residence is different from Mailing Address. **Do not list a P.O. Box**)

Street/RFD # or URB

Apartment/Unit

City

State

Zip Code

**20. Your Emergency Contact** *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

Name

Address: Street/RFD # or P.O. Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☐ Yes ☐ No   *If yes, complete the remaining items in #21.*

Name as it printed on your most recent passport book

Most recent passport book number

Most recent passport book issue date (mm/dd/yyyy)

Status of your most recent passport book: ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

Name as it printed on your most recent passport card

Most recent passport card number

Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card: ☐ Submitting with application ☐ Stolen ☐ Lost ☐ In my possession (if expired)

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence

☐ Birth Certificate   SR   CR   City   Filed:   Issued:   ☐ Sole Parent

☐ Nat. / Citz. Cert.   USCIS   USDC   Date/Place Acquired:   A#

☐ Report of Birth   Filed/Place:

☐ Passport   C/R   S/R   See #21   #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz   ☐ P/C of ID   ☐ DS-71   ☐ DS-3053   ☐ DS-64   ☐ DS-5520   ☐ DS-5525   ☐ PAW   ☐ NPIC   ☐ IRL   ☐ Citz W/S

DS 11 C 12 2020 2

DS-11   12-2020

**Orr v. Trump - AR 072**

Page 2 of 2



## U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

For information or questions, visit the official Department of State website at travel.state.gov or contact the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

| CAN I USE THIS FORM? |
|---|

☐ Yes　☐ No　　I can submit my most recent U.S. passport book and/or card with this application.

☐ Yes　☐ No　　I was at least 16 years old when my most recent U.S. passport book and/or card was issued.

☐ Yes　☐ No　　I was issued my most recent U.S passport book and/or card less than 15 years ago.

☐ Yes　☐ No　　The U.S. passport book and/or card that I am renewing **has not** been mutilated, damaged, or reported lost or stolen.

☐ Yes　☐ No　　My U.S. passport was not limited to less than the normal ten-year validity period due to passport damage/mutilation, multiple passport thefts/losses, or non-compliance with 22 C.F.R. 51.41.
(Refer to the last page of your U.S. passport book for endorsement information.)

☐ Yes　☐ No　　My name has not changed since my most recent U.S. passport book and/or card was issued.
　　　　　　　　　　　　　　**--OR--**
My name has changed by marriage or court order, and I can submit proper certified documentation to reflect my name change.

### If you answered no to any of the statements above, STOP.  You cannot use this form.

You must apply on form DS-11, Application for a U.S. Passport by making a personal appearance before an acceptance agent authorized to accept passport applications. Visit travel.state.gov to find your nearest acceptance facility.

### NOTICE TO APPLICANTS RESIDING ABROAD

United States citizens residing outside the U.S. and Canada **cannot** submit this form to the domestic addresses listed below. Such applicants should visit usembassy.gov to find the nearest U.S. embassy or consulate for procedures for applying outside the United States.

### WHERE DO I MAIL THIS APPLICATION?

The Department recommends using trackable mailing service when submitting your application.

**FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY, or TX):
National Passport Processing Center
PO Box 640155
Irving, TX 75064-0155

**FOR ROUTINE SERVICE** (If you live in any other state or Canada):
National Passport Processing Center
PO Box 90155
Philadelphia, PA 19190-0155

**FOR EXPEDITED SERVICE** (Additional Fee, from any state or Canada):
National Passport Processing Center
PO Box 90955
Philadelphia, PA 19190-0955

**Expedited Service**: Available for an additional fee. Our website travel.state.gov contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada. Please include the appropriate fee with your payment. Please write "Expedite" on the outer envelope when mailing.

**1-2 Day Delivery**: Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.

NOTE: To ensure minimal processing time for expedited applications, the Department recommends using 1-2 day delivery service to submit the application and to include the appropriate postage fee for 1-2 day return delivery for the newly issued passport book. Please visit travel.state.gov for updated information regarding fees, processing times, or to check the status of your passport application online.

If you choose to provide your email address in item #6 on page 1 of this application, the Department may use that address to contact you in the event there is a problem with your application or if you need to provide additional information.

**Orr v. Trump - AR 073**

## WHAT TO SUBMIT WITH THIS APPLICATION

**Please print page one and page two of your application on separate pieces of paper.
You do not need to submit instruction pages.**

- Your most recently issued U.S. passport book and/or card;
- A certified marriage certificate or court order <u>if your name has changed</u>;
- Fees; and
- A new color photograph (taken within the last six months).

### 1.  YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD

Submit your **most recently issued** U.S. passport book and/or card. When submitting a U.S. passport book and/or card with this form, please verify that the document was issued at age 16 or older in your current name (or see item #2 below) and issued within the past 15 years.

You are also eligible to use this form if you currently have a U.S. passport book or card that meets requirements listed on the top of instruction page 1, and would like to get the other type of passport product (U.S. passport book or card) **for the first time**. Please submit any valid passport product you have with this application. If your U.S. passport book and/or card has been mutilated, damaged or reported lost or stolen, you must apply on form DS-11, Application for a U.S. Passport. (Please see instruction page 3.)

### 2.  A CERTIFIED MARRIAGE CERTIFICATE OR COURT ORDER

If the name you are currently using is different from the name on your most recent U.S. passport, you must submit a copy of your certified marriage certificate, divorce decree, or original court order showing the change of name. Please make sure all documents are clear and legible. All original documents will be returned to you by mail. If you are unable to document your name change in this manner, you must apply on form DS-11, Application for a U.S. Passport.

### 3.  FEES - Visit travel.state.gov/passportfees

Enclose the fee in the form of a personal check or money order.  You do not need to pay the acceptance fee with this form.

**MAKE CHECKS PAYABLE TO "U.S. DEPARTMENT OF STATE." The full name and date of birth of the applicant must be typed or printed on the front of the check.  Do not send cash.**

The Department of State cannot be responsible for cash sent through the mail.  By law, the fees are non-refundable.

Please visit travel.state.gov/passportfees for current fees.  Newly issued passport cards are delivered via first class mail only.

### 4.  A NEW COLOR PHOTOGRAPH

Submit one new color photograph, 2x2 inches in size. Photographs must meet the following requirements:

- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- High resolution photo that is not blurry, grainy, or pixelated
- Taken less than six months ago
- No glasses or hat/head covering*
- Use a plain white or off-white background
- Head must face the camera directly with full face in view
- Printed on matte or glossy photo quality paper

(See the full list on travel.state.gov/photos)

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery).

USE CAUTION WHEN STAPLING YOUR PHOTO:
Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo.

DS-xx xx-xxxx

**Orr v. Trump - AR 074**

Instruction Page 2 of 4

**Separate mailings**: You may receive your newly issued U.S. passport book and/or card and your citizenship evidence/original documents in two separate mailings. If you are applying for both a U.S. passport book and card, you may receive three separate mailings: one with your returned citizenship evidence/original documents; one with your newly issued U.S. passport book; and one with your newly issued U.S. passport card. Photocopies will not be returned.

**Passport number**: Each newly issued passport book and/or card will have a different passport number than your previous one.

**"In care of"**: If you do not live at the address listed in the "mailing address" section of this application, put the name of the person who does live at that address and write "In Care Of" in item #8 on page 1 of 2.

**Moved?** If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

NOTE: The U.S. Department of State will not mail a U.S. passport to a private address outside of the United States or Canada.

## WHAT IS THE DIFFERENCE BETWEEN A PASSPORT BOOK AND A PASSPORT CARD?

**The U.S. passport card is not valid for international air travel.** Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 on page 1 of 2.

Both the passport book and card are U.S. passports. They reflect the bearer's identity and nationality, and they are subject to existing passport laws and regulations. U.S. passports are only issued to U.S. citizens or non-citizen U.S. nationals.

## HOW FEES ARE ESTABLISHED AND PROCESSED

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service.

If we fail to receive full payment of the applicable fees (for example, if your check is returned for any reason or you dispute a passport fee charge to your credit card), the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34 and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, we will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by the U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages, and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g., tax refunds, Social Security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport cannot be used for travel.

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time, non-refundable fee of $25, which we will also collect by EFT.

## NOTICE TO APPLICANTS FOR NO-FEE REGULAR, SERVICE, OFFICIAL OR DIPLOMATIC PASSPORTS

You may use this application if you meet all of the provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR PASSPORT LOST OR STOLEN

A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or U.S. passport card cannot be presented with a new application, you must submit form DS-64, Statement Regarding a Lost or Stolen U.S. Passport. Your statement must detail why the previous U.S. passport book or card cannot be presented.

The information you provide regarding your lost or stolen U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, report it as found, and submit it for cancellation. It has been invalidated. You may not use that passport book or card for travel.**

For more information about how to report a lost or stolen U.S. passport book or card, please call the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or visit travel.state.gov/loststolen.

**Orr v. Trump - AR 075**

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C. 2714a(f) require you to provide your Social Security number (SSN), if you have one, when you apply for or renew a U.S. passport. If you have never been issued an SSN, enter zeros in item #5 on page 1 of 2. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of Treasury. If you fail to provide the information, your application may be denied and you are subject to a $500 penalty enforced by the Internal Revenue Service (IRS). All questions on this matter should be referred to the nearest IRS office.

Your Social Security number will be provided to the U.S. Department of Treasury and may be used in connection with debt collection and checked against lists of persons inelgible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statue, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE**: Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documentation required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number.  If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 199, Sterling, Virginia 20166-1199.

Orr v. Trump - AR 076



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 03-31-2023
ESTIMATED BURDEN: 40 MIN

*Use **black ink** only. If you make an error, complete a new form. Do not correct.*

**Select document(s) for which you are applying:**

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

The U.S. passport card is **not** valid for international air travel. (See instruction page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent international travelers who need more visa pages.

**1.  Name**  Last *(Your name must match previous passport or name change document)*

☐ D    ☐ O    ☐ DP   DOTS Code
End. # _____    Exp. _____

First

Middle

**2.  Date of Birth**  *(mm/dd/yyyy)*

**3.  Sex**
M   F

**4.  Place of Birth**  *(City & State if in the U.S., or City & Country as it is presently known)*

**5.  Social Security Number**

**6.  Email**  *(See application status at passportstatus.state.gov)*
@

**7.  Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, In Care Of or Attention if applicable.)*

**City**    **State**    **Zip Code**    **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change.  Attach additional  pages if needed.)*

A.    B.

STAPLE   STAPLE
2" X 2"   2" X 2"
FROM 1" TO 1 3/8"
STAPLE   STAPLE

Attach a color photograph taken within the last six months

**10. Passport Information**
Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number    Book Issue date *(mm/dd/yyyy)*

Most recent U.S. passport card number    Card Issue date *(mm/dd/yyyy)*

**11. Name Change Information** Complete if name is different than last U.S. passport book or passport card
☐ Changed by Marriage    Place of Name Change *(City/State)*    Date *(mm/dd/yyyy)*
☐ Changed by Court Order
Please submit a certified copy.

**CONTINUE TO PAGE 2** ➡

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x _____
**Applicant's Legal Signature**

**Date**

**FOR ISSUING OFFICE ONLY**    ☐ PPT BK C/R  ☐ PPT BK S/R  ☐ PPT CD C/R  ☐ PPT CD S/R

☐ Marriage Certificate    Date of Marriage/Place Issued:

☐ Court Order    Date Filed/Court:

From _____

To: _____

☐ Other:

☐ Attached:

* DS 82 C 03 2020 1 *

For Issuing Office Only  ➡  Bk Fee_____  Cd Fee_____  EF_____  Postage_____  Other_____

DS-82  03-2020

**Orr v. Trump - AR 077**

Page 1 of 2

**Name of Applicant** *(Last, First & Middle)*

**Date of Birth** *(mm/dd/yyyy)*

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School *(if applicable)* |
|---|---|---|---|---|

**17. Additional Contact Phone Numbers**

☐ Home  ☐ Cell
☐ Work _____

☐ Home  ☐ Cell
☐ Work _____

**18. Permanent Address:** *(Complete if PO Box is listed in Mailing Address **or** if residence is different from Mailing Address. **Do not list a PO Box**.)*

Street/RFD # or URB

Apartment/Unit

City

State

Zip Code

**19. Your Emergency Contact**   *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name

Address: Street/RFD # or PO Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship to Applicant

**20. Travel Plans** *(If no travel plans, please write "none")*

Departure Date *(mm/dd/yyyy)*

Return Date *(mm/dd/yyyy)*

Countries to be visited

# STOP!

# PLEASE BE SURE TO:

**1. Print form on two separate pages**

**2. Sign and date on page one**

**3. Submit both pages (see instruction page 1)**

* DS 82 C 03 2020 2 *

DS-82 03-2020

**Orr v. Trump - AR 078**

**Page 2 of 2**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

OMB CONTROL NO. 1405-0160
EXPIRATION DATE: 11-30-2022
ESTIMATED BURDEN: 40 MIN

### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

For information or questions, visit the official Department of State website at travel.state.gov or contact the National
Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

# CAN I USE THIS FORM?

☐ Yes   ☐ No     I changed my name, by marriage or court order, <u>less than one year</u> after my most recent U.S. passport book and/or card was issued <u>and</u> my U.S. passport book and/or card was issued <u>less than one year ago</u>.

**OR**

☐ Yes   ☐ No     My identifying information in my most recent U.S. passport book and/or card was printed incorrectly.

**OR**

☐ Yes   ☐ No     My most recent U.S. passport book was limited to two years or less for a reason other than multiple losses or a seriously damaged/mutilated passport.

### If you answered no to all of the three statements above, STOP.  You cannot use this form.

### Instead, you must apply on form DS-82 or DS-11 depending on your circumstances.
### Passport forms are available at travel.state.gov/passportforms.

### NOTICE TO APPLICANTS RESIDING ABROAD

United States citizens residing outside the U.S. and Canada **cannot** submit this form to domestic addresses listed below. Such applicants should visit usembassy.gov to find the nearest U.S. embassy or consulate for procedures when applying outside the United States.

### IS THERE A FEE WITH THIS APPLICATION?

**There is no fee to use this form unless expedited service is requested** (see below).Your re-issued passport book and/or card and any documentary evidence submitted to the Department will be returned to you by priority or first class mail, unless overnight delivery is requested. Photocopies will not be returned.

Enclose expedited service fee(s) in the form of a personal check or money order.  **MAKE CHECKS PAYABLE TO "U.S. DEPARTMENT OF STATE." The full name and date of birth of the applicant must be typed or printed on the front of the check.** For information on fees, please visit travel.state.gov/passportfees.

**Do not send cash.** The Department cannot be responsible for cash sent through the mail.

### WHERE DO I MAIL THIS APPLICATION?
The Department recommends using trackable mailing service when submitting your application.

1. Complete, sign, and date this form.

2. Send this form with your most recent U.S. passport book and/or card, a new color photograph (taken within the last six months), and any required additional documents.

**FOR ROUTINE SERVICE (No fee required):**
National Passport Processing Center
Post Office Box 90107
Philadelphia, PA  19190-0107

**FOR EXPEDITED SERVICE (Fee required, see below):**
National Passport Processing Center
Post Office Box 90907
Philadelphia, PA  19190-0907

**Expedited service:** Available for a fee. Our website travel.state.gov contains updated information regarding fees and processing times for expedited service. Expedited service is only available for passports mailed in the United States and Canada. Please write "Expedite" on the outer envelope when mailing.

**1-2 Day Delivery:** Available for a fee. This service is only available for passport books (and not passport cards) mailed within the United States.

NOTE: To ensure minimal processing time for expedited applications, the Department recommends using 1-2 day delivery service to submit the application and to include the appropriate postage fee for 1-2 day return delivery for the newly issued passport book. Please visit travel.state.gov for updated information regarding fees, processing times, or to check the status of your passport application online.

If you choose to provide your email address in item #6 on page 1 of 2, the Department may use that information to contact you in the event there is a problem with your application or if additional information is required.

DS-5504 11-2019

Orr v. Trump - AR 079

## WHAT TO SUBMIT WITH THIS APPLICATION?

- **Your most recent U.S. passport book and/or card;**
- **A new color photograph (taken within the last six months); and**
- **Any required additional documents.**

### A NEW COLOR PHOTOGRAPH

Submit one color photograph, 2x2 inches in size. Photographs must meet the following requirements:

- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- High resolution photo that is not blurry, grainy, or pixelated
- Taken less than six months ago
- No glasses or hat/head covering*
- Use a plain white or off-white background
- Head must face the camera directly with full face in view
- Printed on matte or glossy photo quality paper

(See the full list on travel.state.gov/photos)

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public, or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery).

USE CAUTION WHEN STAPLING YOUR PHOTO:
Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo.

### ADDITIONAL DOCUMENTS

<u>NAME CHANGE</u>:
- If your name has changed **less than one year** after your U.S. passport book and/or card was issued **<u>and</u>** your U.S. passport book and/or card is **less than one year** old, you may use this form.

- You must submit a certified name change document such as a certified copy of your marriage certificate or a certified copy of a court order showing a seal and officiate/judge's signature. If you are unable to document your name change in this manner, you must apply on form DS-11, Application for a U.S. Passport.

<u>CORRECTION</u>:
- If there is an error in your recently issued, valid U.S. passport book and/or card, you must submit the appropriate document showing the correct information (e.g. certified birth certificate or certified marriage certificate as described above.)

<u>LIMITED PASSPORT REPLACEMENT</u>:
- If you are re-applying because your U.S. passport book was limited in validity due to a lack of citizenship evidence or identity, you must submit evidence of your U.S. citizenship (such as a government-issued birth certificate or a U.S. Certificate of Naturalization) and/or evidence of your identity (such as a driver's license or a state-issued identification card). You must establish your citizenship and identity to the satisfaction of the Department of State. We may ask you to provide additional evidence to support your claim to U.S. citizenship and/or your identity. Please refer to the letter included with your passport for instructions.

- If your U.S. passport book was limited due to sex transition, please visit travel.state.gov/sexmarker for information on the documentation you need to submit with this application.

- **<u>Passport books limited in validity due to serious damage or multiple losses cannot be extended.</u>** Please contact the National Passport Information Center or visit travel.state.gov for more information.

  **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.

DS-5504 11-2019

Instruction Page 2 of 4

**Orr v. Trump - AR 080**

Case 1:25-cv-10313-JEK    Document 73-11    Filed 08/22/25    Page 82 of 117
Case 1:25-cv-10313-JEK    Document 73-1    Filed 08/12/25    Page 82 of 117
INFORMATION ON HOW YOU WILL RECEIVE YOUR PASSPORT    Page 3 of 117

**Separate mailings:** You may receive your newly issued U.S. passport book and/or card and your documentary evidence in two separate mailings. If you are applying for both a U.S. passport book and card, you may receive three separate mailings: one with your documentary evidence; one with your newly issued U.S. passport book, and one with your newly issued U.S. passport card. Photocopies will not be returned.

**Passport numbers:** Each newly issued passport book and/or card will have a different passport number than your previous one.

**"In care of":** If you do not live at the address listed in the "mailing address" section of this application, put the name of the person who does live at that address and write "In Care Of" in item #8 on page 1 of 2. **If the applicant is a minor child, you must include the "in care of" name of the adult registered to receive mail at this address.**

**Moved?** If your mailing address changes prior to receipt of your new passport, please contact the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

NOTE: The U.S. Department of State will not mail a U.S. passport book and/or card to a private address outside the United States or Canada.

## WHAT IS THE DIFFERENCE BETWEEN A PASSPORT BOOK AND A PASSPORT CARD?

**The U.S. passport card is not valid for international air travel.** Unlike the U.S. passport book, the U.S. passport card is valid only for entry at land border crossings and sea ports of entry when traveling from Canada, Mexico, the Caribbean, and Bermuda.

The maximum number of letters provided for your given name (first and middle) on the U.S. passport card is 24 characters. If both your given names are more than 24 characters, you must shorten one of the given names you list on item #1 on page 1 of 2.

Both the U.S. passport book and card are U.S. passports. They reflect the bearer's identity and nationality, and they are subject to existing passport laws and regulations. U.S. passports are only issued to U.S. citizens or non-citizen U.S. nationals.

## HOW FEES ARE ESTABLISHED AND PROCESSED

Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R 22.1, and 22 C.F.R. 51.50-56), and are collected at the time you apply for the passport service.

If we fail to receive full payment of the applicable fees (for example, if your check is returned for any reason or you dispute a passport fee charge to your credit card), the U.S. Department of State will take action to collect the delinquent fees from you under 22 C.F.R. Part 34, and the Federal Claims Collection Standards (see 31 C.F.R. Parts 900-904). In accordance with the Debt Collection Improvement Act (Pub.L. 104-134), if the fees remain unpaid after 180 days and no repayment arrangements have been made, we will refer the debt to the U.S. Department of Treasury for collection. Debt collection procedures used by the U.S. Department of Treasury may include referral of the debt to private collection agencies, reporting of the debt to credit bureaus, garnishment of private wages, and administrative offset of the debt by reducing, or withholding eligible federal payments (e.g. tax refunds, Social Security payments, federal retirement, etc.) by the amount of your debt, including any interest penalties or other costs incurred. In addition, non-payment of passport fees may result in the invalidation of your passport. An invalidated passport book or card cannot be used for travel.

If you send us a check, it will be converted into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. We will destroy your original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make the transfer up to two times, and we will charge you a one-time, non-refundable fee of $25, which we will also collect by EFT.

## NOTICE TO APPLICANTS FOR NO-FEE REGULAR, SERVICE, OFFICIAL, OR DIPLOMATIC PASSPORTS

You may use this application if you meet all of the provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency for forwarding to you.

## PROTECT YOURSELF AGAINST IDENTITY THEFT - REPORT YOUR PASSPORT LOST OR STOLEN

A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must submit form DS-64, Statement Regarding a Lost or Stolen U.S. Passport. Your statement must detail why the previous U.S. passport book or card cannot be presented.

The information you provide regarding your lost or stolen U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the U.S. passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, report it as found, and submit it for cancellation. It has been invalidated. You may not use that U.S. passport book or card for travel.**

For more information about how to report a lost or stolen U.S. passport book or card, please call the National Passport Information Center (NPIC) at 1-877-487-2778 (TDD/TTY: 1-888-874-7793) or visit travel.state.gov/loststolen.

Instruction Page 3 of 4

**Orr v. Trump - AR 081**

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of the passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## FEDERAL TAX LAW

Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C. 2714a(f) require you to provide your Social Security number (SSN), if you have one, when you apply for or renew a U.S. passport. If you have never been issued an SSN, enter zeros in item #5 on page 1 of this form. If you are residing abroad, you must also provide the name of the foreign country in which you are residing. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of Treasury. If you fail to provide the information, your application may be denied, and you are subject to a $500 penalty enforced by the Internal Revenue Service (IRS). All questions on this matter should be directed to the nearest IRS office.

Your Social Security number will be provided to the U.S. Department of Treasury, and may be used in connection with debt collection and checked against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses.

## ACTS OR CONDITIONS

If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant should be attached and made a part of this application.

*I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizens Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application.

Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law section of the instructions to this form. Your Social Security number will be provided to the Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia, 20166-1199.

Orr v. Trump - AR 082

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

*Use __black ink__ only. If you make an error, complete a new form. Do not correct.*

OMB CONTROL NO. 1405-0160
EXPIRATION DATE: 11-30-2022
ESTIMATED BURDEN: 40 MIN

### Select document(s) for which you are applying:

☐ U.S. Passport Book   ☐ U.S. Passport Card   ☐ Both

The U.S. passport card is __not__ valid for international air travel. (See Instruction Page 3)

☐ Regular Book (Standard)   ☐ Large Book (Non-Standard)

The large book is for frequent travelers who need more visa pages.

☐ D ☐ O ☐ S ☐ NFR

End. # _____   Exp. _____

**1. Name** Last

First                                              Middle

**2. Date of Birth** *(mm/dd/yyyy)*   **3. Sex** M ☐ F ☐   **4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

**5. Social Security Number**   **6. Email** *(See application status at passportstatus.state.gov)*   **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, PO Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" the parent. Example: In Care Of - Jane Doe, mother)*

**City**   **State**   **Zip Code**   **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.                                              B.

**10. U.S. Passport Information**

Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number   Book Issue Date *(mm/dd/yyyy)*

Most recent U.S. passport card number   Card Issue Date *(mm/dd/yyyy)*

Attach a color photograph taken within the last six months

## CONTINUE TO PAGE 2 →

### YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** *(if identifying minor)*

**Date** _____

### FOR ISSUING OFFICE ONLY

☐ Name Change ☐ Replacement ☐ Correction: LName FName MName DOB Sex POB Other

From: _____
To: _____

BC   Nat/Citz Cert   Report of Birth   Prev PPT   MC   Adoption C/O   NC C/O   ACRQ   Other

Filed/Issued/Place: _____   Doc #: _____

☐ Other: _____
☐ Attached: _____

EF   Postage _____   Other _____

DS 5504 C 11 2019 1

DS-5504 11-2019

**Orr v. Trump - AR 083**   Page 1 of 2

**Name of Applicant** *(Last, First & Middle)*

**Date of Birth** *(mm/dd/yyyy)*

| **11. Height** | **12. Hair Color** | **13. Eye Color** | **14. Occupation** *(if age 16 or older)* | **15. Employer or School** *(if applicable)* |
|---|---|---|---|---|

**16. Additional Contact Phone Numbers**

☐ Home ☐ Cell     ☐ Home ☐ Cell
☐ Work              ☐ Work

**17. Permanent Address:** *(Complete if PO Box is listed in Mailing Address __or__ if residence is different from Mailing Address.* **Do not list a PO Box**.*)*

Street/RFD # or URB

Apartment/Unit

City

State     Zip Code

**18. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name

Address: Street/RFD # or PO Box

Apartment/Unit

City

State     Zip Code     Phone Number     Relationship to Applicant

**19. Travel Plans** *(If no travel plans, please write "none")*

Departure Date *(mm/dd/yyyy)*     Return Date *(mm/dd/yyyy)*     Countries to be visited

## Please complete the following questions

**Has your name changed by marriage or court order __less than one year__ after your U.S. passport book and/or card was issued?**

☐ Yes  ☐ No

**If yes, __and__ your submitted passport book and/or card is less than one year old,** please complete this section with your __new name__.

**Name** Last

First

Middle

Note: You must submit evidence documenting your name change (such as a certified marriage certificate or a certified court order) and your current U.S. passport book and/or card, along with this completed form to the address listed on instruction page 1.

If you cannot or did not meet the above criteria, please complete form DS-82, U.S. Passport Renewal Application for Eligible Individuals or form DS-11, Application for a U.S. Passport.

**Was your identifying information printed incorrectly in your U.S. passport book and/or card?**

☐ Yes  ☐ No

**If yes, only check the box(es) next to the field(s) that need to be corrected** and complete the information as it should appear.

☐ **Name** Last

☐ First          ☐ Middle

☐ **Date of Birth** *(mm/dd/yyyy)*     ☐ **Sex**     ☐ **Place of Birth** *(State or Country)*
☐ M
☐ F

Note: Please submit evidence documenting your correct identifying information (such as a certified marriage certificate or birth certificate) and your current U.S. passport book and/or card, along with this completed form to the address listed on instruction page 1.

**Was your most recent U.S. passport book limited for two years or less?**

☐ Yes  ☐ No

If yes, please submit evidence of your U.S. citizenship (such as U.S. birth certificate or naturalization certificate) and/or evidence of your identity (such as a driver's license or state-issued ID card). Visit travel.state.gov/sexmarker for information on sex transition.

Note: To complete a limited U.S. passport book replacement, **your submitted U.S. passport book must not be expired**. Passport books limited in validity because of multiple losses, damages, or mutilations cannot be extended.

Please be sure to enclose your U.S. passport book along with this application to the address listed on instruction page 1.

DS 5504 C 11 2019 2

DS-5504 11-2019

Page 2 of 2

**Orr v. Trump - AR 084**

| From: | Agnew, Andrina M |
|---|---|
| To: | CA-PPT-Directors; CA-PPT-Assistant-Directors; CA-PPT-CSMs; CA-PPT-FPMs; CA-PPT-Adjudication-Managers |
| Cc: | Pierce, Matthew; Jones, Amanda E; Shelton, Tyrone K; Mott, Anna K; CA-PPT-HQ-Management |
| Subject: | Compliance with Executive Order 14168 – Updated Passport Forms |
| Date: | Monday, February 3, 2025 11:46:00 AM |
| Attachments: | 2DB Form Filler (campaign)_QR Code_Flyer.pdf |

Good morning, all,

Happy Monday! I hope this email finds you all well. To ensure compliance with Executive Order 14168, please destroy your paper DS-11s, DS-82s, and DS-5504s showing "gender" marker instead of sex marker information. We recently uploaded an older version of the DS-11, DS-82 and DS-5504 passport forms on travel.state.gov and, with the help of our colleagues in CST, we have also updated the 2DB form filler. For customers, who come to your lobby without forms filled out, you can ask them to fill it out using the 2DB form filler. Agencies and centers can print the older versions of the forms and provide them to customers, as necessary.

I understand the importance of using the most current forms and are in the process of updating our forms through the Paperwork Reduction Act process as quickly as possible. In the meantime, you will probably start seeing more of the older forms, and you may receive questions from acceptance facilities. You can still process both versions of the forms. Since we are in the process of updating our forms, we are going to wait until the new forms are approved to print hard copies and send them to you and acceptance facilities. PMO and AFO are working together to share this message with acceptance facilities. Please see the below guidance for outreach events.

**Guidance for outreach events**

- **Information only**: When attending events where you provide information only, do not bring paper forms at this time. Please bring the attached QR code flyer which will route customers to pptform.state.gov (the 2D-Barcode form filler).
- **Acceptance**: When attending events where you provide acceptance, you can bring printed paper forms from travel.state.gov. We also recommend you bring the attached QR code flyer to help drive customers to filling out their form online.

Thank you again for all your hard work during this very fluid time. I am proud to work with such a dedicated and service-minded colleagues.

Warm regards,

Andrina Agnew
Director
Program Management and Operational Support

**Orr v. Trump - AR 085**

# Fill out your application online and print



## Fill out your passport application online and print by scanning this code with your smart phone:



**pptform.state.gov**



FOLLOW US:

@TravelGov

Orr v. Trump - AR 086

Announcement #: 117185
Office of Origin: A/SKS
Category: Policy
Date of Announcement: February 05, 2025

# Forms Guidance Related to Executive Order on Defending Women

**There is an action in Paragraph 3.** These actions must be done as soon as possible to be in compliance with Executive Order 14168.

To implement the requirements of Executive Order 14168, the Bureau of Administration (A) conducted a review of all centrally managed forms to ensure that those forms requiring entry of an individual's sex are appropriately labeled as "sex" instead of "gender" and that "male" and "female" are the only applicable options.

**Action:** Bureaus, offices and overseas posts must perform the same review of all their internal, unofficial forms that require entry of an individual's sex ensuring that it is appropriately labeled as "sex" instead of "gender" and that "male" and "female" are the only applicable options.

In addition to unofficial forms, bureaus, posts and offices must ensure that all applicable policies and documents use the term "sex" and not "gender."

Examples of unofficial forms include, but are not limited to:

- Microsoft Word Forms
- Adobe PDF Forms
- Microsoft Forms
- Microsoft SharePoint Lists
- PowerApps Forms
- Various applications/systems

For questions regarding forms please contact A-SKS-FO-DL@state.gov.

For questions regarding forms please contact A-SKS-FO-DL@state.gov.

**Orr v. Trump - AR 087**

UNCLASSIFIED



| | |
|---|---|
| **MRN:** | 25 STATE 10620 |
| **Date/DTG:** | Feb 05, 2025 / 051511Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Routine* |
| **E.O:** | 13526 |
| **TAGS:** | AINF, AMGT |
| **Subject:** | Forms Guidance Related to Executive Order on Defending Women |

1.  There is an action in Paragraph 3.  These actions must be done as soon as possible to be in compliance with Executive Order 14168.

2.  (U) To implement the requirements of Executive Order 14168, the Bureau of Administration (A) conducted a review of all centrally managed forms to ensure that those forms requiring entry of an individual's sex are appropriately labeled as "sex" instead of "gender" and that "male" and "female" are the only applicable options.

**ACTION**

3. (U) Bureaus, offices and overseas posts must perform the same review of all their internal, unofficial forms that require entry of an individual's sex ensuring that it is appropriately labeled as "sex" instead of "gender" and that "male" and "female" are the only applicable options.

4. (U) In addition to unofficial forms, bureaus, posts and offices must ensure that all applicable policies and documents use the term "sex" and not "gender."  Examples of unofficial forms include, but are not limited to:
- Microsoft Word Forms
- Adobe PDF Forms
- Microsoft Forms

**Orr v. Trump - AR 088**

- Microsoft SharePoint Lists
- PowerApps Forms
- Various applications/systems

5. (U) For questions regarding forms please contact A-SKS-FO-DL@state.gov.

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | A/SKS:Langley, Michelle |
| **Cleared By:** | A/FO:Carraher, Lindsey |
| | A/SKS:Kootz, Timothy |
| | A/SKS/PPKM/ERM:Rogoff, Mallory |
| | A/SKS/PPKM/OP:Parker, Zachary |
| | A/PRI/EX:Pitterle, Elissa |
| | A/PRI/TI:Villalba, Andrea |
| | L/M:Mackie, George |
| | DT:Mummaw, Karen |
| | DT/PDCIO:Begnell, Bruce |
| | DT/DCIO/BMP:Larson, Deborah |
| | EAP/EX:Ofrecio, Albert |
| | WHA/EX:Moeller, Leslie |
| | AF/EX:Hazel, Steven |
| | EUR-IO/EX/PMO:Silver, Adam |
| | EUR-IO/EX/PMO:Mark, Daniel |
| | NEA-SCA/EX:INFO |
| **Approved By:** | A/FO:Biedlingmaier, Mark |
| **Released By:** | A_FO:Guy, Chantalle J |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

**Orr v. Trump - AR 089**



**U.S. Department of State**
**Passport Services**

**IMPORTANT NOTICE TO PASSPORT ACCEPTANCE AGENTS**
**February 8, 2025**

**Updated Guidance on Sex Marker and Updated Passport Forms**

To ensure compliance with Executive Order 14168, we recently uploaded the older version of Forms DS-11, DS-82, and DS-5504 to travel.state.gov/passportforms.  **Please destroy all forms that reference the "X marker."** We are recommending applicants complete the older version of these forms without the X marker and bring them to your facility.

If an applicant brings a version of the form with the X marker, you may accept it. If the applicant chooses to select a marker other than male or female, please let the applicant know there will be processing delays.

Because the Department is in the process of updating all passport forms, the older versions of forms on travel.state.gov are not available to order. We will print and distribute updated versions of these forms to all acceptance facilities once they have been approved.

Please find the attached Q & A regarding implementation of the Executive Order. We appreciate your patience and flexibility as we navigate this transition.

*Please contact your Regional Customer Service Office with any questions.*

CA/PPT/AFO/MT – 2.8.2025

**Orr v. Trump - AR 090**

# Q & A on Executive Order 14168

**Q: If I destroy all current forms, am I expected to print them for applicants?**

A: If you can print forms, please do. Otherwise, instruct the applicant to bring in his or her own form printed from travel.state.gov/passportforms.

**Q: To comply, do you instruct us to tell the applicant they must choose the male or female box?**

A: No. We cannot tell applicants how to complete their application.

**Q: Do you instruct us to tell the applicant they are not permitted to fill either the "X Gender" box or the "Changing Gender Marker" box?**

A: No. We cannot tell applicants how to complete their application. However, you may indicate that the application with the X marker selected will lead to delays in processing.

**Q: Do we continue to accept applications if the applicant chooses either the "X Gender Marker," or "Changing Gender Marker?"**

A: Yes.

**Q: If we accept those applications, what will happen with their application process?**

A: If the applicant chooses to select a sex other than male or female, please advise the applicant there will be processing delays.  Guidance will be posted on travel.state.gov as soon as possible.

**Q: Will passports currently in process be suspended if they have either an "X Gender Marker," or "Gender Changing Marker?"**

 A: The Department has suspended processing of all applications seeking a different sex marker than that defined by the terms in the Executive Order.

CA/PPT/AFO/MT – 2.8.2025

**Orr v. Trump - AR 091**

**Q: What does suspension entail?**

A: Processing on suspended applications will be paused until additional guidance becomes available. An application that has been suspended does not mean the application has been denied.

**Q: Will this applicant need to apply with a sex marker based on their birth certificate?**

A: As soon as we have final guidance, we will inform the public of any updates on travel.state.gov.

**Q: Will they need to pay a new fee?**

A: No. An application that has been suspended does not mean the application has been denied. The application will resume processing as soon as possible.

**Q: What do we do with the sex reassignment applications?**

A: Acceptance facilities should continue to accept these applications. Additional guidance will be forthcoming.

CA/PPT/AFO/MT – 2.8.2025

**Orr v. Trump - AR 092**

UNCLASSIFIED



| | |
|---|---|
| **MRN:** | 25 STATE 12390 |
| **Date/DTG:** | Feb 11, 2025 / 112211Z FEB 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O.:** | 13526 |
| **TAGS:** | CASC, CPAS, CMGT, KFRD |
| **Subject:** | (U) Disposal of Blank Paper Passport Application Forms in Compliance with Executive Order 14168 |

1. (U) To ensure compliance with Executive Order 14168, please dispose of all blank paper forms DS-11s, DS-82s, and DS-5504s showing "gender" marker instead of sex marker information.  CA/PPT recently uploaded an older version of the DS-11, DS-82, and DS-5504 passport forms on travel.state.gov and, with the help of our colleagues in CA/CST, CA/PPT has also updated the 2DB form filler.  Posts should print, provide, and accept the older versions of the forms currently available on travel.state.gov.  Posts may also accept passport forms showing "gender" marker if the applicant submits a completed form.  Posts should encourage applicants to fill out their forms using the 2DB form filler when possible.

2. (U) CA/PPT understands the importance of using the most current forms and is in the process of updating forms DS-11, DS-82, and DS-5504 through the Paperwork Reduction Act process as quickly as possible.  Once approved, hard copies of the new forms will be made available to posts.

3. (U) Reach out to **AskPPTAdjudication@state.gov** with questions.

Orr v. Trump - AR 093

| | |
|---|---|
| **Signature:** | RUBIO |

| | |
|---|---|
| **Drafted By:** | CA: Various Drafters |
| **Cleared By:** | D:Shepherd, Nadia |
| | P:Iyer, Ritika |
| | S/P:Thornton, Marcus |
| | C:Olowski, Lew |
| | M:Roden, Catherine |
| | AF/EX:Hazel, Steven |
| | EAP/EX:Ofrecio, Albert |
| | EUR-IO/EX/PMO:Lugo, Amanda |
| | NEA-SCA/EX:Mendenhall, Eric |
| | WHA/EX:Moeller, Leslie |
| **Approved By:** | CA:Stufft, Julie |
| **Released By:** | CA_FO:Varela, Juan Paulo |
| **XMT:** | BASRAH, AMCONSUL; CARACAS, AMEMBASSY; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**

Orr v. Trump - AR 094

For the Commission, by the Division of Trading and Markets, pursuant to delegated authority.[19]

**Sherry R. Haywood,**
*Assistant Secretary.*
[FR Doc. 2025–02618 Filed 2–13–25; 8:45 am]
**BILLING CODE 8011–01–P**

---

## DEPARTMENT OF STATE

[Public Notice 12665]

### 30-Day Notice of Proposed Information Collection: Application for a U.S. Passport

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State has submitted the information collection described below to the Office of Management and Budget (OMB) for approval. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on these collections from all interested individuals and organizations. The purpose of this Notice is to allow 30 days for public comment.

**DATES:** The Department will accept comments from the public up to March 17, 2025.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to: *www.reginfo.gov/public/do/PRAMain.* Find this information collection by selecting "Currently under 30-day Review—Open for Public Comments" or by using the search function. You must include the DS form number, information collection title, and the OMB control number in any correspondence (if applicable). You may send requests for additional information regarding the collection listed in this notice, including requests for copies of the proposed collection instrument and supporting documents, to the following email address: *Passport-Form-Comments@State.gov.* You must include the DS form number and information collection title in the email subject line.

**SUPPLEMENTARY INFORMATION:**
• *Title of Information Collection:* Application for a U.S. Passport.
• *OMB Control Number:* 1405–0004.
• *Type of Request:* Renewal of a Currently Approved Collection.
• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).

• *Form Number:* DS–11.
• *Respondents:* Individuals or Households.
• *Estimated Number of Respondents:* 12,669,500.
• *Estimated Number of Responses:* 12,669,500.
• *Average Time per Response:* 85 minutes.
• *Total Estimated Burden Time:* 17,948,460 hours.
• *Frequency:* On occasion.
• *Obligation to Respond:* Required to Obtain or Retain a Benefit.

We are soliciting public comments to permit the Department to:
• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.
• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.
• Enhance the quality, utility, and clarity of the information to be collected.
• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

### Abstract of Proposed Collection

The Application for a U.S. Passport (form DS–11) solicits data necessary for Passport Services to issue a United States passport (book and/or card format) pursuant to authorities granted to the Secretary of State by 22 U.S.C. 211a *et seq.,* and Executive Order 11295 (August 5, 1966) for the issuance of passports to U.S. nationals. The issuance of U.S. passports requires the determination of identity, nationality, and entitlement with reference to the provisions of Title III of the Immigration and Nationality Act (INA) (8 U.S.C. 1401–1504), the 14th Amendment to the Constitution of the United States, other applicable treaties and laws, and implementing regulations at 22 CFR parts 50 and 51. The specific regulations pertaining to the Application for a U.S. Passport are at 22 CFR 51.20 through 51.28.

### Response to Public Comments

There were no comments submitted in response to the 60-day Notice.

### Changes Since Last Renewal

In addition to plain language changes and general format changes, the following content changes have been made to the collection:

The Acts or Conditions statement on the form was revised to add an applicant statement, affirming that he or she is not required to register as a sex offender, in accordance with International Megan's Law (34 U.S.C. 21501 *et seq.,* and 22 U.S.C. 212b). To comply with E.O. 14168, "*Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,*" the Department updated the form to replace the term "gender" with "sex." The U.S. Passport conforms with the standards set by the E.O. and the International Civil Aviation Organization, which among other things determine the various fields on the passport's biographical data page. Consistent with the E.O., the revised DS–11 will request the applicant's biological sex at birth, male "M" or female "F." Amendments to the fields and instructions (section 3) have been made to reflect this.

### Methodology

Passport Services collects information from U.S. citizens and non-citizen nationals when they complete and submit the Application for a U.S. Passport (form DS–11). Passport applicants can either download the DS–11 from the internet or obtain one from an acceptance facility/passport agency or U.S. embassy/consulate abroad. The form must be completed and executed at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad), and submitted with evidence of citizenship and identity.

**Amanda E. Smith,**
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*
[FR Doc. 2025–02648 Filed 2–13–25; 8:45 am]
**BILLING CODE 4710–06–P**

---

## SURFACE TRANSPORTATION BOARD

[Docket No. MCF 21126]

### TBL Group, Inc.—Acquisition of Control—Reston Limousine & Travel Service, Inc.

**AGENCY:** Surface Transportation Board.

**ACTION:** Notice tentatively approving and authorizing finance transaction.

**SUMMARY:** TBL Group, Inc. (TBL Group), a holding company that owns multiple interstate motor passenger carriers, has filed an application for Board approval

Orr v. Trump - AR 095


OMB Control No. 1405-0004
Expiration Date: XX-XX-XXXX
Estimated Burden: 85 Minutes

# APPLICATION FOR A U.S. PASSPORT

**Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used to apply for a U.S. passport book and/or card **in person** at an acceptance facility, a passport agency (by appointment only), or a U.S. embassy, consulate, or consular agency (if abroad). The U.S. passport is a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals. To be eligible to use this form you must **apply in person** if at least **one** of the following is true:

✓  I am applying for my first U.S. passport
✓  I am under age 16

My previous U.S. passport was either: a) issued under age 16;
b) issued more than 15 years ago; c) lost, stolen, or damaged

**If none of the above statements apply to you, then you may be eligible to apply using form DS-82 or DS-5504 depending on your circumstances.**
**NOTE:** You may be ineligible to receive a passport if you owe child support or have unpaid federal taxes. <u>Visit travel.state.gov for more information.</u>

- **Notice to Applicants Under Age 16:** You must appear in person to apply for a U.S. passport with your parent(s) or legal guardian(s). See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicants Ages 16 and 17:** At least one of your parent(s) or legal guardian(s) must know that you are applying for a U.S. passport. See Section D of these instructions or travel.state.gov for more details.
- **Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must <u>consult your sponsoring agency for instructions on proper routing procedures</u> before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

## SECTION B. STEPS TO APPLY FOR A U.S. PASSPORT

1. Complete this form (Do not sign until requested to do so by an authorized agent).
2. Attach one color photograph 2x2 inches in size and supporting documents (See Section D of these instructions).
3. Schedule appointment to apply in person by visiting our website or calling NPIC (see contact info at the top page).
4. Arrive for appointment and present completed form and attachments to the authorized agent who will administer the oath, witness you signing your form, and collect your passport fee.
5. Track application status online at Passportstatus.state.gov.
6. Receive new passport and original supporting documents (that you submitted with your application).

## SECTION C. HOW TO COMPLETE THIS FORM

Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form.

1. **Name (Last, First, Middle)**: Enter the name to appear in the passport. The name to appear in the passport should be consistent with your proof of citizenship and identification. If you have changed your name and are not eligible to use a DS-82 or DS-5504, you must use this form. Visit travel.state.gov/namechange for more information.

2. **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).

3. **Sex**: You must select sex marker option "M" (male) or "F" (female) that corresponds with your biological sex at birth.

4. **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known.

5. **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed, and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.

6. **USCIS Registration A-Number** (A-Number): Enter your nine-digit Number (if applicable). If you do not have an A-Number, leave this field blank.

7. **Email Address**

8. **Mailing Address Line 1 and 2 "In Care Of"**: *For line 1* enter applicant's Street/RFD #, *or* P.O. Box *or* URB *or* Apt/Suite #.  *For line 2*, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of". **If the applicant is a minor child, you must include the "In Care Of" name of the parent or adult registered to receive mail at this address. Email:** By providing your email address, you give us approval to send you email messages about the status of your passport and important travel information.

9. **Primary Contact Phone Number and List All Other Names You Have Used:** By providing your primary phone number, you give us approval to send you (text and/or SMS) messages about the status of your passport and important travel information. Also, enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names one in section A and one in section B. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.)

⚠ **Blue Section of Application Page 1 - Identifying Documents and Signature Blocks: Skip this section and complete Application Page 2.**
**NOTE: Do not sign this form until requested to do so by the authorized agent who will administer the oath to you.**

# APPLICATION FOR A U.S. PASSPORT

| SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM |
|---|
| Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section. |

1. **PROOF OF U.S. CITIZENSHIP** Information can be found on travel.state.gov/citizenship.

### Applicants Born in the United States

Your evidence will be returned to you if it is not damaged, altered, or forged. Submit an original or certified copy and a photocopy of the front and back if there is printed information on the back, of one of the following documents:

- U.S. Birth Certificate that meets all the following requirements:
  - Issued by the city, county, or state of birth
  - Lists your full name, date of birth, and birthplace
  - Lists your parent(s)' full names
  - Lists date filed with registrar's office (must be within one year of birth)
  - Shows registrar's signature and the seal of the issuing authority
  - Lists your biological sex at birth
- Fully valid, undamaged U.S. passport (may be expired)
- Consular Report of Birth Abroad or Certification of Birth Abroad
- Certificate of Naturalization or Citizenship

- Secondary documents may be submitted if the U.S. birth certificate was filed more than one year after your birth *or* if no birth record exists. For no birth record on file, submit a registrar's letter to that effect. For both scenarios, submit a combination of the evidence listed below, with your first and last name, birthdate and/or birthplace, the seal or other certification of the office (if customary), and the signature of the issuing official.
  - A hospital birth record
  - An early baptismal or circumcision certificate
  - Early census, school, medical, or family Bible records
  - Insurance files or published birth announcements (such as a newspaper article)
  - Notarized affidavits (or DS-10, Birth Affidavit) of older blood relatives having knowledge of your birth may be submitted in addition to some of the records listed above.

### Applicants Born Outside the United States

If we determine that you are a U.S. citizen, your lawful permanent resident card submitted with this application will be forwarded to U.S. Citizenship and Immigration Services.

- Claiming Citizenship through Naturalization of One or Both Parent(s), submit all the following:
  - Your parent(s) Certificate(s) of Naturalization
  - Your parents' marriage certificate and/or evidence that you were in the legal and physical custody of your U.S. citizen parent, if applicable
  - Your foreign birth certificate (and official translation if the document is not in English)
  - Your evidence of admission to the United States for legal permanent residence and proof you subsequently resided in the United States

- Claiming Citizenship through Birth Abroad to At Least One U.S. Citizen Parent, submit all the following:
  - Your Consular Report of Birth Abroad (Form FS-240), Certification of Birth (Form DS-1350 or FS-545), or your foreign birth certificate (and official translation if the document is not in English)
  - Your parent's proof of U.S. citizenship
  - Your parents' marriage certificate
  - Affidavit showing all your U.S. citizen parents' periods and places of residence and physical presence before your birth (DS-5507)

- Claiming Citizenship Through Adoption by a U.S. Citizen Parent(s), *if your birthdate is on or after October 5, 1978*, submit evidence of all the following:
  - Your permanent residence status
  - Your full and final adoption
  - You were in the legal and physical custody of your U.S. citizen parent(s)
  - You have resided in the United States

2. **PROOF OF IDENTITY** Information can be found at travel.state.gov/identification.

Present your original identification and submit a front and back photocopy with this form. It must show a photograph that is a good likeness of you. Examples include:

- Driver's license (not temporary or learner's permit)
- Previous or current U.S. passport book/card
- Military identification
- Federal, state, or city government employee identification
- Certificate of Naturalization or Citizenship

3. **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos.

Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view
- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis. You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**Orr v. Trump - AR 097**

U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## 4. PROOF OF PARENTAL RELATIONSHIP *(FOR APPLICANTS UNDER AGE 16)*

Parents/guardians must appear in person with the child and submit the following:

- Evidence of the child's relationship to parents/guardian(s) (Example: a birth certificate or Consular Report of Birth Abroad listing the names of the parent(s)/guardian(s) and child)
- Original parental/guardian government-issued photo identification and a photocopy of the front and back (to satisfy proof of identity)

If only one parent/guardian can appear in person with the child, you must also submit one of the following:

- The second parent's notarized written statement or DS-3053 (including the child's full name and date of birth) consenting to the passport issuance for the child. The notarized statement <u>cannot</u> be more than three months old, <u>must</u> be signed and notarized on the same day, and <u>must</u> come with a front and back photocopy of the second parent's government-issued photo identification.
- The second parent's death certificate (if second parent is deceased)
- Evidence of sole authority to apply (Example: a court order granting sole legal custody or a birth certificate listing only one parent)
- A written statement (made under penalty of perjury) or DS-5525 explaining, in detail, why the second parent cannot be reached

### *OR*

## PROOF OF PARENTAL AWARENESS *(FOR APPLICANTS AGES 16 AND 17)*

We may request the consent of one legal parent/legal guardian to issue a U.S. passport to you. In many cases, the passport authorizing officer may be able to ascertain parental awareness of the application by virtue of the parent's presence when the minor submits the application or a signed note from the parent or proof the parent is paying the application fees. However, the passport authorizing officer retains discretion to request the legal parent's/legal guardian's notarized statement of consent to issuance (e.g., on Form DS-3053).

## 5.  FEES    Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56) and are  collected at the  time  you  apply  for  the  passport  service.  By  law,  the  passport  fees  are  **non-refundable**.  Visit  travel.state.gov/passportfees  for  current fees, payment methods, and how fees are used and processed.  Additional fee information is as follows:

- The execution fee **must be paid separately** and made payable to the acceptance facility in the payment method they accept.

- <u>If applying outside the United States</u>: Please see the website of your embassy, consulate, or consular agency for acceptable payment methods.

**Other Services Requiring Additional Fee** (Visit travel.state.gov for more details)**:**

- **Expedite Service:** Only available for passports mailed in the United States and Canada.

- **1-2 Day Delivery:** Only available for passport book (and not passport card) mailings in the United States.

- **Verification of a previous U.S. Passport or Consular Report of Birth Abroad:** Upon your request, we verify previously issued U.S. passport or Consular Report of Birth Abroad if you are unable to submit evidence of U.S. citizenship.

- **Special Issuance Passports:** If you apply for a no-fee regular, service, official, or diplomatic passport at a designated acceptance facility, you must pay the execution fee. No other fees are charged when you apply.

| SECTION E. HOW TO SUBMIT THIS FORM |
|---|

Submitting your form depends on your location and how soon you need your passport.

- **Applicant Located Inside the United States:** For the latest information regarding processing times, scheduling appointments, and nearest designated acceptance facilities visit travel.state.gov or contact NPIC.

- **Applicant Located Outside the United States:** In most countries, you must apply in person at a U.S. embassy or consulate for all passport services. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

| SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS |
|---|

- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** You may receive your newly issued U.S. passport book and/or card and your citizenship evidence <u>in two separate mailings</u>. If you are applying for both a book and card, <u>you may receive three separate mailings</u>: one with your returned evidence, one with your newly issued book, and one with your newly issued card. **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

**Orr v. Trump - AR 098**



U.S. Department of State

# APPLICATION FOR A U.S. PASSPORT

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## ACTS OR CONDITIONS

The applicant agrees with the following statement:

*I am not currently required to register under the sex offender registration program of any jurisdiction for a sex offense against a minor. I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant is required to be attached and made part of this application.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 1 (Section C) to this form.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 85 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**

DS-11 02-2025

Instruction Page 4 of 4

**Orr v. Trump - AR 099**

U.S. Department of State OMB Control No. 1405-0004
Expiration Date: XX-XX-XXXX
Estimated Burden: 85 Minutes

# APPLICATION FOR A U.S. PASSPORT

Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.

## Select document(s) for which you are submitting fees:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both
The U.S. passport card is **not** valid for international air travel. See Instruction Page 3
☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)
The large book is for frequent international travelers who need more visa pages.

**1. Name** Last

☐ D  ☐ O  ☐ S  ☐ NFR
End. #_____  Exp. _____

First                          Middle

**2. Date of Birth** (MM/DD/YYYY)    **3. Sex**  M ☐  F ☐    **4. Place of Birth** (City & State if in the U.S. or City & Country as it is presently known.)

**5. Social Security Number**    **6.** USCIS Registration A-Number (*if applicable*)    **7. Email** (see application status at passportstatus.state.gov)
A-

**8. Mailing Address Line 1:** *Street/RFD#, P.O. Box, or URB. Also include Apartment, Suite, etc*

**Address Line 2:** (If applicant is a child, write "In Care Of" the parent)  Example: In Care Of - Jane Doe

**City**    **State**    **Zip Code**    **Country** (if outside the United States)

**9.** Primary Contact Phone Number    List all other names you have used. (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change). If needed, attach additional pages.
A.    B.

## STOP! CONTINUE TO PAGE 2
### DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

**Staple** | **Staple**
2" X 2"  |  2" X 2"
FROM 1" TO 1 3/8"
**Staple** | **Staple**

Attach a color photograph of applicant taken within the last six months

☐ Acceptance Agent    ☐ (Vice) Consul USA
☐ Passport Staff Agent

(Seal)

Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (if identifying minor)
☐ Driver's License  ☐ State Issued ID Card  ☐ Passport  ☐ Military  ☐ Other
Name
Issue Date (mm/dd/yyyy)    Exp. Date (mm/dd/yyyy)    State of Issuance
ID No    Country of Issuance

Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (if identifying minor)
☐ Driver's License  ☐ State Issued ID Card  ☐ Passport  ☐ Military  ☐ Other
Name
Issue Date (mm/dd/yyyy)    Exp. Date (mm/dd/yyyy)    State of Issuance
ID No    Country of Issuance

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

_____
Signature of person authorized to accept applications

*By signing this form, I certify that I have provided the verbal oath and witnessed the applicant's/legal guardian's signature.*

Date _____

_____
Print Facility Name/Location

Agent ID Number _____

_____
Name of courier company (if applicable)

Facility ID Number _____

x_____
**Applicant's Legal Signature - age 16 and older**

x_____
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

x_____
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

For Issuing Office Only ___ Bk ___ Card ___ EF ___ Postage ___ Execution ___ Other ___

DS 11 C 04 2025 1

DS-11 02-2025

**Orr v. Trump - AR 100** Page 1 of 2

**Name of Applicant** *(Last, First, & Middle)*

**Date of Birth** *(MM/DD/YYYY)*

**10. Parental Information**

Mother/Father/Parent - First & Middle Name *(at Parent's Birth)*

Last Name *(at Parent's Birth)*

Date of Birth *(MM/DD/YYYY)*

Place of Birth *(City & State if in the U.S. or City & Country as it is presently known)*

Sex ☐ M ☐ F

U.S. Citizen? ☐ Yes ☐ No

Mother/Father/Parent - First & Middle Name *(at Parent's Birth)*

Last Name *(at Parent's Birth)*

Date of Birth *(MM/DD/YYYY)*

Place of Birth *(City & State if in the U.S. or City & Country as it is presently known)*

Sex ☐ M ☐ F

U.S. Citizen? ☐ Yes ☐ No

**11. Have you ever been married?** ☐ Yes ☐ No *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse *(Last, First & Middle)*

Date of Birth *(MM/DD/YYYY)*

Place of Birth

U.S. Citizen? ☐ Yes ☐ No

Date of Marriage *(MM/DD/YYYY)*

Have you ever been widowed or divorced? ☐ Yes ☐ No

Widow/Divorce Date *(MM/DD/YYYY)*

**12. Additional Contact Phone Number** ☐ Home ☐ Work ☐ Cell

**13. Occupation** *(if age 16 or older)*

**14. Employer or School** *(if applicable)*

**15. Height**

**16. Hair Color**

**17. Eye Color**

**18. Travel Plans** *(If no travel plans, please write "none")*
Departure Date *(MM/DD/YYYY)* Return Date *(MM/DD/YYYY)*

Countries to be Visited

**19. Permanent Address** *(Complete if P.O. Box is listed under Mailing Address or if residence is different from Mailing Address. Do not list a P.O. Box.)*

Street/RFD # or URB

Apartment/Unit

City

State

Zip Code

**20. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name

Address: Street/RFD # or P.O. Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** ☐ Yes ☐ No *If yes, complete the remaining items in #21.*

Name printed on your most recent book

**Status of Book**
☐ Submitting with application
☐ Stolen ☐ Lost ☐ In my possession *(if expired)*

Name printed on your most recent card

**Status of Card**
☐ Submitting with application
☐ Stolen ☐ Lost ☐ In my possession *(if expired)*

If your most recent passport book/card was lost or stolen, you must explain in detail below. Please provide your previous book/card number and include the date and location (address/city/state/country) of the loss/theft, if known. Please indicate whether you filed a police report, and if it is available, please submit a copy. If you need more space, continue on a separate sheet of paper.

## PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY

Name as it appears on citizenship evidence _____

☐ Birth Certificate   SR   CR   City   Filed:   Issued:   ☐ Sole Parent

☐ Nat. / Citz. Cert.   USCIS   USDC   Date/Place Acquired:   A#

☐ Report of Birth   Filed/Place:

☐ Passport   C/R   S/R   See #21   #/DOI:

☐ Other:

☐ Attached:

☐ P/C of Citz   ☐ P/C of ID   ☐ DS-71   ☐ DS-3053   ☐ DS-64   ☐ DS-5520   ☐ DS-5525   ☐ PAW   ☐ NPIC   ☐ IRL   ☐ Citz W/S

DS 11 C 04 2025 2

DS-11 02-2025

Clear Form

**Orr v. Trump - AR 101** Page 2 of 2

## DEPARTMENT OF STATE

[Public Notice 12667]

### 30-Day Notice of Proposed Information Collection: U.S. Passport Renewal Application for Eligible Individuals

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State has submitted the information collection described below to the Office of Management and Budget (OMB) for approval. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on these collections from all interested individuals and organizations. The purpose of this Notice is to allow 30 days for public comment.

**DATES:** The Department will accept comments from the public up to March 20, 2025.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to: *www.reginfo.gov/public/do/PRAMain.* Find this information collection by selecting "Currently under 30-day Review—Open for Public Comments" or by using the search function. You must include the DS form number, information collection title, and the OMB control number in any correspondence (if applicable). You may send requests for additional information regarding the collection listed in this notice, including requests for copies of the proposed collection instrument and supporting documents, to the following email address: *Passport-Form-Comments@State.gov.* You must include the DS form number and information collection title in the email subject line.

**SUPPLEMENTARY INFORMATION:**
- *Title of Information Collection:* U.S. Passport Renewal Application for Eligible Individuals.
- *OMB Control Number:* 1405–0020.
- *Type of Request:* Revision of a Currently Approved Collection.
- *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).
- *Form Number:* DS–82.
- *Respondents:* Individuals or Households.
- *Estimated Number of Respondents:* 8,321,500.
- *Estimated Number of Responses:* 8,321,500.
- *Average Time per Response:* 40 minutes.
- *Total Estimated Burden Time:* 5,547,700 hours per year.

- *Frequency:* On occasion.
- *Obligation to Respond:* Required to Obtain a Benefit.

We are soliciting public comments to permit the Department to:
- Evaluate whether the proposed information collection is necessary for the proper functions of the Department.
- Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.
- Enhance the quality, utility, and clarity of the information to be collected.
- Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

**Abstract of Proposed Collection**

The U.S. Passport Renewal Application for Eligible Individuals (form DS–82) is used by eligible citizens and non-citizen nationals of the United States who need to renew their current or recently expired U.S. passport.

**Response to Public Comments**

There were no comments submitted in response to the 60-day Notice.

**Changes Since Last Renewal**

In addition to plain language changes and general format changes, the following content changes have been made to the collection:

The Acts or Conditions statement on the form was revised to add an applicant statement, affirming that he or she is not required to register as a sex offender, in accordance with International Megan's Law (34 U.S.C. 21501 *et seq.,* and 22 U.S.C. 212b). To comply with E.O. 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," the Department updated the form to replace the term "gender" with "sex." The U.S. Passport conforms with the standards set by the E.O. and the International Civil Aviation Organization, which among other things determine the various fields on the passport's biographical data page. Consistent with the E.O., the revised DS–82 will request the applicant's biological sex at birth, male "M" or female "F." Amendments

to the fields and instructions (section 3) have been made to reflect this.

**Methodology**

Passport Services collects information from U.S. nationals when they complete and submit the DS–82. The Department features an online application process called Online Passport Renewal (OPR). Using the online platform, eligible applicants can complete the required steps for passport renewal. Passport applicants can download the DS–82 from the internet or obtain the form from an acceptance facility/passport agency. The form must be completed, signed, and submitted by mail or in person at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad).

**Amanda E. Smith,**
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*

[FR Doc. 2025–02697 Filed 2–14–25; 8:45 am]

**BILLING CODE 1407–06–P**

## DEPARTMENT OF STATE

[Public Notice 12668]

### 30-Day Notice of Proposed Information Collection: Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State has submitted the information collection described below to the Office of Management and Budget (OMB) for approval. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on these collections from all interested individuals and organizations. The purpose of this Notice is to allow 30 days for public comment.

**DATES:** The Department will accept comments from the public up to March 20, 2025.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to: *www.reginfo.gov/public/do/PRAMain.* Find this information collection by selecting "Currently under 30-day Review—Open for Public Comments" or by using the search function. You must include the DS form number, information collection title, and the OMB control number in any correspondence (if applicable). You may

**Orr v. Trump - AR 102**

OMB Control No. 1405-0020
Expiration Date: XX/XX/XXXX
Estimated Burden: 40 Minutes

## U.S. Department of State

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

**Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov.

### SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used by U.S. passport holders to renew their current or recently expired U.S. passport book and/or card (a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals). This form can be submitted by mail. You are eligible to use this form if you can answer "Yes" to ALL statements below about your passport:

☐ **YES**  ☐ **NO**  I can submit my most recent U.S. passport book and/or card with this application.

☐ **YES**  ☐ **NO**  I was at least 16 years old when my most recent U.S. passport book and/or card was issued.

☐ **YES**  ☐ **NO**  I was issued my most recent U.S passport book and/or card less than 15 years ago.

☐ **YES**  ☐ **NO**  The U.S. passport book and/or card that I am renewing has not been mutilated, damaged, or reported lost or stolen.

☐ **YES**  ☐ **NO**  My U.S. passport was not limited to less than the normal ten-year validity period due to passport damage/mutilation, multiple passport thefts/losses, or non-compliance with 22 C.F.R. 51.41. (Refer to the last page of your U.S. passport book for endorsement information.)

My name has not changed since my most recent U.S. passport book and/or card was issued.
**-- OR --**

☐ **YES**  ☐ **NO**  My name has changed by marriage or court order, and I can submit proper certified documentation to reflect my name change (such as a certified copy of a marriage certificate, or court order). Visit travel.state.gov/namechange for a complete description of accepted documents.

**If you answered "NO" to any of the statements above, STOP. You cannot use this form.**

**You may be eligible to apply on form DS-11 or DS-5504 depending on your circumstances. Visit travel.state.gov for more information.**

**Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

**Replacing a Lost, Stolen, or Damaged Passport:** A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must apply using form DS-11, Application for a U.S. Passport.

The information you provide regarding your lost or stolen valid U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, immediately report it as found and submit it for cancellation. It has been invalidated. You cannot use that passport book or card for travel.**

### SECTION B. STEPS TO RENEW A U.S. PASSPORT

1. Complete and sign this form.
2. Attach one color photograph 2x2 inches in size, your previously issued U.S. passport, and supporting documents (See Section D of these instructions).
3. Mail us your application and attachments (See Section E of these instructions) .
4. Track application status online at Passportstatus.state.gov.
5. Receive new passport and original supporting documents (that you submitted with your application).

**Orr v. Trump - AR 103**



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

## SECTION C. HOW TO COMPLETE THIS FORM
Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form.

1. **Name (Last, First, Middle)**: Enter the name to appear in the passport. The name to appear in the passport should be consistent with your previous U.S. passport. If you are requesting a passport in a name different from the name that appears on your previous U.S. passport, submit proof of name change if resulting from marriage or legal name change such as a marriage certificate, divorce decree, or court order of name change (if applicable). Information can be found at travel.state.gov/namechange.

2. **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).

3. **Sex**: You must select sex marker option "M" (male) or "F" (female) that corresponds with your biological sex at birth.

4. **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known.

5. **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct: I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.

6. **Email**: By providing your email address, you give us approval to send you email messages about the status of your passport and important travel information.

7. **Primary Contact Phone Number**: By providing your primary phone number, you give us approval to send you (text and/or SMS) messages about the status of your passport and important travel information.

8. **Mailing Address Line 1 and 2 "In Care Of"**: <u>For line 1</u> enter applicant's Street/RFD #, *or* P.O. Box *or* URB. <u>For line 2</u>, if you do not live at the address listed in this field, enter the name of the person who lives at this address and mark it "In Care Of".

9. **List all other names you have used:** Enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names: one in item A and one in item B. If only your last name has changed just enter the last name. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.

 **Application Page 1 - Signature Block (below Section 11):** *Remember to sign this page then complete Application Page 2.*

## SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM
Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section.

1. **YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD**
When submitting a U.S. passport book and/or card with this form, please verify that the document was issued at age 16 or older in your current name and issued within the past 15 years. Please submit any valid passport product you have with this application. If your U.S. passport book and/or card has been mutilated, damaged, or reported lost or stolen, you must apply on form DS-11.

2. **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos.
Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view
- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

*<u>Head coverings</u> are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. <u>Glasses or other eyewear</u> are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis. You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**USE CAUTION WHEN STAPLING YOUR PHOTO**: Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo. Follow the photo template on Application Page 1.



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

3. **PROOF OF NAME CHANGE:** If the name you are currently using is different from the name on your most recent U.S. passport, you must submit a copy of your certified marriage certificate, divorce decree, or original court order showing the change of name. Please make sure all documents are clear and legible. All original documents will be returned to you by mail. If you are unable to document your name change in this manner, you must apply on form DS-11, Application for a U.S. Passport.

4. **FEES:** Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56). Do not send cash. The Department cannot be responsible for cash sent through the mail. By law, the passport fees are **non-refundable**. There is no execution fee to use this form. Newly issued passport cards are delivered via first class mail only. Visit travel.state.gov/passportfees for current fees, payment methods, and how fees are used and processed. Additional fee information is as follows:

**Applicant Applying in the United States:** Please Visit travel.state.gov/passportfees for current fees, payment methods, and how fees are used and processed.

**Applicant Applying Outside the United States:** Please see the website of your embassy, consulate, or consular agency for acceptable payment methods.

**Other Services Requiring Additional Fee** (Visit travel.state.gov for more details):
- **Expedited Service:** Available for an additional fee. Expedited service is only available for passports mailed in the United States and Canada. Please include the appropriate fee with your payment. Please write "Expedite" on the outer envelope when mailing. Visit travel.state.gov for the current fees and processing times for expedited service.
- **1-2 Day Delivery:** Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.
- **NOTE:** To ensure minimal processing time for expedited applications, the Department recommends using 1 – 2 day delivery service to submit the application and to include the appropriate postage fee for 1-2 day return delivery for the newly issued passport book. Please visit travel.state.gov for updated information regarding fees, processing times, or to check the status of your passport application online.

## SECTION E. HOW TO SUBMIT THIS FORM
The Department recommends using a trackable mailing service when submitting your application.

Submitting your form depends on your location and how soon you need your passport. Print page one and page two of your application on separate pieces of paper. You do not need to submit instruction pages. Mail this form and attachments to one of the addresses below:

| **FOR ROUTINE SERVICE** (If you live in CA, FL, IL, MN, NY, or TX):<br>National Passport Processing Center<br>PO Box 640155<br>Irving, TX 75064-0155 | **FOR ROUTINE SERVICE** (If you live in any other state or Canada):<br>National Passport Processing Center<br>PO Box 90155<br>Philadelphia, PA 19190-0155 | **FOR EXPEDITED SERVICE** (**Additional Fee**, from any state or Canada):<br>National Passport Processing Center<br>PO Box 90955<br>Philadelphia, PA 19190-0955 |
|---|---|---|

**Notice to Applicants Located Outside the United States:** U.S. citizens residing outside the United States and Canada cannot submit this form to the domestic addresses listed above. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS
- **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
- **Separate mailings:** You may receive your newly issued U.S. passport book and/or card and your citizenship evidence in two separate mailings. If you are applying for both a book and card, you may receive three separate mailings: one with your returned evidence, one with your newly issued book, and one with your newly issued card. **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.
- **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
- **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
- **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

Orr v. Trump - AR 105



# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

| WARNING |
|---|
| False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification. <br><br> **Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.** |

| ACTS OR CONDITIONS |
|---|
| The applicant agrees with the following statement: <br><br> *I am not currently required to register under the sex offender registration program of any jurisdiction for a sex offense against a minor. I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.* <br><br> If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant is required to be attached and made part of this application. |

| PRIVACY ACT STATEMENT |
|---|
| **AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51. <br><br> **PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity. <br><br> **ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records. <br><br> **DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 2 (Section C) to this form. |

| PAPERWORK REDUCTION ACT STATEMENT |
|---|
| Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199. |

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**

U.S. Department of State

## U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.

OMB Control No. 1405-0020
Expiration Date: XX/XX/XXXX
Estimated Burden: 40 Minutes

**Select document(s) for which you are applying:**

[ ] U.S. Passport Book  [ ] U.S. Passport Card  [ ] Both

The U.S. passport card is **not** valid for international air travel. (See instruction page 3)

[ ] Regular Book (Standard)  [ ] Large Book (Non-Standard)

The large book is for frequent international travelers who need more visa pages.

[ ] D  [ ] O  [ ] S  [ ] NFR

End. # _____  Exp. _____

**1. Name** Last *(Your name must match previous passport or name change document)*

First  Middle

**2. Date of Birth** *(mm/dd/yyyy)*  **3. Sex** M F  **4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known)*

**5. Social Security Number**  **6. Email** *(See application status at passportstatus.state.gov)*  **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, P.O. Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, In Care Of or Attention if applicable.)*

**City**  **State**  **Zip Code**  **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed.)*

A.  B.

Staple  Staple

2" X 2"  FROM 1" TO 1 3/8"  2" X 2"

Staple  Staple

Attach a color photograph of applicant taken within the last six months

**10. U.S. Passport Information**
Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number  Book Issue date (MM/DD/YYYY)

Most recent U.S. passport card number  Card Issue date (MM/DD/YYYY)

**11. Name Change Information** *Complete if name is different than last U.S. passport book or passport card*

[ ] Changed by Marriage  Place of Name Change *(City/State)*  Date (MM/DD/YYYY)

[ ] Changed by Court Order  Please submit a certified copy.

## YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW. THEN COMPLETE PAGE 2

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless an explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false statements in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x _____

**Applicant's Legal Signature**  **Date**

**FOR ISSUING OFFICE ONLY**  [ ] PPT BK C/R  [ ] PPT BK S/R  [ ] PPT CD C/R  [ ] PPT CD S/R

[ ] Marriage Certificate  Date of Marriage/Place Issued:

[ ] Court Order  Date Filed/Court:

From _____

To: _____

[ ] Other:

[ ] Attached:

DS 82 C 04 2025 1

For Issuing Office Only ⟶ Bk Fee ___ Cd Fee ___ EF ___ Postage ___ Other ___

DS-82 02-2025

**Orr v. Trump - AR 107** Page 1 of 2

**Name of Applicant** *(Last, First & Middle)*                                                     **Date of Birth** *(mm/dd/yyyy)*

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School *(if applicable)* |
|---|---|---|---|---|

**17. Additional Contact Phone Numbers**

☐ Home  ☐ Cell
☐ Work  ☐ _____

☐ Home  ☐ Cell
☐ Work  ☐ _____

**18. Permanent Address:** *(Complete if PO Box is listed in Mailing Address __or__ if residence is different from Mailing Address. **Do not list a PO Box**.)*

Street/RFD # or URB                                                                                       Apartment/Unit

City                                          State          Zip Code          Country

**19. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name                                          Address: Street/RFD # or PO Box                                    Apartment/Unit

City                     State     Zip Code     Country          Email               Phone Number     Relationship To Applicant

**20. Travel Plans** *(If no travel plans, please write "none")*

Departure Date (MM/DD/YYYY)     Return Date (MM/DD/YYYY)     Countries To Be Visited

# STOP!

# PLEASE BE SURE TO:

**1. Print form on two separate pages**

**2. Sign and date on Application Page 1**

**3. Submit both pages (see Instruction Page 3)**

DS 82 C 04 2025 2

# DEPARTMENT OF STATE

[Public Notice 12667]

## 30-Day Notice of Proposed Information Collection: U.S. Passport Renewal Application for Eligible Individuals

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State has submitted the information collection described below to the Office of Management and Budget (OMB) for approval. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on these collections from all interested individuals and organizations. The purpose of this Notice is to allow 30 days for public comment.

**DATES:** The Department will accept comments from the public up to March 20, 2025.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to: *www.reginfo.gov/public/do/PRAMain.* Find this information collection by selecting "Currently under 30-day Review—Open for Public Comments" or by using the search function. You must include the DS form number, information collection title, and the OMB control number in any correspondence (if applicable). You may send requests for additional information regarding the collection listed in this notice, including requests for copies of the proposed collection instrument and supporting documents, to the following email address: *Passport-Form-Comments@State.gov.* You must include the DS form number and information collection title in the email subject line.

**SUPPLEMENTARY INFORMATION:**
• *Title of Information Collection:* U.S. Passport Renewal Application for Eligible Individuals.
• *OMB Control Number:* 1405–0020.
• *Type of Request:* Revision of a Currently Approved Collection.
• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).
• *Form Number:* DS–82.
• *Respondents:* Individuals or Households.
• *Estimated Number of Respondents:* 8,321,500.
• *Estimated Number of Responses:* 8,321,500.
• *Average Time per Response:* 40 minutes.
• *Total Estimated Burden Time:* 5,547,700 hours per year.

• *Frequency:* On occasion.
• *Obligation to Respond:* Required to Obtain a Benefit.
We are soliciting public comments to permit the Department to:
• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.
• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.
• Enhance the quality, utility, and clarity of the information to be collected.
• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.
Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

### Abstract of Proposed Collection

The U.S. Passport Renewal Application for Eligible Individuals (form DS–82) is used by eligible citizens and non-citizen nationals of the United States who need to renew their current or recently expired U.S. passport.

### Response to Public Comments

There were no comments submitted in response to the 60-day Notice.

### Changes Since Last Renewal

In addition to plain language changes and general format changes, the following content changes have been made to the collection:
The Acts or Conditions statement on the form was revised to add an applicant statement, affirming that he or she is not required to register as a sex offender, in accordance with International Megan's Law (34 U.S.C. 21501 *et seq.,* and 22 U.S.C. 212b). To comply with E.O. 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," the Department updated the form to replace the term "gender" with "sex." The U.S. Passport conforms with the standards set by the E.O. and the International Civil Aviation Organization, which among other things determine the various fields on the passport's biographical data page. Consistent with the E.O., the revised DS–82 will request the applicant's biological sex at birth, male "M" or female "F." Amendments

to the fields and instructions (section 3) have been made to reflect this.

**Methodology**

Passport Services collects information from U.S. nationals when they complete and submit the DS–82. The Department features an online application process called Online Passport Renewal (OPR). Using the online platform, eligible applicants can complete the required steps for passport renewal. Passport applicants can download the DS–82 from the internet or obtain the form from an acceptance facility/passport agency. The form must be completed, signed, and submitted by mail or in person at an acceptance facility, passport agency, or U.S. embassy/consulate (if abroad).

**Amanda E. Smith,**
*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*

[FR Doc. 2025–02697 Filed 2–14–25; 8:45 am]
**BILLING CODE 1407–06–P**

# DEPARTMENT OF STATE

[Public Notice 12668]

## 30-Day Notice of Proposed Information Collection: Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement

**ACTION:** Notice of request for public comment.

**SUMMARY:** The Department of State has submitted the information collection described below to the Office of Management and Budget (OMB) for approval. In accordance with the Paperwork Reduction Act of 1995, we are requesting comments on these collections from all interested individuals and organizations. The purpose of this Notice is to allow 30 days for public comment.

**DATES:** The Department will accept comments from the public up to March 20, 2025.

**ADDRESSES:** Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to: *www.reginfo.gov/public/do/PRAMain.* Find this information collection by selecting "Currently under 30-day Review—Open for Public Comments" or by using the search function. You must include the DS form number, information collection title, and the OMB control number in any correspondence (if applicable). You may

**Orr v. Trump - AR 109**

send requests for additional information regarding the collection listed in this notice, including requests for copies of the proposed collection instrument and supporting documents, to the following email address: *Passport-Form-Comments@state.gov.* You must include the DS form number and information collection title in the email subject line.

**SUPPLEMENTARY INFORMATION:**

• *Title of Information Collection:* Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement.

• *OMB Control Number:* 1405–0160.

• *Type of Request:* Revision of a Currently Approved Collection.

• *Originating Office:* Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support (CA/PPT/S/PMO).

• *Form Number:* DS–5504.

• *Respondents:* Individuals or Households.

• *Estimated Number of Respondents:* 767,500.

• *Estimated Number of Responses:* 767,500.

• *Average Time per Response:* 40 minutes.

• *Total Estimated Burden Time:* 511,700 hours.

• *Frequency:* On occasion.

• *Obligation to Respond:* Required to Obtain a Benefit.

We are soliciting public comments to permit the Department to:

• Evaluate whether the proposed information collection is necessary for the proper functions of the Department.

• Evaluate the accuracy of our estimate of the time and cost burden for this proposed collection, including the validity of the methodology and assumptions used.

• Enhance the quality, utility, and clarity of the information to be collected.

• Minimize the reporting burden on those who are to respond, including the use of automated collection techniques or other forms of information technology.

Please note that comments submitted in response to this Notice are public record. Before including any detailed personal information, you should be aware that your comments as submitted, including your personal information, will be available for public review.

**Abstract of Proposed Collection**

The *Application for a U.S. Passport for Eligible Individuals:* Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement (form DS–5504) is used by current passport holders who are eligible to re-apply for a passport at no cost.

**Response to Public Comments**

There were no comments submitted in response to the 60-day Notice.

**Changes Since Last Renewal**

In addition to plain language changes and general format changes, the following content changes have been made to the collection:

The Acts or Conditions statement on the form was revised to add an applicant statement, affirming that he or she is not required to register as a sex offender, in accordance with International Megan's Law (34 U.S.C. 21501 *et seq.,* and 22 U.S.C. 212b). To comply with E.O. 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," the Department updated the form to replace the term "gender" with "sex." The U.S. Passport conforms with the standards set by the E.O. and the International Civil Aviation Organization, which among other things determine the various fields on the passport's biographical data page. Consistent with the E.O., the revised DS–5504 will request the applicant's biological sex at birth, male "M" or female "F." Amendments to the fields and instructions (section 3) have been made to reflect this.

**Methodology**

Passport Services collects information from U.S. citizens and non-citizen nationals when they complete and submit the Application for a U.S. Passport for Eligible Individuals: Correction, Name Change to Passport Issued 1 Year Ago or Less, and Limited Passport Replacement (form DS–5504). Passport applicants can either download the DS–5504 from the internet or obtain the form from an acceptance facility/passport agency. The form must be completed, signed, and be submitted by mail (or in person at Passport Agencies domestically or U.S. embassies/consulates overseas).

**Amanda E. Smith,**

*Managing Director for Passport Support Operations, Bureau of Consular Affairs, Passport Services, Department of State.*

[FR Doc. 2025–02696 Filed 2–14–25; 8:45 am]

**BILLING CODE 1407–06–P**

# SURFACE TRANSPORTATION BOARD

[Docket No. AB 1342X]

## Arkansas Louisiana & Mississippi Railroad Co.—Discontinuance of Service Exemption—in Morehouse Parish, La.

Arkansas Louisiana & Mississippi Railroad Co. (ALM) has filed a verified notice of exemption [1] under 49 CFR part 1152 subpart F—*Exempt Abandonments and Discontinuances of Service* to discontinue service over an approximately 9.32-mile rail line between milepost 551.25 and milepost 560.57 in Morehouse Parish, La. (the Line).[2] The Line traverses U.S. Postal Service Zip Codes 71229, 71220, and 71221. No stations exist on the Line.

ALM has certified that: (1) no local traffic has moved over the Line since before 2014; (2) any overhead traffic on the Line can be rerouted to other lines; (3) no formal complaint filed by a user of rail service on the Line (or a state or local government entity acting on behalf of such user) regarding cessation of service over the Line either is pending with the Surface Transportation Board or any U.S. District Court or has been decided in favor of a complainant within the last two years; and (4) the requirements at 49 CFR 1105.12 (newspaper publication) and 49 CFR 1152.50(d)(1) (notice to governmental agencies) have been met.

As a condition to this exemption, any employee adversely affected by the discontinuance of service shall be protected under *Oregon Short Line Railroad—Abandonment Portion Goshen Branch Between Firth & Ammon, in Bingham & Bonneville Counties, Idaho,* 360 I.C.C. 91 (1979). To address whether this condition adequately protects affected employees, a petition for partial revocation under 49 U.S.C. 10502(d) must be filed.

Provided no formal expression of intent to file an offer of financial assistance (OFA) [3] to subsidize

---

[1] ALM submitted its verified notice of exemption on January 27, 2025, and filed a supplement on January 29, 2025. In light of the supplement, January 29, 2025, is deemed the filing date of the verified notice.

[2] ALM states that it obtained authority to lease the Line from Union Pacific Railroad Company (UP) in 2014 for the purpose of shifting the ALM/UP interchange location. *See Ark. La. & Miss. R.R.— Lease & Operation Exemption Including Interchange Commitment—Union Pac. R.R.,* FD 35862 (STB served Dec. 12, 2014). According to ALM, the parties' lease expires on March 31, 2025, and the parties do not intend to renew it. (Verified Notice 1.)

[3] Persons interested in submitting an OFA to subsidize continued rail service must first file a formal expression of intent to file an offer,

Continued

OMB Control No.: 1405-0160
Expiration Date: XX-XX-XXXX
Estimated Burden: 40 Minutes

# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

**Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.**
For information or questions, visit travel.state.gov or contact the National Passport Information Center (NPIC) at
1-877-487-2778  (TDD/TTY: 1-888-874-7793) or NPIC@state.gov**.**

## SECTION A. ELIGIBILITY TO USE THIS FORM

This form is used by U.S. passport holders who are eligible to re-apply for a U.S. passport book and/or card (a travel document attesting to one's identity and issued to U.S. citizens or non-citizen U.S. nationals) at no cost (unless expedited service is requested for a name change or limited passport replacement). This form can be submitted by mail. You are eligible to use this form if you can answer "Yes" to any of the statements below about your passport:

☐ **YES**   ☐ **NO**   I changed my name, by marriage or court order, less than one year after my most recent U.S. passport book and/or card was issued and my U.S. passport book and/or card was issued less than one year ago.

-- OR --

☐ **YES**   ☐ **NO**   My identifying information in my most recent U.S. passport book and/or card was printed incorrectly.

-- OR --

☐ **YES**   ☐ **NO**   My most recent U.S. passport book was obtained at the full passport fee and limited to two years or less for a reason other than multiple losses or serious damage/mutilation of previous passports.

### If you answered "NO" to ALL the statements above, STOP. You cannot use this form.

### You may be eligible to apply on form DS-11 or DS-82 depending on your circumstances. Visit travel.state.gov for more information.

**Notice to Applicants for No-Fee Regular, Service, Official, or Diplomatic Passports:** You may use this application if you meet all provisions listed; however, you must consult your sponsoring agency for instructions on proper routing procedures before forwarding this application. Your completed passport will be released to your sponsoring agency and forwarded to you.

**Replacing a Lost, Stolen, or Damaged Passport:** A United States citizen or non-citizen national may not normally have more than one valid or potentially valid U.S. passport book or more than one valid or potentially valid U.S. passport card at a time. Therefore, when a valid or potentially valid U.S. passport book or card cannot be presented with a new application, you must apply using form DS-11, Application for a U.S. Passport.

The information you provide regarding your lost or stolen valid U.S. passport book or card will be placed into our Consular Lost or Stolen Passport System. This system is designed to prevent the misuse of your lost or stolen U.S. passport book or card. Anyone using the passport book or card that was reported lost or stolen may be detained upon entry into the United States. **If you find the U.S. passport book or card that was reported lost or stolen, immediately report it as found and submit it for cancellation. It has been invalidated. You cannot use that passport book or card for travel.**

## SECTION B. STEPS TO REAPPLY FOR A U.S. PASSPORT

1. Complete and sign this form.
2. Attach one color photograph 2x2 inches in size and your issued U.S. passport and supporting documents (See Section D of these instructions).
3. Mail us your application and attachments (See Section E of these instructions).
4. Track application status online at Passportstatus.state.gov.
5. Receive new passport and original supporting documents (that you submitted with your application).

**Orr v. Trump - AR 111**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

## CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

| SECTION C. HOW TO COMPLETE THIS FORM |
|---|
| Please see the instructions below for items on the form that are not self-explanatory. The numbers match the numbered items of the form. |

1.   **Name (Last, First, Middle)**: Enter the name to appear in the passport. If you are requesting a passport in a name different from the name that appears on your previous U.S. passport, submit proof of name change if resulting from marriage or legal name change such as a marriage certificate, divorce decree, or court order of name change (if applicable). Information can be found at travel.state.gov/namechange.

2.   **Date of Birth**: Use the following format: Month, Date, and Year (MM/DD/YYYY).

3.   **Sex**: You must select sex marker option "M" (male) or "F" (female) that corresponds with your biological sex at birth.

4.   **Place of Birth**: Enter the name of the city and state if in the U.S. or city and country as presently known.

5.   **Social Security Number**: You must provide a Social Security number (SSN), if you have been issued one, in accordance with Section 6039E of the Internal Revenue Code (26 U.S.C. 6039E) and 22 U.S.C 2714a(f). If you do not have a Social Security number, you must enter zeros in this field and submit a statement, signed and dated, that includes the phrase, "*I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:  I have never been issued a Social Security Number by the Social Security Administration.*" If you reside abroad, you must also provide the name of the foreign country where you reside. The U.S. Department of State must provide your SSN and foreign residence information to the U.S. Department of the Treasury which will use it in connection with debt collection and check against lists of persons ineligible or potentially ineligible to receive a U.S. passport, among other authorized uses. If you fail to provide the information, we may deny your application and the Internal Revenue Service (IRS) may enforce a penalty. Refer all questions on this matter to the nearest IRS office.

| 6.   **Email**: By providing your email address, you give us approval to send you email messages about the status of your passport and important travel information. | 7.   **Primary Contact Phone Number**: By providing your Primary Phone Number, you give us approval to send you (text and/or SMS) messages about the status of your passport and important travel information. |
|---|---|

8.   **Mailing Address Line 1 and 2 "In Care Of"**: For line 1 enter applicant's Street/RFD #, *or* P.O. Box *or* URB. For line 2, if you do not live at the address listed in this field, put the name of the person who lives at this address and mark it "In Care Of". **If the applicant is a minor child, you must include the "In Care Of" name of the parent or adult registered to receive mail at this address.**

9.   List all other names you have used: Enter all legal names previously used to include maiden name, name changes, and previous married names. You can enter up to two names: one in item A and one in item B. If only your last name has changed just enter your last name. If you need more space to write additional names, please use a separate sheet of paper and attach it to this form.

| ⚠ Blue Section Application Page 1 - Signature Blocks: Remember to sign this page then complete Application Page 2. |
|---|

| SECTION D. ATTACHMENTS TO SUBMIT WITH THIS FORM |
|---|
| Once you have completed Application Pages 1 and 2, attach the supporting documents as outlined in this section. |

1.   **YOUR MOST RECENTLY ISSUED U.S. PASSPORT BOOK AND/OR CARD**
Submit the most recent passport issued with the data error (e.g., name, sex marker, or place of birth) or printing error (e.g., data is missing on the biographical page, discoloration, crooked printing, etc.) If your U.S. passport book and/or card has been mutilated, damaged, or reported lost or stolen, you must apply on form DS-11, Application for a U.S. Passport.

2.   **A RECENT COLOR PHOTOGRAPH** See the full list of photo requirements on travel.state.gov/photos. Attach one photo, 2x2 inches in size. U.S. passport photo requirements may differ from photo requirements of other countries. To avoid processing delays, be sure your photo meets all the following requirements (Refer to the photo template on Application Page 1):

- Taken less than six months ago
- Head must be 1-1 3/8 inches from the bottom of the chin to the top of the head
- Head must face the camera directly with full face in view
- No eyeglasses and head covering and no uniforms*
- Printed on matte or glossy photo quality paper
- Use a plain white or off-white background

Head coverings are not acceptable unless you submit a signed statement verifying that it is part of recognized, traditional religious attire that is customarily or required to be worn continuously in public or a signed doctor's statement verifying its daily use for medical purposes. Glasses or other eyewear are not acceptable unless you submit a signed statement from a doctor explaining why you cannot remove them (e.g., during the recovery period from eye surgery). Photos are to be taken in clothing normally worn on a daily basis.  You cannot wear a uniform, clothing that looks like a uniform, or camouflage attire.

**USE CAUTION WHEN STAPLING YOUR PHOTO**: Use 4 staples vertically in the corners as close to the outer edges as possible. Do not bend the photo. Follow the photo template on Application Page 1.

**Orr v. Trump - AR 112**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

## CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

3.  **SUPPORTING DOCUMENTS**

**Name Change:** If your name has changed **less than one year** after your U.S. passport book and/or card was issued **and** your U.S. passport book and/or card was issued **less than one year ago**, you may use this form. You must submit an official certified name change document (such as a certified copy of a marriage certificate, divorce decree, or a certified copy of a court order) showing a seal and officiate's/judge's signature. Please visit travel.state.gov/namechange for a complete description of accepted documents. If you are unable to document your name change in this manner, you must apply on form DS-11.

**Correction:** If there is a data error (e.g., name, sex marker, or place of birth) or printing error (e.g., data is missing on the biographical page, discoloration, crooked printing, etc.) in your recently issued, valid U.S. passport book and/or card, you must submit the appropriate document showing the correct information (e.g., certified birth certificate or certified marriage certificate as described above.) The validity period of the new, corrected passport depends on when you report the error.

| If... | Then... |
|---|---|
| Reported within one year of issue date | The new passport will be valid for 10 years (adult) or 5 years (minor) from the date it is issued |
| Reported after one year of issue date | The new passport will be valid until the expiration of the original, incorrect passport |

**Limited Passport Replacement**
*   If you are reapplying because your U.S. passport book was limited in validity due to insufficient evidence of U.S. citizenship and/or identity and you paid the full passport fees, you must submit evidence of your U.S. citizenship (such as a government-issued birth certificate or a U.S. Certificate of Naturalization) and/or evidence of your identity (such as a driver's license or a state-issued identification card). You must establish your citizenship and identity to the satisfaction of the U.S. Department of State. We may ask you to provide additional evidence to support your claim to U.S. citizenship and/or to establish your identity. Please refer to the notice included with your passport for instructions.
*   If your U.S. passport book was limited due to gender transition under our prior gender policy, submit this form within two years of your previous passport's issuance date. If your limited-validity passport was issued more than two years ago, please use form DS-11. If your U.S. passport book was limited for another reason (such as multiple losses or damage/mutilation of previous passports), please visit travel.state.gov for more information. **Passport books limited in validity due to serious damage or multiple losses cannot be extended.**
*   **All documentary evidence that is not damaged, altered, or forged will be returned to you.** Photocopies will not be returned.

4.  **EXPEDITE FEE** (Optional for name change or limited passport replacement only. Only available for passports mailed in the United States and Canada.) Please include the appropriate fee with your payment. Please write "Expedite" on the outer envelope when mailing. Visit travel.state.gov for the current fees and processing times for expedited service.

**1-2 DAY DELIVERY FEE:** Available for an additional fee. This service is only available for passport book (and not passport card) mailings in the United States. Please include the appropriate fee with your payment.
*   There is no fee to use this form unless expedited service or 1-2 Day Delivery service is requested for a name change or limited passport replacement. A passport issued with a data or printing error (as described in the supporting document section above) is corrected at no cost (with no expedite fee) if the passport is still valid.
*   Passport service fees are established by law and regulation (see 22 U.S.C. 214, 22 C.F.R. 22.1, and 22 C.F.R. 51.50-56). Visit travel.state.gov/passportfees for current fees, payment methods, and how fees are used and processed.

## SECTION E. HOW TO SUBMIT THIS FORM
The Department recommends using a trackable mailing service when submitting your application.

Print page one and page two of your application on separate pieces of paper. Mail this form and attachments to one of the addresses below:

| **FOR ROUTINE SERVICE (No fee required)**: | **FOR EXPEDITED SERVICE (Fee required, see above for details)**: |
|---|---|
| National Passport Processing Center<br>Post Office Box 90107<br>Philadelphia, PA 19190-0107 | National Passport Processing Center<br>Post Office Box 90907<br>Philadelphia, PA 19190-0907 |

**Notice to Applicants Located Outside the United States:** U.S. citizens residing outside the United States and Canada cannot submit this form to the domestic addresses listed above. Each U.S. embassy and consulate has different procedures for submitting and processing your application. Visit travel.state.gov to check the U.S. embassy or consulate webpage for more information.

## SECTION F. RECEIVING YOUR PASSPORT AND SUPPORTING DOCUMENTS
*   **Difference Between U.S. Passport Book and Card:** The book is valid for international travel by air, land, and sea. The card is not valid for international air travel, only for entry at land border crossings and seaports of entry when traveling from Canada, Mexico, Bermuda, and the Caribbean. The maximum number of letters provided for your given name (first and middle) on the card is 24 characters. If both your given names are more than 24 characters, you must shorten one of your given names you list on item #1 of Application Page 1.
*   **Separate mailings:** Your new passport book and/or card and any documentary evidence submitted to the Department will be returned to you by priority or first-class mail, unless overnight delivery is requested.
*   **Passport numbers:** Each newly issued passport book or card will have a different passport number than your previous one.
*   **Shipping and Delivery Changes:** If your mailing address changes prior to receipt of your new passport, please contact NPIC. **NOTE:** We will not mail a U.S. passport to a private address outside the United States or Canada.
*   **Passport Corrections, Non-Receipt/Undeliverable Passports, and Lost/Stolen Passport:** For more information visit travel.state.gov or contact NPIC.

**Orr v. Trump - AR 113**



# APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS

### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT

## WARNING

False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provisions of 18 U.S.C. 1001, 18 U.S.C. 1542, and/or 18 U.S.C. 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 U.S.C. 1543. The use of a passport in violation of the restrictions contained herein or of passport regulations is punishable by fine and/or imprisonment under 18 U.S.C. 1544. All statements and documents are subject to verification.

**Failure to provide information requested on this form, including your Social Security number, may result in significant processing delays and/or the denial of your application.**

## ACTS OR CONDITIONS

The applicant agrees with the following statement:

*I am not currently required to register under the sex offender registration program of any jurisdiction for a sex offense against a minor. I have not been convicted of a federal or state drug offense or convicted of a statutory "sex tourism" crime, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; or a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony.*

If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the applicant is required to be attached and made part of this application.

## PRIVACY ACT STATEMENT

**AUTHORITIES:** Collection of this information is authorized by 22 U.S.C. 211 a et seq.; 8 U.S.C. 1104; 26 U.S.C. 6039E, 22 U.S.C. 2714a(f), Section 236 of the Admiral James W. Nance and Meg Donovan Foreign Relations Authorization Act, Fiscal Years 2000 and 2001; Executive Order 11295 (August 5, 1966); and 22 C.F.R. parts 50 and 51.

**PURPOSE:** We are requesting this information in order to determine your eligibility to be issued a U.S. passport. Your Social Security number is used to verify your identity.

**ROUTINE USES:** This information may be disclosed to another domestic government agency, a private contractor, a foreign government agency, or to a private person or private employer in accordance with certain approved routine uses. These routine uses include, but are not limited to, law enforcement activities, employment verification, fraud prevention, border security, counterterrorism, litigation activities, and activities that meet the Secretary of State's responsibility to protect U.S. citizens and non-citizen nationals abroad. Your Social Security number will be provided to the U.S. Department of the Treasury and may be used in connection with debt collection, among other purposes authorized and generally described in this section. More information on the routine uses for the system can be found in System of Records Notices State-05, Overseas Citizen Services Records and Other Overseas Records and State-26, Passport Records.

**DISCLOSURE:** Providing information on this form is voluntary. Be advised, however, that failure to provide the information requested on this form may cause delays in processing your U.S. passport application and/or could also result in the refusal or denial of your application. Failure to provide your Social Security number may result in the denial of your application (consistent with 22 U.S.C. 2714a(f)) and may subject you to penalty enforced by the Internal Revenue Service, as described in the Federal Tax Law on Instruction Page 2 (Section C) to this form.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 40 minutes per response, including the time required for searching existing data sources, gathering the necessary data, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: Passport Forms Officer, U.S. Department of State, Bureau of Consular Affairs, Passport Services, Office of Program Management and Operational Support, 44132 Mercure Cir, PO Box 1199, Sterling, Virginia 20166-1199.

**For more information about your application status, online tools, current fees, and processing times, please visit <u>travel.state.gov</u>.**



U.S. Department of State

OMB Control No. 1405-0160
Estimated Burden: 40 Minutes
Exp. Date: XX-XX-XXXX

## APPLICATION FOR A U.S. PASSPORT FOR ELIGIBLE INDIVIDUALS
### CORRECTION, NAME CHANGE TO PASSPORT ISSUED 1 YEAR AGO OR LESS, AND LIMITED PASSPORT REPLACEMENT
*Please print legibly using black ink only. If you make an error, complete a new form. Do not correct or white out.*

**Select document(s) for which you are applying:**

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☐ Both

The U.S. passport card is **not** valid for international air travel. (See Instruction Page 3)

☐ Regular Book (Standard)    ☐ Large Book (Non-Standard)

The large book is for frequent travelers who need more visa pages.

☐ D  ☐ O  ☐ S  ☐ NFR
End. # _____    Exp. _____

**1. Name** Last

First                                    Middle

**2. Date of Birth** (MM/DD/YYYY)    **3. Sex** M ☐ F ☐    **4. Place of Birth** *(City & State if in the U.S., or City & Country as it is presently known.)*

**5. Social Security Number**    **6. Email** *(See application status at passportstatus.state.gov)*    **7. Primary Contact Phone Number**

**8. Mailing Address Line 1:** *(Street/RFD#, PO Box, or URB)*

**Address Line 2:** *(Include Apartment, Suite, etc. If applicant is a child, write "In Care Of" the parent. Example: In Care Of - Jane Doe)*

**City**    **State**    **Zip Code**    **Country** *(if outside the United States)*

**9. List all other names you have used.** *(Example: Birth Name, Maiden, Previous Marriage, Legal Name Change.  Attach additional  pages if needed.)*

A.                                    B.

Staple    Staple

FROM 1" TO 1 3/8"

2" x 2"    2" x 2"

Staple    Staple

Attach a color photograph of applicant taken within the last six months

**10. U.S. Passport Information**

Your name as printed on your most recent U.S. passport book and/or passport card

Most recent U.S. passport book number    Book Issue Date (MM/DD/YYYY)

Most recent U.S. passport card number    Card Issue Date (MM/DD/YYYY)

**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW.  THEN COMPLETE PAGE 2**

I declare under penalty of perjury all of the following:  1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

x _____
**Applicant's Legal Signature - age 16 and older**

x _____
**Mother/Father/Parent/Legal Guardian's Signature** (if identifying minor)

**Date** _____

**FOR ISSUING OFFICE ONLY**

☐ Name Change  ☐ Replacement  ☐ Correction:  LName  FName  MName  DOB  Gender  POB  Other

From: _____

To: _____

BC    Nat/Citz Cert    Report of Birth    Prev PPT    MC    Adoption C/O    NC C/O    ACRQ    Other

Filed/Issued/Place:                                    Doc #:

☐ Other:

☐ Attached:

EF    Postage    Other

DS 5504 C 04 2025 1

DS-5504 02-2025

**Orr v. Trump - AR 115** Page 1 of 2

**Name of Applicant** *(Last, First & Middle)*

**Date of Birth** *(MM/DD/YYYY)*

| 11. Height | 12. Hair Color | 13. Eye Color | 14. Occupation *(if age 16 or older)* | 15. Employer or School *(if applicable)* |
|---|---|---|---|---|

**16. Additional Contact Phone Numbers**

☐ Home ☐ Work ☐ Cell

☐ Home ☐ Work ☐ Cell

**17. Permanent Address:** *(Complete if PO Box is listed in Mailing Address __or__ if residence is different from Mailing Address. **Do not list a PO Box**.)*

Street/RFD # or URB

Apartment/Unit

City

State

Zip Code

**18. Your Emergency Contact** *(Provide the information of a person not traveling with you to be contacted in the event of an emergency.)*

Name

Address: Street/RFD # or PO Box

Apartment/Unit

City

State

Zip Code

Phone Number

Relationship to Applicant

**19. Travel Plans** *(If no travel plans, please write "none")*

Departure Date (MM/DD/YYYY)

Return Date (MM/DD/YYYY)

Countries to be visited

### Please complete the following questions

**20. Has your name changed by marriage or court <u>order less than one year</u> after your U.S. passport book and/or card was issued?**

☐ Yes ☐ No

**Name** Last

**21. If yes, and your submitted passport book and/or card is less than one year old, please complete this section with your <u>new name.</u>**

First

Middle

Note: You must submit evidence documenting your name change (such as a certified marriage certificate or a certified court order) and your current U.S. passport book and/or card, along with this completed form to the address listed on Instruction Page 3.

If you cannot or did not meet the above criteria, please complete form DS-82, U.S. Passport Renewal Application for Eligible Individuals or form DS-11, Application for a U.S. Passport.

**22. Was your identifying information printed incorrectly in your U.S. passport book and/or card?**

☐ Yes ☐ No

If yes, **only check the box(es) next to the field(s) that need to be corrected** and complete the information as it should appear.

☐ **Name** Last

☐ First ☐ Middle

☐ Date of Birth (MM/DD/YYYY) ☐ Sex ☐ Place of Birth (State or Country)
☐M ☐F

Note: Please submit evidence documenting your correct identifying information (such as a certified marriage certificate or birth certificate, if applicable) and your current U.S. passport book and/or card, along with this completed form to the address listed on Instruction Page 3.

**23. Was your most recent U.S. passport book limited for two years or less?**

☐ Yes ☐ No

If yes, please submit evidence of your U.S. citizenship (such as U.S. birth certificate or naturalization certificate) and/or evidence of your identity (such as a driver's license or state-issued ID card).

Note: To complete a limited U.S. passport book replacement, <u>your submitted U.S. passport book must not be expired.</u> Passport books limited in validity because of multiple losses, damages, or mutilations cannot be extended.

Please be sure to enclose your U.S. passport book along with this application to the address listed on Instruction Page 3.

DS 5504 C 04 2025 2

DS-5504 02-2025

Clear Form

Page 2 of 2

**Orr v. Trump - AR 116**