# EXHIBIT K

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, ZAYA PERYSIAN, SAWYER SOE, CHASTAIN ANDERSON, DREW HALL, BELLA BOE, and REID SOLOMON-LANE, on behalf of themselves and others similarly situated, <br>         *Plaintiffs*, <br>   v. <br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA, <br>         *Defendants*. | Case No. 1-25-cv-10313 <br><br> Hon. Julia E. Kobick |

## EXPERT DECLARATION OF AYDEN SCHEIM, PH.D.

I, Ayden Scheim, Ph.D., state and affirm that the following facts are true and correct:

1.  I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  Specifically, I have been asked by Plaintiffs' counsel to provide an expert opinion on the harms that may be caused to transgender people by being unable to obtain an accurate and usable passport.

2.  I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

3.  In preparing this report, I reviewed Plaintiffs' Complaint (ECF 1), and President Trump's Executive Order (ECF 1-1). I also relied on my scientific education and training, my research experience, my knowledge of the scientific literature in the pertinent fields, and my experience providing social services to people with gender dysphoria, as set out in my curriculum vitae, attached hereto as Exhibit A.

4.  The materials I have relied upon in preparing this report are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects.

1

These materials are listed in the bibliography accompanying this declaration, attached hereto as Exhibit B.

5.      I may wish to supplement these opinions or the bases for them as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

## I.      BACKGROUND AND QUALIFICATIONS

### A.  Qualifications

6.      I am an epidemiologist and received my Ph.D. in Epidemiology and Biostatistics from The University of Western Ontario (Western University) in 2017. I completed postdoctoral training at the University of California, San Diego School of Medicine from 2017 to 2019. Since September 2019, I have been an Assistant Professor of Epidemiology and Biostatistics in the Dornsife School of Public Health at Drexel University in Philadelphia, Pennsylvania. I hold affiliate faculty positions at the Li Ka Shing Knowledge Institute at St. Michael's Hospital in Toronto, Canada and in the Department of Epidemiology and Biostatistics in the Schulich School of Medicine and Dentistry at Western University in London, Canada. My professional experience and publications are detailed in my curriculum vitae, which is attached as Exhibit A to this declaration.

7.      My opinion expressed herein is based on my experience conducting original research on transgender health and well-being since 2005, reviewing research in the field, and additional original analyses conducted at the request of Plaintiffs' counsel. I have led multiple federal research grants on transgender health from the National Institutes of Health and the Canadian Institutes of Health Research. My research draws on observational epidemiologic data (i.e., surveys) to identify social determinants of mental health, physical health, and access to healthcare among transgender persons.

8.      As a professor of epidemiology, I also teach graduate-level courses in quantitative research methodology and survey design.

9.      I have published 59 peer-reviewed research articles specifically on transgender health, in addition to more than two dozen commentaries, reports, or research briefs.  In recognition of my expertise in this field, I was invited to lead a review article on transgender health in the *Annual Review of Public Health*, a leading journal in the field, in 2022.

10.     Specific to the issues in this case, I was commissioned by the World Health Organization to conduct a systematic review on legal gender recognition (laws, policies, and administrative procedures that enable transgender and nonbinary people to update their identity documents) for their forthcoming guidelines on transgender health.

11.     I have been invited to deliver scientific presentations on transgender health at local, national, and international meetings in the United States, Canada, Europe, Asia, Australia, South America, and Africa. I have served on clinical and research guideline committees for the World Professional Association for Transgender Health (Standards of Care), the National Institutes of Health, the Canadian Institutes of Health Research, and the Williams Institute at the University of California, Los Angeles School of Law.

**B.  Compensation**

12.     I am being compensated at an hourly rate of $400 per hour plus expenses for my time spent communicating with Plaintiffs' counsel, drafting written testimony and reports, being deposed, or testifying, and traveling in connection with this matter. This is the standard rate for this type of work within my profession. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**C.  Previous Testimony**

13.     I have given expert testimony at trial or by deposition in the following cases:

- I testified as an expert witness on name changes for transgender people in cases before the Court of Common Pleas of Butler County, PA (Case No. 640 WDA 2022), the Court of Common Pleas of Allegheny County (GD No. 21-11804;

3

GD No. 21-11805), and the Court of Common Pleas of Philadelphia County (Case No. 210901990) in Pennsylvania.

- I also testified as an expert witness on anti-transgender stigma in a trial before the Ontario Superior Court of Justice, Canada (*Her Majesty the Queen. v. Cardle*, 2020 ONSC 7878).

14.    I also provided expert reports on gender marker changes for transgender people in the Thirteenth Judicial District Court, County of Yellowstone (*Marquez v. Montana*, Case No. DV 21-00873) and in the First Judicial District Court, Lewis and Clark Country (*Kalarchik v. Montana*, Case No. DV-25-2024-0000261-CR).

## II.    SUMMARY OF OPINIONS

15.    Gender affirmation, comprising social, legal, medical, and psychological dimensions, is a critical determinant of health and well-being for transgender and nonbinary[1] persons. Being consistently referred to and perceived in a manner consistent with one's self-identification promotes positive mental health.

16.    Conversely, identity documents that display a transgender individual's birth-assigned sex may cause the individual to experience questioning or mistreatment when traveling, nonconsensual disclosure of private medical information, gender non-affirmation (e.g., being addressed as the wrong gender), harassment or ridicule, accusations of fraud, denial of service, or even violence. These experiences, in turn, can contribute to worsened mental health and avoidance of travel and other settings in which official documents or records must be displayed.

17.    Policies that prevent transgender people from updating the gender marker on their passports may limit the utility of identity documents for security screening and identity verification, as evidenced by, for example, the increased airport security questioning experienced by trans people traveling with valid identity documents without an updated gender marker.

---

[1] For brevity, I will use the term "transgender" to include people who identify as transgender and/or nonbinary, unless otherwise specified.

## III. OPINIONS

### A.  Transgender and Intersex People Experience High Rates of Discrimination.

18.     Stigma, discrimination, and violence towards transgender people remain widespread. Transgender people have become increasingly visible in U.S. society, but that visibility does not necessarily equate to increased acceptance. Data from the Pew Research Center indicate that the proportion of U.S. adults who disagree that one's gender can be different than their sex assigned at birth grew from 54% to 60% between 2017 and 2022.[2] Nevertheless, 78% of Americans agree that transgender people experience discrimination in our society. Indeed, transgender people report high levels of discrimination and violence. Initial results from the 2022 United States Transgender Survey, the largest-ever survey of transgender and nonbinary adults in the U.S. with over 92,000 respondents, show that in the previous year alone, 30% of respondents were verbally harassed due to their gender and 9% were denied equal treatment or services.[3] Over their lifetimes, 80% experienced harassment in school and 11% had lost a job due to their gender.

19.     Data specific to intersex people are limited but indicate that they also experience high levels of stigma, discrimination, and violence. In a European survey of lesbian, gay, bisexual, transgender, and intersex people, intersex participants reported much higher levels of discrimination and violence than non-intersex persons,[4] including more discrimination in employment (28% versus 10%) and when showing identity documents (31% versus 5%), and higher levels of violent victimization in the previous five years (49% versus 25%).[5]

---

[2] Parker K, Menasce Horowitz J, Brown A. Americans' Complex Views on Gender Identity and Transgender Issues. Pew Research Center. June 28, 2022. https://www.pewresearch.org/social-trends/2022/06/28/americans-complex-views-on-gender-identity-and-transgender-issues/
[3] James SE, Herman JL, Durso LE, Heng-Lehtinen R. Early Insights: A Report of the 2022 U.S. Transgender Survey. National Center for Transgender Equality, Washington, DC. 2024.
[4] Intersex individuals were compared to all other survey respondents, of whom 86% were cisgender (non-transgender). European Union Agency for Fundamental Rights. A long way to go for LGBTI equality: Technical report. Luxembourg: Publications Office of the European Union; 2020.
[5] ILGA-Europe and OII Europe. Diving Into the FRA LGBTI II Survey Data: Intersex Briefing. 2023. Available from: https://www.ilga-europe.org/report/intersections-intersex-diving-into-the-fra-lgbti-ii-survey-data/

**B. Transgender People Require Identity Documents With a Sex Designation Consistent with Their Gender Identity.**

20.    Recognizing the importance of identity documents, the American Medical Association "supports every individual's right to determine their gender identity and sex designation on government documents" and urges that governments "allow for a sex designation or change of designation on all government IDs to reflect an individual's gender identity, as reported by the individual and without need for verification by a medical professional."

21.    Legal gender recognition is important to transgender people for both reasons of safety and social recognition of their affirmed gender. For some transgender, nonbinary, and intersex people, 'X' markers best align their affirmed gender and/or with how they are socially perceived by security agents (e.g., as neither clearly male nor female). In a synthesis of 31 studies of transgender persons conducted as part of a systematic review for the World Health Organization, we found that it was important for transgender people to be able to choose between 'X', male, and female markers, based primarily on safety considerations.

22.    Transgender persons experience discrimination and poor treatment due specifically to identity documents and records that do not accurately reflect the sex they know themselves to be, as determined by their gender identity. In the 2015 United States Transgender Survey ("2015 U.S. Trans Survey"), a survey of 27,715 transgender adults in the United States,[6] 32% of respondents who had presented an identity document that did not match their gender presentation had at least one negative experience, including verbal harassment (25%), denial of service (16%), being asked to leave a venue (9%), and assault (2%). Further, racial and ethnic minority respondents including Middle Eastern, American Indian, and Black individuals were more likely to report harassment or violence when presenting gender-incongruent identity documents.

23.    Transgender individuals without gender-concordant identity documents are more likely to experience problems with U.S. airport security. Among approximately 4,500 2015 U.S.

---

[6] James SE, Herman JL, Rankin S, et al. The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality; 2016.

Trans Survey respondents who were living in a gender different from their sex assigned at birth and who had passed through airport security in the previous year, those who had corrected the gender marker on their passport were less likely to be questioned about the name or gender on their document (6.0% vs. 17.6% of those without an updated gender marker).[7] Transgender travelers without passports reflecting their gender identity may be at risk of discrimination, criminalization, and violence when traveling internationally. A 2019 analysis identified 13 countries with de jure criminalization of transgender expression and 37 countries with de facto criminalization. Violence against transgender people, including by police and security forces, as well as impunity for perpetrators, is common globally.[8]

24.     In addition to directly experiencing the abovementioned problems, transgender individuals often anticipate stigma and discrimination in interpersonal and institutional interactions and may avoid such situations as a means of self-protection.[9] The vast majority – 84% – of respondents to a 2019 national transgender health survey that I conducted in Canada (n=2,873) reported that, in the past five years, they had avoided public spaces or situations (e.g., travel, restrooms) due to fears of being harassed or "outed" (having their transgender status non-consensually disclosed).[10] Presenting gender-discordant identity documents can "out" individuals as transgender, violating their privacy.[11] In qualitative research, transgender people report anxiety about, and avoidance of, traveling due in part to issues with identity documents.[12]

---

[7] Herman JL, O'Neill K. Gender Marker Changes on State Documents: State-Level Policy Impacts. Los Angeles, CA: Williams Institute, 2021. Available from: https://williamsinstitute.law.ucla.edu/wp-content/uploads/Gender-Markers-Jun-2021.pdf

[8] Madrigal–Borloz V. A/HRC/38/43: Report of the Independent Expert on protection against violence and discrimination based on sexual orientation and gender identity. May 2018. Available from: https://docs.un.org/en/A/HRC/38/43

[9] White Hughto JM, Reisner SL, Pachankis JE. Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. Social Science & Medicine. 2015;147:222-231.

[10] The Trans PULSE Canada Team. Health and health care access for trans and non-binary people in Canada. 2020. Available from: https://transpulsecanada.ca/results/report-1/

[11] Scheim AI, Restar AJ, Zubizarreta D, et al. Legal gender recognition and the health of transgender and gender diverse people: A systematic review and meta-analysis. Under review, Social Science & Medicine.

[12] Olson ED, Reddy-Best K. "Pre-top surgery, the body scanning machine would most likely error:" Transgender and gender nonconforming travel and tourism experiences. Tourism Management. 2019;70:250-61.
Quinan CL, Bresser N. Gender at the border: Global responses to gender-diverse subjectivities and nonbinary registration practices. Global Perspectives. 2020;1(1):12553.

**C. Transgender People Experience Lower Rates of Harassment, Discrimination and Violence When Able to Use Identity Documents Consistent With Their Gender Identity.**

25.     Conversely, two recent studies indicate that being able to change the gender designation on one's identity documents is associated with reduced exposure to discrimination among transgender people in the United States.

26.     An econometric study found that employment of transgender men increased by 9 to 20 percentage points after removal of state policies requiring surgery to change the gender marker on a birth certificate.[13] The removal of such policies increases access to gender marker changes on both birth certificates and other legal documents for which birth certificates are foundational. The study compared employment of transgender and cisgender people prior to and following removal of state-level surgical requirements, using data from the Centers for Disease Control's Behavioral Risk Factor Surveillance System (BRFSS) that represent the populations of 39 states that collected information on gender identity in the study's 2014-2019 timeframe. The study's findings held after a range of additional checks including sensitivity analyses accounting for differences in timing of policy changes, alternative policy definitions (including states with unclear policies), and a placebo test examining whether the policies impacted cisgender lesbian, gay, and bisexual people (which they would not be expected to).

27.     An analysis of 1,301 Texas residents who completed the U.S. Trans Survey found that those with their preferred name and gender marker on all identity documents (which would include the birth certificate and driver's license) were less likely to experience eviction, homelessness, or harassment in places of business, government agencies, or public spaces.[14] They were more likely to be comfortable asking police for help, and if they had police contact, were less likely to be perceived as transgender or called the wrong pronoun by the officers. Further, those

---

[13] Mann S. Transgender employment and gender marker laws. Labour Economics. 2021; 73:102072.
[14] Loza O, Beltran O, Perez A, Green J. Impact of name change and gender marker correction on identity documents to structural factors and harassment among transgender and gender diverse people in Texas. Sexuality, Gender, & Policy. 2021;4:76–105.

with fully gender-congruent identity documents were more likely to travel by air, and less likely to report negative airport experiences (questioning by airport staff, incorrect pronoun use, being patted down by an officer of the wrong gender) when they did travel.

**D. Transgender People with Identity Documents Consistent with Their Gender Identity Experience Improved Mental Health.**

28.    Transgender people in the United States face a disproportionate burden of poor mental health. For example, in BRFSS data from 2014-2016, 24.2% of transgender women, 31.1% of transgender men, and 38.2% of gender non-conforming transgender persons had ever been diagnosed with depression, as compared to 12.5% of cisgender men and 21.1% of cisgender women.[15] It is estimated that 40% of transgender adults have ever attempted suicide, approximately nine times the rate of the general population in the U.S.[16] A growing body of research seeks to identify modifiable factors that contribute to these mental health disparities.

29.    Commissioned by the World Health Organization, I recently conducted a systematic review and meta-analysis[17] of research on the health effects of legal gender recognition.

30.    In a meta-analysis of three studies from the United States, Canada, and New Zealand with 23,484 participants, possessing gender-concordant identity documents was associated with a 25% reduction in the odds of suicide ideation. In another meta-analysis of three studies from the United States and New Zealand with 23,607 participants, having updated the gender marker on all of one's identity documents was associated with a 47% reduction in the odds of serious psychological distress.[18] In the following (10 through 14), I describe the individual studies that contributed to these meta-analyses.

---

[15] Downing JM, Przedworski JM. Health of transgender adults in the U.S., 2014-2016. American Journal of Preventive Medicine. 2018;55(3):336-344.

[16] James SE, Herman JL, Rankin S, et al. The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality; 2016.

[17] A meta-analysis pools data from multiple studies addressing the same research question and is considered the highest level of evidence in health science.

[18] Scheim AI, Restar AJ, Zubizarreta D, et al. Legal gender recognition and the health of transgender and gender diverse people: A systematic review and meta-analysis. Under review, Social Science & Medicine.

31.     A study from Ontario, Canada, which I co-authored, found that transgender persons possessing at least one legal identity document (including but not limited to passports) with a gender marker congruent with their lived gender were at reduced risk of past-year suicide ideation and attempts.[19] Specifically, adjusting for a wide range of potentially confounding variables, having at least one piece of identification with a gender marker congruent with lived gender was associated with a 44% reduction in the relative risk of seriously considering suicide and, among those who had considered suicide, with an estimated 74% reduction in the risk of attempts. These data were collected using respondent-driven sampling, a data collection and analysis method that uses structured sampling within social networks to generate population-level estimates for populations that cannot be conventionally enumerated.

32.     A study of 503 transgender adults in Massachusetts and Rhode Island who wanted to change the gender on their driver's license or passport found that individuals who had changed the gender marker on both documents had lower odds of clinically significant anxiety, psychological distress, somatization (bodily symptoms resulting from psychological distress, e.g., pain), and emotional upset due to gender-based mistreatment.[20] Underscoring the importance of being able to change all of one's identity documents, the mental health of participants who had only changed one document was largely similar to that of participants who changed no documents. The only significant difference was that those who changed one of the documents had lower odds of emotional upset due to gender-based mistreatment.

33.     A 2018 survey of 818 transgender people in New Zealand found that participants who reported barriers to changing the gender marker on their identity documents (e.g., lack of suitable gender marker options, cost, fear of discrimination) had higher psychological distress and

---

[19] Bauer GR, Scheim AI, Pyne J, et al. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015;15(1):525.

[20] Restar A, Jin H, Breslow A, et al. Legal gender marker and name change is associated with lower negative emotional response to gender-based mistreatment and improve mental health outcomes among trans populations. SSM - Population Health. 2020;11:100595.

twice the odds of suicidal ideation as compared to participants who faced no such barriers, adjusting for demographic differences.[21]

34.     Drawing on data from the U.S. Trans Survey, in November 2019, I conducted an analysis of data from 22,286 respondents to assess the relationship between gender-concordant identity documents or records and mental health, which was published in *The Lancet Public Health*.[22] Specifically, I examined whether current psychological distress and past-year suicidal ideation, planning, and attempts varied based on whether all, some, or none of a respondent's documents reflected the name or gender marker they preferred to have listed on their documents. I found that as compared to transgender individuals who had no identity documents with the correct gender marker, those who had the correct gender marker on some or all documents were less likely to report psychological distress and suicidality. Indicating the importance of consistently gender-concordant documents, the protective associations with mental health were notably larger for having the correct gender on all documents, including passports. As compared to respondents with the correct gender marker on none of their documents, those with the correct gender marker on all documents were 29% less likely to meet criteria for serious psychological distress (a validated proxy for clinically significant mental illness[23]), 20% less likely to have seriously considered suicide in the past year, and 19% less likely to have made a plan to die by suicide in the past year. These analyses adjusted for a range of potential confounders including demographic characteristics, region, medical gender transition status, length of time since transition, and family support.

35.     Research published since I conducted the abovementioned meta-analysis is consistent with its findings. Recently published research from Australia found that having changed

---

[21] Tan KKH, Watson RJ, Byrne JL, Veale JF. Barriers to possessing gender-concordant identity documents are associated with transgender and nonbinary people's mental health in Aotearoa/New Zealand. LGBT Health. 2022;9(6):401-410.
[22] Scheim AI, Perez-Brumer AG, Bauer GR. Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study. The Lancet Public Health. 2020;5(4):e196-e203.
[23] Kessler RC, Barker PR, Colpe LJ, et al. Screening for serious mental illness in the general population. Archives of General Psychiatry 2003; 60: 184–89.

the gender marker on one's identity documents was associated with reduced psychological distress.[24]

36.     A recent study of 158 transgender adults in the United States found that about half of the effect of legal gender recognition on psychological distress was attributable to reduced exposure to discrimination.[25] The psychological impact of being (in)validated in one's gender may further explain this relationship. When participants were asked which of their documents they most urgently needed to update, the most common response was the birth certificate (54%), followed closely by the passport (48%).

37.     At the request of counsel for the Plaintiffs, in February 2025 I conducted a new analysis of the data underlying my article in *The Lancet Public Health*, focusing specifically on the relationship between changing the gender marker on one's passport and mental health outcomes. I used the same coding and statistical analysis subjected to peer review by *The Lancet Public Health*. In this new unpublished analysis (n=19,826), I focus on comparing 2,830 participants who had changed the gender marker on their passport to 2,614 participants who had the correct gender marker on some identity documents but had not changed their passport. The group of participants without any gender-concordant identity documents was included in the overall analysis but because I could not determine whether they held passports, I do not interpret model estimates involving comparisons to that group.[26] After adjusting for confounders, I found that those who had changed the gender marker on their passport were 18% less likely to meet criteria for serious psychological distress, 16% less likely to have seriously considered suicide in the past year, and 34% less likely to have attempted suicide in the past year, as compared to those who had the correct gender on some of their documents but had not corrected their passport.

---

[24] Grant R, Amos N, McNair R, et al. The role of medical and legal gender affirmation in shaping positive mental health outcomes for transgender and gender diverse people in Australia. Transgender Health. 2024 Sept 24.

[25] Puckett JA, Price S, Dunn T, et al. Legal Gender affirmation, psychological distress, and physical health issues: Indirect effects via enacted stigma. Sexuality Research & Social Policy 2024;21(3):1112-1122.

[26] Due a survey programming error, participants who reported that none of their identity documents listed the gender they prefer were not asked a follow-up question about passports, which included a response option to indicate that they did not hold a passport. As approximately half of Americans do not hold a passport, and comparing passport holders to non-holders would be inappropriate, I do not report on or interpret comparisons involving that group.

38.     In April 2024, I had conducted further analyses of the *Lancet Public Health* data at the request of counsel for the transgender Plaintiffs in *Kalarchik v. Montana*, a case challenging the state of Montana's policies preventing transgender people from amending the sex marker on their identity documents. I examined whether participants who had changed the gender marker on all or some of their identity documents were at lower risk of having experienced mistreatment due to presenting identity documents that do not match their gender presentation . Mistreatment included having been verbally harassed, assaulted, denied services, or asked to leave a venue. Participants who had changed the gender marker on all of their documents were 35% less likely to have ever experienced identity document-related mistreatment than those who had not changed the gender marker on any documents; they were also 34% less likely to have experienced such mistreatment than individuals who had the correct gender marker on only some of their documents. As implied by that finding, there was not a statistically or practically significant difference in the experience of mistreatment between participants with some gender-concordant documents and those with no gender-concordant documents (with a prevalence ratio of 0.99, where 1.0 equals no difference). In other words, gender marker changes on identity documents were negatively associated with document-related mistreatment *only* if participants had changed the gender marker on all of their documents. This analysis adjusted for potential confounders including age, race/ethnicity, gender identity, disability, poverty, education, nativity, census region, medical gender transition status, and years since the beginning of gender transition.

39.     In addition to the aforementioned research on gender designations on identity documents, additional research indicates positive health impacts of social and legal gender affirmation.

40.     Among 2,940 transgender Oregon Medicaid beneficiaries, having changed the gender of record with Medicaid (which may or may not coincide with a legal gender marker

change) was associated with reduced burden of diagnosed depression, anxiety, or substance use disorder.[27]

41.     In my U.S. Transgender Survey analysis, having one's chosen name on identity documents was also associated with better mental health; however, effects were smaller than for gender marker changes.[28]

42.     Among 157 transgender people surveyed in Quebec, Canada, having changed the name and/or gender on at least one identity document was associated with greater life satisfaction and fewer symptoms of psychological distress.[29]

43.     A survey of 65 primarily low-income transgender women of color compared those who had completed a legal name change at least nine months earlier to those who were preparing to initiate the process.[30] Those who had completed legal name changes were more likely to be employed, to report incomes above $1,000 per month, and to rent or own their own housing. In addition, they were less likely to report postponing needed medical care in the previous six months.

---

[27] Yee K, Lind BK, Downing, J. Change in gender on record and transgender adults' mental or behavioral health. American Journal of Preventive Medicine. 2022; 62(5):696-704.

[28] Scheim AI, Perez-Brumer AG, Bauer GR. Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study. The Lancet Public Health. 2020;5(4):e196-e203.

[29] Cotton JC, Martin-Storey A, Le Corff Y, et al. En Reponse Au Projet De Loi 2 : Associations Entre Les Demarches Legales D'affirmation Du Genre et Deux Indicateurs De Bien-etre Chez Des Personnes Trans et Non-Binaires Du Quebec. The Canadian Journal of Psychiatry / La Revue Canadienne de Psychiatrie 2022; 67(7): 578-580.

[30] Hill BJ, Crosby R, Bouris A, et al. Exploring transgender legal name change as a potential structural intervention for mitigating social determinants of health among transgender women of color. Sexuality Research & Social Policy. 2018;15(1):25-33.

## IV.  CONCLUSION

44.      In summary, legal gender recognition is a critical part of gender affirming treatment for transgender persons and is associated with substantial reductions in the mental health challenges they too often face. Access to gender-concordant identity documents may improve the social and health conditions of transgender individuals by reducing their exposure to discrimination, harassment, and violence related to gender-incongruent identity documents. Conversely, transgender people unable to update the gender marker on their passport may experience health-harming privacy violations, unwarranted scrutiny or questioning, or mistreatment when traveling or using their passport as an identity document. Further, policies prohibiting or restricting access to gender marker changes on passports may be at odds with their primary purpose – identity verification.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _____17_____ day of ____February____, 2025, in Philadelphia, Pennsylvania

_____
Ayden Scheim, PhD

EXHIBIT A

**Ayden I. Scheim**

___

**EDUCATION**

2017       **Ph.D., Epidemiology and Biostatistics**
              Western University (The University of Western Ontario), London, Canada

2011       **B.A. (Honors), Sociology**
              University of Toronto, Toronto, Canada

**ACADEMIC APPOINTMENTS**

2023 –    **Faculty Affiliate,** Urban Health Collaborative, Dornsife School of Public Health, Drexel University.

2023 –    **Visiting Assistant Professor,** Center for AIDS Prevention Studies, University of California, San Francisco, USA.

2019 –    **Assistant Professor**, Department of Epidemiology and Biostatistics, Dornsife School of Public Health, Drexel University, Philadelphia, USA.

2020 –    **Adjunct Assistant Professor,** Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University, London, Canada.

2019 –    **Affiliate Scientist,** Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada.

2018-2019  **Associate Scientist,** Li Ka Shing Knowledge Institute, St. Michael's Hospital, Toronto, Canada.

2017-2019  **Postdoctoral Fellow,** Division of Infectious Diseases and Global Public Health, Department of Medicine, University of California San Diego.

**CONSULTING**

2024       Evaluation of the National HIV Behavioral Surveillance– Trans Cycle. *Division of HIV Health, Philadelphia Department of Public Health.*

2023-2024  Systematic reviews on legal gender recognition and trans-inclusive health policies. *World Health Organization.*

2022-2023  Gender and sexuality-based equity in supervised injection sites. *Health Canada.*

2018-2019  Development of a Global Fund-supported needle and syringe exchange program in Sierra Leone. *National HIV/AIDS Secretariat, Government of Sierra Leone.*

2018       Preparation of application for an exemption to operate mobile supervised injection services. *Middlesex London Health Unit*, Canada.

| 2017-2019 | Monitoring and evaluation. Capacity-building intervention for transgender organizations in low- and middle-income countries. *IRGT: A Global Network of Trans Women and HIV, Global Forum on MSM and HIV.* |
| 2015-2017 | Health care provider transgender education. *Rainbow Health Ontario.* |
| 2015-2016 | Research and writing of technical brief on transgender HIV data collection. *IRGT: A Global Network of Trans Women and HIV, Global Forum on MSM and HIV.* |
| 2013 | Trans-inclusive policy and practice. *Public Service Alliance of Canada Local 610.* |

## EMPLOYMENT HISTORY

| 2017-2018 | **Research Manager**, Centre on Drug Policy Evaluation, Centre for Urban Health Solutions, Li Ka Shing Knowledge Institute, *St. Michael's Hospital*, Toronto, Canada. |
| 2013-2014 | **Research Assistant**, Linking Molecular and Social Cluster Analyses in HIV Transmission, *University of Windsor* (PI: Barry Adam). |
| 2012-2013 | **Research Assistant**, Trans PULSE Project, *Western University* (PI: Greta Bauer). |
| 2011 | **Counselor**, AIDS & Sexual Health Info Line. *Toronto Public Health.* |
| 2011 | **Research Assistant**, Health Systems and Health Equity Research Group, *Centre for Addiction and Mental Health* (PI: Lori Ross), Toronto, Canada. |
| 2009-2010 | **Project Manager**, Trans Men's Pap Testing Campaign. *Sherbourne Health Centre*, Toronto, Canada. |
| 2008-2011 | **Shelter and Housing Worker**, *Fred Victor Centre*, Toronto, Canada. |
| 2006-2009 | **Research Assistant**, Bisexual Mental Health Study, *Sherbourne Health Centre* and *Centre for Addiction and Mental Health* (PI: Lori Ross), Toronto, Canada. |
| 2005-2007 | **Trans Youth Program Coordinator**, Supporting Our Youth. *Sherbourne Health Centre*, Toronto, Canada. |
| 2005-2006 | **Research Assistant**, Queer Youth Speak Project, *Shout Clinic* and *Centre for Addiction and Mental Health,* Toronto, Canada. |
| 2003-2006 | **HIV/AIDS Educator**, *Griffin Centre,* Toronto, Canada. |

## ADDITIONAL TRAINING

### Competitive Workshops

| 2017 | Health Disparities, Health Inequities, and Vulnerable Populations Workshop Inter-University Consortium for Social and Political Research Summer Program, University of Michigan – Ann Arbor, USA |

2015            Summer Institute in LGBT Population Health
                Fenway Institute, Boston, USA

**HONORS & AWARDS**

2023            Dornsife School of Public Health Junior Faculty Research Award
2021            Alumni of Distinction Award – Basic Sciences, Schulich School of Medicine and Dentistry,
                Western University
2018            Canadian Association for HIV Research New Investigator Award, Key Populations ($1,000)
2017-2020       Canadian Institutes of Health Research Postdoctoral Fellowship ($150,000)
2017            World Professional Association for Transgender Health Outstanding Contribution ($500)
2017            Best Oral Presentation, Canadian Society for Epidemiology and Biostatistics ($250)
2014-2017       Pierre Elliott Trudeau Foundation Scholarship ($233,000; partially declined)
2014-2017       Canadian Institutes of Health Research (CIHR) Vanier Scholarship ($150,000)
2014            Western University Vice President of Research Support Grant ($10,000)
2014-2015       Ontario Graduate Scholarship ($15,000; declined)
2014            CIHR Institute of Gender and Health Travel Award ($2,500)
2013-2017       Schulich Dean's MSc-PhD Transfer Award ($20,000; partially declined)
2012            Dr. Carol Buck Graduate Scholarship in Epidemiology ($1,000)
2011-2013       CIHR HIV/AIDS Community-Based Research Master's Award ($35,000)
2011-2012       Ontario Graduate Scholarship ($15,000; declined)
2011-2012       Universities Without Walls, CIHR National HIV Training Fellowship ($17,000)
2011-2016       Western Graduate Research Scholarship ($40,000)

**PUBLICATIONS**

**Peer-reviewed Articles**

97.  Bastos JL, Gebrekristos L, del Río-González AM, Dale SK, Bauer GR, <u>Scheim AI.</u> The inner workings
     of the Intersectional Discrimination Index: (Re)assessing the internal validity of the anticipated, day-to-
     day, and major discrimination measures. *Stigma & Health.* Online ahead of print January 20, 2025.

96.  <u>Scheim AI,</u> Bouck Z, Greenwald ZR, Ling V, Hopkins S, Johnson M, Bayoumi A, Gomes T, Werb D.
     Frequency of supervised consumption service use and acute care utilization in people who inject drugs.
     Drug and Alcohol Dependence 2024; 265:112490.

95.  Chakrapani V, Santos H, Battala M, Gupta S, Sharma S, Batavia A, Siddiqui SJ, Courts KA, <u>Scheim</u>
     <u>AI</u>. Access to transition-related health care among transmasculine people in India: A mixed-methods
     investigation. PLOS Global Public Health 2024; 4(10):e0003506.

94.  Paine EA, Appenroth M, <u>Scheim AI,</u> Goldrich M, Giguere R, Sandfort T. Availability of and interest
     in gender affirming care, PrEP, and HIV prevention services in a global sample of transmasculine
     persons. Journal of Acquired Immune Deficiency Syndromes 2024; 97(5):471-476.

93.  Ghabrial MA, Ferguson T, <u>Scheim AI,</u> Adams NJ, Khatoon M, Bauer GR. Factors associated with
     primary healthcare provider access among trans and non-binary immigrants, refugees, and newcomers
     in Canada. Journal of Migration and Health 2024; 10:100241.

92.  Hallarn J, <u>Scheim AI,</u> Bauer GR. Pre-exposure prophylaxis awareness and use among transgender and
     non-binary individuals in Canada. Journal of Acquired Immune Deficiency Syndromes 2024;
     96(4):341-349.

91. Mitra S, Bouck Z, Larney S, Zolopa C, Hoj S, Minoyan N, Upham K, Rammohan I, Mok WY, Hayashi K, Milloy MJ, DeBeck K, <u>Scheim AI</u>, Werb D. The impact of the COVID-19 pandemic on people who use drugs in three Canadian cities: A cross-sectional analysis. Harm Reduction Journal 2024; 21(1):94.

90. Adams N, Jacobsen K, Li L, Francino M, Rutherford L, Tei C, <u>Scheim AI</u>, Bauer G. Health and health care access of autistic transgender and nonbinary people in Canada: a cross-sectional study. Autism in Adulthood. Online ahead of print April 1, 2024.

89. Greenwald ZR, Werb D, Feld JJ, Austin PC, Fridman D, Bayoumi AM, Gomes T, Kendall CE, Lapointe-Shaw L, <u>Scheim AI</u>, Bartlett SR, Benchimol EI, Bouck Z, Boucher LM, Greenaway C, Janjua NZ, Leece P, Wong WWL, Sander B, Kwong JC. Validation of case-ascertainment algorithms using health administrative data to identify people who inject drugs in Ontario, Canada. Journal of Clinical Epidemiology 2024; 170:111332.

88. Wiegand AA, Zubizarreta D, Kennedy R, Baral S, <u>Scheim AI</u>, Appenroth MN, Radix AE, Cole SW, Reisner SL. Global Human Immunodeficiency Virus prevalence and risk behaviors in transmasculine individuals: a scoping review. Transgender Health. Online ahead of print February 26, 2024.

87. <u>Scheim AI</u>, Rich AJ, Zubizarreta D, Malik M, Baker KE, Restar AJ, van der Merwe LA, Wang J, Beebe B, Ridgeway K, Baral SD, Poteat T, Reisner SL. Health status of transgender people globally: a systematic review of research on disease burden and correlates. PLOS ONE 2024; 19(3): e0299373.

86. Rammohan I, Gaines T, <u>Scheim AI</u>, Bayoumi A, Werb D. Overdose mortality incidence and supervised consumption services in Toronto, Canada: an ecological study and spatial analysis. The Lancet Public Health 2024; 9:e79-e87.

85. Nafeh F, Mbichila T, Bouck Z, <u>Scheim A</u>, Mitra S, Bonn M, Morris F, Atkinson K, Mason K, Eeuwes J, Strike C. A preliminary assessment of short-term social and substance use-related outcomes among clients of integrated safer opioid supply pilot programs in Toronto, Canada. International Journal of Mental Health and Addiction. Online ahead of print December 22, 2023.

84. Jacobsen K, Davis CE, Burchell D, Rutherford L, Lachowsky N, Bauer GR, <u>Scheim AI</u>. Misgendering and the health and wellbeing of nonbinary people in Canada. International Journal of Transgender Health. 2023; 25(4), 816–830.

83. Jones J, Butler G, Woody M, Sheets M, Castel AD, Kulie P, <u>Scheim AI</u>, Reisner SL, Valencia R, Wang M, Stephenson R, Stekler JD, Sullivan PS. Adaptation of a HIV prevention mobile app for transmasculine people: A pilot acceptability and feasibility study. Transgender Health. Online ahead of print August 11, 2023.

82. Ghabrial MA, <u>Scheim AI</u>, Chih C, Santos H, Adams NJ, Bauer GR. Change in finances, peer access, and mental health among trans and nonbinary people during the COVID-19 pandemic. LGBT Health 2023; 10(8):595-607.

81. Jones J, Butler G, Woody M, Castel AD, Kulie P, Sheets M, <u>Scheim AI</u>, Reisner SL, Valencia R, Wang M, Stekler JD, Sullivan PS, Stephenson R. Preferences for and Experiences of an HIV-Prevention Mobile App Designed for Transmasculine People: Pilot Feasibility Trial and Qualitative Investigation. JMIR Formative Research 2023;7:e51055.

80. Bowles JM, Kolla G, Smith LR, <u>Scheim AI</u>, Dodd Z, Werb D. Disease-related stigma among people who inject drugs in Toronto amidst the COVID-19 pandemic. Drug and Alcohol Dependence Reports 2023;7:100167.

79. Lacombe-Duncan A, Kattari SK, Kattari L, <u>Scheim AI</u>, Misiolek BA. Sexually transmitted infection testing among transgender and non-binary persons: results of a community-based cross-sectional survey. Sexual Health 2023; 20:87-91.

78. Tran GM, Lachowsky N, Urbanoski KA, <u>Scheim AI</u>, Bauer GR. Correlates of hazardous alcohol drinking among trans and non-binary people in Canada: a community-based cross-sectional study. Drug and Alcohol Dependence 2023; 250:110872.

77. Wiginton JM, Maksut JL, <u>Scheim AI</u>, Zlotorzynska M, Sanchez TH, Baral SD. Intersecting sexual behavior and gender identity stigmas among transgender women in the United States: burden and associations with sexual health. AIDS & Behavior 2023;27(9):3064-3079.

76. <u>Scheim AI</u>, Santos H, Ciavarella S, Vermilion J, Arps FSE, Adams N, Nation K, Bauer GR. Intersecting inequalities in access to justice for trans and non-binary sex workers in Canada. Sexuality Research and Social Policy 2023; 20:1245–1257.

75. Greenwald ZR, Bouck Z, McLean E, Mason K, Lettner B, Broad J, Dodd Z, Nassau T, <u>Scheim AI</u>, Werb D. Integrated supervised consumption services and hepatitis C testing and treatment among people who inject drugs in Toronto, Canada: a cross-sectional analysis. Journal of Viral Hepatitis 2023; 30(2): 160-171.

74. Tran NK, Baker KE, Lett E, <u>Scheim AI</u>. State-level heterogeneity in associations between structural stigma and individual healthcare access: A multilevel analysis of transgender adults in the United States. Journal of Health Services Research & Policy 2023; 28(2): 109-118.

73. Navarro JM, <u>Scheim AI</u>, Bauer GR. Transgender and non-binary people's preferences for virtual health care post-pandemic: A cross-sectional Canadian study. Journal of Medical Internet Research 2022; 24(10):e40989.

72. Tran NK, Martinez O, <u>Scheim AI</u>, Goldstein ND, Welles SL. Perceived barriers and facilitators of long-acting injectable HIV PrEP use among Black, Latino/Hispanic and White gay, bisexual and other men who have sex with men. AIDS Education & Prevention 2022; 34(5):365-378.

71. Coleman E, Radix AE, Bouman WP, et al (116 additional authors). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. International Journal of Transgender Health. 2022;23(sup1):S1-S259.

70. Restar A, Dusic EJ, Garrison-Desany H, Lett E, Everhart A, Baker KE, <u>Scheim AI</u>, Wilson Beckham S, Reisner S, Rose AJ, Mimiaga MJ, Radix A, Operario D, Hughto J. Gender affirming hormone therapy dosing behaviors among transgender and nonbinary adults. Humanities and Social Sciences Communications 2022;9(1):304.

69. Lacombe-Duncan A, Kattari L, Kattari SK, <u>Scheim AI</u>, Alexander F, Yonce S, Misiolek BA. HIV testing among transgender and nonbinary persons in the midwestern United States: Results of a community-based survey. Journal of the International AIDS Society 2022; 25:e25972.

68.  Kia H, Rutherford L, Jackson R, Grigorovich A, Ricote CL, <u>Scheim AI</u>, Bauer GR. Impacts of COVID-19 on trans and non-binary people in Canada: a qualitative analysis of responses to a national survey. BMC Public Health 2022; 22(1):1284.

67.  Rammohan I, Bouck Z, Fusigboye S, Bowles J, McDonald K, Maghsoudi N, <u>Scheim AI</u>, Werb D. Drug checking use and interest among people who inject drugs in Toronto, Canada. International Journal of Drug Policy 2022; 107:103781.

66.  Lazor T, Blondal E, <u>Scheim AI</u>, Cubillos P, Werb D, Milloy M-J, Bonato S, Maghsoudi N, Rueda S. Measurement of public health impacts of cannabis legalization in Canada to reflect policy maker priorities: A rapid scoping review of instruments and content domains. Drug and Alcohol Dependence 2022; 236:109463.

65.  Ward KM, <u>Scheim AI</u>, Wang J, Cocchiaro B, Singley K, Roth AM. Impact of reduced restrictions on buprenorphine prescribing during COVID-19 among patients in a community-based treatment program. Drug and Alcohol Dependence Reports 2022; 3:100055.

64.  Dang M, <u>Scheim AI</u>, Teti M, Quinn KG, Zarwell M, Petroll AE, Horvath KJ, John SA. Barriers and facilitators to HIV pre-exposure prophylaxis (PrEP) uptake, adherence, and persistence among transgender populations in the United States: A systematic review. AIDS Patient Care and STDs 2022; 36(6):236-248.

63.  Mitra S, Kolla G, Bardwell G, Wang R, Sniderman R, Mason K, Werb D, <u>Scheim AI</u>. Requiring help injecting among people who inject drugs in Toronto, Canada: Characterizing the need to address sociodemographic disparities and substance-use specific patterns. Drug and Alcohol Review 2022; 41(5):1062-1070.

62.  Bouck Z, <u>Scheim AI</u>, Gomes T, Ling V, Caudarella A, Werb D. Evaluating interventions to facilitate opioid agonist treatment access among people who inject drugs in Toronto, Ontario during COVID-19 pandemic restrictions. International Journal of Drug Policy 2022; 104:103680.

61.  Tami A, Ferguson T, Bauer GR, <u>Scheim AI</u>. Avoidance of primary healthcare among transgender and non-binary people in Canada during the COVID-19 pandemic. Preventive Medicine Reports 2022; 27:101789.

60.  Nassau T, Kolla G, Mason K, Hopkins S, Tookey P, McLean E, Werb D, <u>Scheim AI</u>. Service utilization patterns and characteristics among clients of integrated supervised consumption sites in Toronto, Canada. Harm Reduction Journal 2022; 19:33.

59.  Werb D, <u>Scheim AI</u>, Soipe A, Aeby S, Rammohan I, Fischer B, Hadland SE, Marshall BDM. Health harms of non-prescription opioid use: A systematic review. Drug and Alcohol Review 2022; 4(4):941-952.

58.  Maghsoudi N, Tanguay J, Scarfone K, Rammohan I, Ziegler C, Werb D, <u>Scheim AI</u>. Drug checking services for people who use drugs: a systematic review. Addiction 2022; 117(3):532-544.

57.  Bouck Z, Tricco AC, Rosella LC, Ling V, Gomes T, Tadrous M, Fox MP, <u>Scheim AI</u>, Werb D. Validation of self-reported opioid agonist treatment among people who inject drugs using prescription dispensation records. Epidemiology 2022; 33(2):287-294.

56. Everhart AR, Boska H, Sinai-Glazer H, Wilson-Yang JQ, Butler Burke N, LeBlanc G, Persad Y, Ortigoza E, Scheim AI, Marshall Z. 'I'm not interested in research; I'm interested in services': How to better health and social services for transgender women living with and affected by HIV. Social Science and Medicine 2022; 292:114610.

55. Chakrapani V, Scheim AI, Newman PA, Shunmugam M, Rawat S, Baruah D, Bhatter A, Nelson R, Jaya A, Kaur M. Affirming and negotiating gender in family and social spaces: Stigma, mental health and resilience among transmasculine people in India. Culture, Health & Sexuality 2022; 24(7):951-967.

54. Lacombe-Duncan A, Logie CH, Persad Y, Leblanc G, Nation K, Kia H, Scheim AI, Lyons T, Horemans C, Olawale R, Loutfy M. Implementation and evaluation of the 'Transgender Education for Affirmative and Competent HIV and Healthcare (TEACHH)' provider education pilot. BMC Medical Education 2021; 21:561.

53. Scheim AI, Coleman TC, Lachowsky NJ, Bauer GR. Health care access among transgender and non-binary people in Canada, 2019: A cross-sectional survey. Canadian Medical Association Journal Open 2021; 9(4):e1213-e1222.

52. Scheim AI, Bauer GR, Bastos JL, Poteat T. Advancing intersectional discrimination measures for health disparities research: Protocol for a mixed-methods bilingual measurement study. JMIR Research Protocols 2021; 10(8):e30987.

51. Scheim AI, Sniderman R, Wang R, Bouck Z, McLean E, Mason K, Bardwell G, Mitra S, Greenwald ZR, Thavorn K, Garber G, Baral SD, Rourke SB, Werb D. The Ontario Integrated Supervised Injection Services cohort study of people who inject drugs in Toronto, Canada (OiSIS-Toronto): Cohort profile. Journal of Urban Health 2021; 98(4):538-550.

50. Roth AM, Mitchell AK, Mukherjee R, Scheim AI, Ward KM, Lankenau SE. Prevalence and correlates of syringe disposal box use in a Philadelphia neighborhood with high levels of public drug injection. Substance Use & Misuse 2021; 56(5):668-673.

49. Meyers SA, Rafful C, Mittal ML, Tirado-Muñoz J, Smith LR, Jain S, Sun X, Garfein R, Strathdee S, DeBeck K, Hayashi K, McNeil R, Milloy M-J, Olding M, Guise A, Werb D, Scheim AI. Examining the gender composition of drug injecting initiation events: A mixed methods investigation of three North American contexts. International Journal of Drug Policy 2021; 90:103056.

48. Scheim AI, Bouck Z, Tookey P, Hopkins S, Sniderman R, McLean E, Garber G, Baral S, Rourke SB, Werb D. Supervised consumption service use and recent non-fatal overdose among people who inject drugs in Toronto, Canada. International Journal of Drug Policy 2021; 87:102993.

47. Lacombe-Duncan A, Kia H, Logie CH, Todd KP, Persad Y, Leblanc G, Nation K, Scheim AI, Lyons T, Horemans C, Loutfy M. A qualitative exploration of barriers to HIV prevention, treatment, and support: Perspectives of transgender women and service providers. Health and Social Care in the Community 2021, 29(5):e33-e46.

46. Zlotorzynska M, Sanchez T, Scheim AI, Lyons C, Maksut J, Wiginton JM, Baral S. Transgender Women's Internet Survey and Testing (TWIST): Protocol and key indicators report. Transgender Health 2021;6(5): 256-266.

45.  Rich A, <u>Scheim AI</u>, Koehoorn M, Poteat T. Non-HIV chronic disease burden among transgender populations globally: A systematic review and narrative synthesis. Preventive Medicine Reports 2020; 20:101259.

44.  <u>Scheim AI</u>, Kacholia V, Logie CH, Chakrapani V, Ranade K, Gupta S. Health of transgender men in low- and middle-income countries: A scoping review. BMJ Global Health 2020; 5:e003471.

43.  Gicquelais RE, Werb D, Marks C, Ziegler C, Mehta SH, Genberg BL, <u>Scheim AI</u>. Prevalence and correlates of providing and receiving assistance with the transition to injection drug use. Epidemiologic Reviews 2020; 42(1):4-18.

42.  <u>Scheim AI</u>, Maghsoudi N, Marshall Z, Churchill C, Ziegler C, Werb D. Impact evaluations of drug decriminalisation and legal regulation on drug use, health and social harms: A systematic review. BMJ Open 2020; 10:e035148.

41.  Maksut JL, Sanchez TH, Wiginton JM, <u>Scheim AI</u>, Logie CH, Zlotorzynska M, Lyons CE, Baral SD. Gender identity and sexual behavior stigmas, severe psychological distress, and suicidality in an online sample of transgender women in the United States. Annals of Epidemiology 2020; 52:15-22.

40.  Ferlatte O, Panwala V, Rich AJ, <u>Scheim AI</u>, Blackwell E, Scott K, Salway T, Knight R. Identifying health differences between transgender and cisgender gay, bisexual and other men who have sex with men using a community-based approach. The Journal of Sex Research 2020; 57(8):1005-1013.

39.  Lacombe-Duncan A, Logie CH, Persad Y, Leblanc G, Nation K, Kia H, <u>Scheim AI</u>, Lyons T, Loutfy M. Transgender Education for Affirmative and Competent HIV and Healthcare (TEACHH): Protocol of community-based participatory intervention development and a non-randomized multi-site pilot study with pre- post-test design in Canada. BMJ Open 2020; 10: e034144.

38.  <u>Scheim AI</u>, Perez-Brumer AG, Bauer GR. Gender-concordant identity documents and mental health among transgender adults in the United States: A cross-sectional survey. The Lancet Public Health 2020; 5(4): E196-E203.

37.  Maghsoudi N, McDonald K, Stefan C, Beriault D, Mason K, Barnaby L, Altenberg J, MacDonald R D, Caldwell J, Nisenbaum R, Leece P, Watson T M, Tupper K W, Kufner L, <u>Scheim AI</u>, Werb D. Evaluating networked drug checking services in Toronto, Ontario: Study protocol and rationale. Harm Reduction Journal 2020; 17:9.

36.  Moran A, <u>Scheim AI</u>, Lyons C, Liestman B, Drame F, Ketende S, Diouf D, Ba I, Ezouatchi R, Bamba A, Kouame A, Baral S. Characterizing social cohesion and gender identity as risk determinants of HIV among cisgender men who have sex with men and transgender women in Côte d'Ivoire. Annals of Epidemiology 2020; 42: 25-32.

35.  Bardwell G, Strike C, Mitra S, <u>Scheim AI</u>, Barnaby L, Altenberg J, Kerr T. "That's a double-edged sword": Exploring the integration of supervised consumption services within community health centres in Toronto, Canada. Health and Place 2020; 102245.

34.  <u>Scheim AI</u>, Knight R, Shulha H, Nosova E, Hayashi K, Milloy M-J, Kerr T, DeBeck K. Characterizing men who have sex with men and use injection drugs in Vancouver, Canada. AIDS & Behavior 2019; 23(12):3324-3330.

33. Dharma C, <u>Scheim AI</u>, Bauer GR. Exploratory factor analysis of two sexual health scales for transgender people: Trans-specific condom/barrier negotiation self-efficacy (T-Barrier) and trans-specific sexual body image worries (T-Worries). Archives of Sexual Behavior 2019; 48(5):1563-1572.

32. <u>Scheim AI</u>, Lyons C, Ezouatchi R, Liestman B, Drame F, Diouf D, Ba I, Bamba A, Kouame A, Baral S. Sexual behavior stigma and depression among transgender women and cisgender men who have sex with men in Côte d'Ivoire. Annals of Epidemiology 2019; 33:79-83.

31. <u>Scheim AI</u>, Bauer GR. The Intersectional Discrimination Index: Development and validation of measures of self-reported enacted and anticipated discrimination for intercategorical analysis. Social Science & Medicine 2019; 226:225-235.

30. Bauer GR, <u>Scheim AI</u>. Methods for analytic intercategorical intersectionality in quantitative research: Discrimination as a mediator of health inequalities. Social Science & Medicine 2019; 226:236-245.

29. Leonardi M, Frecker H, <u>Scheim AI</u>, Kives S. Reproductive health considerations in sexual and/or gender minority adolescents. Journal of Pediatric and Adolescent Gynecology 2019; 32(1):15-20.

28. <u>Scheim AI</u>, Bauer GR. Sexual inactivity among transfeminine persons: A Canadian respondent-driven sampling survey. The Journal of Sex Research 2019; 56(2):264-271.

27. <u>Scheim AI</u>, Adam BD, Marshall Z. Gay, bisexual, and queer trans men navigating sexual fields. Sexualities 2019; 22(4):566-586.

26. Meyers SA, <u>Scheim A</u>, Jain S, Sun X, Milloy MJ, DeBeck K, Hayashi K, Garfein R, Werb D. Gender differences in the provision of injection initiation assistance: A comparison of three North American settings. Harm Reduction Journal 2018; 15:59.

25. <u>Scheim AI</u>, Nosova E, Knight R, Hayashi K, Kerr T. HIV incidence among men who have sex with men and inject drugs in a Canadian setting. AIDS & Behavior 2018; 22(12):3957-3961.

24. <u>Scheim AI</u>, Bardwell G, Rachlis B, Mitra S, Kerr T. Syringe sharing among people who inject drugs in London, Canada. Canadian Journal of Public Health 2018; 109:174-182.

23. Kennedy MC, <u>Scheim AI</u>, Rachlis B, Mitra S, Bardwell G, Rourke S, Kerr T. Willingness to use drug checking within supervised injection services in a mid-sized Canadian city. Drug and Alcohol Dependence 2018; 185:248-252.

22. Poteat T, Malik M, <u>Scheim A</u>, Elliot A. HIV prevention among transgender populations: Knowledge gaps and evidence for action. Current HIV/AIDS Reports 2017; 14(4):141-152.

21. <u>Scheim AI</u>, Zong X, Giblon R, Bauer GR. Disparities in access to family physicians among transgender people in Ontario, Canada. International Journal of Transgenderism 2017; 3:343-352.

20. Mitra S, Rachlis B, <u>Scheim A</u>, Bardwell G, Rourke S, Kerr T. Acceptability and design preferences of supervised injection services among people who inject drugs in a mid-sized Canadian city. Harm Reduction Journal 2017; 14:46.

19. Bardwell G, <u>Scheim AI</u>, Mitra S, Kerr T. Assessing support for supervised injection services among community stakeholders in London, Canada. International Journal of Drug Policy 2017; 48:27-33.

18. Bauer GR, Braimoh J, <u>Scheim AI</u>, Dharma C. Transgender-inclusive measures of sex/gender for population surveys: Mixed-methods evaluation and recommendations. PLoS ONE 2017; 12(5):e0178043.

17. <u>Scheim AI</u>, Bauer GR, Shokoohi M. Drug use among transgender people in Ontario, Canada: Disparities and associations with social exclusion. Addictive Behaviors 2017; 72:151-158.

16. <u>Scheim AI</u>, Rachlis B, Bardwell G, Mitra S, Kerr T. Public drug injecting in London, Ontario: A cross-sectional survey. Canadian Medical Association Journal Open 2017; 5:e290-e294.

15. <u>Scheim AI</u>, Bauer GR, Travers R. HIV-related sexual risk among transgender men who are gay, bisexual, or have sex with men. Journal of Acquired Immune Deficiency Syndromes 2017; 74:e89-e96.

14. <u>Scheim AI</u>, Travers R. Barriers and facilitators to HIV and sexually transmitted infections testing for gay, bisexual, and other transgender men who have sex with men. AIDS Care 2017; 8:990-995.

13. <u>Scheim AI</u>, Bauer GR, Shokoohi M. Heavy episodic drinking among transgender persons: Disparities and predictors. Drug and Alcohol Dependence 2016; 167:156-162.

12. Poteat T, <u>Scheim AI</u>, Xavier J, Reisner SL, Baral S. Global epidemiology of HIV infection and related syndemics affecting transgender people. Journal of Acquired Immune Deficiency Syndromes 2016; 73(Suppl 3):S210-219.

11. <u>Scheim AI</u>, Santos G-M, Arreola S, Makofane K, Do TD, Hebert P, Thomann M, Ayala G. Inequities in access to HIV prevention services for transgender men: Results of a global survey of men who have sex with men. Journal of the International AIDS Society 2016; 19(Suppl 2):20779.

10. Souleymanov R, Kuzmanović D, Marshall Z, <u>Scheim AI</u>, Mikiki M, Worthington C, Millson MP. The ethics of community-based research with people who use drugs: Results of a scoping review. BMC Medical Ethics 2016; 17:25.

9. <u>Scheim AI</u>, Bauer GR, Coleman T. Socio-demographic differences by survey mode in a respondent-driven sampling study of transgender people in Ontario, Canada. LGBT Health 2016; 3(5):391-395.

8. Bauer GR, Zong X, <u>Scheim AI</u>, Hammond R, Thind A. Factors impacting transgender patients' discomfort with their family physicians: A respondent-driven sampling survey. PLoS ONE 2015; 10(12):e0145046-16.

7. Bauer GR, <u>Scheim AI</u>, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: A respondent-driven sampling study in Ontario, Canada. BMC Public Health 2015; 15:525.

6. <u>Scheim AI</u>, Bauer GR. Sex and gender diversity among transgender people in Ontario, Canada: Results from a respondent-driven sampling survey. Journal of Sex Research 2015; 52(1):1-14.

5. Bauer GR, <u>Scheim AI</u>, Deutsch M, Massarella C. Reported emergency department avoidance, utilization and experiences of transgender persons in Ontario, Canada: Results from a respondent-driven sampling survey. Annals of Emergency Medicine 2014; 63(6):713-720.

4. Scheim AI, Jackson R, James E, Dopler S, Pyne J, Bauer GR. Barriers to well-being for Aboriginal gender-diverse people: Results from the Trans PULSE Project in Ontario, Canada. Journal of Ethnicity and Inequalities in Health and Social Care 2013; 6(4):108-120.

3. Marcellin RL, Bauer GR, Scheim AI. Intersecting impacts of transphobia and racism on HIV risk among trans persons of colour in Ontario, Canada. Journal of Ethnicity and Inequalities in Health and Social Care 2013; 6(4):97-107.

2. Bauer GR, Redman N, Bradley K, Scheim AI. Sexual health of trans men who are gay, bisexual, or who have sex with men: Results from Ontario, Canada. International Journal of Transgenderism 2013; 14(2):66-74.

1. Li T, Dobinson C, Scheim AI, Ross LE. Unique issues bisexual people face in intimate relationships: A descriptive exploration of lived experience. Journal of Gay and Lesbian Mental Health 2013; 17(1):21-39.

**Invited Articles**

1. Scheim AI, Baker KE, Restar AJ, Sell RL. Health and health care among transgender adults in the United States. Annual Review of Public Health. 2022; 43:503-523.

**Commentaries and Letters**

12. Perez-Brumer A, Valdez N, Scheim AI. The anti-gender threat: An ethical, democratic, and scientific imperative for NIH research/ers. Social Science & Medicine 2024;351:116349.

11. Aghi K, Anderson BM, Castellano BM, Cunningham A, Delano M, Dickinson ES, von Diezmann L, Forslund-Startceva SK, Grijseels DM, Groh SS, Guthman EM, Jayasinghe I, Johnston J, Long S, McLaughlin JF, McLaughlin M, Miyagi M, Rajaraman B, Sanchez nieto F, Scheim AI, Sun SD, Titmuss FD, Walsh RJ, Weinberg ZY. Rigorous science demands support of transgender scientists. Cell 2024; 187(6): 1327-1334.

10. Logie CH, van der Merwe LL, Scheim AI. Measures of sex, gender, and sexual orientation: ideological narratives or empirical evidence?–Authors' reply. The Lancet 2022;400(10368):2046-2047.

9. Logie CH, van der Merwe L, Scheim AI. Measuring sex, gender, and sexual orientation – one step to health equity. The Lancet 2022; 400(10354):715-717.

8. Earnshaw VA, Rendina HJ, Bauer GR, Bonett S, Bowleg L, Carter J, English D, Friedman MR, Hatzenbuehler ML, Johnson MO, McCree DH, Neilands TB, Quinn KG, Robles G, Scheim AI, Smith JC, Smith LR, Sprague L, Taggart T, Tsai AC, Turan B, Yang LH, Bauermeister JA, Kerrigan DL. Methods in HIV-related intersectional stigma research: Core elements and opportunities. American Journal of Public Health 2022; 112(S4):S413–S419.

7. Morgan R, Baker P, Griffith DM, Klein SL, Logie CH, Mwiine AA, Scheim AI, Shapiro JR, Smith J, Wenham C, White A. Beyond a zero-sum game: how does the impact of COVID-19 vary by gender? Frontiers in Sociology 2021:126.

6. Rich AJ, Salway T, Scheim A, Poteat T. Sexual minority stress theory: Remembering and honoring the work of Virginia Brooks. LGBT Health 2020; 7(3):124-127.

5. Scheim AI, Appenroth MN, Beckham SW, Goldstein Z, Grinspan Cabral M, Keatley JG, Radix A. Transgender HIV research: nothing about us without us. The Lancet HIV 2019; 6(9):e566-e567.

4. Bauer GR, Scheim AI. Advancing quantitative intersectionality research methods: Intracategorical and intercategorical approaches to shared and differential constructs. Social Science & Medicine 2019; 226:260-262.

3. Scheim AI, Werb D. Integrating supervised consumption into a continuum of care for people who use drugs: The next generation of research. Canadian Medical Association Journal 2018; 190(31):e921-e922.

2. Gilbert M, Swenson L, Unger D, Scheim A, Grace D. Need for robust and inclusive public health ethics review of the monitoring of HIV phylogenetic clusters for HIV prevention. The Lancet HIV 2016; 3(10):e641.

1. Bauer GR, Scheim AI. Sampling bias and transgender HIV studies. The Lancet Infectious Diseases 2013; 13:832.

## Book Chapters

7. Scheim AI. Epidemiology. In Goldberg A, Beemyn G, eds., *SAGE Encyclopedia of Trans Studies*; 2021.

6. Scheim AI. HIV/STIs. In Goldberg A, Beemyn G, eds., *SAGE Encyclopedia of Trans Studies*; 2021.

5. Scheim AI. Measuring Intersectional Stigma. In Stall R, Dodge B, Bauermeister JA, Poteat T, Beyrer C, eds. *LGBTQ Health Research: Theory, Methods, Practice*. Johns Hopkins University Press; 2020.

4. Bauer GR, Braimoh J, Scheim AI, Dharma C. New Multidimensional Sex/Gender Measure. In Milhausen R, Fisher T, Davis C, Yarber B, Sakaluk J, eds., *Handbook of Sexuality-Related Measures*, 4th ed. Taylor and Francis; 2015: 351-353.

3. Dharma C, Scheim AI, Bauer GR. Trans-Specific Sexual Body Image Worries Scale. In Milhausen R, Fisher T, Davis C, Yarber B, Sakaluk J, eds., *Handbook of Sexuality-Related Measures*, 4th ed. Taylor and Francis; 2015: 155-156.

2. Scheim AI, Winters L, Marshall Z, Jefferies D, Baral S. The prevalence of HIV among transwomen sex workers. In Nuttbrock L, ed., *Transgender Sex Work and Society*. New York: Harrington Park Press; 2015: 118-145.

1. Scheim AI, Ware SM, Redman N, Marshall Z, Giambrone B. Sexual health on our own terms: The Gay/Bi/Queer Trans Men's Working Group. In Irving D, Raj R, eds., *Trans Activism in Canada: A Reader*. Toronto: Canadian Scholars' Press; 2014: 247-258.

## Research Reports

26. McNamara M, Baker K, Connelly K, Janssen A, Olson-Kennedy J, Pang KC, Scheim A, Turban J, Alstott A. *An Evidence-Based Critique of "The Cass Review" on Gender-Affirming Care for Adolescent Gender Dysphoria.* July 1, 2024. The Integrity Project, Yale Law School. https://bit.ly/3AYaU4G

25. Navarro J, Hallarn J, Liang B, Adams A, Zaitzow J, Brooks K, Legare-Tremblay E, Johnson T, Pyne J, Mahendran M, Smith M, Churchill S, Lopez C, Scheim A, Bauer G. *Health and well-being among disabled trans and non-binary people.* January 2024. https://bit.ly/48R3P0O

24. The Our Health Matters Research Team. *Our Health Matters: Indian Trans Men and Transmasculine Health Study.* October 2023. https://bit.ly/3FjlnX7

23. Devor A, Forrester R, Grigorovich A, Kia H, Lopez C, Navarro J, Tei C, Tran GM, Scheim A, Bauer G. *Health and well-being among trans and non-binary older adults.* September 2023. https://bit.ly/4998ixx

22. Navarro J, Lachowsky N, Hammond R, Burchell D, Arps FSE, Davis C, Brasseur J, Islam S, Fosbrook B, Jacobsen H, Walker M, Lopez C, Scheim A, Bauer G, on behalf of the Trans PULSE Canada Team. *Health and well-being among non-binary people.* July 2021. https://bit.ly/48NplVs

21. Navarro J, Johnstone F, Temple Newhook J, Smith M, Wallace Skelton j, Prempeh K, S L, Lopez C, Scheim A, Bauer G, on behalf of the Trans PULSE Canada Team. *Health and well-being among trans and non-binary youth.* June 2021. https://bit.ly/48SsTWC

20. Arps FSE, Ciavarella S, Vermilion J, Hammond R, Nation K, Churchill S, Smith M, Navarro J, Thaker P, Bauer G, Scheim A, on behalf of the Trans PULSE Canada Team. *Health and well-being among trans and non-binary people doing sex work.* March 2021. https://bit.ly/3FktLFL

19. Trans PULSE Canada COVID Cohort Working Group on behalf of the Trans PULSE Canada Team. *Social and economic impacts of COVID-19 on transgender and non-binary people in Canada.* December 2020. https://bit.ly/45zkwMw

18. Trans PULSE Canada COVID Cohort Working Group on behalf of the Trans PULSE Canada Team. *COVID-19 testing and diagnosis among transgender and non-binary people in Canada.* December 2020. https://bit.ly/3QkNhZl

17. Trans PULSE Canada COVID Cohort Working Group on behalf of the Trans PULSE Canada Team. *Impact of COVID-19 on health care access for transgender and non-binary people in Canada.* December 2020. https://bit.ly/3FjG3yf

16. Santos H, Chakrapani V, Battala M, Gupta S, Batavia A, Scheim A. *"It felt great when I saw myself": Our Health Matters report on gender-affirming health care for transmasculine people.* 2023. Available in English, Hindi, and Marathi at https://ourhealthmatters.in/reports/

15. Aryal A, Siddiqui SJ, Vee V, Ritwik, Santos H, Scheim A. *"The most important thing is that my parents have accepted me, it does not matter what society says": Our Health Matters Report on family experiences.* 2022. Available in English, Hindi, and Marathi at https://ourhealthmatters.in/reports/

14. Maghsoudi N, Rammohan I, Bowra A, Sniderman R, Tanguay J, Bouck Z, Scheim A, Dan Werb, Owusu-Bempah A. *How diverse is Canada's legal cannabis industry? Examining race and gender of its executives and directors.* October 2020. https://bit.ly/3dHrKVP

13. The Trans PULSE Canada Team. *Health and health care access for trans and non-binary people in Canada.* March 2020. https://bit.ly/3c4gXTu

12. Kerr T, <u>Scheim AI</u>, Bardwell G, Mitra S, Rachlis B, Bacon J, Murray K, Rourke S. *Ontario Integrated Supervised Injection Services Feasibility Study: London report*. Toronto: Ontario HIV Treatment Network; 2017. http://bit.ly/2kIU1Q2

11. <u>Scheim AI</u>, for the IRGT: A Global Network of Trans Women and HIV. *Counting trans people in: Advancing global data collection on transgender communities and HIV*. Oakland, CA: Global Forum on MSM and HIV; 2017. http://tinyurl.com/hejj8vf

10. Bauer GR, <u>Scheim AI</u>, for the Trans PULSE Team. *Transgender people in Ontario, Canada: Statistics from the Trans PULSE Project to inform human rights policy*. London, Ontario; 2015. http://tinyurl.com/zzb266w

9. Bauer G, Bowleg L, Rouhani S, <u>Scheim A</u>, Blot S. *Harnessing the power of intersectionality: Guidelines for quantitative intersectionality health inequities research*. London, Canada; 2014. https://tinyurl.com/yymhrghc

8. <u>Scheim A</u>, Bauer G, Pyne J. *Avoidance of public spaces by trans Ontarians*. Trans PULSE Project; 2013. http://tinyurl.com/hb3dqsp

7. <u>Scheim A</u>, Bauer G. *Cervical and breast cancer screening among trans people in Ontario: A report prepared for the Canadian Cancer Society*. Trans PULSE Project; 2013. http://tinyurl.com/zu8yhpo

6. <u>Scheim A</u>, Cherian M, Bauer G, Zong X. *Joint effort: Prison experiences of Trans PULSE participants and recommendations for change*. Trans PULSE Project; 2013. http://tinyurl.com/hbmso7e

5. Marcellin RL, <u>Scheim A</u>, Bauer G, Redman N. *Experiences of racism and ethnicity-related discrimination among trans people in Ontario*. Trans PULSE Project; 2013. http://tinyurl.com/zchjp9n

4. Marcellin RL, <u>Scheim A</u>, Bauer G, Redman N. *Experiences of transphobia among trans Ontarians*. Trans PULSE Project; 2013. http://tinyurl.com/gmazvm4

3. Marshall Z, Ware S, <u>Scheim A</u>. *The development, challenges and successes of the Gay/Bi/Queer Trans Men's Working Group*. In K. Baker (Ed.), Global Case Study Project: Rights-Based Approaches to Health and Health Care for Transgender People. NY: Open Society Foundations; 2013. http://tinyurl.com/zegy45y

2. <u>Scheim A</u>, Robinson M, Anderson S. *Reproductive options for trans people*: Rainbow Health Ontario; 2012. http://tinyurl.com/oyvyj49

1. Sevelius J, <u>Scheim A</u>, Giambrone B. *What are transgender men's HIV prevention needs?* Center for AIDS Prevention Studies, University of California San Francisco; 2010. https://tinyurl.com/yxdr3p49

**Popular Press**

1. Peirce J, Stoicescu C, Thumath M, <u>Scheim A</u>, Forrest J. How to heal the scars of Canada's war on drugs (Opinion). *Ottawa Citizen*, 1 September 2017. http://bit.ly/2gmx5EB

**RESEARCH FUNDING**

*Note: Direct costs only. Canadian grants do not include investigator salaries.

**Active Grants**

Measures of structural stigmatization and discrimination for HIV research with Latine sexual and gender minorities. (MPIs: Scheim AI, del Río-González AM). NIH/NIMHD R01MD020284: $2,440,820 USD, 2024-2027. Effort: 40%.

Diversity in discrimination research: Bringing the experiences of multiply marginalized Canadian populations to the fore (PI: Bastos JL). Social Science and Humanities Research Council (Canada): $163,115 CDN, 2024-2026. Role: Co-investigator.

The Collaborative Center for Legal Epidemiology: Evaluating law as an intervention to improve health outcomes and reduce disparities related to HIV, Viral Hepatitis, STDs, and Tuberculosis (PI: Schnake-Mahl A). Centers for Disease Control and Prevention: $1,810,598 USD, 2023-2028. Role: Co-investigator. Effort: 5%.

Strategies to Prevent HIV Acquisition Among Transgender MSM in the US (PI: Reisner S). NIH/NIMH R01MH129175, 2024-2027. Role: Co-investigator. Effort: 10%.

Intimate partner violence and HIV prevention continuum engagement among transgender and nonbinary populations (PI: Storholm E). NIH/NIMH R01MH133484, 2023-2028. Role: Consultant.

Developing and validating a quantitative measure of daily intersectional stigma experiences for Black people with disabilities (PI: Wang P). NIH/NIMHD R01MD018984, 2023-2026. Role: Consultant.

Examining associations between structural stigmatization and discrimination and HIV-related outcomes among Latines (Subaward PI: Scheim AI). NIH/NIAID R25 AI154589-03: $18,514 USD, 2023-2024.

The Toronto Disparities, Overdose, and Treatment (T-DOT) Study: Investigating clinical outcomes among people who inject drugs during a period of rapid programmatic and policy change (PI: Werb D). Canadian Institutes of Health Research: $1,560,600 CDN, 2022-2027. Role: Co-investigator.

Effectiveness of relationship education for reducing HIV incidence in men who have sex with men (PI: Newcomb M). NIH/NIAID U01AI156874: 2021-2026. Role: Consultant.

Preventing Injecting and Overdose by Disrupting Injection Drug Use Transitions: The PRIMER II Study (PI: Werb D). Canadian Institutes of Health Research: $761,175 CDN, 2021-2026. Role: Co-Investigator.

Trans PULSE Canada: A national study of transgender health (MPIs: Bauer G, Scheim AI). Canadian Institutes of Health Research: $1,298,801 CDN, 2018-2025.

**Completed Grants**

Advancing intersectional discrimination measures for HIV-related health disparities research (PI: Scheim AI). NIH/NIMHD R21 MD016177-01S1: $250,648 USD, 2021-2023.

Advancing intersectional discrimination measures for health disparities research (PI: Scheim AI). NIH/NIMHD R21 MD016177: $275,000 USD, 2021-2023.

Gendered situated vulnerabilities and mental health among transgender men in India (PI: Scheim AI). NIH/NIMH R21 MH125263: $275,000 USD, 2021-2023.

Queer Inclusion, Equality, Health, & Rights Working Group (PIs: Scheim AI, Sell R, Voyles C). Urban Health Collaborative, Drexel Dornsife School of Public Health: $15,000 USD, 2022-2023.

Gender-based differences in non-HIV STI testing among sexually active transgender and nonbinary persons: Bridging gaps in STI research (PI: Lacombe-Duncan A). NIH/NIAID R03AI159298-01: $100,000 USD, 2021-2022. Role: Consultant.

Canadian Research Initiative in Substance Misuse Implementation Science Program on Opioid Interventions and Services – Prairies (PI: Wild C). Canadian Institutes of Health Research: $1,875,000 CDN, 2018-2022. Role: Co-Investigator.

CIHR HIV/AIDS Community-Based Research Collaborative (PI: Rourke S). Canadian Institutes of Health Research: $1,500,000 CDN, 2017-2022. Role: Co-Investigator.

A cross-sectional survey of PrEP awareness, barriers and facilitators for PrEP uptake, and the impact of dosing mechanisms on willingness to take PrEP among MSM indicated for PrEP use in Philadelphia (PI: Wells S). Merck & Co.: $200,857 USD, 2020-2021. Role: Co-Investigator.

Rapidly assessing the impact of the COVID-19 pandemic and response on clinical and social outcomes, service utilization, and the unregulated drug supply experienced by people who use drugs in Toronto (PI: Werb D). Canadian Institutes of Health Research: $206,760 CDN, 2020-2021. Role: Co-Investigator.

Comparing treatment outcomes opioid use disorder before and after the COVID-19 outbreak in Philadelphia: A natural experiment (PI: Roth A). Fordham University HIV and Drug Abuse Prevention Research Ethics Training Institute: $30,000 USD, 2020-2021. Role: Co-Investigator.

Securing safe supply during COVID-19 and beyond: Scoping review and knowledge mobilization (PI: Herder M). Canadian Institutes of Health Research: $49,952 CDN, 2020. Role: Co-Investigator.

The Ontario Integrated Supervised Injection Services Research Program: Examining uptake and impacts in different community settings and models of care (MPIs: Rourke S, Scheim AI, Leonard L, Baral S, Garber G). Canadian Institutes of Health Research: $646,424 CDN, 2017-2021.

A community-based cohort study of HIV pre-exposure prophylaxis in Ontario (PI: Tan D). Canadian Institutes of Health Research: $450,000 CDN, 2017-2020. Role: Co-Investigator.

Developing a community-based study of transgender men's health and human rights in India (PI: Scheim AI). Canadian Institutes of Health Research Planning and Dissemination Grant: $19,130 CDN, 2018-2019.

Adaptation of a theoretically based mobile app to increase PrEP uptake among MSM (PI: Sullivan P). NIH R01DA045612-02S1: 2018-2019. Role: Consultant.

Leveraging psychometric strategies and biovalidation to characterize optimal metrics of stigma for transgender women (PI: Baral S). NIH R01MH110358-02S1: 2018-2019. Role: Consultant.

Transgender women removing healthcare barriers to engagement in the HIV prevention and care cascades (PI: Logie C). Canadian Institutes of Health Research: $40,000 CDN, 2018-2019. Role: Co-Investigator.

HIV prevention for gay and bisexual men: A multisite study and development of new HIV prevention interventions (PI: Hart T). Canadian Institutes of Health Research: $1,500,000 CDN, 2014-2019. Role: Co-Investigator.

Health and social experiences of transgender men in India (PI: <u>Scheim AI</u>). UC San Diego Global Health Institute Faculty/Postdoc Research Grant: $1,500 USD, 2017.

Ontario Integrated Supervised Injection Site Feasibility Study (MPIs: Kerr T, <u>Scheim AI</u>, Marshall Z, Rourke S). Canadian Institutes of Health Research Centre for REACH in HIV/AIDS: $89,150 CDN, 2015-2017.

Trans Priorities: Cross-country trans women and HIV research priority setting (PI: Marshall Z). Canadian Institutes of Health Research Centre for REACH in HIV/AIDS: $69,821 CDN, 2015-2017. Role: Co-Investigator.

Planning Trans PULSE Canada: A national survey of transgender health (MPIs: Bauer G, <u>Scheim AI</u>, Hammond R, Travers R). Canadian Institutes of Health Research Planning and Dissemination Grant: $9,972 CDN, 2015-2016.

Improving quantitative research methods in gender, sex and population health: Theory, evidence and applications for multi-dimensionality and intersectionality (PI: Bauer G). Canadian Institutes of Health Research: $296,749 CDN, 2013-2018. Role: Co-Investigator.

Community-based research and research ethics: Creating community products to promote ethical research practices with people who use drugs (PI: Milson P). Canadian Institutes of Health Research Social Research Centre in HIV Prevention: $24,000 CDN, 2013-2015. Role: Co-Investigator.

Trans Men Who Have Sex with Men Sexual Health Study (MPIs: Adam B, <u>Scheim AI</u>, Marshall Z, Travers R, Ware S). Canadian Institutes of Health Research: $99,552 CDN, 2012-2015.

**PRESENTATIONS**

**Presentations at Scientific Meetings**

<u>Scheim AI</u>, Our Health Matters: Key findings and lessons learned from a national survey of transmasculine health in India. *World Professional Association for Transgender Health Symposium* [Oral], Lisbon, Portugal. September 30, 2024.

<u>Scheim AI</u>. Incorporating intersectionality in quantitative trans health research. *2nd International Trans Studies Conference* [Oral]. Chicago, IL. September 5, 2024.

<u>Scheim AI</u>, Bouck Z, Greenwald Z, Ling V, Hopkins S, Johnson M, Bayoumi A, Gomes T, Werb D. Frequency of supervised consumption service use and acute care utilization in people who inject drugs. *Society for Epidemiologic Research Annual Meeting* [Oral]. Austin, TX. June 20, 2024.

<u>Scheim AI</u>. Intersectionality across the survey research lifecycle. *Society for Epidemiologic Research Annual Meeting* [Symposium Presentation]. Austin, TX. June 20, 2024.

<u>Scheim AI</u>, Battala M, Logie C, Batavia A, Vee V. Suicide risk among transmasculine people in India: Results of a community-based survey. *National Institute of Mental Health 12th Global Mental Health Research without Borders Conference*. Bethesda, MD. October 31, 2023.

<u>Scheim AI</u>, Chakrapani V, Santos H, Siddiqui SJ, Aryal A, Battala M. Access to gender-affirming care among trans men and transmasculine people: Findings from the "Our Health Matters" study. *Association for Transgender Health in India – IPATHCON 2022* [Oral]. New Delhi, India. October 29, 2022.

Scheim AI, Allen B, Arredondo Sanchez Lira J, Kral A, Roth A. Evaluating supervised consumption sites across diverse North American contexts: Challenges, opportunities, and strategies. *National Harm Reduction Conference.* San Juan, Puerto Rico. October 15, 2022.

Scheim AI, Chakrapani V, Santos H, Siddiqui SJ, Aryal A, Battala M. Access to gender-affirming health care among trans men and transmasculine people in India. *World Professional Association for Transgender Health Symposium* [Oral]*, Montreal, Canada. September 19, 2022.

Scheim AI, Ciavarella C, Vermilion J, Arps FSE, Santos H, Adams N, Nation K, Bauer GR. Access to Justice for Trans and Non-Binary Sex Workers in Canada: An Intersectional Analysis of Trans PULSE Canada. *World Professional Association for Transgender Health Symposium* [Oral]*, Montreal, Canada. September 18, 2022.

Scheim AI, Ciavarella C, Vermilion J, Arps FSE, Santos H, Adams N, Nation K, Bauer GR. Intersecting inequities in access to justice for trans and non-binary sex workers in Canada [Poster]. *International AIDS Conference.* Montreal, Canada and online. July 29-August 2, 2022.

Scheim AI, Bouck Z, Tookey P, Hopkins S, Sniderman R, Garber G, Baral S, Kerr T, Rourke S, Werb D. Supervised consumption service use and non-fatal overdose among people who inject drugs in Toronto, Canada [Poster]. *Society for Epidemiologic Research Annual Meeting.* Online. December 16-18, 2020.

Scheim AI, Kamara HT, Mansary K, Thumath M. Sierra Leone's first needle and syringe program: Lessons learned [Poster]. *International AIDS Conference: Virtual.* July 6-10, 2020.

Scheim AI, Perez-Brumer A, Bauer G. Legal gender recognition, psychological distress, and suicide risk among trans adults in the United States [Oral]. *U.S. Professional Association for Transgender Health Conference,* Washington, D.C. September 6, 2019.

Scheim AI, Twahirwa Rwema JO, Liestman B, Nyombayire J, Ketende S, Mazzei A, Mbayiha A, Malamba S, Lyons CE, Olawore O, Mugwaneza P, Kagaba A, Sullivan P, Allen S, Karita E, Baral S. Characterizing the HIV treatment cascade among transgender women in Kigali, Rwanda [Poster]. *International AIDS Society Meeting,* Mexico City. July 22, 2019.

Scheim AI, Maghsoudi N, Churchill S, Ghaderi G, Marshall Z, Werb D. What matters and what has been measured? A systematic review of research on the impacts of implementing drug decriminalization or regulation [Oral]. *International Society for the Study of Drug Policy Conference,* Paris, France. May 22, 2019.

Scheim AI, Maghsoudi N, Churchhill C, Marshall Z, Werb D. Health and social impacts of implementing drug decriminalization or regulation: A systematic review [Poster]. *Harm Reduction International Conference,* Porto, Portugal. April 29, 2019.

Scheim AI, Bauer GR. Gender-affirming genital surgery associated with reduced HIV sexual risk among transgender women: A respondent driven-sampling survey [Poster]. *International AIDS Conference,* Amsterdam, NL. July 24, 2018.

Scheim AI, Knight R, Shulha H, Nosova E, Hayashi K, Milloy M-J, Kerr T, DeBeck K. Men who have sex with men and inject drugs in a Canadian setting [Poster]. *The College on Problems of Drug Dependence Annual Meeting,* San Diego, CA. June 10, 2018.

<u>Scheim AI</u>, Nosova E, Knight R, Hayashi K, Kerr T. HIV incidence among men who have sex with men and inject drugs in Vancouver, Canada [Oral]. *Canadian Association for HIV/AIDS Research Conference.* Vancouver, Canada. April 28, 2018.

<u>Scheim AI</u>, Bauer GR. The intersectional discrimination index: Validity and reliability of a new measure for population health research [Oral]. *Canadian Society for Epidemiology and Biostatistics Conference.* Banff, Canada. May 31, 2017.

<u>Scheim AI</u>, Bardwell G, Mitra S, Rachlis B, Kerr T. Public injecting in London, Canada: A role for supervised injection services? [Poster] *International Harm Reduction Conference*, Montreal, Canada. May 16, 2017.

<u>Scheim AI</u>, Bardwell G, Rachlis B, Mitra S, Kerr T. Syringe sharing among people who inject drugs in London, Ontario [Poster]. *Canadian Association for HIV/AIDS Research Conference*, Montreal, Canada. April 6-9, 2017.

<u>Scheim AI</u>, Bauer GR, Shokoohi M. Impacts of social exclusion on problematic substance use among transgender people: A respondent-driven sampling survey in Canada's most populous province [Oral]. *Annual Meeting of the American Public Health Association.* Denver, USA. October 31, 2016.

<u>Scheim AI</u>, Adam B, Marshall Z, Murray J. Accounting for high vulnerability and low risk for HIV among transgender men: a sexual fields analysis [Poster]. *International AIDS Conference.* Durban, South Africa. July 20, 2016.

<u>Scheim AI</u>, Santos G-M, Arreola S, Makofane K, Do TD, Hebert P, Thomann M, Ayala G. Transgender men who have sex with men report lower access to basic HIV prevention services than their non-transgender counterparts [Oral]. *Action + Access: The Rights and Demands of Gay and Bisexual Men in the Global Response to HIV.* Durban, South Africa. July 16, 2016.

<u>Scheim AI</u>, Bauer GR, Hammond R, Shokoohi M. Substance use among transgender people in Canada's most populous province: A respondent-driven sampling survey [Oral]. *World Professional Association for Transgender Health Symposium*, Amsterdam, Netherlands. June 20, 2016.

<u>Scheim AI</u>, Bauer GR, Travers R. HIV/STI sexual risk among transgender men who are gay, bisexual, or have sex with men: Trans PULSE Project [Oral]. *Canadian Association for HIV/AIDS Research Conference*, Winnipeg, Canada. May 13, 2016.

<u>Scheim AI</u>, Souleymanov R, Kuzmanovic D, Marshall Z, Worthington C, Mikiki, Millson P. Ethics in community-based research with people who use drugs [Poster]. *International Harm Reduction Conference*, Kuala Lumpur, Malaysia. October 21, 2015.

<u>Scheim AI</u>, Adam BD, Marshall Z. Gay, bi, and queer trans men navigating sexual fields [Oral]. *Annual Meeting of the American Sociological Association*, Chicago, USA. August 25, 2015.

<u>Scheim AI</u>, Bauer GR, Travers R, Redman N. Factors associated with HIV risk in Ontario's broad transfeminine population [Poster]. *Canadian Association for HIV/AIDS Research Conference*, Toronto, Canada. May 1-4, 2015.

<u>Scheim AI</u>, Souleymanov R, Kuzmanovic D, Marshall Z, Worthington C, Mikiki, Millson P. Ethics in community-based research with people who use drugs: A scoping review and community resource [Poster]. *Canadian Association for HIV/AIDS Research Conference*, Toronto, Canada. May 1-4, 2015.

Scheim AI, Bauer GR, Zong X, Hammond R. Discomfort discussing trans issues with family physicians: Correlates and implications for clinical practice [Poster]. *European Professional Association for Transgender Health*, Ghent, Belgium. March 12-14, 2015.

Scheim AI, Adam BD, Nault C, Marshall Z. "I didn't get the feeling that they knew what they were doing": HIV/STI testing experiences of trans men who have sex with men in Ontario [Poster]. *Canadian Association for HIV/AIDS Research Conference*, St. John's, Canada. May 1, 2014.

Scheim AI, Bauer GR. Practice and policy implications of sex and gender diversity within trans communities [Oral]. *World Professional Association for Transgender Health Symposium*, Bangkok, Thailand. February 17, 2014.

Scheim AI, Jackson R, James E, Dopler TS, Pyne J, Bauer GR. Well-being of Aboriginal gender-diverse people in Ontario, Canada [Oral]. *World Professional Association for Transgender Health Symposium*, Bangkok, Thailand. February 17, 2014.

Scheim AI, Adam BD, Marshall Z, Travers R, Ware SM. Safer sex decision-making and negotiation among trans men who have sex with men: Results from a qualitative study in Ontario, Canada [Oral]. *World Professional Association for Transgender Health Symposium*, Bangkok, Thailand. February 16, 2014.

Scheim AI, Cherian M, Bauer GR, Zong X. Characteristics and experiences of trans people in Ontario, Canada who have been in prison [Oral]. *World Professional Association for Transgender Health Symposium*, Bangkok, Thailand. February 14, 2014.

Scheim AI. A third checkbox is not enough: Implications of sex and gender diversity among trans Ontarians [Oral]. *London Health Research Day*, London, Canada. March 19, 2013.

Scheim A. Promoting and providing Pap tests for trans men [Oral]. *National Transgender Health Summit*, University of California San Francisco, USA. April 9, 2011.

**Invited Conference or Academic Presentations**

Intersectional approaches to measurement for social and behavioral HIV research. Grand Rounds, *HIV Center for Clinical and Behavioral Studies at the New York State Psychiatric Institute and Columbia University*. January 16, 2025.
Intersectionality at any sample size. *Interdisciplinary Research Center on Intimate Relationship Problems and Sexual Abuse, Université de Montréal*. December 11, 2024.

Strategies for measuring intersecting forms of stigma and discrimination in HIV research. *UCSF Center for AIDS Research*. April 18, 2024.

Undoing erasure to promote trans, non-binary, and intersex people's health. *Anatomy Connected 2024 (Annual meeting of the American Anatomy Association)*. Toronto, Canada. March 24, 2024.

Upstream and up close: Community-engaged social epidemiology to advance LGBTQ+ health equity. *Stanford University School of Medicine LGBTQ+ Health Seminar Series*. March 11, 2024.

Structural and intersectional approaches to trans population health. *Epidemiology and Biostatistics Seminar Series, Western University*. March 1, 2024.

Intersectionality in substance use research. *Center for Drug Use and HIV Research, New York University.* April 24, 2023.

Intersectional approaches to measuring stigma and discrimination for trans and nonbinary health research. *SHINE Strong R25 Seminar, University of California Irvine.* April 21, 2023.

Development and evaluation of intersectional discrimination measures for people living with HIV. *Culturally focused HIV Advancements through the Next Generation for Equity (CHANGE) T32 Training Program Seminar, University of Miami.* April 8, 2023.

Intersectionality and survey measures. *Intersectionality Training Institute.* March 8, 2023.

Global insights on transgender health. *Taylor and Francis Group.* October 4, 2022.

Plenary presentation: Social determinants of mental health among transmasculine people in India. *8th National LGBTQ Health Conference.* Chicago, IL. July 29, 2022.

Transmasculine people's health and human rights in India. *Centre for Gender and Sexual Health Equity (University of British Columbia) Speaker Series.* June 16, 2022.

Our Health Matters: A community-based mixed-methods study of transmasculine mental health in India. *Social and Behavioural Health Sciences Seminar Series, University of Toronto.* June 14, 2022.

Putting community and intersectionality at the center: Social epidemiology to advance global LGBTQ+ health equity. *Department of Health, Behavior, and Society, Johns Hopkins University.* June 7, 2022.

Keynote: Strategies for measuring intersecting forms of stigma and discrimination in population health research. *U.S. Department of Health and Human Services Stigma Working Group.* April 14, 2022.

Research on transmasculine health globally and in India: Gaps and opportunities. *2nd National LGBTQI+ Health Symposium.* New Delhi, India. December 10, 2021.

Health disparities and health equity for transgender populations. *Drexel – Tower Health LGBTQ+ Health Symposium.* June 30, 2021.

Keynote: Epidemiology of HIV among transgender populations globally. *International Workshop on HIV and Transgender People.* Mexico City. July 20, 2019.

How transgender people experience Canada's health care system. Canadian Health Coalition Research Roundtable, *Talking Across Silos in Canada's Health Movements.* Ottawa, Canada. December 1, 2018.

Approaches to measuring intersectional stigma. Johns Hopkins University and Population Council Satellite Session on Intersectional Stigma, *International AIDS Conference.* Amsterdam, Netherlands. July 25, 2018.

Barriers to care and strategies to overcome for trans men. TRANS action: Building Bridges to Safety, Pre-Conference to the *International AIDS Conference.* Amsterdam, Netherlands. July 21, 2018.

Keynote: Transgender health and HIV. *Israeli LGBT Centre* and *Israel AIDS Task Force.* Tel Aviv, Israel. May 10, 2018.

HIV vulnerabilities among transgender women in sex work. *Johns Hopkins University Center for Public Health and Human Rights Symposium*. April 13, 2018.

Stigma, discrimination, and transgender health disparities. *Department of Social Medicine, University of North Carolina – Chapel Hill*. November 13, 2017.

Keynote: Transgender health and HIV: The view from Canada. *Australasian HIV & AIDS Conference*. Canberra, Australia. November 6, 2017.

Keynote: From washrooms to classrooms and beyond: Transgender rights and social inclusion. *University of Waterloo*. Waterloo, Canada. October 20, 2016.

Trans health and workplace inclusion. *Bluewater Health* [hospital]. Sarnia, Canada. September-December, 2016.

Understanding health care and transition for Ontario's transgender population. *London Health Sciences Centre Endocrinology Grand Rounds*. April 6, 2016.

Improving LGTB health data: assessing survey measures of sex, gender and sexual orientation. *Rainbow Health Ontario Conference*. London, Canada. March 10, 2016.

Plenary presentation: Trans men and stigma: A research snapshot. *British Columbia Gay Men's Health Summit*. Vancouver, Canada. November 6, 2015.

Plenary presentation: Access to health care for transgender men. *8th International AIDS Society Conference on HIV Pathogenesis, Treatment, & Prevention*. Vancouver, Canada. July 20, 2015.

Plenary presentation: Improving access to HIV/STI testing for trans communities: Learning from the experiences of trans MSM in Ontario. *Ontario AIDS Bureau HIV Testing Conference*. Toronto, Canada. March 25, 2015.

Community-led participatory research with trans communities: Case studies from Ontario, Canada. *Global Forum on MSM and HIV Pre-Conference to the International AIDS Conference*. Melbourne, Australia. July 20, 2014.

Is it time for HIV home testing? Presentation at the *Ontario HIV Treatment Network Research Conference*, Toronto, Canada. November 12, 2012.

The flipside of democratization in global Taiwan: Global civil society, the Taiwanese state, and challenges to gay rights and sexual freedom. Invited oral presentation: *Ministry of Foreign Affairs, Republic of China (Taiwan)*, Taipei, Taiwan. December 9, 2010.

Check It Out: Women who have sex with women, trans men, and Pap tests. *Guelph Sexuality Conference*, University of Guelph. June 23, 2010.

Getting Primed: Informing HIV prevention with gay, bi, queer trans men. *Europride Pride House*, Stockholm, Sweden. July 30, 2008.

Sexual health and trans communities. *Toronto Public Health Sexual Health Unit*. September 18, 2007.

Trans generation: Developments in transgender youth activism, services, and culture. Invited faculty, *National Gay and Lesbian Taskforce Creating Change Conference*, Kansas City, MS. November 8, 2006.

## TEACHING

### Instructor

| | |
|---|---|
| Fall 2024 | Epidemiology EPI749: Research and Practice in Epidemiology, Drexel University |
| Fall 2023 | Epidemiology EPI749: Research and Practice in Epidemiology, Drexel University |
| Winter 2023 | Epidemiology EPI550: Applied Survey Research in Epidemiology, Drexel University |
| Fall 2021 | Epidemiology EPI750: Integrative Learning Experience in Epidemiology, Drexel University |
| Winter 2021 | Epidemiology EPI550: Applied Survey Research in Epidemiology, Drexel University |
| Fall 2018 | Health, Aging, and Society 3R03: Health Inequalities (undergraduate), McMaster University |

### Guest Lectures

| | |
|---|---|
| 2024 | *Transgender Health*. Social Epidemiology, Drexel University. |
| 2023 | *Transmasculine Health and Human Rights. Reproductive Justice & the Law*. Jindal Global University (India). |
| 2021 | *Developing a community-based participatory research program*. Community Health and Prevention Doctoral Seminar, Drexel University. |
| 2019 | *Epidemiology of Transgender Health*, Bloomberg School of Public Health, Johns Hopkins University. |
| 2019 | *Sex and Gender*. Social Epidemiology, Drexel University. |
| 2017 | *Discrimination & Transgender Health Disparities*. HIV and Substance Use Seminar, UC San Diego. |
| 2017 | *Transgender Mental Health*. Transgender Studies, Smith College School of Social Work. |
| 2016, 2018, 2019, 2020, 2021 | *Drug Use and Policy*. Public Health, Western University. |
| 2016 | *Transgender Health*. Endocrinology, Medicine Year 2, Western University. |
| 2015-2017 | *Epidemiology of HIV*. Epidemiology of Major Diseases, Western University. |
| 2015, 2016 | *Sex and Gender in Survey Research*. Survey Research Methods, Western University. |
| 2015 | *Gender and Health*. Social Determinants of Health, University of Waterloo. |

## MENTORSHIP

### Doctoral advisor

| Dates | Name | Program or School | Thesis | Role | Current Position |
|---|---|---|---|---|---|
| 2022-now | Victoria Ryan | PhD, Epidemiology, Drexel University | Longitudinal Population Size Estimation and Drug Use Patterns Associated with Overdose Prevalence Among People Who Inject Drugs in Philadelphia | Advisor | PhD Candidate |
| 2022-now | Heather Santos | PhD, Epidemiology, Drexel University | Suicide risk among transgender and non-binary people in Canada | Advisor | PhD Candidate |
| 2020-2022 | Tanner Nassau | PhD, Epidemiology, Drexel University | Supervised injection sites and infectious disease risk among people who inject drugs | Co-advisor | Epidemiologist, Philadelphia Department of Public Health |

### Thesis committee member

| Dates | Name | Program or School | Thesis | Current Position |
|---|---|---|---|---|
| | | | | |

| 2024-now | Justin Jones | PhD, Epidemiology, Drexel University | Advancing HIV surveillance: The Role of molecular sequencing and enhanced HIV services in diagnoses and risk reduction | PhD Candidate |
|---|---|---|---|---|
| 2022-now | Mannat Malik | PhD Candidate, Health Behavior, University of North Carolina – Chapel Hill | Resistance to intersectional stigma among transgender women | PhD Candidate |
| 2022-now | Jason Hallarn | PhD, Epidemiology and Biostatistics, Western University | Sexual health among transgender and non-binary persons living in Canada | PhD Candidate |
| 2022-2024 | Lux Li, PhD | MSc, Epidemiology and Biostatistics, Western University | Gender positivity and gender distress in transgender and non-binary communities: Predictive factors and impact on health | Clinical Research Project Assistant, Sick Kids Hospital |
| 2022-2023 | Bisola Hamzat | MSc, Epidemiology and Biostatistics, Western University | Intersectional analysis of intimate partner violence among transgender and non-binary people in Canada | Epidemiologist/Research Coordinator, Ontario Drug Policy Research Network |
| 2021-2022 | Emily Sanders | MSc, Epidemiology and Biostatistics, Western University | Fertility preservation discussions among transgender youth and adults beginning gender-affirming care in Canada | MD candidate, University of Limerick |
| 2020-2021 | Sara Todorovic | MSc, Epidemiology and Biostatistics, Western University | Impact of delays to gender-affirming medical care during COVID-19 on anxiety and depression among trans and non-binary people | Epidemiologist, IPRO |
| 2020-2024 | Gioi Tran Minh | PhD, Social Dimensions of Health, University of Victoria | Substance use among transgender people in Canada | |
| 2019-2024 | Leo Rutherford | PhD, Social Dimensions of Health, University of Victoria | A Community-based survey of trans men's sexual health and wellness after metoidioplasty or phalloplasty | Postdoctoral Fellow |
| 2017-2019 | Emily Nunez | MSc, Epidemiology and Biostatistics, Western University | Impacts of identity versus targetability on the relationship between discrimination and health | Epidemiologist/ Biostatistician, Public Health Agency of Canada |

## SERVICE

### Academic Service

| | |
|---|---|
| 2024 – | Chair, Dornsife School of Public Health Executive Committee of the Faculty |
| 2024 – | Member, Department of Epidemiology and Biostatistics Graduate Program Committee |
| 2023 – 2024 | Chair, Department of Epidemiology and Biostatistics Social Committee |
| 2022 – | Queer Inclusion, Equality, Health, & Rights Working Group (Co-Chair, 2022-2023) |
| 2022 – | Guiding Team, Robert Wood Johnson Foundation Transforming Academia for Equity |
| 2022 – | Department of Epidemiology and Biostatistics Chair's Advisory Committee |
| 2022 - 2024 | Member, Dornsife School of Public Health Executive Committee of the Faculty |
| 2021 - 2023 | Department of Epidemiology and Biostatistics Seminar Committee |
| 2021 - 2023 | Drexel University Senate Committee on Student Life |
| 2021 | Epidemiology PhD Admissions Committee |

| 2020 | Epidemiology PhD Comprehensive Exam Committee |

## Editorial and Peer Review Activities

*Editorial Roles*

| 2025 – | Consulting Editor, *Stigma & Health* |
| 2023 – | Associate Editor, *LGBT Health* |
| 2020 - 2021 | Guest Editor, *PLOS ONE*: Health and Health Care in Gender Diverse Communities |
| 2019 – | Editorial Board Member, *International Journal of Transgender Health* |
| 2018 - 2022 | Associate Editor, *BMC Infectious Diseases* |
| 2017 – | Editorial Board Member, *Psychology & Sexuality* |

*Ad Hoc Reviewer*

Addictive Behaviors, AIDS & Behavior, American Journal of Epidemiology, American Journal of Public Health, BMC Infectious Diseases, BMC International Health and Human Rights, BMJ Open, Canadian Journal of Public Health, Canadian Medical Association Journal, Culture, Health, and Sexuality, Epidemiology, Harm Reduction Journal, Health & Human Rights Journal, HIV Medicine, International Journal of Drug Policy, International Journal of STDs and AIDS, JAMA Network Open, Journal of Acquired Immune Deficiency Syndromes, Journal of Homosexuality, Journal of the International AIDS Society, Journal of Sex Research, The Lancet HIV, The Lancet Public Health, LGBT Health, PLOS ONE, Sexually Transmitted Infections, Social Psychology and Psychiatric Epidemiology, Social Science & Medicine, Transgender Health

*Leadership in Scientific Meetings*

| 2024 | Panel organizer, A trans studies that counts: Critical quantitative approaches in applied trans studies. *2nd International Trans Studies Conference* |
| 2023 | Symposium co-organizer, Measuring sex, gender, and sexual orientation in epidemiologic research. *Society for Epidemiologic Research Annual Meeting* |
| 2021 | Track C (Prevention Science) Scientific Committee, *IAS Conference on HIV Science* |
| 2019 - 2021 | Organizing Committee, *International Workshop on HIV and Transgender People* |
| 2019 - 2020 | Track C (Epidemiology and Prevention) Scientific Committee, *AIDS 2020* |
| 2019 | Scientific Committee, U.S. Professional Association for Transgender Health Conference |
| 2019 | Organizing Committee, *Community-Based Research Centre Gay Men's Health Summit* |
| 2018 | Invited Rapporteur (Epidemiology and Prevention), *AIDS 2018* |
| 2017 | Organizing Committee, *Canada's Drug Futures Forum* |
| 2016 | Invited moderator, Briefing on HIV indicator for transgender persons, *White House Office of National AIDS Policy* |
| 2016 | Organizing Committee, *Transgender Pre-Conference to AIDS 2016* |
| 2016 | Organizer, Improving methods for transgender population health and epidemiologic research, *World Professional Association for Transgender Health Symposium* |

*Abstract Review for Scientific Meetings*

| 2019 | National LGBTQ Health Conference (Emory University) |
| 2018 | Annual Meeting of the Society for Epidemiologic Research |
| 2015-2018 | Canadian Conference on HIV/AIDS Research |

*Funding Peer Review*

| 2021 | *National Institutes of Health* - Transformative Research to Address Health Disparities and Advance Health Equity (U01) |
| 2020 | *Canada Research Coordinating Committee* - New Frontiers in Research Fund |
| 2020 | *Canadian Institutes of Health Research* - COVID-19 Mental Health & Substance Use |

| 2019 | *UC San Diego Center for AIDS Research* - International Pilot Grants |
| 2017 | *Canadian Institutes of Health Research* - Global Health Planning and Dissemination Grants |

## Professional Service

| 2024 – | Research Advisor, A qualitative inquiry into suicidality among Transgender and Gender Diverse communities in India, *The Unsound Project*. |
| 2024 – | Institute Advisory Board, *Institute of Gender and Health, Canadian Institutes of Health Research*. |
| 2023 | Invited panelist, Expanding the Evidence Base in Gender-Affirming Care for Transgender and Gender Diverse Populations, *NIH Sexual & Gender Minority Research Office*. |
| 2020 | Invited participant, HIV-Related Intersectional Stigma Research Advances and Opportunities Workshop. *NIH Office of AIDS Research and NIMH*. |
| 2019 | Expert participant [nominated by the Government of Canada], 2nd Expert Working Group on improving drug statistics and strengthening the Annual Report Questionnaire (ARQ). *United Nations Office on Drugs and Crime*. Vienna. |
| 2018 - 2022 | Leadership Group, Supervised Consumption Services, *Canadian Research Initiative in Substance Misuse*. |
| 2018 - 2022 | Revision Committee, *World Professional Association for Transgender Health* Standards of Care Version 8 (Chapter 8: Sexual Health Across the Lifespan). |
| 2018 | Invited participant, Methods and Measurement in Sexual and Gender Minority (SGM) Health Research workshop, *National Institutes of Health*. |
| 2018, 2016 | Invited meeting participant, Exploring International Priorities and Best Practices for the Collection of Data About Gender Minorities, *The Williams Institute*. (Buenos Aires, Argentina and Amsterdam, Netherlands) |
| 2014 | Writing Group member, Implementation Tool on Men who have Sex with Men and Transgender People in Low- and Middle-Income Countries, *United Nations Population Fund*. |

## Community Service

| 2024 – | Secretary, Board of Directors, Global Action for Trans Equality |
| 2020 – | ViiV Positive Action Technical Review Committee |
| 2019 – | International Working Group on Trans Men and HIV, *Global Action for Trans Equality* |
| 2016-2019 | Co-chair, Trans Working Group, *Canadian HIV Trials Network* |
| 2015-2019 | Advisory Committee, *Ontario HIV Epidemiology and Surveillance Initiative* |
| 2013-2016 | Research Group, *Global Forum on MSM and HIV* |
| 2007-2015 | Provincial Advisory Body, *Ontario Gay Men's Sexual Health Alliance* |
| 2007-2011 | Co-Chair, Board of Directors, *LGBT Youth Line* (Ontario) |
| 2006-2016 | Chair, Trans Men's Working Group, *Ontario Gay Men's Sexual Health Alliance* |
| 2006-2009 | Trans Men's HIV Prevention Needs Assessment Steering Committee, *AIDS Bureau, Ontario Ministry of Health and Long-Term Care* |

## Expert Witness

| 2024 | Gender marker changes (Kalarchik v. Montana), *American Civil Liberties Union* |
| 2023 | Transgender health research methodology, *British Columbia College of Nurses and Midwives* |
| 2023 | Name changes for transgender people, Court of Common Pleas of Butler County, PA, *Transgender Legal Defense and Education Fund* |
| 2022 | Gender marker changes for transgender people (Marquez v. Montana), *American Civil Liberties Union* |
| 2021 | Name changes for transgender people, Courts of Common Pleas of Allegheny County, PA, *Transgender Legal Defense and Education Fund* |

| | |
|---|---|
| 2021 | Name changes for transgender people, Courts of Common Pleas of Philadelphia, PA, *Transgender Legal Defense and Education Fund* |
| 2020 | Anti-transgender stigma (Cardle v. Her Majesty the Queen), *Legal Aid Ontario* |

**Memberships**

International AIDS Society, Society for Epidemiologic Research, World Professional Association for Transgender Health, US Professional Association for Transgender Health

# EXHIBIT B

# BIBLIOGRAPHY

Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. BMC Public Health. 2015;15(1):525. Doi:10.1186/s12889-015-1867-2.

Cotton JC, Martin-Storey A, Le Corff Y, Beauchesne Lévesque SG, Sansfaçon AP. En Reponse Au Projet De Loi 2 : Associations Entre Les Demarches Legales D'affirmation Du Genre et Deux Indicateurs De Bien-etre Chez Des Personnes Trans et Non-Binaires Du Quebec. The Canadian Journal of Psychiatry / La Revue Canadienne de Psychiatrie 2022; 67(7): 578-580. Doi: 10.1177/07067437221090088.

DeChants JP, Price MN, Green AE, Davis CK, Pick CJ. Association of updating identification documents with suicidal ideation and attempts among transgender and nonbinary youth. International Journal of Environmental Research and Public Health. 2022; 19:5016. Doi:10.3390/ijerph19095016.

Downing JM, Przedworski JM. Health of transgender adults in the U.S., 2014-2016. American Journal of Preventive Medicine. 2018;55(3):336-344. Doi:10.1016/j.amepre.2018.04.045.

Grant R, Amos N, McNair R, Lin A, Hill A, Cook T, Carman M, Bourne A. The role of medical and legal gender affirmation in shaping positive mental health outcomes for transgender and gender diverse people in Australia. Transgender Health. 2024 Sept 24. Doi: 10.1089/trgh.2024.0007.

Herman JL, O'Neill K. Gender Marker Changes on State Documents: State-Level Policy Impacts. Los Angeles, CA: Williams Institute, 2021. Available from: https://williamsinstitute.law.ucla.edu/wp-content/uploads/Gender-Markers-Jun-2021.pdf

Hill BJ, Crosby R, Bouris A, Brown R, Bak T, Rosentel K, VandeVusse A, Silverman M, Salazar L. Exploring transgender legal name change as a potential structural intervention for mitigating social determinants of health among transgender women of color. Sexuality Research & Social Policy. 2018;15(1):25-33. Doi:10.1007/s13178-017-0289-6.

ILGA-Europe and OII Europe. Diving Into the FRA LGBTI II Survey Data: Intersex Briefing. 2023. Available from: https://www.ilga-europe.org/report/intersections-intersex-diving-into-the-fra-lgbti-ii-survey-data/ (last accessed February 10, 2025)

James SE, Herman JL, Rankin 5, Keisling M, Mottet L, Anafi M. The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality; 2016:1-302. Available from: https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf

James SE, Herman JL, Durso LE, Heng-Lehtinen R. Early Insights: A Report of the 2022 U.S. Transgender Survey. National Center for Transgender Equality, Washington, DC. 2024. Available from: https://transequality.org/sites/default/files/2024-02/2022%20USTS%20Early%20Insights%20Report_FINAL.pdf

Kessler RC, Barker PR, Colpe LJ, et al. Screening for serious mental illness in the general population. Archives of General Psychiatry 2003; 60: 184–89.

Lee EJ, Gurr D, Wye GV. An evaluation of New York City's 2015 birth certificate gender marker regulation. LGBT Health. 2017; 4(5):320-327. Doi: 10.1089/lgbt.2017.0087.

Loza O, Beltran O, Perez A, Green J. Impact of name change and gender marker correction on identity documents to structural factors and harassment among transgender and gender diverse people in Texas. Sexuality, Gender, & Policy. 2021;4:76–105. Doi: 10.1002/sgp2.12035.

Madrigal–Borloz V. A/HRC/38/43: Report of the Independent Expert on protection against violence and discrimination based on sexual orientation and gender identity. May 2018. Available from: https://docs.un.org/en/A/HRC/38/43 (last accessed February 10, 2025)

Mann S. Transgender employment and gender marker laws. Labour Economics. 2021; 73:102072. Doi:10.1016/j.labeco.2021.102072.

Olson ED, Reddy-Best K. "Pre-top surgery, the body scanning machine would most likely error:" Transgender and gender nonconforming travel and tourism experiences. Tourism Management. 2019;70:250-61. Doi: 10.1016/j.tourman.2018.08.024.

Parker K, Menasce Horowitz J, Brown A. Americans' Complex Views on Gender Identity and Transgender Issues. Pew Research Center. June 28, 2022. https://www.pewresearch.org/social-trends/2022/06/28/americans-complex-views-on-gender-identity-and-transgender-issues/ (last accessed February 10, 2025)

Puckett JA, Price S, Dunn T, Kuehn K, Kimball D, Hope DA, Mocarski R, Juster R-P, DuBois LZ. Legal Gender affirmation, psychological distress, and physical health issues: Indirect effects via enacted stigma. Sexuality Research & Social Policy 2024;21(3):1112-1122. Doi: 10.1007/s13178-024-00971-y.

Quinan CL, Bresser N. Gender at the border: Global responses to gender-diverse subjectivities and nonbinary registration practices. Global Perspectives. 2020;1(1):12553. Doi: 10.1525/gp.2020.12553.

Restar A, Jin H, Breslow A, Reisner SL, Mimiaga M, Cahill S, Hughto JMW. Legal gender marker and name change is associated with lower negative emotional response to gender-based mistreatment and improve mental health outcomes among trans populations. SSM - Population Health. 2020;11:100595. Doi:10.1016/j.ssmph.2020.100595.

Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. Journal of Adolescent Health. 2018;63(4):503-505.

Scheim AI, Perez-Brumer AG, Bauer GR. Gender-concordant identity documents and mental health among transgender adults in the USA: a cross-sectional study. The Lancet Public Health. 2020;5(4):e196-e203. Doi:10.1016/S2468-2667(20)30032-3.

Scheim AI, Restar AJ, Zubizarreta D, Lucas R, Wilson Cole S, Everhart A, Baker KE, Rodriguez MI. Legal gender recognition and the health of transgender and gender diverse people: A systematic review and meta-analysis. Under review, Social Science & Medicine.

Tan KKH, Watson RJ, Byrne JL, Veale JF. Barriers to possessing gender-concordant identity documents are associated with transgender and nonbinary people's mental health in Aotearoa/New Zealand. LGBT Health. 2022;9(6):401-410. Doi:10.1089/lgbt.2021.0240.

The Trans PULSE Canada Team. Health and health care access for trans and non-binary people in Canada. 2020- 03-10. Available from: https://transpulsecanada.ca/results/report-1/ (last accessed February 11, 2025)

White Hughto JM, Reisner SL, Pachankis JE. Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. Soc Sci Med. 2015;147:222-231. Doi:10.1016/j.socscimed.2015.11.010.

Yee K, Lind BK, Downing, J. Change in gender on record and transgender adults' mental or behavioral health. American Journal of Preventive Medicine. 2022; 62(5):696-704. Doi:.1016/j.amepre.2021.10.016.