# EXHIBIT L

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ASHTON ORR, ZAYA PERYSIAN,
SAWYER SOE, CHASTAIN ANDERSON,
DREW HALL, BELLA BOE, and REID
SOLOMON-LANE, on behalf of themselves
and others similarly situated,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; U.S.
DEPARTMENT OF STATE; MARCO
RUBIO, in his official capacity as Secretary of
State; and UNITED STATES OF AMERICA,

*Defendants*.

Case No. 1-25-cv-10313

Hon. Julia E. Kobick

### REBUTTAL EXPERT DECLARATION OF SARAH D. CORATHERS, MD

1.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      I have actual knowledge of the matters stated in this declaration and have collected and cite relevant literature concerning issues in this litigation throughout this report.

3.      My credentials are set forth in my initial prior declaration, ECF 30-1.

4.      I have reviewed Defendants' Brief in Opposition to the Plaintiffs' Motion to Stay Administrative Proceedings and for a Preliminary Injunction, ECF 53. Here, I respond to some of the Defendants' assertions about the "Defining Sex" guidance issued by the U.S. Department of Health and Human Services (HHS) on Feb. 19, 2025. https://perma.cc/9DNS-CHSZ. ("HHS Guidance"). Based upon my training and clinical expertise, I will explain problems with some of the conclusions that Defendants draw from the HHS Guidance and provide data showing why those conclusions are erroneous. I do not specifically address each study or point made. I reserve the right to supplement my opinions, if necessary, as the case proceeds.

**The HHS Guidance misrepresents and incorrectly asserts that sex can be defined exclusively by ability to produce either egg or sperm.**

5.      As stated in my initial declaration for the Court, ECF 30-1, in a medical and scientific context, sex refers to multiple physiologic attributes, such as chromosomes (genetic sex), gonads (glands that produce hormones), anatomy (reproductive parts both inside and outside of the body), secondary sex characteristics that usually develop during puberty, and gender identity.

6.      The HHS Guidance states, "There are only two sexes, female and male, because there are only two types of gametes." The HHS Guidance fails to acknowledge the existence of the following:

     a.  There are people that do not make either gamete (e.g., people with gonadal dysgenesis) and would therefore not fit into either of the categories set forth by the government's definition.

     b.  There are people with both ovarian and testicular tissue (e.g., people with ovatestes) and would therefore not fit into either of the categories set forth by the government's definition because they can produce both gametes.

     c.  At birth, a person's sex is generally assigned based on their external genitalia, but there are people whose gamete production does not align with external genitalia (e.g., people with congenital adrenal hyperplasia, which causes high exposure to androgen hormones that can result in virilized appearance of external genitalia in a person with ovaries and XX chromosomes, typically associated with females).

     d.  For individuals whose chromosomes, gonads, gametes, and external features do not fully align, they may not fit neatly into either of the government's definitions or they would be categorized differently depending on which definition—the EO, HHS, or the State Department's reliance on birth certificates—is used.

7.      The HHS Guidance's definition of sex as binary based upon gamete production is internally inconsistent within its own attempts to operationalize a definition:

   a.   HHS asserts an individual human is either female or male based on whether the person is of the sex characterized by a reproductive system with the biological function of producing eggs (ova) or sperm.  Subsequently, HHS then contradicts their own assertion by stating that having the biological function to produce eggs or sperm does not require that eggs or sperm are ever produced.

   b.   HHS does not explain how to determine a person's sex based on their "biological function of producing eggs (ova) or sperm" if the person cannot produce either gamete. According to the HHS Guidance, such individuals would not have any sex at all.

   c.   HHS does not address the physiologic function of the reproductive system to produce hormones that impact the observable physical attributes of sex characteristics.

8.      The HHS Guidance then conflates gametes with genetics. It incorrectly asserts that the sex of a human, female or male, is determined genetically at conception (fertilization), and is observable before birth.

9.      The combination of chromosomes is determined when the egg is fertilized. The ability to produce eggs or sperm is not determined at fertilization.

10.     To reiterate, gamete production is not present at conception (fertilization), nor is it observable before birth.

11.     The presence of a Y chromosome does not universally confer the ability to make sperm.

12.     The presence of two X chromosomes does not universally confer the ability to make ova.

13.     Medical conditions known as Differences of Sex Development (DSD) or Intersex describes a group of conditions in which biological sex development does not follow a typical path. Some intersex people will not develop the capacity to produce either ova or sperm.[1]

14.     The development of gonads (ovaries or testes) that ultimately have the potential to produce gametes (eggs or sperm) is a complex, multi-step process of activating and repressing factors dependent upon genetic instruction and subsequent embryologic differentiation in response to hormone signals that occur over many weeks following fertilization.

15.     Gonads are not always able to produce either eggs or sperm.

16.     Gonads do not always match external genitalia.

17.     An example of a condition that can result in female external genitalia despite having male internal reproductive organs is androgen insensitivity syndrome.[2] Individuals with complete androgen insensitivity have XY chromosomes (typically associated with males) but cannot respond to androgen hormones due to an impairment in the androgen receptor.  A person with complete androgen insensitivity has XY karyotype, but the testes do not descend into the scrotum and a penis is not formed. The result is the appearance of female external genitalia at birth and development of breasts during puberty. Based upon external appearance, people with complete androgen insensitivity are designated female at birth and reared with a female gender identity, yet they do not produce ova. People with complete androgen insensitivity have testes but are not able

---

[1] The Biological Reality of Sex and Intersex: A Response to the Executive Order, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" - Pediatric Endocrine Society. February 11, 2025.
[2] Gottlieb B, Trifiro MA. Androgen Insensitivity Syndrome. 1999 Mar 24 [Updated 2017 May 11]. In: Adam MP, Feldman J, Mirzaa GM, et al., editors. GeneReviews® [Internet]. Seattle (WA): University of Washington, Seattle; 1993-2025. Available from: https://www.ncbi.nlm.nih.gov/books/NBK1429/

to produce sperm (people with partial androgen insensitivity might be able to produce sperm). People with androgen insensitivity would not necessarily fit into either category set forth in the government's definitions, or which category they are placed in would differ depending on whether the EO, HHS, or the State Department's definition was used. For example, someone with complete androgen insensitivity syndrome would likely be considered male under the HHS and EO definitions because they have XY chromosomes and testes but would be considered female under the State Department definition because they would be designated female on their birth certificate based upon their external genitalia and physical appearance.

18.     In sum, nothing about the Defendants' proposed definitions of male and female reflect "biological truth" because they are blatantly inconsistent with the complex nature of biology of sex development.

**The HHS Guidance's definition of sex based on gamete production cannot be applied in any practical sense.**

19.     The HHS Guidance's proposed definition of sex based upon gamete production is impossible to determine by visual inspection and is not observable before birth.

20.     To meet the HHS Guidance's definition of female as "a person of the sex characterized by a reproductive system with the biological function of producing eggs (ova)" would require ultrasound imaging of every infant born with female appearing external genitalia to identify the presence of gonads. Even then, the presence of a gonadal structure does not guarantee that there is not testicular tissue present or that the gonad is functional to make ova. For example, Turner syndrome is a chromosome condition impacting phenotypic females (phenotype refers to observable appearance) with one intact X-chromosome and complete or partial absence of the

second sex chromosome.[3] Girls with classic Turner syndrome are completely missing one X-chromosome (karyotype 45 XO) and often have streak gonads (gonads that appear as fibrous, streak-like structures instead of fully formed ovaries or testes) that are difficult to distinguish and will not produce ova. Girls with a mosaic karyotype of Turner syndrome in which some cells have a missing X-chromosome and others have two copies of the X-chromosome may have structural ovaries but remain at risk of premature ovarian failure. Girls with mosaic Turner syndrome can also have a karyotype that includes Y-chromosome material and are at risk for gonadal tumor associated with the presence of Y-chromosome material.

21.    To meet the HHS Guidance's definition of male as "a person of the sex characterized by a reproductive system with the biological function of producing sperm" would require biopsy of presumed testicular tissue to confirm presence of seminiferous tubules or waiting until male puberty, between the ages of 9-14 years, and requiring the adolescent to produce a semen sample.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2025

SARAH D. CORATHERS, MD

---

[3] Gravholt CH, Andersen NH, Christin-Maitre S, Davis SM, Duijnhouwer A, Gawlik A, Maciel-Guerra AT, Gutmark-Little I, Fleischer K, Hong D, Klein KO, Prakash SK, Shankar RK, Sandberg DE, Sas TCJ, Skakkebæk A, Stochholm K, van der Velden JA; International Turner Syndrome Consensus Group; Backeljauw PF. Clinical practice guidelines for the care of girls and women with Turner syndrome. Eur J Endocrinol. 2024 Jun 5;190(6):G53-G151. doi: 10.1093/ejendo/lvae050. PMID: 38748847; PMCID: PMC11759048.