UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-10313-JEK |

**DECLARATION OF ISAAC D. CHAPUT
IN SUPPORT OF PLAINTIFFS' OPPOSTION TO
DEFENDANTS' MOTION FOR A STAY OF BRIEFING SCHEDULE
<u>IN LIGHT OF LAPSE OF APPROPRIATIONS</u>**

I, Isaac D. Chaput, hereby declare as follows:

1. I am a partner in the law firm of Covington & Burling LLP, counsel for Plaintiffs Ashton Orr, Zaya Perysian, Sawyer Soe, Chastain Anderson, Drew Hall, Bella Boe, Reid Solomon-Lane, AC Goldberg, Chelle LaBlanc, David Doe, Ray Gorlin, and Viktor Agatha and for the Classes. I am admitted *pro hac vice* in the above-captioned matter. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the U.S. Department of Justice FY 2026 Contingency Plan (Sept. 29, 2025), available at https://www.justice.gov/jmd/media/1377216/dl.

3. Attached as **Exhibit B** is a true and correct copy of Defendants' Motion for a Stay of Briefing Schedule in Light of Lapse of Appropriations filed with the U.S. Court of Appeals for the First Circuit on October 15, 2025.

4. Attached as **Exhibit C** is a true and correct copy of an email authored by Jared Littman, Trial Attorney at the Department of Justice, to counsel for Plaintiffs. Mr. Littman sent this email on October 20, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 22, 2025              /s/ *Isaac D. Chaput*
                                          Isaac D. Chaput