# EXHIBIT C

| | |
|---|---|
| **From:** | Littman, Jared (CIV) |
| **To:** | Chaput, Isaac; Li Nowlin-Sohl; Gianchetti, Robert C; Jon Davidson - he/him/his |
| **Cc:** | Lin, Jean (CIV); Layendecker, Elizabeth B (CIV); Yelin, Lewis (CIV); Velchik, Michael (CIV) |
| **Subject:** | FW: Activity in Case 1:25-cv-10313-JEK Orr et al v. Trump et al Motion for Summary Judgment |
| **Date:** | Monday, October 20, 2025 6:22:33 AM |

**[EXTERNAL]**

Good morning – Hope that everyone had a nice weekend. I'm writing to request your consent to a motion the government will file tomorrow seeking a stay of the government's briefing deadlines (Counts VI and VII) in *Orr v. Trump*, Civ. A No. 25-10313 (D. Mass.), in light of the existing lapse in appropriations.

Due to that lapse in appropriations, DOJ attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Because this case does not come within the exception, the government will ask the court to stay the current briefing deadlines.

The government will further request that, when appropriations are restored, all current deadlines for the parties be extended for the number of days commensurate with the duration of the lapse in appropriations beginning 10/17/25 (when the government's briefing period commenced), plus an additional 14 days. Thus, for example, if the lapse lasts 16 days past 10/17/25, all parties' deadlines would be extended by 16 + 14 = 30 days. The government will need this additional time following the end of the lapse to restart regular government operations and finalize the brief for filing. In addition, granting an extension calculated in this manner will avoid having all briefs that would otherwise have been due during the period of a lapse of appropriations from having the same due date following the restoration of appropriations, which would not be practicable for the parties or the Court. It also preserves the original chronological order of filing in government cases for fairness to all parties.

Please let me know whether plaintiffs consent to the stay motion, which I will file tomorrow, October 21.

Thanks,
Jared


**M. Jared Littman**
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

(202) 451-7478 (cell)

Jared.Littman2@usdoj.gov

---

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Friday, October 17, 2025 4:54 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:25-cv-10313-JEK Orr et al v. Trump et al Motion for Summary Judgment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Chaput, Isaac on 10/17/2025 at 4:54 PM EDT and filed on 10/17/2025

| | |
|---|---|
| **Case Name:** | Orr et al v. Trump et al |
| **Case Number:** | 1:25-cv-10313-JEK |
| **Filer:** | Viktor Agatha |
| | Chastain Anderson |
| | Bella Boe |
| | David Doe |
| | AC Goldberg |
| | Ray Gorlin |
| | Drew Hall |
| | Chelle LeBlanc |
| | Ashton Orr |
| | Zaya Perysian |
| | Sawyer Soe |

Reid Solomon-Lane

**Document Number:** 145

**Docket Text:**
**MOTION for Summary Judgment** *on Counts Six and Seven of the Amended Complaint* **by Viktor Agatha, Chastain Anderson, Bella Boe, David Doe, AC Goldberg, Ray Gorlin, Drew Hall, Chelle LeBlanc, Ashton Orr, Zaya Perysian, Sawyer Soe, Reid Solomon-Lane.(Chaput, Isaac)**

**1:25-cv-10313-JEK Notice has been electronically mailed to:**

Aditi Fruitwala    afruitwala@aclu.org

Alyssa Curcio    acurcio@cov.com

Ansel Carpenter    acarpenter@cov.com

Elizabeth Brooke Layendecker    elizabeth.b.layendecker@usdoj.gov

Gavin Wayne Jackson    gjackson@cov.com

Isaac D Chaput    ichaput@cov.com, docketing@cov.com

James D. Esseks    jesseks@aclu.org

Jennifer Herrmann    jherrmann@aclum.org

Jessie J. Rossman    jrossman@aclum.org, aarsenault@aclum.org, ipreissle@aclum.org, waltshuler@aclum.org

Jon Warren Davidson    jondavidson@aclu.org, ccaicedo@aclu.org, sgarcia@aclu.org

Jonathan Travis Thompson    jothompson@cov.com

Li Nowlin-Sohl    lnowlin-sohl@aclu.org, ccaicedo@aclu.org

M. Jared Littman    jared.littman2@usdoj.gov

Malita Picasso    mpicasso@aclu.org

Michael Velchik    michael.velchik@usdoj.gov

Rayford A. Farquhar    rayford.farquhar@usdoj.gov, caseview.ecf@usdoj.gov, olivia.padden@usdoj.gov, usama.ecf@usdoj.gov

Robert Gianchetti    rgianchetti@cov.com

Sean Bender    sbender@cov.com

Sruti J. Swaminathan    sswaminathan@aclu.org

William Kasper    wkasper@cov.com

Yuval Mor    ymor@cov.com

**1:25-cv-10313-JEK Notice will not be electronically mailed to:**

Joshua Harrell(Terminated)
935 Kearny St
#65
San Francisco, CA 94133

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/17/2025] [FileNumber=11604272
-0] [dc62f0c7edfa60f07056e2cb44ed408bbaa924d063600795cd10d2fcd1ab23b44
b3763b595facffb84ff4398f8a485f58d9b17a541c4e79dc6e6a353a6e1ddb5]]