IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-10313 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION FOR A STAY OF BRIEFING SCHEDULE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Pursuant to Local Rule 7.1(b)(3), Defendants respectfully seek leave to file a reply in further support of their motion for a stay of a brief schedule in light of the lapse of appropriations. Plaintiffs do not oppose this motion for leave. In support of this request, Plaintiffs state as follows:

1. On October 22, 2025, Defendants moved for a stay of the briefing schedule as to Counts 6 and 7, in light of the lapse of appropriations (ECF No. 148).

2. That same day, Plaintiffs filed an opposition (ECF No. 149).

3. To respond to certain arguments, omissions, and cases cited in Plaintiffs' opposition, Defendants seek leave to file the attached four-page reply in further support of its stay motion. *See* Ex. A, attached hereto.

Dated: October 24, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ M. Jared Littman*
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-5578
E-mail: Jared.Littman2@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was served upon Plaintiffs' counsel by the Electronic Case Filing system on October 24, 2025.

/s/ *M. Jared Littman*
M. JARED LITTMAN

Case 1:25-cv-10313-JEK   Document 150   Filed 10/24/25   Page 3 of 3