UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY**

Plaintiffs respectfully request a brief extension of their deadline to file an opposition to Defendants' Motion to Stay District Court Proceedings as to Counts 6 and 7 of the Complaint Pending Appeal in Light of Supreme Court's Stay ("Stay Motion") (ECF 156). Specifically, Plaintiffs request that the opposition deadline be extended one week to December 9, 2025. In support, Plaintiffs state:

1. Defendants filed their Stay Motion on November 18, 2025, making Plaintiffs' opposition due on December 2, 2025, under L.R. 7.1(b)(2).

2. Plaintiffs intend to file a motion to lift the stay of discovery shortly as to their constitutional claims, which was initially entered on August 6, 2025. *See* ECF 137.

3. Plaintiffs believe that briefing both stay-related motions at once would be most efficient for the Court and the parties.

4. The briefing schedule on Defendants' Stay Motion falls over the Thanksgiving holiday week.

1

5. Defendants assent to this motion in exchange for Plaintiffs' assent to a two-week extension request for Defendants' summary judgment briefing on Counts 6 and 7 of the Complaint, which Plaintiffs understand Defendants will separately request.

Respectfully submitted,

Dated: November 25, 2025

/s/ Isaac D. Chaput
Isaac D. Chaput (*pro hac vice*)
William P. Kasper *(pro hac vice)*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Jon W. Davidson (*pro hac vice*)
   (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
   (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs and the Classes*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1, Plaintiff's counsel conferred with Defendants' counsel. Defendants' counsel has indicated that Defendants assent to an extension according to the terms set out in the motion.

/s/ Isaac D. Chaput  
Isaac D. Chaput

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ Isaac D. Chaput
Isaac D. Chaput