## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASHTON ORR et al., <br><br>       *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States* et al., <br><br>       *Defendants*. | Civil Action No. 1:25-cv-10313 |

## DEFENDANTS' CONSENT MOTION TO EXTEND TIME

Defendants respectfully move for a two-week extension of the remaining summary judgment briefing deadlines for Counts 6 and 7 of the complaint. Defendants respectfully request that their deadline for the cross-motion and opposition be extended from December 29, 2025, to January 12, 2026; Plaintiffs' opposition and reply deadline be extended from January 12, 2026, to January 26, 2026; and Defendants' reply deadline be extended from January 26, 2026, to February 9, 2026.

Good cause exists for this extension. Counsel for Defendants requires additional time in light of the holidays and lead trial counsel's unforeseen shoulder surgery, followed by at least several weeks of recovery. Further, Defendants have a pending motion to stay proceedings for Counts 6 and 7, which has been fully briefed, *see* ECF Nos. 156, 157, and extending the schedule by two weeks will give the Court an opportunity to rule on the stay motion prior to further briefing.

Plaintiffs' counsel has indicated that Plaintiffs consent to this request.

Dated: December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*

ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-5046
Fax: (202) 616-8470
E-mail: Elizabeth.b.layendecker@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on December 8, 2025.

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER