UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' MOTION FOR LEAVE FOR
WILLIAM P. KASPER TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Plaintiffs move for leave to withdraw William Kasper as counsel for Plaintiffs and the Classes. The basis for the withdrawal is that Mr. Kasper will depart his employment with Covington & Burling LLP on January 2, 2026. Plaintiffs and the Classes will continue to be represented by the remaining counsel from the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Massachusetts, and Covington & Burling LLP.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 15, 2025　　　　　　/s/ *William P. Kasper*

　　　　　　　　　　　　　　　　　　　Isaac D. Chaput (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　William P. Kasper (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　Salesforce Tower
　　　　　　　　　　　　　　　　　　　415 Mission Street, Suite 5400
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　Telephone: 415-591-6000
　　　　　　　　　　　　　　　　　　　Facsimile: 415-591-6091
　　　　　　　　　　　　　　　　　　　ichaput@cov.com
　　　　　　　　　　　　　　　　　　　wkasper@cov.com

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Jon W. Davidson (*pro hac vice*)
    (admitted only in California)
Li Nowlin-Sohl (*pro hac vice*)
    (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
jondavidson@aclu.org
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs and the Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

I also hereby certify that on December 15, 2025, pursuant to Local Rule 83.5.2(d), a true copy of the foregoing will be sent via email to the named Plaintiffs to effect notice of the withdrawal.

/s/ *William P. Kasper*<br>
William P. Kasper