# EXHIBIT A

## CERTIFICATE OF PETER WILLIAM JOHNSTON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Peter William Johnston certifies and says:

1. I am an attorney at Covington & Burling LLP and one of the counsel for Plaintiffs and Classes in this matter.

2. My business address is 415 Mission Street, Suite 5400, San Francisco, CA 94105. My business telephone number is 415-955-6720.

3. I have been admitted to practice in the State of California. My California bar number is 363477. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this seventeenth day of December 2025 under penalty of perjury that the foregoing is true and correct.

December 17, 2025                                       Respectfully submitted,

                                                        /s/ *Peter William Johnston*
                                                        Peter William Johnston
                                                        (*Pro Hac Vice* Forthcoming)
                                                        COVINGTON & BURLING LLP
                                                        415 Mission Street, Suite 5400
                                                        San Francisco, CA 94105-2533
                                                        Telephone: 415-955-6720
                                                        pjohnston@cov.com