# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10313-JEK |

## NOTICE OF APPEARANCE

Please enter the appearance of Peter W. Johnston, of Covington & Burling LLP, as counsel for Plaintiffs in the above-captioned matter.

Dated: December 19, 2025

Respectfully submitted,

/s/ *Peter W. Johnston*
Peter W. Johnston
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
Suite 5400
San Francisco, CA 94114
(415) 955-6720
pjohnston@cov.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 19, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

Dated: December 19, 2025                                         */s/ Peter W. Johnston*
                                                                                      Peter W. Johnston