UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*,<br><br>                    *Plaintiffs*,<br>          v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    *Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION FOR AN INDICATIVE RULING
ON DISSOLVING THE PRELIMINARY INJUNCTIONS**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully seek leave to file a reply in support of their Motion for an Indicative Ruling on Dissolving the Preliminary Injunctions. Defendants oppose this motion for leave. In support of this motion, Plaintiffs state:

1.     On April 18, 2025, and June 17, 2025, the Court entered preliminary injunctions in this case. ECF 74, 116.

2.     On December 18, 2025, Plaintiffs moved for an indicative ruling that this Court would dissolve the preliminary injunctions, provided that the First Circuit remanded the appealed injunctions for this Court to dissolve them. ECF 168.

3.     On December 24, 2025, Defendants filed an opposition to Plaintiffs' Motion for an Indicative Ruling on Dissolving the Preliminary Injunctions. ECF 170.

4.     To respond to certain arguments, omissions, and cases cited in Defendants' opposition, Plaintiffs seek leave to file the attached six-page reply, labeled "Exhibit A," in support of their Motion for an Indicative Ruling on Dissolving the Preliminary Injunctions.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 31, 2025 | /s/ *Isaac D. Chaput* |

Isaac D. Chaput (*pro hac vice*)
Peter William Johnston (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
pjohnston@cov.com

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Li Nowlin-Sohl (*pro hac vice*)
    (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Ansel F. Carpenter (*pro hac vice*)
Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
acarpenter@cov.com
gjackson@cov.com

Jonathan Thompson (*pro hac vice*)
Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
jothompson@cov.com
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Yuval Mor (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
ymor@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs and the Classes*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated with counsel at the Department of Justice, Jared Littman, who indicated that Defendants oppose Plaintiffs' motion.

/s/ *Isaac D. Chaput*
Isaac D. Chaput

### CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Isaac D. Chaput*
Isaac D. Chaput