## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Defendants' Cross-Motion for Summary Judgment as to Counts 6 and 7 of the Amended Complaint and Memorandum in Support Thereof and in Opposition to Plaintiffs' Motion for Summary Judgment as to the Same Counts was served upon Plaintiffs' counsel by the Electronic Case Filing system on January 12, 2026.

/s/ *M. Jared Littman*
M. JARED LITTMAN