UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHTON ORR, *et al.*, <br><br>                *Plaintiffs*, <br>      v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>                *Defendants*. | Case No. 1:25-cv-10313-JEK |

## JOINT STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULES

Plaintiffs and Defendants jointly stipulate and agree, subject to the Court's approval, to the briefing schedule identified herein. In support thereof, the Parties state as follows:

**WHEREAS,** the Court previously stayed this action pending the First Circuit's decision on Defendants' appeal of the preliminary injunction orders, ECF 74, 116, *see* ECF 175;

**WHEREAS,** the First Circuit issued its decision dismissing Defendants' appeal as moot and vacating this Court's preliminary injunction orders on June 5, 2026, *see* ECF 183;

**WHEREAS,** the Court ordered the Parties to confer and file a joint proposal with procedural deadlines within fourteen days of the First Circuit's decision, *see* ECF 175;

**WHERERAS,** the Parties have conferred and agreed on a proposed summary judgment briefing schedule on Plaintiffs' constitutional and APA claims;

**NOW THEREFORE,** the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order adopting the briefing schedule, as set forth below, as may be modified and approved by the Court.

1

**SUMMARY JUDGMENT BRIEFING SCHEDULE**

| | |
|---|---|
| Plaintiffs File Reply in Support of Plaintiffs' Motion for Summary Judgment on Plaintiffs' APA Claims & Opposition to Defendants' Cross-Motion for Summary Judgment on Plaintiff's APA Claims | July 20, 2026 |
| Defendants File Reply in Support of Defendants' Cross-Motion for Summary Judgment on Plaintiffs' APA Claims | August 24, 2026 |
| Defendants File Motion for Summary Judgment on Plaintiffs' Constitutional Claims | On or before July 1, 2026 |
| Plaintiffs File Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Constitutional Claims | 60 days after Defendants' Motion for Summary Judgment on Plaintiffs' Constitutional Claims |
| Defendants File Reply in Support of Defendants' Motion for Summary Judgment on Plaintiffs' Constitutional Claims | 21 days after Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Constitutional Claims |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2026

_____

Hon. Julia E. Kobick
U.S. District Court Judge

Respectfully submitted,

Dated: June 18, 2026          /s/ *Isaac D. Chaput*

Isaac D. Chaput (*pro hac vice*)
Peter W. Johnston (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

2

Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
pjohnston@cov.com

Li Nowlin-Sohl (*pro hac vice*)
    (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
gjackson@cov.com

3

Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: 202-662-5891
Facsimile: 202-778-5891
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs and the Classes*


BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

*/s/ M. Jared Littman*
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-5578
Fax: (202) 616-8470
E-mail: Jared.Littman2@usdoj.gov

*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ *Isaac D. Chaput*
Isaac D. Chaput

5