# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Isaac D. Chaput**

Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T  +1 415 591 7020
ichaput@cov.com

**Via ECF**                                                                June 22, 2026

The Hon. Julia E. Kobick
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

> **Re:**   *Orr v. Trump*, **No. 1:25-cv-10313-JEK – Plaintiffs'**
> **Request for Status Conference**

Dear Judge Kobick:

Plaintiffs respectfully request that the Court schedule a status conference to discuss a case schedule for this matter.

Pursuant to the Court's Stay Order, ECF 175, the Parties conferred over procedural deadlines following the First Circuit's resolution of Defendants' appeal.  While the Parties were able to agree on a briefing schedule to govern the pending summary-judgment motions related to Plaintiffs' APA claims and Defendants' anticipated motion for summary judgment on Plaintiffs' constitutional claims, *see* ECF 184, they could not reach agreement on a broader case schedule. Plaintiffs proposed a case schedule that would see fact discovery completed in early 2027, expert discovery completed by mid-2027, and summary-judgment and/or Rule 702 motions filed by June 2027.  Defendants took the position that discovery is not appropriate in this case and that the Parties should instead submit briefs regarding the need for discovery.

Plaintiffs believe that the Parties would benefit from the Court's guidance on how it envisions the case proceeding.  Before filing this letter, Plaintiffs asked Defendants whether they took any position on Plaintiffs' request for a status conference.  Defendants stated that they take no position on Plaintiffs' request for a status conference.

Respectfully submitted,

/s/ Isaac D. Chaput
Isaac D. Chaput

*Attorney for Plaintiffs and
the Classes*