**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of Defendants' Motion for Summary Judgment as to Counts 1, 2, 3, 4, and 5 of the Amended Complaint and Memorandum in Support Thereof and Defendants' Statement of Undisputed Material Facts in Support Thereof was served upon Plaintiffs' counsel by the Electronic Case Filing system on June 29, 2026.

/s/ *M. Jared Littman*
M. JARED LITTMAN

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, M. Jared Littman, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendants communicated with counsel for Plaintiffs, who indicated that Plaintiffs oppose this motion for summary judgment.

/s/ *M. Jared Littman*
M. JARED LITTMAN