**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASHTON ORR, *et al.*,<br><br>                              *Plaintiffs*,<br>                  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                              *Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs respectfully seek leave to file a reply brief in support of their pending Motion for Discovery pursuant to Rule 56(d). Defendants do not oppose this motion. In support of this request, Plaintiffs state as follows:

1.      This Court stayed Plaintiffs' constitutional claims prior to discovery in August 2025 and stayed Plaintiffs' Administrative Procedure Act claims in January 2026. ECF 137, ECF 175.

2.      On June 29, 2026, Defendants moved for summary judgment on Plaintiffs' constitutional claims. ECF 187.

3.      On July 1, 2026, the Court entered an electronic order lifting the stay on Plaintiffs' claims. ECF 189.

4.      At Plaintiffs' request, the Court also held a status conference on July 1, *see* ECF 185, ECF 186, during which Plaintiffs reiterated their desire to take targeted discovery in support of their constitutional claims. The Court stayed further summary-judgment briefing and ordered Plaintiffs to file a Rule 56(d) Motion to articulate their "position[] on discovery" so that the Court could determine whether "it should proceed on the current summary judgment motions or if they should be denied without prejudice, a schedule set, discovery conducted and summary judgment

1

motions to be conducted after." ECF 190.

5.    Pursuant to the Court's direction, on July 15, 2026, Plaintiffs filed a Motion for Discovery and Memorandum of Law in Support Thereof under Rule 56(d). ECF 191.

6.    On July 29, 2026, Defendants filed their opposition to Plaintiffs' Motion for Discovery. ECF 193.

7.    To respond to certain arguments, omissions, and cases cited in Defendants' opposition, Plaintiffs seek leave to file a reply brief, not to exceed 5 pages, in further support of their motion.

8.    Plaintiffs propose that this reply brief be due on or before August 5, 2026—*i.e.*, seven days after submission of Defendants' opposition to Plaintiffs' Motion for Discovery.

July 30, 2026

Respectfully submitted,

/s/ *Isaac D. Chaput*
Isaac D. Chaput (*pro hac vice*)
Peter William Johnston (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
pjohnston@cov.com

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170

jrossman@aclum.org
jherrmann@aclum.org

Li Nowlin-Sohl (*pro hac vice*)
(admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Gavin W. Jackson (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
gjackson@cov.com

Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
sbender@cov.com

Robert C. Gianchetti (*pro hac vice*)
Alyssa L. Curcio (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards

3

New York, NY 10001-2170
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
acurcio@cov.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Isaac D. Chaput, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated via email on July 30, 2026, with counsel at the Department of Justice, M. Jared Littman, who indicated that Defendants do not oppose this motion.

/s/ Isaac D. Chaput
Isaac D. Chaput

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

/s/ Isaac D. Chaput
Isaac D. Chaput