**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ASHTON ORR, *et al.*,<br><br>        *Plaintiffs*,<br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Case No. 1:25-cv-10313-JEK |

**PLAINTIFFS' MOTION FOR LEAVE FOR**
**ALYSSA CURCIO TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), Plaintiffs move for leave to withdraw Alyssa Curcio as counsel for Plaintiffs and the Classes. The basis for the withdrawal is that Ms. Curcio will depart her employment with Covington & Burling LLP on August 14, 2026. Plaintiffs and the Classes will continue to be represented by the remaining counsel from the American Civil Liberties Union Foundation, the American Civil Liberties Union Foundation of Massachusetts, and Covington & Burling LLP.

Respectfully submitted,

Dated: August 12, 2026

*/s/ Alyssa Curcio*
Alyssa Curcio (*pro hac vice*)
Robert C. Gianchetti (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, NY 10001-2170
Telephone: 212-841-1000
Facsimile: 212-841-1010
rgianchetti@cov.com
acurcio@cov.com

1

Isaac D. Chaput (*pro hac vice*)
Peter William Johnston (*pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-6000
Facsimile: 415-591-6091
ichaput@cov.com
pjohnston@cov.com

Jessie J. Rossman (BBO # 670685)
Jennifer M. Herrmann (BBO # 708231)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: 617-482-3170
jrossman@aclum.org
jherrmann@aclum.org

Li Nowlin-Sohl (*pro hac vice*)
    (admitted only in Washington)
Sruti J. Swaminathan (*pro hac vice*)
Malita V. Picasso (*pro hac vice*)
James D. Esseks (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
lnowlin-sohl@aclu.org
sswaminathan@aclu.org
mpicasso@aclu.org
jesseks@aclu.org

Aditi Fruitwala (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
afruitwala@aclu.org

Gavin W. Jackson (*pro hac vice*)

2

COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 424-332-4758
Facsimile: 424-332-4749
gjackson@cov.com

Sean M. Bender (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-5891
Facsimile: 202-778-5891
sbender@cov.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Alyssa Curcio*
Alyssa Curcio
